# UNITED STATES BANKRUPTCY COURT
Northern District of Florida
110 East Park Avenue, Suite 100
Tallahassee, Florida 32301

Traci E. Abrams
Clerk of Court

### FOR YOUR INFORMATION

Enclosed you will find the Summons related to your complaint. A copy of the Summons, together with a copy of the Complaint, is to be served **to each defendant** as provided in Rule 7004, Federal Rules of Bankruptcy Procedure. Enlargement and/or reduction of time must be specifically authorized by order of the Court. (Rule 9006, Federal Rules of Bankruptcy Procedure)

NOTE:

A Certificate of Service form is attached to the Summons for your convenience.
You must note the adversary number on each copy of the Complaint before serving and
and on any pleading pertaining to this adversary proceeding.

Service must be effected within seven (7) days after the Summons is issued pursuant
to Rule 7004(e). Please submit the completed Certificate(s) of Service to this office
for filing upon completion of service.

Traci E. Abrams
Clerk of the Bankruptcy Court

Date: July 22, 2021