UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF FLORIDA
www.flnb.uscourts.gov

In re:

COURT OPERATIONS AND      ADMINISTRATIVE ORDER
PROTECTION OF COURT STAFF     NO. 20-003
AND THE PUBLIC DURING
COVID-19 OUTBREAK
_____/

## ADMINISTRATIVE ORDER IMPLEMENTING PROCEDURES FOR COVID-19 OUTBREAK

Of primary concern to the Bankruptcy Court for the Northern District of Florida due to the COVID-19 outbreak is the safety and welfare of court employees, parties and attorneys we serve, and the public. The Centers for Disease Control (CDC) and other public health organizations continue to issue new recommendations and implement requirements designed to arrest the spread of the COVID-19 virus. To further that goal and in the interest of public health, it is necessary and prudent for this Court to cease all in-person appearances and hearings until further notice, so

IT IS ORDERED:

1. **BEGINNING TUESDAY, MARCH 17, 2020, AND CONTINUING UNTIL FURTHER NOTICE, ALL HEARINGS NOTICED FOR THE BANKRUPTCY COURT IN THE**

NORTHERN DISTRICT OF FLORIDA WILL BE HELD TELEPHONICALLY VIA *COURTCALL* ONLY (instructions: www.flnb.uscourts.gov). THIS APPLIES TO ALL DIVISIONS AND ALL LOCATIONS.

2. In-person appearances at the courthouses by parties or their counsel are prohibited absent extraordinary circumstances. All attorneys shall advise their clients NOT to appear at the courthouses.

3. CourtCall has agreed to waive charges for individuals not represented by counsel, making such telephonic appearances FREE. A party who is not represented by counsel and is unable to coordinate with CourtCall should contact the Judge's courtroom deputy or Chambers.

4. Hearing(s) previously noticed as "evidentiary" will be conducted telephonically as non-evidentiary; parties may request an evidentiary hearing or proceeding during the telephonic hearing.

5. If a hearing was noticed as "evidentiary," and if no party objects, the Court may conduct and complete the telephonic hearing as an evidentiary hearing based on affidavit testimony and properly marked, redacted (if necessary) and indexed documents

(exhibits) filed prior to the hearing.

6. Counsel and parties are reminded that:

    a. All participants shall mute the phone when it is not their case;

    b. No participant shall use a "speaker" function; and

    c. No participant shall place the call on hold while participating in the telephonic hearing (in order to avoid hold music or other noises playing on the call).

7. The Court will remain open and will continue to operate with limited staff present in Tallahassee and Pensacola and remaining staff teleworking as authorized. The Court and its staff are, and will remain, prepared to handle emergencies that may arise in our cases.

**DONE and ORDERED** on   March 16, 2020   .

KAREN K. SPECIE
Chief U.S. Bankruptcy Judge