FLNB Local Form 6

FILED USBC NDFL TLCTR
JUL 22 2021 PM4:28

United States Bankruptcy Court

Northern District of Florida

Julian Rodney Rooks Jr.- self represented

**EXHIBIT LIST**

v.

St. Joseph's College of Maine
St. Matthew's University (Cayman) Ltd.
St. Matthew's University Inc.
United States Department of Education

Case Number:

| PRESIDING JUDGE | | | PLAINTIFF'S ATTORNEY | | DEFENDANT'S ATTORNEY |
|---|---|---|---|---|---|
| Honorable Karen K. Specie | | | | | |
| HEARING/TRIAL DATE(S) | | | COURT REPORTER | | COURTROOM DEPUTY |
| | | | | | |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* |
|---|---|---|---|---|---|
| 1 | | 07/22/2021 | | | page 25, SM student catalog sent to Plaintiff in Talahassee in 1998. |
| 2 | | 07/22/2021 | | | envelope postmarked "JAN 07'99", 3 letters inside envelope signed by Paul L. Selbst, Ph.D., Elaine M. Trumble, Krista K. Rodin, Ph.D.. |
| 3 | | 07/22/2021 | | | envelope postmarked "JAN 07'99", letter inside envelope signed by Myra Stokes. |
| 4 | | 07/22/2021 | | | email from Plaintiff and response by Dr. Jerry Thornton dated March 10/11, 1999. |
| 5 | | 07/22/2021 | | | check number 688 written by Plaintiff to SM on March 11,1999 for $3,250.00 |
| 6 | | 07/22/2021 | | | Application and Promissory Note for Federal Stafford Loans. |
| 7 | | 07/22/2021 | | | memo received in Plaintiff's SM school mailbox in 1999 in Belize signed by Paul Selbst. |
| 8 | | 07/22/2021 | | | memo received in Plaintiff's SM school mailbox in 1999 in Belize signed by Paul Selbst with fax header of "Aug-30-99 03:47P ST JOSEPHS COLLEGE". |
| 9 | | 07/22/2021 | | | check number 671 written by Plaintiff to SM on October 8, 1999 for $3250.00. |
| 10 | | 07/22/2021 | | | receipt number 065 dated Oct. 8, 1999, "Ch # 671". |
| 11 | | 07/22/2021 | | | Application and Promissory Note for Federal Stafford Loans. |
| 12 | | 07/22/2021 | | | meeting with Dr. Renae Sersland on 11/29/1999. |
| 13 | | 07/22/2021 | | | Sallie Mae Loan Application. |
| 14 | | 07/22/2021 | | | SLM letter. |
| 15 | | 07/22/2021 | | | Fax from Roger Courtney's company, Global Education Resources, to Plaintiff in Tallahassee. |
| 16 | | 07/22/2021 | | | Student Application from Student Finance Corporation mailed to Plaintiff in Tallahassee. |
| 17 | | 07/22/2021 | | | Cosigner Application from Student Finance Corporation mailed to Plaintiff in Tallahassee. |
| 18 | | 07/22/2021 | | | SM catalog, page thirty one listing Frank Apantaku, M.D. under Clinical Faculty and Preceptors. |
| 19 | | 07/22/2021 | | | Card given to Plaintiff by Dr. Frank Apantaku. |
| 20 | | 07/22/2021 | | | Photograph taken by Plaintiff in Chicago, Illinois in early 2001 through window of boardroom adjacent to Dr. Apantaku's office. |
| 21 | | 07/22/2021 | | | Photograph taken by Plaintiff in Chicago Illinois in early 2001 inside boardroom adjacent to Dr. Apantaku's office. |
| 22 | | 07/22/2021 | | | Self-authenticating article published in The San Pedro Sun, Vol. 11, No.23, on June 14, 2001. |
| 23 | | 07/22/2021 | | | Self-authenticating article published in The San Pedro Sun, Vol. 11, No.25, on June 28, 2001. |
| 24 | | 07/22/2021 | | | SJ transcript sent to Plaintiff in Chicago, Illinois stating "IP" = in progress. |
| 25 | | 07/22/2021 | | | SJ course introduction letter sent by SJ to Plaintiff in Chicago, Illinois dated "December 21,2000". |
| 26 | | 07/22/2021 | | | SJ grade report sent by SJ to Plaintiff in Chicago, Illinois with course completion date of "8/27/2001" |

*Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of ___3___ Pages

FLNB Local Form 6

## EXHIBIT LIST - CONTINUATION

| Julian Rodney Rooks Jr.- self represented vs. | St. Joseph's College of Maine<br>St. Matthew's University (Cayman) Ltd.<br>St. Matthew's University Inc.<br>United States Department of Education | CASE NO. |
|---|---|---|

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS |
|---|---|---|---|---|---|
| 27 | | 07/22/2021 | | | Call with Roger Courtney on 06/13/2001 at 4:57. |
| 28 | | 07/22/2021 | | | Call with Roger Courtney on 07/05/2001 at 4:21. |
| 29 | | 07/22/2021 | | | Check number 396 to SFC for $400.00 dated 07/06/2001. |
| 30 | | 07/22/2021 | | | Fax of 5 pages from SM to Plaintiff in Chicago, Illinois dated 08/20/2001 at 12:55. |
| 31 | | 07/22/2021 | | | Fax of 3 documents sent by Plaintiff from Chicago, Illinois to 708-358-1447. |
| 32 | | 07/22/2021 | | | Four documents sent from SM to Plaintiff in Chicago, Illinois. |
| 33 | | 07/22/2021 | | | Check to SM, number 477 dated 04/10/2002 for $410.83. |
| 34 | | 07/22/2021 | | | Photograph of Plaintiff in front of Cook County Hospital, Chicago, Illinois, taken between 05/06/2002 and 05/31/2002 and during trauma surgery clerkship. |
| 35 | | 07/21/2021 | | | Cook County Hospital requirement stating " **Applications received directly from you will not be processed**". |
| 36 | | 07/22/2021 | | | 14 pages. Copies of faxes given to Plaintiff by Medical Education Office at Cook County Hospital during trauma surgery clerkship. |
| 37 | | 07/22/2021 | | | 2 pages, recommendation letter and envelope it was received in. |
| 38 | | 07/22/2021 | | | Invitation to graduation mailed from SM to Plaintiff in Tallahassee. |
| 39 | | 07/22/2021 | | | Four pages mailed from SM to Plaintiff in Tallahassee dated 06/24/03. |
| 40 | | 07/22/2021 | | | Fax transmission of four pages on 06/27/2003 from EASY MAIL MAHAN in Tallahassee to SM. |
| 41 | | 07/22/2021 | | | Six pages total. Five page fax with 1 cover sheet sent on 06/30/2003 from SM to Plaintiff in Tallahassee. |
| 42 | | 07/22/2021 | | | Eight pages. Application by Foreign Corporation to Transact Business in Florida dated March 2004. |
| 43 | | 07/22/2021 | | | 31 pages. Report by the State of California, Division of Licensing, dated February 2005. |
| 44 | | 07/22/2021 | | | 4 pages. Application dated 08/18/2005. |
| 45 | | 07/22/2021 | | | 10 pages. Plan of Merger, exhibit A (page 8) dated 01/30/2006. |
| 46 | | 07/22/2021 | | | See Compact disk. Warning domestic violence. Year is not accurate. Year is 2004 not 2003. No audio. Edited for time but not content.<br>date on tape / tape position<br>6-10-2003   17:15:01- Plaintiff's spouse attacks medical textbooks, strikes Plaintiff.<br>17:15:40- Plaintiff's spouse chokes Plaintiff.<br>17:15:56- Plaintiff' spouse strikes Plaintiff. |
| 47 | | 07/22/2021 | | | See Compact disk. Warning domestic violence. Year is not accurate. Year is 2004 not 2003. No audio. Edited for time but not content.<br>date on tape / tape position<br>6-12-2003   17:55:10- Plaintiff's spouse strikes Plaintiff.<br>17:56:06- Plaintiff's spouse strikes Plaintiff.<br>6-10-2003   17:06:15- Plaintiff's spouse attacks medical textbooks, strikes Plaintiff.<br>17:06:43- Plaintiff's spouse strikes Plaintiff.<br>17:07:07- Plaintiff's spouse strikes Plaintiff.<br>6-11-2003   20:44:28- Plaintiff's spouse strikes Plaintiff.<br>20:45:53- Plaintiff's spouse chokes Plaintiff, picks up medical textbook and throws it off balcony landing on downstairs sofa.<br>6-11-2003   20:42:22- Plaintiff's spouse grabs medical textbook.<br>20:42:50- Plaintiff's spouse throws pen at Plaintiff. |

