FLNB Local Form 5

# Exhibit Tag/ Cover Sheet

Party submitting: __Plaintiff__    Ex. # __1__

Admitted: Yes  or  No  (circle one)

Debtor: __Julian Rodney Rooks Jr.__

Case No.: __21-40139-KKS__

*Adv. No.:* _____

Nature of Hearing/
Docket No: _____

_____

Dated    __07/22__ , 20__21__.

By: _____ , Deputy Clerk

# St. Matthew's Faculty

Debra Barnett, Ph.D.
University of Wisconsin-Madison
Assistant Professor of Biochemistry

Mark Calkas, M.D., F.A.C.O.S.
University of Miami School of Medicine
Board Certified Orthopaedic Surgery

Alfredo Cardett, M.D., F.A.C.O.S.
University of Miami School of Medicine
Board Certified Orthopaedic Surgery

Deborah Dillon, M.D., F.A.C.O.G.
University of Virginia School of Medicine
Board Certified in Obstetrics
    and Gynecology

Mary Beth Downs, Ph.D.
George Washington University
Dean of Academic Affairs
Professor of Anatomy and Histology

Michael Given, M.D.
Seaton Hall University of Medicine
Specializing in Internal
    and Pulmonary Medicine

Michael A. Harris, M.D., P.A., F.A.C.O.G.
University of Florida School of Medicine
Board Certified in Obstetrics
    and Gynecology
President and CEO, St. Matthew's University

John Howard Lilly, D.D.S., M.S., Ph.D.
University of Michigan
Professor Emeritus of Anatomy
    and Cell Biology and of Dentistry
University of Michigan

Stephanie Lord, M.D.
University of Florida School of Medicine
Specializing in Internal Medicine

Brian Matayoshi, Ph.D.
Albany Medical College
Associate Professor of Physiology

Horace Norrell, M.D., F.A.C.S.
Tulane University
Division of Neurosurgery Kentucky
    Medical Center
Board Certified in Neurosurgery
Professor of Neuroscience

Art Osberg, M.D., F.A.C.E.P.
University of North Carolina School
    of Medicine
Board Certified in Emergency Medicine

Ronald E. Pynn, Ph.D.
University of Michigan
Interim Academic Provost

Galen Swartzendruber, M.D., F.A.C.O.G.
University of Florida School of Medicine
Board Certified in Obstetrics
    and Gynecology

Betsy S. Thornton, M.S., L.P.C.
Angelo State University
University Counselor
Instructor of Ethics

Jerry W. Thornton, Ph.D.
University of Oklahoma
Vice President and C.O.O.,
    St. Matthew's University
Professor of Biostatistics

Gregory Turner, M.D.
William Beaumong Medical Center
Board Certified Internal Medicine

25