FLNB Local Form 5

## Exhibit Tag/ Cover Sheet

Party submitting: Plaintiff     Ex. # 2

Admitted: Yes  or  No  (circle one)

Debtor: Julian Rodney Rooks Jr.

Case No.: 21-40139-KKS

*Adv. No.:*

Nature of Hearing/
Docket No:

Dated     07/22     , 2021.

By: _____, Deputy Clerk



SAINT JOSEPH'S COLLEGE
278 Whites Bridge Road
Standish, Maine 04084-5263

Division of Continuing
and Professional Studies

Julian Rooks
8407 Penny Lane
Fort Pierce, FL 34951

# SAINT JOSEPH'S COLLEGE
## of Maine

Distance Education Program
278 Whites Bridge Road
Standish, Maine 04084-5263

1-800-752-4723 (Admissions)
1-800-343-5498 (Student Services)
893-7800 (Gr. Portland Area)

Dear Incoming St. Matthews Student:

We have been advised that you have been accepted by the St. Matthews University School of Medicine and that you intend to apply for admission to the Master in Health Services Administration (MHSA) Program at Saint Joseph's College.

Note that the requirements for admission include either a bachelor's degree from an accredited institution of higher learning or completion of a higher-level professional degree and at least three years of relevant and substantive experience in the health care field. Applicants holding a bachelor's degree from a non-English speaking country must also submit TOEFL examination results with a score of 500 or better.

When we receive your application, and have determined that you are eligible for admission to the MHSA Program and for financial aid, you will be enrolled in this coming semester's two courses, to be taught at the St. Matthews' campus, that are listed on the attached memorandum.

If you believe that you are eligible, you will need to buy your textbooks for those courses before you leave the United States. You may buy them either new or used. You may buy them wherever you wish, however the following book distributor serves Saint Joseph's students. It does carry them and will send them to you by mail order, using UPS:
    Specialty Books
    1-800-466-1365

Please be sure to get the correct edition of the text. Order by title, author, and date, not by the course name or number, as the same course has different sections which use different books.

If you have any questions please do not hesitate to call my office, at 1-800-343-5498 or via e-mail, at < pselbst@mail.sjcme.edu >.

Best wishes as you undertake your new studies,

*Paul Selbst* (signature)

Paul L. Selbst, Ph.D.
Professor and Director
Master in Health Services
Administration Program

# SAINT JOSEPH'S COLLEGE



Division of Continuing and
Professional Studies
278 Whites Bridge Road
Standish, Maine  04084-5263

1-800-752-4723 (Admissions)
1-800-343-5498 (Student Services)
207-893-7800 (Gr. Portland Area)
Fax 892-7480 (Admissions)
Fax 892-7423 (Student Services)

01/07/99
Julian R. Rooks
SSN: █████-0775

Dear Julian:

You are enrolled in the following course.

| COURSE | | INSTRUCTOR |
|---|---|---|
| HSA 515 | Health Services Administration | Walter Markowitz |
| HSA 575 | Ethical & Legal Perspectives | Heidi Johnson |

OFFICIAL STARTING DATE:    01/04/99

OFFICIAL COMPLETION DATE:  04/16/99

Enclosed with this confirmation letter you will find: a letter of introduction from your instructor and the course outline which includes textbook information.

If you have questions or concerns related to your course enrollment please contact your academic advisor by e-mail. Paul Cochrane can be contacted at pcochran@sjcme.edu or Suzanne Murphy at smurphy@sjcme.edu.

Sincerely,

*Elaine M. Trumble*

Elaine M. Trumble
Assistant Dean for Operations
Division of Continuing and Professional Studies

# SAINT JOSEPH'S COLLEGE



Office of the Dean  
Distance Education  
278 Whites Bridge Road  
Standish, Maine 04084-5263

207-893-7800  
FAX 207-892-7423

January 7, 1999

Julian Rooks  
8407 Penny Lane  
Fort Pierce, FL 34951

Dear Julian:

We are pleased to acknowledge receiving your application for the Master's Program in Health Services Administration.

Your academic status will be determined as soon as all your transcripts and personal/professional statement arrive. Although your acceptance will not be official until all transcripts are received and an evaluation is made of your academic status, you may proceed with working on your courses.

We are delighted by your commitment to personal and professional growth through graduate education. If you have any questions about the status of your credentials, or if you are in need of academic counseling, please call our academic advising office at 1-800-343-5498.

Sincerely,

Krista K. Rodin, Ph.D.  
Dean of Continuing and  
    Professional Studies