FLNB Local Form 5

# Exhibit Tag/ Cover Sheet

Party submitting: __Plaintiff__     Ex. # __3__

Admitted: Yes  or  No  (circle one)

Debtor: __Julian Rodney Rooks Jr.__

Case No.: __21-40139-KKS__

*Adv. No.:* _____

Nature of Hearing/
Docket No: _____

_____

Dated     __07/22__ , 20__21__.

By: _____, Deputy Clerk



SAINT JOSEPH'S COLLEGE
of Maine

278 Whites Bridge Road
Standish, Maine 04084-5263

Julian Rooks
8407 Penny Lane
Ft Pierce, FL   34951

# SAINT JOSEPH'S COLLEGE



of Maine

Division of Continuing and
Professional Studies
278 Whites Bridge Road
Standish, Maine 04084-5263

1-800-752-4723 (Admissions)
1-800-343-5498 (Student Services)
207-893-7800 (Gr. Portland Area)
Fax 892-7480 (Admissions)
Fax 892-7423 (Student Services)

January 7, 1999

Julian Rooks
8407 Penny Lane
Ft Pierce, FL    34951

Dear Julian,

Thank you for your application to the Master in Health Services Admin. program!
We are pleased that you selected Saint Joseph's College.

I preregistered you for HSA 515 and HSA 575 today. You will receive a letter
from the Director of Enrollment confirming your course registration. Use the
information in that letter to place your textbook order as soon as you receive it.
Specialty Books will ship your textbooks and related instructional material within
twenty-four hours of receipt of your order. If you haven't already spoken
with your Academic Advisor, I suggest that you call him or her at 800-343-5498
or 207-892-6766 ext. 7800, when you receive your books. Your Academic Advisor will
be your primary contact with the College from this point on.

Once Enrollment Services receives your official transcripts, personal statement,
and (if requested) references or TOEFL scores, they will complete your academic
evaluation. The evaluation will map out the remainder of your program and will be
an important document to refer to each time you reenroll.

If any documents requiring your signature are enclosed (for example:
a completed application form, or a Tuition Installment Plan form), please
sign these documents where indicated and return them as quickly as
possible for your student file. If you made an initial payment by credit
card, you will also find that receipt enclosed. Please be aware that if
you're using the Tuition Installment Plan, your first payment will be due
approximately one month from the date of this letter.

Please take time to review your catalog. All of the College policies and procedures
are detailed in it, and an early understanding of these is vital to your success
in the program.

I want to congratulate you on your decision to become a student at Saint Joseph's.
College. It has been a pleasure assisting you with the admissions process.

Sincerely,

*Myra Stokes*
Myra Stokes
Admissions Counselor

enc.

Founded 1912 by the Sisters of Mercy