FLNB Local Form 5

## Exhibit Tag/ Cover Sheet

Party submitting: __Plaintiff__   Ex. # __4__

Admitted: Yes  or  No  (circle one)

Debtor: __Julian Rodney Rooks Jr.__

Case No.: __21-40139-KKS__

*Adv. No.*: _____

Nature of Hearing/
Docket No: _____

_____

Dated   __07/22__ , 20__21__.

By: _____, **Deputy Clerk**

## St. Matthew's University

**From:** Jerry Thornton [jerrythornton@worldnet.att.net]
**Sent:** Thursday, March 11, 1999 12:40 PM
**To:** stmatthews@btl.net
**Subject:** Rodney Rooks

Rodney,

Below is a repeat of my email to you yesterday. I have highlighted the amount SJC subtracted from your check which would account for that tutition. Also I have highlighted the 750 dollar credit back to your balance from SMU.

If not clear please let me know. I forwarded a copy of this to Dr. Renae Sersland.

Dr. Thornton

---------

```
> From: Jerry Thornton <jerrythornton@worldnet.att.net>
> To: stmatthews@btl.net
> Subject: Re: Hello Dr. Thornton.
> Date: Wednesday, March 10, 1999 10:30 AM
>
> Good to hear from you.
> As I have it recorded, I had stated to you that due to your circumstances,
> and on a purely individual basis, St. Matthew's University would hold a
> note on you for $2,400 per semester, until your credit was cleared for
> basic sciences. Clinical sciences tuition would require that you pay at
> least the minimum tution that was required by the hospital for your
> training. The balance down to $2,400 would be required to be paid to SMU.
> I do not recall anything regarding the St. Joseph's program cost. However,
> St. Matthew's University does pay one half of your St. Joseph's tuition as
> an incentive to participate in the degree. My records show:
>
>       SJC  Stafford Check      $9,250
>       Minus 4% Guarante       - 350
>       Minus SJC Tuition      1,500** (SJC deducted this from your check before you received it)
>       Stafford Check to you   $7,380
>
>
>       SMU Tuition            $6,400
>       SMU pay toward SJC      - 750** (SMU credits your account with this amount)
>       SMU note till graduation* - 2,400
>       Balance owed SMU   $3,250
>
        The only balance owed to SMU would be $3,250. for this semester. The 750 dollars was given back by deducting it from your tuition. The note you will sign for is $2,400.

> *see above comment on clinical training tuition.
>
> Dr. Thornton
>
>
```

1

```
> From: St. Matthew's University <stmatthews@btl.net>
> To: jerrythornton@worldnet.att.net
> Subject: Hello Dr. Thornton.
> Date: Wednesday, March 10, 1999 7:13 AM
>
> Dear Dr. Thornton,
>
> Back in January we spoke about paying my tuition upon arrival of Stafford
> and deferring a portion of it until graduation. Stafford has arrived and
I
> am now ready to pay however I cannot remember the exact amount of tuition
> we
> agreed to defer. I do remember requesting approximately 2,400.00 in
> deferment and I believe you said something to the effect "Let's make it
an
> even something".
> If my calculations are correct, assuming 2,400.00 deferment, I currently
> owe
> St. Matthews 2,500.00 .
> tuition            6,400.00
> St. Joseph's  - 1,500.00
> deferment     - 2,400.00
> St. Matthews   2,500.00
>
> Please inform me if there is any difference. I will await your answer
> before
> payment of this semester's tuition.
> Thank you for your help. It is greatly appreciated.
>
> Sincerely
> Rodney Rooks
> 3rd semester student
> St. Matthews University
> School of Medicine
>
>
```

2