FLNB Local Form 5

## Exhibit Tag/ Cover Sheet

Party submitting: __Plaintiff__    Ex. # __5__

Admitted: Yes   or   No  (circle one)

Debtor: __Julian Rodney Rooks Jr.__

Case No.: __21-40139-KKS__

*Adv. No.:* _____

Nature of Hearing/
Docket No: _____

_____

Dated    __07/22__ , 20__21__.

By: _____, **Deputy Clerk**

| | |
|---|---|
| JULIAN R. ROOKS | 688 |
| LIC. ███████66-430 | |
| 2410-A CLEMONS CT.  PH ███████ | |
| TALLAHASSEE, FL  32303 | March 11, 1999 |

Pay to: ST. MATTHEWS UNIVERSITY — $3,250.00

Three thousand two hundred fifty dollars

TMH Federal Credit Union
1499 Miccosukee Road, Tallahassee, Florida 32308

Memo: 3rd semester tuition

NOT NEGOTIABLE