FLNB Local Form 5

## Exhibit Tag/ Cover Sheet

Party submitting: __Plaintiff__    Ex. # __6__

Admitted: Yes   or   No  (circle one)

Debtor: __Julian Rodney Rooks Jr.__

Case No.: __21-40139-KKS__

*Adv. No.:* _____

Nature of Hearing/
Docket No: _____

_____

Dated    __07/22__ , 20__21__.

By: _____ , Deputy Clerk

TRUE COPY OF THE FRONT PAGE OF THE ORIGINAL—IMPORTANT COMMENTS ATTACHED

## Application and Promissory Note for Federal Stafford Loans (subsidized and unsubsidized)

OMB No. 1840-0717 Form Approved Exp. Date 03/31/99

**WARNING:** Any person who knowingly makes a false statement or misrepresentation on this loan is subject to penalties which may include fines or imprisonment under the United States Criminal Code and 20 U.S.C. 1097.

Guarantor or Program Identification  A 8:32
FINANCE AUTHORITY OF MAINE      94
MS    REC'D USA SERVICES, JAN 06 1999

### Borrower Section

*Please print neatly or type. Read the instructions carefully.*

1. Last Name: ROOKS
   First Name: JULIAN
   MI: R
2. Social Security Number: [redacted]-0775
3. Permanent Street Address: 8407 PENNY LANE
4. Telephone Number: (561) 467-9260
5. Loan Period: From 1-99 To 8-99
   City: FT. PIERCE   State: FL   Zip Code: 34951
6. Driver's License Number: [redacted]-430-0 FL
7. Lender Name: KEY BANK   City: USA   State: NA
8. Lender Code: 813760
9. Date of Birth: [redacted]-66

10. References:

|  | 1. | 2. |
|---|---|---|
| Name | JULIAN ROOKS Sr. | ROBIN PETTY |
| Permanent Address | 8407 PENNY LANE | 377 ANCHOR WAY |
| City, State, Zip Code | FT. PIERCE FL 34951 | FT PIERCE FL 34946 |
| Area Code/Telephone | (561) 467-9206 | (561) 466-8875 |
| Relationship to Borrower | PARENT | SISTER |

### Loan Assistance Requested

11. I request the following loan type(s), to the extent I am eligible:
    ☑ a. Subsidized Federal Stafford   ☑ b. Unsubsidized Federal Stafford

12. I request a total amount under these loan types not to exceed: $ 18,500.00

13. ☑ a. Yes, I want a deferment   ☐ b. No, I do not want a deferment

14. ☑ a. Yes, I want my interest capitalized   ☐ b. No, I prefer to pay the interest

15. ☑ a. Yes, transfer funds   ☐ b. No, do not transfer funds

### Promissory Note

*Continued on the reverse side.*

**Promise to Pay:** I promise to pay to the lender, or a subsequent holder of this Promissory Note, all sums disbursed (hereafter "loan" or "loans") under the terms of this Note, plus interest and other fees which may become due as provided in this Note. If I fail to make payments on this Note when due, I will also pay reasonable collection costs, including attorney's fees, court costs, and collection fees. I understand I may cancel or reduce the size of any loan by refusing to accept any disbursement that is issued. I understand that this is a Promissory Note. I will not sign this Note before reading it, including the writing on the reverse side, even if otherwise advised. I am entitled to an exact copy of this Promissory Note and the Borrower's Rights and Responsibilities. My signature certifies I have read, understand, and agree to the terms and conditions of this Application and Promissory Note, including the Borrower Certification and Authorization printed on the reverse side and the accompanying Borrower's Rights and Responsibilities statement.

**THIS IS A LOAN(S) THAT MUST BE REPAID.**

16. Borrower's Signature: /s/ Julian Rooks
    Today's Date: 01-03-99

### School Section

*To be completed by an authorized school official.*

17. School Name:
23. School Code/Branch:
28. Telephone Number: (   )
18. Street Address:
24. Cost of Attendance: $ 9305.00
29. Recommended Disbursement Date(s): 1st __ 2nd __ 3rd __ 4th __
    City   State   Zip Code
25. Federal Expected Family Contribution: $ 2166.00
19. Loan Period: From __ To __
26. Estimated Financial Aid: $ 0.00
30. School Certification (See box on the reverse side.)
20. Grade Level:
27. Certified Loan Amounts:
    a. Subsidized $ 7139.00
    b. Unsubsidized $ 2166.00
    Signature of Authorized School Official
21. Enrollment Status: ☐ Full Time  ☐ At Least Half Time
    Print or Type Name and Title
22. Anticipated Completion (Graduation) Date:
    Date: ___
    ☒ Check box if electronically transmitted to guarantor.

### Lender Section

*To be completed by an authorized lending official.*

31. Lender Name: KEY BANK USA NA
32. Lender Code/Branch: 813760
33. Telephone Number: (   )
34. Lender Use Only
    Street Address: [redacted]
35. Amount(s) Approved:
    a. Subsidized $ .00   b. Unsubsidized $ .00
    City   State   Zip Code
36. Signature of Authorized Lending Official   Print or Type Name, Title, and Date

1/31/94

LENDER COPY