FLNB Local Form 5

## Exhibit Tag/ Cover Sheet

Party submitting: __Plaintiff__          Ex. # __7__

Admitted: Yes   or   No  (circle one)

Debtor: __Julian Rodney Rooks Jr.__

Case No.: __21-40139-KKS__

*Adv. No.*: _____

Nature of Hearing/
Docket No: _____

_____

Dated    __07/22__    , 20__21__.

By: _____, **Deputy Clerk**

## Saint Joseph's College of Maine

### Policy on Tuition Refunds for Courses Taught at St Matthews University School of Medicine in Belize

Because of the intense format of Saint Joseph's courses that are delivered in a 15-day module the following tuition refund policy will be applied for students who begin a course and then withdraw from it. This is the same policy in use for the MHSA two-week Summer Residency Program in Maine.

| | |
|---|---|
| During the first two days of classes: | 75% of tuition refunded |
| During the third and fourth days of classes: | 50% of tuition refunded |
| After the fourth day of classes: | No refund allowed |

Notice of withdrawal should be sent by e-mail to your academic advisor.
  Suzanne Murphy (Students' last names beginning in C-J and V-Z)
  e-mail: smurphy@sjcme.edu

  Paul Cochrane (Students' last names beginning in A-B and K-U)
  e-mail: pcochran@sjcme.edu

Include the following information:
  Your name and Social Security number

  The course number and name

  Whether the withdrawal is for the course only or also withdrawal from the MHSA program.

If you have questions about this policy please consult your Academic Advisor.

*Paul J. Selbst*

Paul L. Selbst, Ph.D.
Professor and Director
Master in Health Services
Administration Program
December 1998