FLNB Local Form 5

## Exhibit Tag/ Cover Sheet

Party submitting: _Plaintiff_____     Ex. # _8__

**Admitted: Yes   or    No  (circle one)**

**Debtor:**_ Julian Rodney Rooks Jr._____

Case No.:_____21-40139-KKS_____

*Adv. No.:*_____

**Nature of Hearing/
Docket No:**_____

_____

Dated        ___07/22____ , 20_21_.

By:_____,   **Deputy Clerk**

# Saint Joseph's College of Maine

## Memorandum

To: Rodney Rooks
From: Paul Seibst
Date: August 30, 1999
Re: Fall Enrollments

It was initially my hope that you would be able to take two on-site Saint Joseph's courses in the classroom this semester. I'm sorry that I can't fulfill that hope. Because of a rule of the Stafford Loan program, that confines us to less than 50 percent of our courses on-site for any given student, you will take one on-site course this semester and one course via directed study.

With two exceptions, if you receive this memo you are to take HSA 535, Management Information Systems (Dr. Nesbitt) in class in November, and the directed study course HSA 700, Strategic Management (Dr. Seibst).

Exception are:
Seyed Hosseini, who is registered for HSA 575, Ethical and Legal Perspectives in class, next week, and HSA 700 by directed study, and Gene Vu, who is registered for HSA 535 in class and HSA 665 by directed study (Dr. Fallon. His e-mail is: fallonfamily@wcnet.org. Follow other instruction below).

All materials should be ordered from Specialty Books, at 1-800-466-1365 (telephone in the states), 1-800-466-7132 (fax in the states), or e-mail: order@specialty-books.com.

There are 5 units in all distance courses. Send in one at a time. The course must be finished by the end of the semester. To speed things up you can e-mail HSA 700 assignments to me at pseibst@sjcme.edu. Send the unit by attachment to the e-mail if possible. Send a cc of the e-mail to apd@sjcme.edu, with your name, social security number, my name, the course number and title, and the unit number.

I'll be on the island in early October if you have questions while I'm there. Otherwise I'll be here until September 15th if you want to contact me.