FLNB Local Form 5

## Exhibit Tag/ Cover Sheet

Party submitting: __Plaintiff__    Ex. # __9__

Admitted: Yes  or  No  (circle one)

Debtor: __Julian Rodney Rooks Jr.__

Case No.: __21-40139-KKS__

*Adv. No.*: _____

Nature of Hearing/
Docket No: _____

_____

Dated    __07/22__ , 20__21__.

By: _____, Deputy Clerk

```
JULIAN R. ROOKS                                                          671
LIC. ████████6-430
2410-A CLEMONS CT.  PH. 904-569-4041
TALLAHASSEE, FL  32303
                                                    October 8, 1999

ST. MATTHEWS UNIVERSITY SCHOOL OF MED              $ 3250.00
Three thousand two hundred fifty

TIAA Federal Credit Union
1409 Miccosukee Road, Tallahassee, Florida 32308

TUITION

⑆ ████ 264 24 ████  ⑈  8900"067"         NOT NEGOTIABLE
```