FLNB Local Form 5

# Exhibit Tag/ Cover Sheet

Party submitting: __Plaintiff__   Ex. # __10__

Admitted: Yes   or   No  (circle one)

Debtor: __Julian Rodney Rooks Jr.__

Case No.: __21-40139-KKS__

*Adv. No.:* _____

Nature of Hearing/
Docket No: _____

_____

Dated   __07/22__ , 20__21__.

By: _____, **Deputy Clerk**

No. 065    Oct 8  19 99
Received from Julean R. Rooney
Three thousand two hundred fifty and no/100 Dollars
For tuition
$3250.00
Ck #671
Jeff Austin