FLNB Local Form 5

## Exhibit Tag/ Cover Sheet

Party submitting: __Plaintiff__         Ex. # __11__

Admitted: Yes  or  No  (circle one)

Debtor: __Julian Rodney Rooks Jr.__

Case No.: __21-40139-KKS__

*Adv. No.:*_____

Nature of Hearing/
Docket No:_____

_____

Dated     __07/22__  , 20__21__.

By:_____, Deputy Clerk

TRUE COPY OF THE FRONT PAGE OF THE ORIGINAL

## Application and Promissory Note for Federal Stafford Loans (subsidized and unsubsidized)

OMB No. 1840-0717 Form Approved Exp. Date 03/31/99

WARNING: Any person who knowingly makes a false statement or misrepresentation on this form is subject to penalties which may include fines or imprisonment under the United States Criminal Code and 20 U.S.C. 1097.

Guarantor or Program Identification:
FINANCE AUTHORITY OF MAINE
ME
94
MAR 25 1999

### Borrower Section
*Please print neatly or type. Read the instructions carefully.*

| 1. Last Name | First Name | MI | 2. Social Security Number |
|---|---|---|---|
| ROOKS | JULIAN | R | -0775 |

| 3. Permanent Street Address | 4. Telephone Number | 5. Loan Period (Month/Year) |
|---|---|---|
| 8407 PENNY LANE | (561) 467-9260 | From: 5/99 To: 4/00 |

| City | State | Zip Code | 6. Driver's License Number |
|---|---|---|---|
| FT. PIERCE | FL | 34951 | -430 FL |

| 7. Lender Name | City | State | Zip Code | 8. Lender Code, if known | 9. Date of Birth |
|---|---|---|---|---|---|
| Key Bank | | | | 813760 | -66 |

10. References:
1. Name: RODNEY ROOKS SR., Address: 8407 PENNY LANE, FT. PIERCE FL 34951, Phone: (561) 467-9260, Relationship: PARENT
2. Name: ROBIN PETTEY, Address: 377 ANCHOR WAY, FT. PIERCE FLA. 34946, Phone: (561) 466-8875, Relationship: SISTER

### Loan Assistance Requested

11. I request the following loan type(s), to the extent I am eligible: ☑ a. Subsidized Federal Stafford  ☑ b. Unsubsidized Federal Stafford

12. I request a total amount under these loan types not to exceed: $ 18,500.00

13. ☑ a. Yes, I want a deferment  ☐ b. No, I do not want a deferment

14. ☑ a. Yes, I want my interest capitalized  ☐ b. No, I prefer to pay the interest

15. ☑ a. Yes, transfer funds  ☐ b. No, do not transfer funds

### Promissory Note

Promise to Pay: I promise to pay to the lender, or a subsequent holder of this Promissory Note, all sums disbursed (hereafter "loan" or "loans") under the terms of this Note, plus interest and other fees which may become due as provided in this Note. If I fail to make payments on this Note when due, I will also pay reasonable collection costs, including attorney's fees, court costs, and collection fees. I understand I may cancel or reduce the size of any loan by refusing to accept any disbursement that is issued. I understand that this is a Promissory Note. I will not sign this Note before reading it, including the writing on the reverse side, even if otherwise advised. I am entitled to an exact copy of this Promissory Note and the Borrower's Rights and Responsibilities. My signature certifies I have read, understand, and agree to the terms and conditions of this Application and Promissory Note, including the Borrower Certification and Authorization printed on the reverse side and the accompanying Borrower's Rights and Responsibilities statement.

THIS IS A LOAN(S) THAT MUST BE REPAID.

16. Borrower's Signature: [signed]   Today's Date: 3-19-99

### School Section
*To be completed by an authorized school official.*

| 17. School Name | 23. School Code/Branch | 28. Telephone Number |
|---|---|---|
| 18. Street Address | 24. Cost of Attendance $ 27675.00 | 29. Recommended Disbursement Date(s) |
| City / State / Zip Code | 25. Federal Expected Family Contribution $ 3681.00 | 1st / 2nd / 3rd / 4th |
| 19. Loan Period | 26. Estimated Financial Aid $ | 30. School Certification |
| 20. Grade Level | 27. Certified Loan Amounts: a. Subsidized $ .00 | Signature of Authorized School Official |
| 21. Enrollment Status | b. Unsubsidized $ .00 | Print or Type Name and Title |
| 22. Anticipated Completion Date | | Date |

Check box if electronically transmitted to guarantor: ☑

### Lender Section
*To be completed by an authorized lending official.*

| 31. Lender Name | 32. Lender Code/Branch | 33. Telephone Number | 34. Lender Use Only |
|---|---|---|---|
| Street Address | 35. Amount(s) Approved: a. Subsidized $ .00 b. Unsubsidized $ .00 | | |
| City / State / Zip Code | 36. Signature of Authorized Lending Official | Print or Type Name, Title, and Date | |

1/31/94

5/9/

LENDER COPY