FLNB Local Form 5

# Exhibit Tag/ Cover Sheet

Party submitting: __Plaintiff__   Ex. # _12_

Admitted: Yes   or   No   (circle one)

Debtor: __Julian Rodney Rooks Jr.__

Case No.: __21-40139-KKS__

*Adv. No.:*_____

Nature of Hearing/
Docket No:_____

_____

Dated   __07/22__, 20_21_.

By:_____, Deputy Clerk



# St. Matthew's University School of Medicine
### San Pedro, Ambergris Caye, Belize

Jeffrey S. Sessland, M.D.
President &
Chief Executive Officer

Jerry W. Thornton, Ph.D.
Vice President &
Chief Operating Officer

Mary Beth Downs, Ph.D.
Vice President of Research
and Development

Renae M. Sersland, M.D.
Vice President of
University Services

Armando A. Rosales, M.D.
Dean of Academic Affairs

Arthur G. Osberg, M.D.
Dean of Clinical Sciences

Caren L. Rosser, Ph.D.
Director of Student Affairs

Joyce A. Nuñez, B.B.A.
Registrar

Debra D. Brown
Director of Admissions

TO: Rooks, Julian

FROM: LIZ CECHINI

DATE: NOVEMBER 23, 1999

RE: OUTSTANDING ACCOUNT BALANCE

This is your third and final notice that your account with the school is past due. If payment is not received immediately, you will be suspended from classes effective November 30, 1999.

Any questions regarding this issue must be addressed with the Director of Financial Aid. To obtain an appointment with the Director of Financial Aid complete the Financial Aid form at the front desk of the Admin. Building.

Thank you in advance for your prompt attention to this matter.

Yours truly,

*Liz Cechini*

Liz Cechini, C.A.
Chief Financial Officer

*[Handwritten note: Appt 1:15pm if you have questions. Monday, Nov. 29, 99  RMS]*

*[Handwritten:]*

I, Julian Rooks,
Will send tuition + balance on or before Jan. 15, 2000.
to St. Matthew's University
c/o Dr. Renae Sersland
P.O. Box 91
San Pedro, Ambergris Caye
Belize, Central America

11/29/99
Date

*Julian Rooks*
Julian Rooks

*Renae Sersland, M.D.*
Dr. Renae Sersland

*Kaplan*

St. Matthew's University
United States Office
1005 West College Boulevard
Niceville, Florida 32578

Telephone: 800-498-9700
Facsimile: 800-565-7177
Website: www.stmatthews.edu
E-mail: admissions@stmatthews.edu