FLNB Local Form 5

## Exhibit Tag/ Cover Sheet

Party submitting: __Plaintiff__    Ex. # __13__

Admitted: Yes   or   No  (circle one)

Debtor: __Julian Rodney Rooks Jr.__

Case No.: __21-40139-KKS__

*Adv. No.:* _____

Nature of Hearing/
Docket No: _____

_____

Dated    __07/22__   , 20__21__ .

By: _____ ,  Deputy Clerk

**SLM Financial Corporation - Loan Application**
a Sallie Mae company   Sales Rep: Michele Marks
St. Matthew's University School of Medicine

Fax Applications to: 1-856-596-3594
Call With Questions: 1-877-834-9851

Mail Applications To:
SLM Financial Corporation
PO Box 470
Marlton, NJ 08053-0470

**Instructions:** If all information is not completed in full, the processing of your application may be delayed. Initial any changes; do not use correction fluid. Send the application, a photocopy of an ID card with your signature, a check or money order for $25 per applicant (i.e. $50 for a joint application), and a copy of your most recent pay stub(s) to your school's financial aid office for school certification. For faster application processing by fax, you may use your Visa or MasterCard to pay the application fee. Complete the credit card section below to use this option.

### Section A: Applicant Section

- Loan Amount Requested: $10,240.00
- Requested Disbursement Date: December 15, 1999
- Repayment Term Requested (years): 15 YEARS
- Interest Only Payments: Yes
- Number of months Interest Only (in-school only): 24
- Full Name: Rooks, Barbara (Judy) A
- Social Security Number: ...-3076
- Date of Birth: ...42
- Street Address: 3648 Doctford Lane
- Own: ✓
- City: Tallahassee, State: Florida, Zip: 32311
- How Long at Current Address: 0 Years 6 Months
- Home Phone: 856-656-4412
- Mailing Address: Same
- Monthly Mortgage/Rent Amount: $719.00 (husband pays)
- Approximate Balance (Mortgage only): $100,700
- Approximate Home Value: $101,000
- Work Phone: 850-523-0005
- Employer Name: Remedy
- Position/Title: Receptionist
- How Long: 0 Years 2 Months
- Other Income Source: see husband below
- Employer Address: 1425 Piedmont Dr, Tallahassee, FL 32312
- Gross Annual Salary: $14,560.00
- Reference Name: Mary Beth Matlak
- Reference's Permanent Address: 546 10th Court, Vero Beach, FL 32962
- Reference's Home Phone: 561-778-1637
- Relationship: friend

### Section B: Joint Applicant

- Relationship to Applicant: MY PARENT (crossed out) Husband
- Full Name: Rooks, Julian (JR) R Sr.
- Social Security Number: ...-4872
- Date of Birth: ...28
- Home Phone: (850) 656-4412
- Street Address: 3648 Doctford Lane
- City: Tallahassee, State: Florida, Zip: 32311
- How Long at Current Address: 0 Years 6 Months
- Own: ✓
- Monthly Mortgage/Rent Amount: see above
- Work Phone: N/A
- Employer Name: Gov't Retirement
- Position/Title: Constr. Inspector
- How Long: 35 Years 0 Months
- Other Income: $1470.00, Source: Social Security
- Employer Address: Jacksonville District Corps of Engineers, FL, N/A
- Gross Annual Salary: Retirement $27,756.00

### Section C: Student Section

- Full Name: Rooks Jr., Julian R
- Social Security Number: ...-0775
- Date of Birth: ...66

### Section D: School Section

- School Name: St. Matthew's Univ. School of Medicine
- School Address: P.O. Box 730, Liberty Lake, WA 99019-0730
- School Phone: (800) 498-9700
- Tuition Amount: $6400.00
- School Code/Branch: 1813
- Date Classes Begin: 01/00
- Date Classes End: 04/00
- Authorized Disbursement Date: 12/15/99
- Anticipated Graduation/Completion Date: 01/02

I hereby certify that the student named in Section C is accepted for enrollment or is enrolled and in good standing. I further certify that the School will, at the request of the loan holder or servicer, provide the loan holder or servicer with subsequent information regarding the student's whereabouts, that the institution will comply with all applicable policies and provisions, and that the information provided in Sections A, B and C is true, complete and correct to the best of my knowledge and belief.

School Certification: I have read and agree with above paragraph.

Signature of authorized school official: Renae M. Sersland, MD    Date: 10/29/99
Print name and title: Renae M. Sersland, M.D. — Vice President of Univ. Serv. and Dir. of Fin Aid

This application will be submitted to SLM Financial Corporation for approval. I/we authorize SLM Financial Corporation to make whatever credit inquiries it deems necessary in connection with this loan application and in the course of review or collection of any credit extended in reliance on this application. I/we authorize and instruct any person or consumer reporting agency to furnish to SLM Financial Corporation any information that it may have or obtain in response to such credit inquiries and agree that such information, along with this application, shall remain SLM Financial Corporation's property, whether or not a loan is approved. All information set forth in this application is declared to be a true representation as to the facts, made for the purposes of obtaining the loan requested, and any willful misrepresentation in this application may result in criminal action. Sallie Mae and its affiliates may share credit and other information about you with each other for marketing and administrative purposes. If you do not want credit information about you from your application, consumer reporting agencies, or third parties shared with our affiliates, you will need to send us a signed letter telling us so with this application.

Applicant's Signature: Barbara A. Rooks    Date: 12-12-99
Joint Applicant's Signature: Julian R. Rooks    Date: 12/12/99

Credit Card Section: To pay the application fee with a Visa or MasterCard, complete this section.
- Credit Card #: (blank)
- Exp. Date: (blank)
- Amount: ☐ $25 ☐ $50
- Signature: (blank)

Copyright 1999 SLM Financial