FLNB Local Form 5

## Exhibit Tag/ Cover Sheet

Party submitting: __Plaintiff__     Ex. # __14__

Admitted: Yes   or   No  (circle one)

Debtor: __Julian Rodney Rooks Jr.__

Case No.: __21-40139-KKS__

*Adv. No.*: _____

Nature of Hearing/
Docket No: _____

_____

Dated     __07/22__ , 20__21__.

By: _____, Deputy Clerk



**SLM**
FINANCIAL CORPORATION
*a Sallie Mae company*

BARBARA A ROOKS
3648 DARTFORD LANE
TALLAHASSEE FL 32311

Dear Customer:

Thank you for choosing to borrow through SLM Financial's education loan program. Loan proceeds have been forwarded to your school.

SLM Financial is affiliated with Sallie Mae - the nation's leading provider of funding for higher education. Sallie Mae is the largest holder and servicer of educational loans in the country.

You will receive a coupon book under separate cover. Please be certain to make your payments by the due dates indicated on your coupons. Make your checks payable to SLM Financial and mail them to: P.O. Box 470, Marlton, NJ 08053-0470.

For your convenience, we have noted your payment information below. Simply mail us a check and we will process your payment without a coupon. We appreciate the opportunity to assist with your education financing needs and wish you the best as you continue your education. Please call us toll free at 1-877-834-9852 if you have any questions.

SLM Financial

Servicing Division

LOAN NUMBER      :         ▇4877

PAYMENT DUE DATE:         1/31/00

PAYMENT AMOUNT   :         146.76

P.O. Box 470 • 3000 Lincoln Drive • Suite F • Marlton, NJ 08053
Phone: (856) 810-2711 • Fax: (856) 810-2718