FLNB Local Form 5

## Exhibit Tag/ Cover Sheet

Party submitting: __Plaintiff__     Ex. #__15__

Admitted: Yes  or   No  (circle one)

Debtor: __Julian Rodney Rooks Jr.__

Case No.: __21-40139-KKS__

*Adv. No.:*_____

Nature of Hearing/
Docket No:_____

_____

Dated __07/22__ , 20__21__.

By:_____,  Deputy Clerk

# STUDENT LOAN CORPORATION (SFC) INDEPENDENCE LOAN
### 111 CONTINENTAL DRIVE, SUITE 120, NEWARK, DE 19713
### TEL: 312.391.2000 / 800.SFC.3312 / FAX: 302.391.2090 (www.sfcorp.com)

## *AVAILABLE TO ST. MATTHEW'S UNIVERSITY SCHOOL OF MEDICINE STUDENTS*

| | |
|---|---|
| Eligibility | U.S. Citizen / U.S. Permanent Resident. International students accepted with U.S. Citizen / U.S. Permanent Resident |
| Application Fee | $75 student, $35 cosigner. Added to loan only if student / cosigner approved. |
| Application Process | Currently students and cosigners can receive the application via e-mail in a Word document format and e-mail it back to St. Matthew's. St. Matthew's will certify it and e-mail or fax it to SFC. Approval can occur in less than one hour from the time SFC receives completed application. If approved, student/cosigner will receive paper application and promissory note by overnight mail. Student / cosigner to sign application and promissory note and send in first month payment by check or money order to SFC. (credit card option will be available later this year) Funds will be wired to St. Matthew's. Monthly payments of principal and interest continue after first payment. St. Matthew's and SFC will monitor repayment consistency. |
| Credit Criteria* | SFC proprietary formula used. If loan is not approved, $75 application fee refunded. SFC reports that almost all students can be approved for one of the three SFC loan programs (see below) with cosigner. According to SFC, no credit history, weak or poor credit history generally will not preclude students from approval. |
| Cosigner Option, if any | Yes. Cosigner must be U.S. Citizen or U.S. Permanent Resident |
| Deferment of payment of Principal/Interest | No. Repayment of principal and interest begins immediately. |
| Repayment Term (No prepayment penalty) | Fifteen years. Payments are due on the first of each month with a 10-day grace period. |
| Interest Rates and Loan Origination Fee | 8% Origination Fee / 12.9% Interest Rate Note: Two additional lower cost programs are expected to be offered later this fall. St. Matthew's will provide updates. |
| Annual Borrowing Limit | Cost of Attendance less other financial aid |
| Aggregate Borrowing Limit | Cost of Attendance less other financial aid |
| Major Benefits | ◆ The SFC program allows the student to clear balances due to the school, to allow continuation of studies, be assigned a clinical rotation, and be allowed to graduate and receive transcripts. ◆ Student receives a monthly statement showing current loan balances, pay-off information, and minimum amount due. School is kept apprised of loan status, delinquencies, and possible defaults well in advance of any necessary SFC collection action. School receives this information twice a month. ◆ Loan servicing and collection process is serviced by SFC. SFC's monthly billing statement and SFC's skilled in-house collectors maintain constant reminders to students to ensure that they need to keep their accounts current. |

* Students are encouraged to review current credit reports from all three credit bureaus (Experian, Equifax, and Trans Union). SFC randomly pulls one of the three national credit bureau reports when the student/cosigner applies for a loan. If the student and cosigner have only reviewed the credit report from one of the three credit bureaus, it is entirely possible that SFC pulled one of the other two credit reports to make its credit decision, with the possible result that there is derogatory information on one of the other two credit reports of either or both the student and the cosigner. Students and cosigners can contact St. Matthew's for information on the cost and process to obtain a three bureau credit report.