FLNB Local Form 5

# Exhibit Tag/ Cover Sheet

Party submitting: __Plaintiff__   Ex. # __17__

Admitted: Yes   or   No   (circle one)

Debtor: __Julian Rodney Rooks Jr.__

Case No.: __21-40139-KKS__

*Adv. No.:* _____

Nature of Hearing/
Docket No: _____

_____

Dated   __07/22__ , 20__21__.

By: _____ , **Deputy Clerk**



# Student Finance Corporation
FINANCING SOLUTIONS FOR STUDENTS

# Cosigner Application

(Please Print or Type)

| Student's Name | | Student's SSN | |
|---|---|---|---|
| Institution Name | | Institution ID # | |
| Program Type | | Loan Amount Requested | |
| Program Length | ☐Days ☐Months ☐Weeks ☐Years  Start Date | Graduation Date | |

## SECTION A – APPLICANT INFORMATION

| Full Name (Last, First, Middle) | | SSN | Birth Date | |
|---|---|---|---|---|
| Street Address | | | City | |
| State | Zip | Monthly Rent/Mortgage | Years There | ☐Own ☐Rent ☐Other |
| Telephone | | Driver's License No. | | Issuing State |
| Previous Street Address | | | City | |
| State | Zip | Years There | | |
| Present Employer | | Years There | Telephone | |
| Position or Title | | | Supervisor | |
| Employer's Address | | | | |
| Previous Employer | | | Years There | |
| Are you a U.S. Citizen? ☐Yes ☐No | If No, Are You a Resident Alien? ☐Yes ☐No | | Have You Ever Declared Bankruptcy? ☐Yes ☐No | |
| Do You Have a Checking Account? ☐Yes ☐No | | | Do You Have a Savings Account? ☐Yes ☐No | |

## SECTION B – INCOME
Alimony, Child Support, or separate maintenance income need not be revealed if you do not wish to have it considered as a basis for repaying this obligation.

| Annual Income | Additional Income | Source and Frequency of Additional Income | Total Income |
|---|---|---|---|
| | | | |

## SECTION C – REFERENCES

| Name | Address | Telephone |
|---|---|---|
| | | |
| | | |

I understand that you will retain this application whether or not it is approved. You are authorized to check my credit and employment history.

_____  _____
Cosigner's Signature          Date

REV 102300