FLNB Local Form 5

# Exhibit Tag/ Cover Sheet

Party submitting: __Plaintiff__        Ex. # __18__

Admitted: Yes  or  No  (circle one)

Debtor: __Julian Rodney Rooks Jr.__

Case No.: __21-40139-KKS__

*Adv. No.:* _____

**Nature of Hearing/
Docket No:** _____

Dated    __07/22__ , 20__21__.

By: _____, Deputy Clerk

# Clinical Faculty and Preceptors

R. Abed, M.D., M.B., Chb, Mrcpsy
Psychiatry

Abit-Bol, M.D.
Obstetrics and Gynecology

Shahida Ahmad, M.D.
Neurology

Frank Apantaku, M.D.
General Surgery

Thirkra Basir, M.B., BhB, MRCP
Obstetrics and Gynecology

Ayaz Begg, M.D., MB, BS, Cairo,
MRCOG, MRCP, London
Psychiatry

Judy Benson, M.D.
Pediatrics

Morris Benson, M.D.
General Surgery

Abraham Botha, MB, BCh, FRCS
General Surgery

Michael J. Carmardi, M.D.
Ambulatory Care and Internal Medicine

Kenney Cathcart, M.D., D.O.
Endocrinology and Internal Medicine

Charles Cavallo, M.D.
General Surgery

Timothy Crum, M.D.
Pediatrics

Robert Cryer, M.B., M.D., Bchir, MRCP
General Medicine and Endocrinology

Enrique De la Guardia, M.D.
Pediatrics

Clyde Dorr II, M.D.
Obstetrics and Gynecology

J. Evans-Jones, M.D.
Pediatrics

Paul Farrands, M.D., FRCS, BM, BS,
Nottingham
Surgery

David Fregeua, M.D.
Pediatrics

Klaus Gottlieb, M.D.
Gastroenterology

Gary L. Gustafson D.O.
Family Practice

John Hartley, M.D.
General Medicine and Respiratory Medicine

Claudette Heylinger-Thomas, M.D.
Pediatrics

Keith Hine, M.D., M.B., C.H.b., Birm, MRCP
General Medicine and Endocrinology

Clarence Hixon, M.D.
Surgery

Tha-Hsiung Hsu, M.D., FACP,
Internal Medicine

Victor Jaffe, M.A., Cambridge, FRCS
General Surgery and Psychiatry

M. Lambertz, M.D., Aachen, FRCS
General Surgery

Susan M. MacDonald, M.D.
Clinical Immunology, Research Professor

Michael Marcos, M.B., BcCh,
Ain Shams, MRCOG
Obstetrics and Gynecology

A. May M.D.
Internal Medicine & Psychiatry

McHugh, M.D.
Obstetrics and Gynecology

Barry McKenzie Grey, MB, BS,
London, MRCOG
Obstetrics and Gynecology

James McKnight, M.D.
Psychiatry

P.F. Meade, LRCP, M.D., London
Family Practice

Warner Meadows, M.D.
General Surgery

Dan Phillips, M.D.
Obstetrics and Gynecology

Ian Pollock, M.D. M.B., Bch, London, MRCP
Pediatrics

Michael Roberts, M.B., CHB, MRCP
Psychiatry

James Rogan
Family Practice

Ian Runcie, M.D.
Radiology

Neal Sandson, M.D.
Psychiatry

Michael Saul Shapiro, M.D.
Psychiatry and General Surgery

Earnest Simmons, M.D.
Family Practice

Scott P. Simmons, M.D.
Family Practice

Haba Sonyika, M.D.
Obstetrics and Gynecology

William Thomas, M.D.
Pathology

Joseph L. Torres, M.D.
Family Practice

Travers, M.D., MRCP,
Psychiatry

George Tucker, M.D.
Obstetrics and Gynecology

Dennis Turner, M.D.
Surgery

Thomas Valdes, M.D.
Emergency Medicine

Peter I. Vilkins, M.D., D.O.
General Surgery

Kelvin White, M.D.
Family Practice

Milton White, M.D.
Internal Medicine

Pierre Willemse, M.D., DRS,
Groningen, MRCP
General Medicine

Wayne G. Williams, M.D.
Family Practice