FLNB Local Form 5

## Exhibit Tag/ Cover Sheet

Party submitting: __Plaintiff__    Ex. # __19__

Admitted: Yes   or   No  (circle one)

Debtor: __Julian Rodney Rooks Jr.__

Case No.: __21-40139-KKS__

*Adv. No.*: _____

Nature of Hearing/
Docket No: _____

_____

Dated   __07/22__, 20__21__.

By: _____, Deputy Clerk

**FRANK O. APANTAKU, M.D. M.Sc. F.A.C.S**
CERTIFIED AMERICAN BOARD OF SURGERY

| MAIN OFFICE | ANSWERING SERVICE |
|---|---|
| (773) 342-1212 | (773) 539-8292 |

M_____ 333-5440 pager

(HOME)
847-251-0126

YOUR APPOINTMENT IS AT THE APANTAKU CLINICS (SUITE 320)
2222 WEST DIVISION STREET
(773) 342-1212

DAY_____DATE_____TIME_____AM_____PM_____

EMERGENCY SITUATION: SEE INSTRUCTIONS ON THE REVERSE SIDE.

FAX 773-342-1010