FLNB Local Form 5

## Exhibit Tag/ Cover Sheet

Party submitting: _Plaintiff_          Ex. # _21_

Admitted: Yes   or    No  (circle one)

Debtor: _Julian Rodney Rooks Jr._

Case No.: _21-40139-KKS_

*Adv. No.:*_____

Nature of Hearing/
Docket No:_____

_____

Dated          _07/22_          , 20_21_ .

By:_____,   Deputy Clerk

