FLNB Local Form 5

## Exhibit Tag/ Cover Sheet

Party submitting: __Plaintiff__        Ex. # __24__

Admitted: Yes   or   No  (circle one)

Debtor: __Julian Rodney Rooks Jr.__

Case No.: __21-40139-KKS__

*Adv. No.:*_____

Nature of Hearing/
Docket No:_____

_____

Dated      __07/22__    , 20__21__.

By:_____, Deputy Clerk

```
                              SAINT JOSEPH'S COLLEGE DEGREE AUDIT

Julian R. Rooks
Apt 2E                                   MAJOR:  MHSA - International           EVALUATED:      8/31/2001
124 W Washington Blvd                2ND MAJOR:                                 RE-EVALUATED:
Oak Park, IL 60302                       MINOR:                                 UPDATE:
ID:       0775                           CLASS:
ADVISOR: Donna E. Walters              CATALOG:  200100       MHSA - International
2ND ADVISOR:                              DATE:  8/31/2001

    This audit matches degree requirements with the courses that you have completed to date.
------------------------------------------------------------------------------------------------------------
REQUIREMENTS                NO. CREDITS REQ. MET? COURSES USED TO MEET REQUIREMENTS      GRADE  CRD EARNED  NOTE
                                                  Required Courses
HSA500  U.S. Health Care Systems        3.00 IP   HSA500  U.S. Health Care Systems              3.00
HSA505  Organizational Theory/Behavior  3.00 YES  HSA505  Organizational Theory/Behavior  A-    3.00
HSA515  Health Services Administration  3.00 YES  HSA515  Health Services Administration  B    3.00
HSA535  Management Information Systems  3.00 YES  HSA535  Management Information Systems  B-   3.00
HSA575  Ethical & Legal Perspectives    3.00 IP   HSA575  Ethical & Legal Perspectives          3.00
HSA615  Human Resources Management      3.00 YES  HSA615  Human Resources Management      A-   3.00
HSA700  Strategic Management            3.00 YES  HSA700  Strategic Management            A-   3.00
HSA715  Health Policy And Politics      3.00 NO
------------------------------------------------------------------------------------------------------------
                                                  Required Electives
YOU MUST TAKE  9.00  CREDITS FROM BELOW:
HSA555  Health Economics                9.00 NO
HSA565  Health Care of the Aged
HSA585  Capital Finance
HSA605  Health Care Marketing
HSA625  Labor Relations
HSA635  Ambulatory Care Administration
HSA645  Medical Sociology
HSA655  Gerontology
HSA665  Environmental Health
HSA675  Seminar In Health Management
HSA685  Current Topics Hlth Serv Admin
HSA695  Managed Care
------------------------------------------------------------------------------------------------------------
                                                  Summer Session Requirements
YOU MUST TAKE  6.00  CREDITS FROM BELOW:
HSA525  Health Care Financial Mgt       6.00 NO   HSA525  Health Care Financial Mgt       B-   3.00
HSA545  Research Methods
------------------------------------------------------------------------------------------------------------
                                                  Capstone Courses
HSA727  Research Applications           3.00 NO
HSA705  Organizational Effectiveness    3.00 NO
------------------------------------------------------------------------------------------------------------
    CREDITS REQUIRED:                  45.00                              & = multiple usage
    CREDITS TRANSFERRED & APPLIED:       .00                              * = course substitution
    SJC CREDITS EARNED & APPLIED:      18.00      6.00 (IN PROGRESS)      # = credit substitution
                                                                          IP = requirement in progress
    CREDITS NEEDED TO GRADUATE:        27.00     21.00 (LESS IN PROGRESS) Z,T = transfer course

    CUMULATIVE GPA:                     3.25
```