FLNB Local Form 5

# Exhibit Tag/ Cover Sheet

Party submitting: __Plaintiff__         Ex. # __25__

Admitted: Yes   or   No  (circle one)

Debtor: __Julian Rodney Rooks Jr.__

Case No.: __21-40139-KKS__

*Adv. No.:* _____

Nature of Hearing/
Docket No: _____

_____

Dated        __07/22__   , 20__21__.

By: _____, Deputy Clerk

# SAINT JOSEPH'S COLLEGE 

Division of Continuing and
Professional Studies
278 Whites Bridge Road
Standish, Maine  04084-5263

1-800-752-4723 (Admissions)
1-800-343-5498 (Student Services)
207-893-7800 (Gr. Portland Area)
Fax 892-7480 (Admissions)
Fax 892-7423 (Student Services)

December 21, 2000

Julian R. Rooks
SSN: ▓▓▓0775
MHSA - International

COURSE ENROLLMENT:

| **Course** | **Syllabus Code** | **Instructor** |
|---|---|---|
| HSA575 | 01/00 | Heidi Johnson |

**OFFICIAL COURSE START DATE:**        1/18/2001

**OFFICIAL COURSE COMPLETION DATE:**   7/18/2001

Use the course information above to order textbooks and materials from Specialty Books before the Official Course Start Date.  **In order to receive the proper texts and materials, provide the salesperson with the Course Number and Syllabus Code (listed above).**

Specialty Books, 5833 Industrial Drive, Athens, Ohio 45701
Phone: 800-466-1365    or    740-594-2274
Fax:     800-466-7132    or    740-593-3045
Web:   www.specialty-books.com.

Direct all course enrollment questions to your academic advisor at 1-800-343-5498 or 207-893-7800.

**Please Note:** Students are responsible for tracking and maintaining their own status if receiving Financial Aid or participating in the Tuition Guarantee Plan

Visit our web site at: www.sjcme.edu/cps

Founded 1912 by the Sisters of Mercy