FLNB Local Form 5

# Exhibit Tag/ Cover Sheet

Party submitting: __Plaintiff__     Ex. # __26__

Admitted: Yes  or  No  (circle one)

Debtor: __Julian Rodney Rooks Jr.__

Case No.: __21-40139-KKS__

*Adv. No.:*_____

Nature of Hearing/
Docket No:_____

_____

Dated     __07/22__    , 20__21__.

By:_____, Deputy Clerk

# SAINT JOSEPH'S COLLEGE
## of Maine

Office of Academic Records
207-893-7798

278 Whites Bridge Road
Standish, Maine 04084-5263

# GRADE REPORT

Julian R. Rooks
Apt 2E
124 W Washington Blvd
Oak Park, IL 60302

Date Reported : 2/25/2002

| Course | Sec | Course Title | Grade | Crd | Completion Date |
|---|---|---|---|---|---|
| HSA500 | 5 | U.S. Health Care Systems | B | 3.00 | 8/27/2001 |
| Julian R. Rooks | | | ID # ▇▇▇▇0775 | | |

Founded 1912 by the Sisters of Mercy