FLNB Local Form 5

## Exhibit Tag/ Cover Sheet

Party submitting: __Plaintiff__        Ex. # __27__

Admitted: Yes  or  No  (circle one)

Debtor: __Julian Rodney Rooks Jr.__

Case No.: __21-40139-KKS__

*Adv. No.*: _____

Nature of Hearing/
Docket No: _____

_____

Dated    __07/22__ , 20__21__.

By: _____, Deputy Clerk

**TELECOM*USA**

KIMBERLY TEBO  
APT 2-E  
124 W WASHINGTON BL  
OAK PARK, IL 60302-4354  

Page 4 of 4  
Account Number ███████7736  
Billing Date Jul 7, 2001  

Questions? 1-800-244-4444

### Important Information

This portion of your bill is provided as a service of Ameritech to the above company. Please review all charges carefully - they may include those of a service provider not shown on a previous bill. In addition, nonpayment of toll charges may result in disconnection of local service, and other services may be restricted if not paid. Unpaid accounts also may be subject to collection action. If you have questions about any of the charges appearing on this page, please call the number shown above.

### Current Charges

**Long Distance**

| No. | Date | Time | Place Called | Number | Code | Min | |
|---|---|---|---|---|---|---|---|
| **Itemized Calls** | | | | | | | |
| 1 | 6-02 | 839A | 220TALLAHA FL | 850 877-8141 | N | 1 | .99 |
| 2 | 6-02 | 839A | 220TALLAHA FL | 850 980-0447 | N | 1 | .99 |
| 3 | 6-03 | 106P | 220TALLAHA FL | 850 980-0447 | N | 10 | .99 |
| 4 | 6-03 | 118P | 220TALLAHA FL | 850 980-0447 | N | 6 | .99 |
| 5 | 6-04 | 1051A | 220CHICAGO IL | 312 345-0680 | D | 7 | .99 |
| 6 | 6-05 | 1245P | 220SPRINGF IL | 217 785-5133 | D | 2 | .99 |
| 7 | 6-05 | 509P | 220TALLAHA FL | 850 656-4412 | D | 8 | .99 |
| 8 | 6-05 | 640P | 220CHICAGO IL | 312 528-0000 | E | 2 | .99 |
| 9 | 6-07 | 830A | 220CHICAGO IL | 312 345-0680 | D | 1 | .99 |
| 10 | 6-07 | 941P | 220TALLAHA FL | 850 656-4412 | E | 11 | .99 |
| 11 | 6-07 | 1037P | 220TALLAHA FL | 850 656-4412 | E | 45 | 2.74 |
| 12 | 6-08 | 1043A | 220CHICAGO IL | 312 528-0000 | D | 1 | .99 |
| 13 | 6-08 | 1055A | 220HINSDAL IL | 630 571-6666 | D | 2 | .99 |
| 14 | 6-08 | 148P | 220CHICAGO IL | 312 345-0680 | D | 2 | .99 |
| 15 | 6-08 | 936P | 220TALLAHA FL | 850 656-4412 | E | 49 | 3.02 |
| 16 | 6-09 | 1144P | 220TALLAHA FL | 850 656-4412 | N | 5 | .99 |
| 17 | 6-10 | 1155A | 220HAVANA FL | 850 539-8478 | N | 2 | .99 |
| 18 | 6-10 | 529P | 220TALLAHA FL | 850 980-0447 | N | 1 | .99 |
| 19 | 6-10 | 624P | 220TALLAHA FL | 850 980-0447 | N | 1 | .99 |
| 20 | 6-10 | 624P | 220HAVANA FL | 850 539-8478 | N | 22 | 1.13 |
| 21 | 6-10 | 646P | 220TALLAHA FL | 850 980-0447 | N | 1 | .99 |
| 22 | 6-10 | 727P | 220TALLAHA FL | 850 980-0447 | N | 1 | .99 |
| 23 | 6-10 | 728P | 220HAVANA FL | 850 539-8478 | N | 20 | .99 |
| 24 | 6-10 | 748P | 220TALLAHA FL | 850 980-0447 | N | 1 | .99 |
| 25 | 6-11 | 1256P | 220TALLAHA FL | 850 321-3787 | D | 1 | .99 |
| 26 | 6-11 | 620P | 220TALLAHA FL | 850 980-0447 | D | 4 | .99 |
| 27 | 6-12 | 549A | 220TALLANA FL | 850 321-3787 | E | 1 | .99 |
| 28 | 6-13 | 410P | 220TALLAHA FL | 850 877-8141 | D | 39 | 2.32 |
| 29 | 6-13 | 457P | 220FAIRFAX VA | 703 764-3777 | D | 8 | .99 |
| 30 | 6-14 | 604P | 220TALLAHA FL | 850 656-4412 | D | 1 | .99 |
| 31 | 6-14 | 713P | 220JACKSON FL | 904 741-4580 | E | 2 | .99 |
| 32 | 6-16 | 926A | 220CHICAGO IL | 773 475-3545 | N | 7 | .99 |
| 33 | 6-21 | 912A | 220CHICAGO IL | 312 345-0680 | D | 1 | .99 |
| 34 | 6-21 | 917A | 220WAUKEGA IL | 847 249-5636 | D | 1 | .99 |
| 35 | 6-21 | 919A | 220WAUKEGA IL | 847 249-4636 | D | 3 | .99 |
| 36 | 6-21 | 1124A | 220CHICAGO IL | 312 345-0680 | D | 1 | .99 |
| 37 | 6-21 | 704P | 220TALLAHA FL | 850 877-8141 | E | 9 | .99 |
| 38 | 6-22 | 331P | 220TALLAHA FL | 850 656-4412 | D | 3 | .99 |
| 39 | 6-22 | 405P | 220FAIRFAX VA | 703 764-3777 | D | 1 | .99 |
| 40 | 6-25 | 734A | 220TALLAHA FL | 850 321-3787 | D | 1 | .99 |
| 41 | 6-25 | 1145A | 220CHICAGO IL | 773 889-1050 | D | 1 | .99 |

**Long Distance - Continued**

| No. | Date | Time | Place Called | Number | Code | Min | |
|---|---|---|---|---|---|---|---|
| 42 | 6-25 | 133P | 220TALLAHA FL | 850 321-3787 | D | 1 | .99 |
| 43 | 6-25 | 320P | 220CHICAGO IL | 312 345-0680 | D | 2 | .99 |
| 44 | 6-25 | 324P | 220CHICAGO IL | 312 345-0680 | D | 1 | .99 |
| 45 | 6-25 | 416P | 220CHICAGO IL | 312 345-0680 | D | 5 | .99 |
| 46 | 6-25 | 437P | 220CHICAGO IL | 312 345-0680 | D | 1 | .99 |
| 47 | 6-26 | 123P | 220TALLAHA FL | 850 656-4412 | D | 6 | .99 |

Total Itemized Calls     51.78

**Key for Calling Codes:**  
D Day     E Evening     N Night/Weekend

**Total Long Distance Charges**     51.78

**Local, State and Federal Charges**

| | |
|---|---|
| Municipal Infrastructure Maintenance Fee | .52 |
| State Infrastructure Maintenance Fee | .26 |
| State Additional Charges | .02 |
| **Total Local, State and Federal Charges** | **.80** |

**Taxes**

| | |
|---|---|
| Federal at 3% | 1.55 |
| Illinois at 7% | 3.62 |
| **Total Taxes** | **5.17** |

**Total TELECOM*USA Charges**     **57.75**