FLNB Local Form 5

## Exhibit Tag/ Cover Sheet

Party submitting: __Plaintiff__    Ex. # __28__

Admitted: Yes  or  No  (circle one)

Debtor: __Julian Rodney Rooks Jr.__

Case No.: __21-40139-KKS__

*Adv. No.*:_____

Nature of Hearing/
Docket No:_____

_____

Dated ___07/22___, 20__21__.

By:_____, Deputy Clerk

# TELECOM*USA

KIMBERLY TEBO
APT 2-E
124 W WASHINGTON BL
OAK PARK, IL 60302-4354

Page 4 of 4
Account Number ███████773 6
Billing Date Aug 7, 2001

Questions? 1-800-424-7272

### Important Information

This portion of your bill is provided as a service of Ameritech to the above company. Please review all charges carefully - they may include those of a service provider not shown on a previous bill. In addition, nonpayment of toll charges may result in disconnection of local service, and other services may be restricted if not paid. Unpaid accounts also may be subject to collection action. If you have questions about any of the charges appearing on this page, please call the number shown above.

### Taxes
| | |
|---|---|
| Federal at 3% | .92 |
| Illinois at 7% | 2.15 |
| **Total Taxes** | **3.07** |
| **Total TELECOM*USA Charges** | **34.19** |



### Current Charges

**Long Distance**

| No. | Date | Time | Place Called | Number | Code | Min | |
|---|---|---|---|---|---|---|---|
| **Itemized Calls** | | | | | | | |
| 1 | 7-05 | 1019A | 220WHEATON IL | 630 752-9225 | D | 4 | .99 |
| 2 | 7-05 | 421P | 220FAIRFAX VA | 703 764-3777 | D | 12 | .99 |
| 3 | 7-05 | 745P | 220TALLAHA FL | 850 656-4412 | E | 54 | 3.37 |
| 4 | 7-08 | 101P | 220CHICAGO IL | 312 831-2827 | N | 1 | .99 |
| 5 | 7-08 | 101P | 220CHICAGO IL | 773 404-2827 | N | 4 | .99 |
| 6 | 7-08 | 105P | 220CHICAGO IL | 773 404-2827 | N | 2 | .99 |
| 7 | 7-09 | 1249P | 220FAIRFAX VA | 703 764-3777 | D | 1 | .99 |
| 8 | 7-10 | 1150A | 220TALLAHA FL | 850 431-5301 | D | 2 | .99 |
| 9 | 7-10 | 1154A | 220TALLAHA FL | 850 431-5301 | D | 3 | .99 |
| 10 | 7-10 | 1211P | 220CHERRY IL | 815 332-3260 | D | 4 | .99 |
| 11 | 7-10 | 1217P | 220CHERRY IL | 815 332-3260 | D | 4 | .99 |
| 12 | 7-12 | 1058A | 220HAVANA FL | 850 539-8478 | D | 15 | .99 |
| 13 | 7-12 | 800P | 220TALLAHA FL | 850 980-0447 | E | 1 | .99 |
| 14 | 7-12 | 809P | 220TALLAHA FL | 850 980-0447 | E | 1 | .99 |
| 15 | 7-12 | 814P | 220TALLAHA FL | 850 980-0447 | E | 1 | .99 |
| 16 | 7-12 | 814P | 220TALLAHA FL | 850 980-0447 | E | 13 | .99 |
| 17 | 7-14 | 618P | 220TALLAHA FL | 850 877-8141 | N | 1 | .99 |
| 18 | 7-15 | 814P | 220TALLAHA FL | 850 980-0447 | N | 1 | .99 |
| 19 | 7-15 | 816P | 220TALLAHA FL | 850 980-0447 | N | 10 | .99 |
| 20 | 7-16 | 433P | 220TALLAHA FL | 850 656-4412 | D | 12 | .99 |
| 21 | 7-20 | 1104A | 220TALLAHA FL | 850 321-3787 | D | 1 | .99 |
| 22 | 7-20 | 1105A | 220TALLAHA FL | 850 321-3787 | D | 1 | .99 |
| 23 | 7-21 | 1116P | 220PENSACO FL | 850 429-7132 | N | 42 | 2.53 |
| 24 | 7-22 | 302P | 220TALLAHA FL | 850 656-4412 | N | 12 | .99 |
| 25 | 7-22 | 702P | 220TALLAHA FL | 850 980-0447 | N | 12 | .99 |
| 26 | 7-22 | 719P | 220TALLAHA FL | 850 980-0447 | N | 3 | .99 |
| 27 | 7-23 | 804P | 220TALLAHA FL | 850 656-4412 | E | 20 | .99 |
| Total Itemized Calls | | | | | | | 30.65 |

**Key for Calling Codes:**
D Day    E Evening    N Night/Weekend

| | |
|---|---|
| **Total Long Distance Charges** | **30.65** |

**Local, State and Federal Charges**

| | |
|---|---|
| Municipal Infrastructure Maintenance Fee | .31 |
| State Infrastructure Maintenance Fee | .15 |
| State Additional Charges | .01 |
| **Total Local, State and Federal Charges** | **.47** |