FLNB Local Form 5

## Exhibit Tag/ Cover Sheet

Party submitting: __Plaintiff__     Ex. # __30__

Admitted: Yes  or   No  (circle one)

Debtor: __Julian Rodney Rooks Jr.__

Case No.: __21-40139-KKS__

*Adv. No.*: _____

**Nature of Hearing/**
**Docket No:** _____

_____

Dated     __07/22__ , 20__21__.

By: _____ , **Deputy Clerk**



## St. Matthew's University School of Medicine
San Pedro, Ambergris Caye, Belize

---

FACSIMILE TRANSMITTAL SHEET

TO: Rodney Roops
FROM: Gloria M-Avila
COMPANY:
DATE: 8/20/01
(PHONE) 1-850-321-3787
TOTAL NO. OF PAGES INCLUDING COVER: 3 (5)
(FAX) 1-708-358-1447
CC:
RE: SFC

☐ URGENT  ☐ FOR REVIEW  ☐ PLEASE COMMENT  ☐ PLEASE REPLY  ☐ PLEASE RECYCLE

NOTES/COMMENTS:

Rodney,
Please complete and mail back with originals.
Thanks,
Gloria

---

1750 WEST BROADWAY STREET
SUITE 114
OVIEDO, FL 32765
PHONE: 800-498-9700 OR 407-977-5100 OUTSIDE U.S.
FAX: 800-565-7177 OR 407-977-9289 OUTSIDE U.S.

August 16, 2001

Dear Julian Rooks;

In an effort to resolve what has been described as a misunderstanding regarding the reserve disbursement of the Student Finance Corporation loan you took out through St. Matthew's University this past spring, I am sending the following information.

As you have learned the policy of the Student Finance Corporation was to hold the remaining twenty-five percent of your loan until you were no longer an in-school student. Following your leaving the university, the total amount in one-twelfth installments over the course of a year was to be paid.

Some students indicated that they were not told of the disbursement arrangement and expected to receive the money in monthly installments at the end of the last disbursement of the original loan.

To remedy this situation, the Student Finance Corporation has agreed to fund the "reserve" amount beginning immediately in seven equal installments. Your total amount of the remaining "reserve" fund is $ 7250. You will receive this amount paid in seven equal installments each of $ 1035.71 starting this month.

In order to initiate this transfer it is necessary for you to read the attached "release of claims" agreement and sign it before a notary (available at any bank) and return it to us. To facilitate this transaction you may fax a copy of the signed document and we can begin the process. You then must forward to this office the notarized original document.

If you do not agree with the "release of claims" form and are unwilling to sign it we cannot release your Student Finance Corporation monthly funds. In this case any concerns you have with the loan will be between you and the Student Finance Corporation.

It is important that you make your monthly payments to the Student Finance Corporation in a timely fashion. St. Matthew's University will not be deducting any outstanding student balances from these reserve funds. You will receive a full one-seventh of the outstanding "reserve" balance each month. If you have an outstanding student account balance with St. Matthew's University you will have to pay off your balance with St. Matthew's prior to entering clinical rotations. If you have any questions regarding this matter please call me at 800-498-9700.

Sincerely,

Jerry W. Thornton, Ph.D.
President, St. Matthew's International

## RELEASE OF CLAIMS

This Release of Claims (hereinafter referred to as "Release") is entered into by JULIAN RODNEY ROOS who represents that he is mentally competent and of lawful age. As used herein, "Claimant" shall mean JULIAN RODNEY ROOS and any conservator, representative, agent, administrator, executor, or other successor in interest or assign of THIS LOAN.

1. **Recitals.**

The Claimant applied for a Student Financial Corporation (SFC) school loan in the Spring of 2001. The Claimant has stated that he/she was counseled by Renae Sersland, M.D. (past Director of Financial Aid for St. Matthew's University School of Medicine in Belize) on the SFC loan and the provisions for repayment. The Claimant holds that he/she was not fully and accurately informed as the payment conditions by SFC either by Dr. Sersland or by the SFC documents he/she signed. The Claimant holds that he/she was told that the total loan disbursement would be given as one-half of seventy five percent of the total loan proceeds prior to completing basic sciences and the other half of seventy-five percent of the total loan proceeds when he/she completed basic sciences (half way through the degree program). The Claimant states that he/she was told that the reserve would be paid in one-twelfth disbursements of the remaining twenty-five percent of the loan (called the reserve) the beginning the month following the last of the total of seventy-five percent of the loan and would continue in monthly payments for the remaining twelve months which followed. The Claimant holds that he/she understood this "reserve" to be available to assist with the monthly loan payments required from the moment the loan was established.

Subsequent to the last of the seventy-five percent disbursement, the Claimant reported that he/she found out that the "reserve" was not to be paid in monthly payments until he/she was no longer an "in-school student".

In order to rectify the confusion associated with the payment plan, SFC has agreed to provide the "reserve" funds to SMU on behalf of the Claimant. SMU will provide your total reserve balance of $ 7250 ~~in monthly installments of $1000.00, beginning within 30 days the~~ *WHEN* the funds are received from SFC by SMU. By this means the Claimant will have received the full balance of the loan proceeds as an in-school student.

**The purpose of this release and the payments recited herein is to provide for full and final settlement of or due to the Occurrence and to discharge SMU and SMS (SFC) from any and all liability for Claimant's claims arising from the Occurrence.**

**NOW, THEREFORE, IT IS HEREBY AGREED AS FOLLOWS:**

**2.   Release.**

In consideration of the reserve payments by SFC and SMU as provided in paragraph 3 hereof, Claimant hereby: 1) releases and forever discharges SFC and SMU from any and all past, present, or future claims and demands which Claimant has or claims to have for or in any manner growing out of the Occurrence, including, without limitation, any and all known or unknown claims. This Release shall be a fully binding and complete settlement. This Release is entered into in lieu of a suit for damages allegedly received by the Claimant based upon any possible tort or contract action arising from the Occurrence.

**3.   Adequate Consideration and Denial of Liability.**

Claimant agrees and acknowledges that Claimant has reviewed the terms of this Release and does accept payment of the sum received pursuant to this Release as a full, complete, final, and binding compromise of matters involving disputed issues; that payment of the sum referred to in paragraph 3 above shall not be considered as an admission of any

liability or wrongdoings which liability or wrongdoing is expressly denied by SFC and SMU; and that no past or present wrongdoing on the part of SFC or SMU shall be implied by such payment or negotiations.

**4.    Nondisclosure.**

Claimant will keep confidential the terms and conditions of this Release.

**5.    Entire Agreement.**

This Release contains all of the conditions of release with regarding to the matters set forth herein, and the terms of this Release are contractual and not a mere recital.

**6.    Reading of Agreement.**

In entering into this Release, Claimant represents that Claimant has completely read all terms hereof and that such terms are fully understood and voluntarily accepted by him/her.

EXECUTED THIS _22_ DAY OF _AUGUST_, 2001.

_[signature]_

Subscribed and sworn to before me this _22_ day of _AUGUST_, 2001.

_[signature]_
Notary Public (SEAL)
_Cook_ County, State of _Illinois_
My Commission Expires: _10/08/2001_

"OFFICIAL SEAL"
CARRIE A. BERES
NOTARY PUBLIC STATE OF ILLINOIS
My Commission Expires 10/08/2001