FLNB Local Form 5

# Exhibit Tag/ Cover Sheet

Party submitting: __Plaintiff__   Ex. # __31__

Admitted: Yes   or   No  (circle one)

Debtor: __Julian Rodney Rooks Jr.__

Case No.: __21-40139-KKS__

*Adv. No.:* _____

Nature of Hearing/
Docket No: _____

_____

Dated   __07/22__ , 20__21__.

By: _____, **Deputy Clerk**

```
*************************************************************
*                                                            *
*                    TRANSACTION REPORT                      *
*                                              AUG-22-01 03:37 PM *
*           FOR: MAIL BOXES ETC        7083581447            *
*                                                            *
*   SEND                                                     *
*                                                            *
*   DATE   START    RECEIVER         PAGES    TIME    NOTE   *
*                                                            *
*   AUG-22 03:36 PM 13024674032         3     1'09"   OK     *
*                                                            *
*************************************************************
```