FLNB Local Form 5

# Exhibit Tag/ Cover Sheet

Party submitting: __Plaintiff__    Ex. # __32__

Admitted: Yes  or  No  (circle one)

Debtor: __Julian Rodney Rooks Jr.__

Case No.: __21-40139-KKS__

*Adv. No.:* _____

Nature of Hearing/
Docket No: _____

---

Dated    __07/22__ , 20__21__.

By: _____ , **Deputy Clerk**

MY COPY

Page 1 of 4                                                                                          SSN: ███-0775



**A**

## EDUCATION PAYMENT PLAN
## RETAIL INSTALLMENT CONTRACT

Date of Contract: 1/17/01
Notice: If checked ___, see seperate Itemization of Amount Financed.
Services offered by:

**ST. MATTHEWS UNIVERSITY**

| ANNUAL PERCENTAGE RATE The cost of your credit as a yearly rate | FINANCE CHARGE The dollar Amount the credit will cost you | AMOUNT FINANCED The Amount of credit provided to you or on your behalf | Total of Payments The Amount you will have paid after you have made all payments as scheduled | Total Sale Price The total cost of your purchase on credit including your down payment |
|---|---|---|---|---|
| 14.41 | $41,959.60 | $29,000.00 | $70,959.60 | |

Your payment schedule will be

**B**

| NUMBER OF PAYMENTS | AMOUNT OF PAYMENTS | WHEN PAYMENTS ARE DUE MONTHLY BEGINNING: e |
|---|---|---|
| | | First payment due date |
| 180 | 394.22 | 2/1/2001 |

Security: NONE
Late charges: If a payment is late, you will be charged 5% of the unpaid installment, or $5.00, which ever is less, but not less than $1.00
Prepayment: If you pay off early, you will not have to pay a penalty.

See this Consumer Credit Installment Contract for any additional information about nonpayment, default, any required repayment in full before the scheduled date and penalties.

e means estimate.

### ITEMIZATION OF AMOUNT FINANCED

1. Cash Price
   $29,000.00
Taxes on Sale
(if any)........ 0
Total Cash Price
(including Taxes) $29,000.00

2. direct payments to school (if any)........ 0
Cash down payment
(if any)........ 0
Total Down Payment
........ 0

Amount Financed
(1 minus 2)
$29,000.00

Pre-Paid Finance Charge

"You" or "your" means the Buyer(s) signed below. "Seller", "our" or "us" means the Seller listed below or anyone to whom Seller may assign (Sell) this agreement. " Agreement" and "Contract" mean this Retail Installment Contract.
You agree to buy from Seller the above described services for the Total Price shown ABOVE. By signing below, you agree to all of the terms contained in this agreement.
Promise to Pay: You promise to pay the Seller the Amount Financed, plus interest at a Rate of Charge equal to _____ % per year, according to the schedule of payment shown above. Payments are due on the date indicated in the above Payment Schedule and on the same day of each following month until you pay in full, but if there is no corresponding date in the succeeding month, then on the last day of such succeeding month. A full monthly payment must be made each month. Any additional amounts paid, in excess of what is then due, will be applied to principal balance reduction and will not reduce the amount of the next monthly payment due. Each payment will be applied first to interest due, second to principal due, third to charges due, if any, and the remainder to the unpaid balance of the Principal Amount.
Assignment: Seller intends to assign (sell) all rights under this Agreement to Student Finance Corporation, whose address is Christiana Executive Campus, 111 Continental Drive, Suite 408, New
Payment Due Date:  e means estimate. We estimate the payment due dates as y
after the assignee of this Contract receives this signed contract. You must make a
of each month thereafter.

| RECEIVED AS PLAINTIFF / / DEFENDANT / / JOINT / / |
| EXHIBIT NO._____ |
| CASE NO. _____ |
| ADVERSARY NO. _____ |
| FOR ID. _____ IN EVIDENCE _____ |
| DATE REC'D |

**OTHER TERMS**

References to Seller in Paragraphs 1 through 2 shall be deemed to include any assignee of the Agreement.

1. **Default:** You will be in default under this Agreement if any of the following events occur: (1) if you do not follow all of the terms of the Agreement; (2) if any installment of interest or principal under this Agreement is not paid when due; (3) if any representation or warranty made by you in this Agreement, or otherwise made by you, is not true, or if you do not perform your obligation under this agreement; or (4) if you die. Upon your default, Seller may, without notice to you, accelerate maturity under this Agreement and require that you immediately repay the entire unpaid balance due under this Agreement. If Seller finds it necessary to enforce this Agreement, to the extent permitted by applicable law, you will be obligated to pay reasonable attorney's fee and all costs of collection as awarded by the court or the arbitrator as the case may be. Interest after maturity will be at the rate provided for in this Agreement. In the event of your default, Seller may seek all the relief available, including garnishment of wages.

