FLNB Local Form 5

# Exhibit Tag/ Cover Sheet

**Party submitting:** Plaintiff        Ex. # 34

**Admitted:** Yes   or   No  (circle one)

**Debtor:** Julian Rodney Rooks Jr.

**Case No.:** 21-40139-KKS

*Adv. No.:* _____

**Nature of Hearing/**
**Docket No:** _____

**Dated** ____07/22____ , 20_21_ .

**By:** _____, **Deputy Clerk**

