FLNB Local Form 5

# Exhibit Tag/ Cover Sheet

Party submitting: __Plaintiff__     Ex. # __35__

Admitted: Yes  or  No  (circle one)

Debtor: __Julian Rodney Rooks Jr.__

Case No.: __21-40139-KKS__

*Adv. No.*:_____

Nature of Hearing/
Docket No:_____

_____

Dated     __07/22__, 20__21__.

By:_____, Deputy Clerk

DR. NANCY ADAMSON     011-501-263-263
e- nadamson@smu.edu.bz


**Cook County Hospital**
1835 W. Harrison St., Chicago, Illinois 60612-9985, Telephone 312/633-6000

MON = BSIS          WED = DR. FRANCO
8:30                8:30
1700 WEST POLK      7TH FLOOR
ADMINISTRATION BLDG.   ® 7308
R 401

Dear Medical Student:

Thank you for your interest in our Medical Student Clerkship Programs. Senior elective clerkships may be available to qualified students for aggregate period not to exceed four (4) months

**Eligibility:**   You may apply for a senior clerkship listed on the reverse side of the application if:

1. You are a current student in good standing and will be in the last year of the formal medical school program by the time you begin the clerkship; and

2. You have successfully completed the following core clerkships as indicated:

| Required Core Clerkships | Weeks |
|---|---|
| Surgery | 8 |
| Medicine | 8 |
| Pediatrics | 8 |
| Obstetrics/Gynecology | 8 |
| Psychiatry | 6 |

**To apply:**   The following must be submitted by the Medical School Dean:

1. The completed application form, which must also be signed by the dean and school seal affixed;

2. An official transcript showing clerkships completed, number of weeks, and expected date of graduation.

**Please Note:**   The application and transcript must be sent by the medical school. **Applications received directly from you will not be processed.**

If accepted, you must present documentation which satisfies our Infection Control requirements _prior to beginning the clerkship._

As a senior clerk, you'll become an active member of the medical, surgical or specialty team. You will attend teaching rounds and conferences; on clinical services you will be assigned to and be supervised by our resident and attending staff.

An evaluation form from your medical school should be submitted to this office.

Any questions call (312) 633-7776. Please allow six (6) weeks for application processing.

Sincerely,

Bernice B. Hatchett
Bernice B. Hatchett
Administrative Assistant
Planning, Education & Research

Encl.
8/18/99

WED.
7308
7TH FLOOR
8:30

FIS
MW 8:30

DR. NAGY
AN
R 401   LOUANNE
312-572-3964

MW  BSIS
8:30

HR