FLNB Local Form 5

## Exhibit Tag/ Cover Sheet

Party submitting: __Plaintiff__     Ex. # __36__

Admitted: Yes   or   No  (circle one)

Debtor: __Julian Rodney Rooks Jr.__

Case No.: __21-40139-KKS__

*Adv. No.:*_____

Nature of Hearing/
Docket No:_____

_____

Dated     __07/22__ , 20__21__.

By:_____, Deputy Clerk

| Student # | Year | Sem | Start Date | End Date | Hospital/Site | Core/Elective Name | Weeks | Eval. | Prec. Score | Exam | Grade | Retak |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1199938 | 2001 | 3 | 10/29/2001 | 11/23/2001 | Jackson Park Hospital | Family Medicine Elective | 6 | H | 98 | 0.00 | | |
| 1199938 | 2002 | 1 | 4/3/2002 | 4/30/2002 | Cook County Hospital | Anestesiology Elective | 4 | | | 0.00 | | |
| 1199938 | 2002 | 1 | 3/4/2002 | 3/29/2002 | Jackson Park Hospital | Emergency Medicine Ele | 4 | H | 86 | 0.00 | | |
| 1199938 | 2001 | 3 | 11/26/2001 | 1/18/2002 | Jackson Park Hospital | Internal Medicine Elective | 8 | | | 0.00 | | |
| 1199938 | 2002 | 1 | 1/21/2002 | 3/1/2002 | Jackson Park Hospital | Nephrology Elective | 6 | HP | 85 | 0.00 | | |
| 1199938 | 2001 | 3 | 10/29/2001 | 11/23/2001 | Jackson Park Hospital | Family Practice Core | 4 | | | | | |
| 1199938 | 2001 | 2 | 6/25/2001 | 8/3/2001 | Jackson Park Hospital | Psychiatry Core | 6 | HP | 88 | | | |
| 1199938 | 2001 | 2 | 8/6/2001 | 9/14/2001 | Jackson Park Hospital | Pediatrics Core | 6 | HP | 85 | | | |
| 1199938 | 2001 | 3 | 9/17/2001 | 10/26/2001 | Jackson Park Hospital | OB/GYN Core | 6 | HP | 92 | | | |
| 1199938 | 2001 | 1 | 1/8/2001 | 3/30/2001 | Jackson Park Hospital | Surgery Core | 12 | HP | 83 | 82.00 | HP | |
| 1199938 | 2001 | 1 | 4/2/2001 | 6/22/2001 | Jackson Park Hospital | Internal Medicine Core | 12 | HP | 88 | | | |
| 1199938 | 2001 | 3 | 11/26/2001 | 1/18/2002 | Jackson Park Hospital | Internal Medicine Elective | 8 | H | 93 | 0.00 | | |
| 1199938 | 2002 | 2 | 6/3/2002 | 6/28/2002 | Michael Reese | Radiology Elective | | | | 0.00 | | |
| 1199938 | 2002 | 2 | 5/6/2002 | 5/31/2002 | Cook County Hospital | Trauma Elective | 4 | | | 0.00 | | |

# ST. MATTHEWS UNIVERSITY SCHOOL OF MEDICINE
Ambergris Caye, Belize
Stateside office: 1750 W. Broadway St., Suite 114, Oviedo, FL 32765
Tel. 1(800)498-9700  Fax 1(800)565-7177

## CLINICAL CLERKSHIP HOSPITAL REPORTING FORM

Name of Student: __RODNEY ROOKS__

Hospital Affiliate: __JACKSON PARK HOSPITAL, CHICAGO, ILLINOIS 60649__

Dates of Rotation: __11/26/01 - 01/18/02__  Number of weeks in Rotation: __8__

Rotation Specialty: __MEDICINE - ELECTIVE__

Hospital Supervisor in Charge of Assessment: __T. OGBARA, MD__

Description of Student Character:

Demonstrated mastery of presentation. Well-read individual.

