FLNB Local Form 5

## Exhibit Tag/ Cover Sheet

Party submitting: __Plaintiff__     Ex. # __37__

Admitted: Yes  or  No  (circle one)

Debtor: __Julian Rodney Rooks Jr.__

Case No.: __21-40139-KKS__

*Adv. No.*:_____

Nature of Hearing/
Docket No:_____

_____

Dated    __07/22__    , 20__21__.

By:_____, Deputy Clerk

2555 S. Dr. Martin Luther King Drive
Chicago, Illinois 60616


*Advocate Health Center*

To whom it may concern

It is with pleasure that I write this letter of recommendation for Julian Rodney Rooks. I had the chance to observe and evaluate him while he completed an Internal Medicine/hospitalist rotation with me. Rodney has a very versatile professional background and he puts his past exposure and experiences in different aspects of the medical profession to good use, particularly in his interactions with patients and their families, he also works very well as a member of a large medical team, this again I believe stems from his extensive exposure and experience that he brings with him.

I found him to be knowledgeable and always keen to learn more. I believe he will be an excellent physician and will bring to the profession extraordinary characteristics in terms of dedication to patient care, eagerness to learn, motivation and professional manners.

Rodney was well liked by nurses and other medical staff; every one found him kind and pleasant to work with.

I highly recommend Rodney Rooks for your position, and I wish him a long and successful medical career.

If you have any questions, please feel free to page me at (312) 713-2174.

Sincerely,

*Waqar Mian*

Waqar Mian, M.D.
Attending Hospitalist/Lead Physician
Advocate health center Sykes

Advocate Health Centers are a part of Advocate Health Care

NAQAR MIAN (MD)
1555 S. Dr. Martin Luther King Drive
Chicago, Illinois 60616

Advocate Health Center   FOX VALLEY 605   PM   SEP 18

FOX VALLEY IL 605   PM   SEP 18   2002



JULIAN RODNEY ROOKS
124 WEST WASHINGTON BOULEV
21
OAK- PARK IL
60302