# Exhibit Tag/ Cover Sheet

Party submitting: __Plaintiff__          Ex. # __38__

Admitted: Yes   or   No  (circle one)

Debtor: __Julian Rodney Rooks Jr.__

Case No.: __21-40139-KKS__

*Adv. No.*: _____

Nature of Hearing/
Docket No: _____

_____

Dated    __07/22__, 20__21__.

By:_____, Deputy Clerk

# ST. MATTHEW'S UNIVERSITY
## SCHOOL OF MEDICINE
GRAND CAYMAN — MCMXCVII — BRITISH WEST INDIES

Dear Graduates and Families,

As our graduation date of May 3rd, 2003 is fast approaching, I thought I might share with you your Board of Directors thoughts on the upcoming event. As you know we began our operations in the Cayman Islands in May of this year. It was with a great deal of national pride to the Caymanian government and people that St. Matthews University located in their beloved Country. Through the support of the Caymanian government on the whole and especially thru the Minister of Education's office the start up of St. Matthews University Cayman became a reality and the critical process of accreditation flowed smoothly and successfully.

This upcoming May will mark our first year anniversary in the Cayman Islands and what better way to celebrate our success and show our appreciation to Grand Cayman than to have our first graduating class presented to the Caymanian government and people with all due pomp and circumstance. Our keynote speaker will be the Minister of Education, Human Resources & Culture the Honorable Roy Bodden. We expect many more representatives of the Caymanian government to attend as well as the Governor and First Lady.

The ceremony will be held from 10 a.m. – 12:30 p.m. at the Governor's Ballroom at the Westin Casuarina Hotel on Grand Cayman and will be followed by a champagne reception on the lawn overlooking the Caribbean Sea.

Besides attracting local dignitaries to honor our graduates, key members of our faculty from our Windham Maine campus and our clinical preceptors from all over the U.S. will be in attendance.

We realize that many of you have not had the opportunity to visit Grand Cayman. It is important as graduates of St. Matthews University that you are able to spiritually connect with the University that is on your diploma (St. Matthews University Cayman), to see your basic science campus, to feel forever linked to your alma mater. To this end, to help relieve some of the financial burden, the Board of Directors has authorized St. Matthews University to pay for a two night stay (Friday, May 2nd and Saturday, May 3rd) at either the Holiday Inn Grand Cayman or its equivalent for each of our graduates that is able to attend the ceremony*.

We truly hope that you will allow us to honor you this May by attending your ceremony, allow us to give you and your family a tour of your medical school, that you will use this opportunity to renew old friendships, make new ones and interact with the faculty, students and staff. Your Board of Directors is confident that when the sun sets on May 3rd you will have a new sense of pride on where you have come from and what you have accomplished, a new sense of confidence on where you are going and will have caught the spirit of your "new" St. Matthew's University School of Medicine Grand Cayman.

Sincerely,

Michael A. Harris, M.D., F.A.C.O.G.
Chairman, President, C.E.O.

*As soon as the exact number of graduates who will be attending is known the location of the hotel will be announced. All graduates must let the Oviedo office know of their plan to attend by April 15, 2003 to participate in this special offer. Proof of intention is required in the form of a faxed copy of an airline ticket with the graduates name and date.

CORPORATE OFFICE • 1005 WEST COLLEGE BLVD., SUITE B; NICEVILLE, FL 32578 • www.stmatthews.edu • 1.850.678.1225 • 1.800.498.9700 • FAX 850.678.1228