FLNB Local Form 6

## EXHIBIT LIST - CONTINUATION

| Julian Rodney Rooks Jr.- self represented vs. | St. Joseph's College of Maine<br>St. Matthew's University (Cayman) Ltd.<br>St. Matthew's University Inc.<br>United States Department of Education | CASE NO. |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS |
|---|---|---|---|---|---|
| 47cont. | | | | | date on tape / tape position |
| | | | | | 6-11-2003  20:20:56- Plaintiff's spouse grabs medical textbook. |
| | | | | | 20:20:06- Plaintiff's spouse grabs all medical textbooks. |
| | | | | | 20:21:30- Plaintiff's spouse strikes Plaintiff. |
| | | | | | 6-12-2003  18:02:13- Plaintiff's spouse strikes Plaintiff. |
| | | | | | 18:02:34- Plaintiff's spouse rolls back-and-forth on floor. |
| 48 | | 07/22/2021 | | | See compact disk: Deathbed statement of Julian Rodney Rooks Sr. |
| 49 | | 07/22/2021 | | | Payments to SM in 2008. |
| 50 | | 07/22/2021 | | | SM invoice dated 9/1/2008 including date of Plaintiff's meeting with Dr. Thornton at SM's Florida office 11/04/2005.. |
| 51 | | 07/22/2021 | | | Card given to Plaintiff by SM Chancellor Dr. McCutcheon at meeting in Orlando, Florida Office. |
| 52 | | 07/22/2021 | | | 6 pages. Email between Plaintiff and SM Registrar Jennifer Applequist in January and February of 2009. |
| 53 | | 07/22/2021 | | | 7 pages. Documents sent to ED dated June 22, 2009. |
| 54 | | 07/22/2021 | | | 2 pages, page 1 is SM official transcript, page 2 is envelope received in. |
| 55 | | 07/22/2021 | | | General Revenue Corp letter dated Jan 07 2014. |
| 56 | | 07/22/2021 | | | Financial Asset Management Systems Inc. letter dated 03/12/14. |
| 57 | | 07/22/2021 | | | Finance Authority of Maine letter dated June 14, 2014. |
| 58 | | 07/22/2021 | | | USA Funds letter dated June 15, 2014. |
| 59 | | 07/22/2021 | | | Allied Interstate letter naming SM and referring to Plaintiff as "co-signer/co-borrower" dated 07/20-2015. |
| 60 | | 07/22/2021 | | | FMS letter threatening USDOJ litigation dated 09/19/2016. |
| 61 | | 07/22/2021 | | | Plaintiff's four requests made under the Freedom of Information Act. |
| 62 | | 07/22/2021 | | | Plaintiff's request for discharge signed for by the U.S. Department of Education. |
| 63 | | 07/22/2021 | | | Plaintiff re-sends FOIA request by email to ED on 01/31/2018. |
| 64 | | 07/22/2021 | | | FOIA response dated January 31, 2018 incorrectly states Plaintiff's letter dated November 5, 2017. |
| 65 | | 07/22/2021 | | | Letter requesting ED to correct records dated February 1, 2018. |
| 66 | | 07/22/2021 | | | 2 pages, ED FOIA response letter 1 dated March 2, 2018. |
| 67 | | 07/22/2021 | | | 2 pages, ED FOIA response letter 2 dated February 14, 2018. |
| 68 | | 07/22/2021 | | | 9 pages, contained in FOIA response, titled "IDEMNIFICATION AGREEMENT'. |
| 69 | | 07/22/2021 | | | Treasury Offset Program letter dated May 23, 2018. |
| 70 | | 07/22/2021 | | | Plaintiff's Administrative Appeal of FOIA request signed for on 05/25/2018. |
| 71 | | 07/22/2021 | | | Demand for $227,211.83 from Action Financial Services, LLC dated September 6, 2018. |