2. **Other Terms:** You warrant to the Seller that statements made in your Application are true and correct. You agree to notify us within a reasonable time after any change in your name, address or employment. You will send any notification to the address where you send your payments.

3. **Security Interest:** None.

4. **Late Payment Charge:** If payment is not received within ten (10) days after the due date, you will be charged a late charge of 5% of the unpaid installment or $5.00, whichever is less, but in no event less then $1.00 will be assessed. Such charge will be collected once on each such installment

5. **NSF Fee:** You agree to pay the holder of this Agreement a $20.00 fee for the return by depository institution of a dishonored check, negotiable order of withdrawal, or share draft issued in connection with this Agreement.

6. **Prepayment:** You may prepay in any amount at any time and you will not have to pay a penalty.

7. **Advance of Funds:** If you do not pay your scheduled payment on the payment due date, Seller may, at its sole discretion and from time to time, advance funds to the holder of this Agreement to cover such payment if such holder is not the Seller. This advance of funds by the Seller will be reflected as a payment on your next bill. You agree that you will repay this advance of funds to the Seller upon its demand. You can determine the amount you owe under this Agreement both to the holder of this Agreement and with respect to any advance of funds made by Seller at any time by calling our toll free number listed in this Agreement. Seller's advance of funds on your behalf on any one occasion does not obligate Seller to do so on subsequent occasions. Should you fail to repay the advance of funds to Seller upon its demand, Seller will have the same rights it has under this Agreement as if it had not transferred it to holder. Any amounts repaid under this Agreement will first be applied to repay the holder in full and then to pay any advance of funds by Seller.

8. **Usury:** If at any time the effective interest rate under this Agreement would, but for this paragraph, exceed the applicable maximum lawful rate, the effective interest rate under this Agreement shall be the maximum lawful rate, and any amount received by us in excess of such rate shall be applied to principal and then to fees and expenses, or, if no such amounts are owing, returned to you.

9. **Applicable Law; Conflict Between Documents:** This Agreement shall be governed by and construed under the laws of the state of Delaware without regard to that state's conflict of laws principles.

10. **ARBITRATION:** IF ARBITRATION IS CHOSEN BY ANY PARTY WITH RESPECT TO A CLAIM, DISPUTE OR CONTROVERSY, NEITHER YOU NOR WE WILL HAVE THE RIGHT TO GO TO COURT OR TO HAVE A JURY TRIAL OR TO ENGAGE IN PRE-ARBITRATION DISCOVERY EXCEPT AS PROVIDED FOR IN THE NATIONAL ARBITRATION FORUM RULES. FURTHER, YOU WILL NOT HAVE THE RIGHT TO PARTICIPATE AS A RESPRESENTATIVE OR MEMBER OF ANY CLASS OF CLAIMANTS PERTAINING TO ANY CLAIM SUBJECT TO ARBITRATION. THE ARBITRATOR'S DECISION WILL GENERALLY BE FINAL AND BINDING. OTHER RIGHTS THAT YOU WOULD HAVE IF YOU WENT TO COURT MAY ALSO NOT BE AVAILABLE IN ARBITRATION. IT IS IMPORTANT THAT YOU READ THE ENTIRE ARBITRATION PROVISION CAREFULLY BEFORE SIGNING THIS CONTRACT. Upon the demand of any party hereto, whether made before or after institution of any judicial proceeding, any claim or controversy arising out of or relating to this Agreement (a "Dispute") shall be resolved by binding arbitration conducted under and governed by the rules (the "Arbitration Rules") of the American Arbitration Association (the "AAA") and the Federal Arbitration Act. Disputes may include, without limitation, tort claims, counterclaims, a dispute as to whether a matter is subject to arbitration, claims brought as class action, or claims arising from documents executed in the future, A judgement upon the award may be entered in any court having jurisdiction. **Special Rules:** All arbitration hearings shall conducted in a location near your residence. Arbitrators are required to follow applicable state or federal law. Rules and forms of the National Arbitration Forum may be obtained and all claims shall be filed at National Arbitration Forum office, www.arb-forum.com, or P.O. Box 50191, Minneapolis, Minnesota

RECEIVED AS |PLAINTIFF| / / DEFENDANT / / JOINT / /
EXHIBIT NO._____
CASE NO. _____
ADVERSARY NO. _____
FOR ID. _____ IN EVIDENCE _____
DATE REC'D _____