Rating of Student:

| | Excellent | Good | Average | Failure | Not Observed |
|---|---|---|---|---|---|
| Fund of Knowledge | | X | | | |
| Attendance | X | | | | |
| Dedication | X | | | | |
| Preparation | X | | | | |
| Motivation | X | | | | |
| Initiative | X | | | | |
| Quality of Work | X | | | | |
| Clinical Competency | X | | | | |
| Stress Management | X | | | | |
| Integrity | X | | | | |
| Overall Character | X | | | | |

Did student reach the rotation goals set by the Hospital and Teaching Staff: Yes __X__ No ____
If not what were the problems that caused failure:

Grade Submitted for Rotation: __X__ Honor ____ High Pass ____ Pass ____ Fail
If grade is an honor or pass, please provide a numerical grade from 70 to 100: __93__

Signature of Educational or Clinical Supervisor:

_T. Ogbara MD_

Title: __ATTENDING PHYSICIAN__  Date: __February 11, 2002__

## ST. MATTHEWS UNIVERSITY SCHOOL OF MEDICINE
Ambergris Caye, Belize
Stateside office: 1750 W. Broadway St., Suite 114, Oviedo, FL 32765
Tel. 1(800)498-9700  Fax 1(800)565-7177

### CLINICAL CLERKSHIP HOSPITAL REPORTING FORM

Name of Student: __RODNEY ROOKS__

Hospital Affiliate: __JACKSON PARK HOSPITAL, CHICAGO, ILLINOIS 60649__

Dates of Rotation: __09/17/01 - 10/26/01__  Number of weeks in Rotation: __6__

Rotation Specialty: __OBSTETRICS & GYNECOLOGY__

Hospital Supervisor in Charge of Assessment: __A. SHAH, MD__

**Description of Student Character:**

Very good student.

**Rating of Student:**

|  | Excellent | Good | Average | Failure | Not Observed |
|---|---|---|---|---|---|
| Fund of Knowledge |  | ✓ |  |  |  |
| Attendance |  | ✓ |  |  |  |
| Dedication |  | ✓ |  |  |  |
| Preparation |  | ✓ |  |  |  |
| Motivation |  | ✓ |  |  |  |
| Initiative |  | ✓ |  |  |  |
| Quality of Work |  | ✓ |  |  |  |
| Clinical Competency |  | ✓ |  |  |  |
| Stress Management |  | ✓ |  |  |  |
| Integrity |  | ✓ |  |  |  |
| Overall Character |  | ✓ |  |  |  |

Did student reach the rotation goals set by the Hospital and Teaching Staff: Yes __✓__  No ____
If not what were the problems that caused failure:


Grade Submitted for Rotation: ____ Honor ____ High Pass __✓__ Pass ____ Fail
If grade is an honor or pass, please provide a numerical grade from 70 to 100: __82__

Signature of Educational or Clinical Supervisor:

_A. Shah M.D._

Title: __ATTENDING PHYSICIAN__  Date: __November 16, 2001__

# ST. MATTHEWS UNIVERSITY SCHOOL OF MEDICINE
Ambergris Caye, Belize
Stateside office: 1750 W. Broadway St., Suite 114, Oviedo, FL 32765
Tel. 1(800)498-9700  Fax 1(800)565-7177

## CLINICAL CLERKSHIP HOSPITAL REPORTING FORM

Name of Student:: __RODNEY ROOKS__

Hospital Affiliate: __JACKSON PARK HOSPITAL, CHICAGO, ILLINOIS, 60649.__

Dates of Rotation: __01/08/01 - 03/30/01__  Number of weeks in Rotation: __12__

Rotation Specialty: __SURGERY__

Hospital Supervisor in Charge of Assessment: __FRANK APANTAKU, MD.__

Description of Student Character:

Very mature. Worked extremely hard during this rotation. Kept very good notes on his patients.