55405. A hearing shall begin within 90 days of demand for arbitration. And all hearing shall conclude within 120 days of demand for arbitration. These time limitation may not be executed unless a party shows cause for extension and then for no more than a total of 60 days. Arbitrator shall be licensed attorney selected from the Arbitration panel of AAA. The parties do not waive applicable Federal or State substantive law except as provided herein. **Preservation and Limitation of Remedies:** Notwithstanding the preceding binding arbitration provision, the parties agree to preserve, without diminution, certain remedies that any party may exercise before or after an arbitration or by self-help to exercise or persecute the following remedies as applicable: (1) all rights to foreclose against any real or personal property or other security by exercising a power of sale; (ii) all rights of self-help including peaceful occupation of real property and collection of rents, set-off, and peaceful possession of personal property; (iii) obtaining provisional or ancillary remedies including injunctive relief, sequestration, garnishment, attachment, appointment of receiver and filing an involuntary bankruptcy proceeding; and (iv) when applicable, a judgment by confession of judgment. Any claim or controversy with regard to any party's entitlement to such remedies is a Dispute. **Waiver of Exemplary Damages:** The parties agree that they shall not have a remedy of punitive or exemplary damages against other parties in any Dispute and hereby waive any right or claim to punitive or exemplary damages against other parties in any Dispute that they have now or which may arise in the future in connection with any Dispute whether the Dispute is resolved by arbitration or judicially. **Waiver of Jury Trial:** THE PARTIES ACKNOWLEDGE THAT BY AGREEING TO BINDING ARBITRATION THEY HAVE IRREVOCABLY WAIVED ANY RIGHT THEY MAY HAVE TO A JURY TRIAL WITH REGARD TO DISPUTE.

**This space is intentionally left blank**

| RECEIVED AS PLAINTIFF // DEFENDANT // JOINT // |
|---|
| EXHIBIT NO. |
| CASE NO. |
| ADVERSARY NO. |
| FOR ID. _____ IN EVIDENCE _____ |
| DATE REC'D |

SSN: 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

## NOTICE

ANY HOLDER OF THIS CONSUMER CREDIT CONTRACT IS SUBJECT TO ALL CLAIMS AND DEFENSES WHICH THE DEBTOR COULD ASSERT AGAINST THE SELLER OF GOODS OR SERVICES OBTAINED PURSUANT HERETO OR WITH THE PROCEEDS HEREOF. RECOVERY HEREUNDER BY THE DEBTOR SHALL NOT EXCEED THE AMOUNT PAID BY THE DEBTOR HEREUNDER.

NOTICE TO BUYER: (1) DO NOT SIGN THIS AGREEMENT BEFORE YOU READ IT OR IF IT CONTAINS ANY BLANK SPACE. (2) YOU ARE ENTITLED TO A COMPLETELY FILLED-IN COPY OF THIS AGREEMENT. (3) UNDER THE LAW YOU HAVE THE RIGHT TO PAY OFF IN ADVANCE THE FULL AMOUNT DUE. (4) IF YOU DESIRE TO PAY OFF IN ADVANCE THE FULL AMOUNT DUE, THE AMOUNT WHICH IS OUTSTANDING WILL BE FURNISHED UPON REQUEST.

BUYER ACKNOWLEDGES RECEIPT OF A COPY OF THE COMPLETED CONTRACT

ST MATTHWES UNIVERSITY
Seller's Name (Printed)

JULIAN ROOKS
Buyer's Name (Printed)

Authorized Signature    Date

Signature    Date

Title

3648 DARTFORD LANE
Buyer's Address

Seller's Address

TALLAHASSEE, FL 32301
City    State    Zip

City    Sate    Zip

_____-0775
Buyer's Social Security Number

Telephone

850-656-4412
Telephone(Home)  Telephone(work)

Seller's Address

TALLAHASSEE, FL 32301
City    State    Zip

City    Sate    Zip

_____-0775
Buyer's Social Security Number

Telephone

850-656-4412
Telephone(Home)  Telephone(work)

**CO-SIGNER SECURITY AGREEMENT:** You, the person (or person) signing below as "Co-signer," promise to pay to us, or to our order, at any of our Delaware offices, the Amount Financed, plus interest at the Rate of Charge, shown on the front of this Contract. You intend to be legally bound by all the terms contained on the front and back of this note, separately and together, with borrower. You are making the promise to induce us to make the loan to the borrower, even though the proceeds will be used only for the Borrower's benefit. You agree that we may seek immediate payment from you without making any prior demand for payment on the Borrower. You also acknowledge receiving a copy of the "Notice to Co-signer" prior to the time you signed this Note and a complete copy of this Note.

JULIAN ROOKS SR.
Co-signer's Name (Printed)

3648 DARTFORD LANE
TALLAHASSEE, FL 32311
Address

_____-4872
Social Security Number

Co-signer's Signature    Date

Co-signer's Name (Printed)    Address    Social Security Number

Co-signer's Signature    Date

Witness

RECEIVED AS [PLAINTIFF] / / DEFENDANT / / JOINT / /
EXHIBIT NO. _____
CASE NO. _____
ADVERSARY NO. _____
FOR ID. _____ IN EVIDENCE _____
DATE REC'D _____