Rating of Student:

|                      | Excellent | Good | Average | Failure | Not Observed |
|----------------------|-----------|------|---------|---------|--------------|
| Fund of Knowledge    | ✓         | ✓    |         |         |              |
| Attendance           | ✓         |      |         |         |              |
| Dedication           | ✓         |      |         |         |              |
| Preparation          | ✓         |      |         |         |              |
| Motivation           | ✓         |      |         |         |              |
| Initiative           | ✓         |      |         |         |              |
| Quality of Work      |           | ✓    |         |         |              |
| Clinical Competency  | ✓         | ✓    |         |         |              |
| Stress Management    | ✓         |      |         |         |              |
| Integrity            | ✓         |      |         |         |              |
| Overall Character    | ✓         |      |         |         |              |

Did student reach the rotation goals set by the Hospital and Teaching Staff: Yes __✓__ No _____
If not what were the problems that caused failure:


Grade Submitted for Rotation: __✓__ Honor _____ High Pass _____ Pass _____ Fail
If grade is an honor or pass, please provide a numerical grade from 70 to 100: __92__.

Signature of Educational or Clinical Supervisor:

_Apantaku MD_

Title: __ATTENDING PHYSICIAN__    Date: __April 30, 2001__

# ST. MATTHEWS UNIVERSITY SCHOOL OF MEDICINE
Ambergris Caye, Belize
Stateside office: 1750 W. Broadway St., Suite 114, Oviedo, FL 32765
Tel. 1(800)498-9700   Fax 1(800)565-7177

## CLINICAL CLERKSHIP HOSPITAL REPORTING FORM

Name of Student:: __RODNEY ROOKS__

Hospital Affiliate: __JACKSON PARK HOSPITAL, CHICAGO, ILLINOIS 60649__

Dates of Rotation: __01/21/02 - 03/01/02__   Number of weeks in Rotation: __6__

Rotation Specialty: __NEPHROLOGY__

Hospital Supervisor in Charge of Assessment: __A. GUPTA, MD.__

**Description of Student Character:**

Quiet, hardworking individual with a mature sense of purpose. Delightful to work with..

**Rating of Student:**

| | Excellent | Good | Average | Failure | Not Observed |
|---|---|---|---|---|---|
| Fund of Knowledge | | ✓ | | | |
| Attendance | | ✓ | | | |
| Dedication | | ✓ | | | |
| Preparation | | ✓ | | | |
| Motivation | | ✓ | | | |
| Initiative | | ✓ | | | |
| Quality of Work | | ✓ | | | |
| Clinical Competency | | ✓ | | | |
| Stress Management | | ✓ | | | |
| Integrity | | ✓ | | | |
| Overall Character | | ✓ | | | |

Did student reach the rotation goals set by the Hospital and Teaching Staff: Yes __✓__  No ____
If not what were the problems that caused failure:


Grade Submitted for Rotation: ____ Honor __X__ High Pass ____ Pass ____ Fail
If grade is an honor or pass, please provide a numerical grade from 70 to 100: _____

Signature of Educational or Clinical Supervisor:

_A. Gupta MD_

Title: __ATTENDING PHYSICIAN__    Date: __March 13, 2002__

# ST. MATTHEWS UNIVERSITY SCHOOL OF MEDICINE
Ambergris Caye, Belize
Stateside office: 1750 W. Broadway St., Suite 114, Oviedo, FL 32765
Tel. 1(800)498-9700  Fax 1(800)565-7177

## CLINICAL CLERKSHIP HOSPITAL REPORTING FORM

Name of Student:: __RODNEY ROOKS__

Hospital Affiliate: __JACKSON PARK HOSPITAL, CHICAGO, ILLINOIS 60649__

Dates of Rotation: __03/04/02 - 03/29/02__  Number of weeks in Rotation: __4__

Rotation Specialty: __EMERGENCY MEDICINE__

Hospital Supervisor in Charge of Assessment: __S. GUTERMANN, MD__

Description of Student Character:

Punctual, dedicated and extremely hardworking.

Rating of Student:

|  | Excellent | Good | Average | Failure | Not Observed |
|---|---|---|---|---|---|
| Fund of Knowledge |  | ✓ |  |  |  |
| Attendance |  | ✓ |  |  |  |
| Dedication | ✓ |  |  |  |  |
| Preparation | ✓ |  |  |  |  |
| Motivation | ✓ |  |  |  |  |
| Initiative | ✓ |  |  |  |  |
| Quality of Work |  | ✓ |  |  |  |
| Clinical Competency |  | ✓ |  |  |  |
| Stress Management |  | ✓ |  |  |  |
| Integrity | ✓ |  |  |  |  |
| Overall Character |  | ✓ |  |  |  |

Did student reach the rotation goals set by the Hospital and Teaching Staff: Yes __✓__ No ____
If not what were the problems that caused failure:

Grade Submitted for Rotation: ____ Honor __✓__ High Pass ____ Pass ____ Fail
If grade is an honor or pass, please provide a numerical grade from 70 to 100: __86__

Signature of Educational or Clinical Supervisor:

*S. Gutermann MD*

Title: __ATTENDING PHYSICIAN__   Date: __April 15, 2002__

# ST. MATTHEWS UNIVERSITY SCHOOL OF MEDICINE
Ambergris Caye, Belize
Stateside office: 1750 W. Broadway St., Suite 114, Oviedo, FL 32765
Tel. 1(800)498-9700  Fax 1(800)565-7177

## CLINICAL CLERKSHIP HOSPITAL REPORTING FORM

Name of Student: **RODNEY ROOKS**

Hospital Affiliate: **JACKSON PARK HOSPITAL, CHICAGO, ILLINOIS 60649**

Dates of Rotation: **10/29/01 - 11/23/01**   Number of weeks in Rotation: **6**

Rotation Specialty: *FAMILY MEDICINE*

Hospital Supervisor in Charge of Assessment: **A. KESWANI, MD**

Description of Student Character:

This student was extremely dedicated. He participated very actively in ward rounds discussions.

Rating of Student:

| Fund of Knowledge | Excellent | Good | Average | Failure | Not Observed |
|---|---|---|---|---|---|
| Attendance | ✓ | | | | |
| Dedication | ✓ | | | | |
| Preparation | ✓ | | | | |
| Motivation | ✓ | | | | |
| Initiative | ✓ | | | | |
| Quality of Work | ✓ | | | | |
| Clinical Competency | ✓ | | | | |
| Stress Management | ✓ | | | | |
| Integrity | | | | | ✓ |
| Overall Character | ✓ | | | | |

Did student reach the rotation goals set by the Hospital and Teaching Staff: Yes ✓  No ___
If not what were the problems that caused failure:

Grade Submitted for Rotation: ✓ Honor ___ High Pass ___ Pass ___ Fail
If grade is an honor or pass, please provide a numerical grade from 70 to 100: **98**

Signature of Educational or Clinical Supervisor:

*A. Keswani, MD*

Title: **ATTENDING PHYSICIAN**   Date: **December 10, 2001**

## ST. MATTHEWS UNIVERSITY SCHOOL OF MEDICINE
Ambergris Caye, Belize
Stateside office: 1750 W. Broadway St., Suite 114, Oviedo, FL 32765
Tel. 1(800)498-9700  Fax 1(800)565-7177

### CLINICAL CLERKSHIP HOSPITAL REPORTING FORM

Name of Student: **RODNEY ROOKS**

Hospital Affiliate: **JACKSON PARK HOSPITAL, CHICAGO, ILLINOIS, 60649**

Dates of Rotation: **08/06/01 - 09/14/01**   Number of weeks in Rotation: **6**

Rotation Specialty: **PEDIATRICS**

Hospital Supervisor in Charge of Assessment: **V. JOHN, MD.**

Description of Student Character:

Excellent student. Very caring, understanding and compassionate.

Rating of Student:

| Fund of Knowledge | Excellent | Good | Average | Failure | Not Observed |
|---|---|---|---|---|---|
| Attendance |  | ✓ |  |  |  |
| Dedication |  | ✓ |  |  |  |
| Preparation |  | ✓ |  |  |  |
| Motivation | ✓ |  |  |  |  |
| Initiative | ✓ |  |  |  |  |
| Quality of Work | ✓ |  |  |  |  |
| Clinical Competency |  | ✓ |  |  |  |
| Stress Management |  | ✓ |  |  |  |
| Integrity |  | ✓ |  |  |  |
| Overall Character |  | ✓ |  |  |  |

Did student reach the rotation goals set by the Hospital and Teaching Staff: Yes ✓  No ___
If not what were the problems that caused failure:

Grade Submitted for Rotation: ___ Honor  ✓ High Pass  ___ Pass  ___ Fail
If grade is an honor or pass, please provide a numerical grade from 70 to 100: **85**

Signature of Educational or Clinical Supervisor:

*V. John MD*

Title: **ATTENDING PHYSICIAN**   Date: **October 1, 2001**

# ST. MATTHEWS UNIVERSITY SCHOOL OF MEDICINE
Ambergris Caye, Belize
Stateside office: 1750 W. Broadway St., Suite 114, Oviedo, FL 32765
Tel. 1(800)498-9700  Fax 1(800)565-7177

## CLINICAL CLERKSHIP HOSPITAL REPORTING FORM

Name of Student: **RODNEY ROOKS**

Hospital Affiliate: **JACKSON PARK HOSPITAL, CHICAGO, ILLINOIS, 60649**

Dates of Rotation: **0402/01 – 06/22/01**   Number of weeks in Rotation: **12**

Rotation Specialty: **MEDICINE**

Hospital Supervisor in Charge of Assessment: **JAYESH MADHANI, MD**

Description of Student Character:

A very likeable young man. He came well-prepared for rounds and classroom discussions.

Rating of Student:

| | Excellent | Good | Average | Failure | Not Observed |
|---|---|---|---|---|---|
| Fund of Knowledge | | ✓ | | | |
| Attendance | | ✓ | | | |
| Dedication | | ✓ | | | |
| Preparation | | ✓ | | | |
| Motivation | | ✓ | | | |
| Initiative | ✓ | | | | |
| Quality of Work | | ✓ | | | |
| Clinical Competency | | ✓ | | | |
| Stress Management | | ✓ | | | |
| Integrity | ✓ | | | | |
| Overall Character | ✓ | | | | |

Did student reach the rotation goals set by the Hospital and Teaching Staff: Yes ✓  No ___
If not what were the problems that caused failure:

Grade Submitted for Rotation: ___ Honor ✓ High Pass ___ Pass ___ Fail
If grade is an honor or pass, please provide a numerical grade from 70 to 100: **88**

Signature of Educational or Clinical Supervisor:

*J. Madhani, MD.*

Title: **ATTENDING PHYSICIAN**   Date: **July 30, 2001**

# ST. MATTHEWS UNIVERSITY SCHOOL OF MEDICINE
Ambergris Caye, Belize
Stateside office: 1750 W. Broadway St., Suite 114, Oviedo, FL 32765
Tel. 1(800)498-9700  Fax 1(800)565-7177

## CLINICAL CLERKSHIP HOSPITAL REPORTING FORM

Name of Student: __RODNEY ROOKS__

Hospital Affiliate: __JACKSON PARK HOSPITAL, CHICAGO, ILLINOIS. 60649__

Dates of Rotation: __06/25/01 - 08/03/01__  Number of weeks in Rotation: __6__

Rotation Specialty: __PSYCHIATRY__

Hospital Supervisor in Charge of Assessment: __T. RANGANATHAN, MD__

### Description of Student Character:

Attended all classroom seminars. Was very attentive during the clinics and ward rounds.

### Rating of Student:

| Fund of Knowledge | Excellent | Good | Average | Failure | Not Observed |
|---|---|---|---|---|---|
| Attendance | | ✓ | | | |
| Dedication | ✓ | | | | |
| Preparation | ✓ | | | | |
| Motivation | ✓ | | | | |
| Initiative | ✓ | | | | |
| Quality of Work | ✓ | | | | |
| Clinical Competency | | ✓ | | | |
| Stress Management | ✓ | | | | |
| Integrity | ✓ | | | | |
| Overall Character | ✓ | | | | |

Did student reach the rotation goals set by the Hospital and Teaching Staff: Yes __✓__ No ____
If not what were the problems that caused failure:

Grade Submitted for Rotation: ____ Honor __✓__ High Pass ____ Pass ____ Fail
If grade is an honor or pass, please provide a numerical grade from 70 to 100: __88__

Signature of Educational or Clinical Supervisor:

_J. Ranganathan M.D._

Title: __ATTENDING PHYSICIAN__  Date: __August 30, 2001__

# St. Matthew's University School of Medicine
## TRANSCRIPT OF ACADEMIC RECORD
P.O Box 150, San Pedro Town, Ambergris Caye, Belize

| Student Number | Student Name | Citizenship | Gender |
|---|---|---|---|
| ████9938 | JULIAN RODNEY ROOKS | USA | M |

| Address | Date Of Birth | Place Of Birth |
|---|---|---|
| 8407 Penny Lane, Ft Pierce<br>FL<br>USA | ████████ 1966 | Cape Canaveral, Florida |

| Enrollment Date | Graduation Date | Degree Conferred | ECFMG Number |
|---|---|---|---|
| Friday, January 01, 1999 | | | |

| Course Title | Semester Hours | Grade |
|---|---|---|
| Bioethics | 2 | TC |
| Embryology | 2 | TC |
| Histology & Histophysiology | 4 | TC |
| Physiology | 7 | TC |
| Biochemistry | 6 | TC |
| Clinical Medicine I | 1 | TC |
| Medical Terminology | 1 | TC |
| Clinical Medicine II | 1 | TC |
| Biostatistics | 2 | TC |
| Endocrinology | 2 | TC |
| Molecular & Cell Biology | 5 | TC |
| Gross Anatomy I | 6 | TC |
| **Spring 1999** | | |
| Clinical Medicine III | 1 | P |
| Clinical Medicine IV | 2 | P |
| Genetics | 2 | P |
| **Summer 1999** | | |
| Pharmacology | 6 | P |
| General Pathology | 7 | P |

| Clerkship | No. Of Weeks | Grade Received |
|---|---|---|
| **Spring 2001** | | |
| Surgery Core | 12 | P |
| **Summer 2001** | | |
| Internal Medicine Core | 12 | |

CP=Conditional Pass   Cr=Credit granted   F=Failure   H=Honors   HP=High Pass   I=Incomplete   P=PASSED COURSE   TC=Transfer Credit   W=WITHDRAW   WF=WITHDRAW FAILING

# St. Matthew's University School of Medicine
## TRANSCRIPT OF ACADEMIC RECORD
P.O Box 150, San Pedro Town, Ambergris Caye, Belize

| Student Number | Student Name | Citizenship | Gender |
|---|---|---|---|
| ███9938 | JULIAN RODNEY ROOKS | USA | M |

| Address | Date Of Birth | Place Of Birth |
|---|---|---|
| 8407 Penny Lane, Ft Pierce, FL, USA | ███████ 1966 | Cape Canaveral, Florida |

| Enrollment Date | Graduation Date | Degree Conferred | ECFMG Number |
|---|---|---|---|
| Friday, January 01, 1999 | | | |

| Course | Credits | Grade |
|---|---|---|
| Psychopathology | 4 | P |
| Nutrition | 1 | P |
| **Fall 1999** | | |
| Immunology | 2 | P |
| USMLE Review | 7 | P |
| Microbiology | 5 | P |
| Clinical Pathology | 8 | P |
| Clinical Medicine V | 4 | P |
| Neuroscience | 6 | P |
| **Total Credits** | **94** | |

*[signature]*

Nancy Adamson, Ph.D.
Registrar

CP=Conditional Pass   Cr=Credit granted   F=Failure   H=Honors   HP=High Pass   I=Incomplete   P=PASSED COURSE   TC=Transfer Credit   W=WITHDRAW   WF=WITHDRAW FAILING

# St. Matthew's University School of Medicine
## TRANSCRIPT OF ACADEMIC RECORD
P.O Box 150, San Pedro Town, Ambergris Caye, Belize

| Student Number | Student Name | Citizenship | Gender |
|---|---|---|---|
| ████9938 | JULIAN RODNEY ROOKS | USA | M |

| Address | Date Of Birth | Place Of Birth |
|---|---|---|
| 8407 Penny Lane, Ft Pierce, FL, USA | ████████ 1966 | Cape Canaveral, Florida |

| Enrollment Date | Graduation Date | Degree Conferred | ECFMG Number |
|---|---|---|---|
| Friday, January 01, 1999 | | | |

| Course Title | Semester Hours | Grade |
|---|---|---|
| Bioethics | 2 | TC |
| Embryology | 2 | TC |
| Histology & Histophysiology | 4 | TC |
| Physiology | 7 | TC |
| Biochemistry | 6 | TC |
| Clinical Medicine I | 1 | TC |
| Medical Terminology | 1 | TC |
| Clinical Medicine II | 1 | TC |
| Biostatistics | 2 | TC |
| Endocrinology | 2 | TC |
| Molecular & Cell Biology | 5 | TC |
| Gross Anatomy I | 6 | TC |
| **Spring 1999** | | |
| Clinical Medicine III | 1 | P |
| Clinical Medicine IV | 2 | P |
| Genetics | 2 | P |
| **Summer 1999** | | |
| Pharmacology | 6 | P |
| General Pathology | 7 | P |

| Clerkship | No. Of Weeks | Grade Received |
|---|---|---|
| **Spring 2001** | | |
| Surgery Core | 12 | P |
| **Summer 2001** | | |
| Internal Medicine Core | 12 | |

CP=Conditional Pass    CI=Credit granted Credit    F=Failure    H=Honors    HP=High Pass    I=Incomplete    P=PASSED COURSE    TC=Transfer
W=WITHDRAW    WF=WITHDRAW FAILING

# St. Matthew's University School of Medicine
## TRANSCRIPT OF ACADEMIC RECORD
P.O Box 150, San Pedro Town, Ambergris Caye, Belize

| Student Number | Student Name | Citizenship | Gender |
|---|---|---|---|
| ●●●●9038 | JULIAN RODNEY ROOKS | USA | M |

| Address | Date Of Birth | Place Of Birth |
|---|---|---|
| 5407 Penny Lane, Ft Pierce FL USA | ●●●● 1966 | Cape Canaveral, Florida |

| Enrollment Date | Graduation Date | Degree Conferred | CCFMG Number |
|---|---|---|---|
| Friday, January 01, 1999 | | | |

| Course | Credits | Grade |
|---|---|---|
| Psychopathology | 4 | P |
| Nutrition | 1 | P |
| **Fall 1999** | | |
| Immunology | 2 | P |
| USMLE Review | 7 | P |
| Microbiology | 5 | P |
| Clinical Pathology | 8 | P |
| Clinical Medicine V | 4 | P |
| Neuroscience | 6 | P |
| **Total Credits** | **94** | |

*Nancy Adamson, Ph.D.*
Registrar

CP=Conditional Pass    Cr=Credit granted    F=Failure    H=Honors    HP=High Pass    I=Incomplete    P=PASSED COURSE    TC=Transfer Credit    W=WITHDRAW    WF=WITHDRAW FAILING