FLNB Local Form 5

## Exhibit Tag/ Cover Sheet

Party submitting: __Plaintiff__     Ex. # _39_

Admitted: Yes   or   No  (circle one)

Debtor: __Julian Rodney Rooks Jr.__

Case No.: __21-40139-KKS__

*Adv. No.*:_____

**Nature of Hearing/**
**Docket No:**_____

_____

Dated     __07/22__   , 20_21_.

By:_____,   Deputy Clerk

# St Matthew s University School of Medicine
## Intent to Graduate Form

✓Mr.__ Mrs.__ Ms. JULIAN RODNEY ROOKS Jr.   SS# ███████-0775

Address (Which Diploma can be mailed to) 1938 BUCKWOOD DRIVE

City TALLAHASSEE   State FL   Zip 32301   Hometown _____

Phone# 850 - 656 - 8293   Cell# 850 - 339 - 1079

Print full name including middle name:

JULIAN RODNEY ROOKS Jr.

Term you anticipate graduating; Spring (April) 20_7_   Summer (August) 20__   Winter (December) 20__

Student's Signature _[signature]_   Date 06/01/03

Do you intend to attend the graduation ceremony? (In the Spring) ____Yes ____No

Height: 5 10   Weight: 178   Chest Diameter: 40   Head Circumference: _____

If yes, will family/guests attend as well? _____ Yes _____ No   How Many _____
Comments:

_____

_____


Board Scores:   STEP 1 _____   STEP 2 _____   CSA _____   TOEFL _____

Residency Information:

Hospital: _____   Contact: _____

Address: _____ City _____ State ____ Zip _____

Specialty: _____   Phone: _____

Student Address: _____   City_____

State _____ Zip _____ Phone _____ Email address _____

May students contact you via email in regard to your experiences? ____Yes ____No


E-Mail Address: traumarod2003@yahoo.com
Comments:

_____

_____


## To Be Completed By SMU.

**Admissions Office:**        Admission Folder Complete:___ Yes ___ No

Admissions Office Signature: _____ Date: _____

Comments: _____

**Clinical Sciences Office:**     Clinical Sciences Folder Complete:  ___Yes  ___No

Clinical Sciences Office Signature: _____ Date: _____

Comments: _____

**Registrars Office:**     Folders Complete:  ____ Yes  ____ No

Conditions:_____

Registrars Office Signature: _____ Date: _____

Comments: _____

## Accounting Department Information

Balance Due: ____Yes  _____ No                    _____ Amount

Graduation Fee Paid: _____ Yes  _____ No

Conditions/Terms: _____

_____
_____Comments:
_____
_____
_____

President  X

# St. Matthew's University
# Clinical Core Registration Form

Note: All students are required to register. Any student who proceeds in a rotation without registration will NOT receive credit for that rotation. Any student who does not appear for an assigned core rotation is subject to a forfeiture of tuition for the semester.

| Last Name | First Name | Middle Name | Social Security # | Semester 6 thru 10 |
|---|---|---|---|---|
| ROOKS | JULIAN | RODNEY | ███-0725 | |

| Permanent Address | | Current Address | |
|---|---|---|---|
| 1938 BUCKWOOD DRIVE | TALLAHASSEE, FL 32301 | SAME | |

| Phone Number | Cell Phone Number | E-Mail Address |
|---|---|---|
| 850-656-8293 | 850-339-1079 | traunarod2003@yahoo.com |

| Emergency Name | Relationship | Emergency Number |
|---|---|---|
| KIMBERLY ROOKS | SPOUSE | 850-656-4412  ABOVE OR |

| Semester – 6 | Semester – 7 | Semester – 8 |
|---|---|---|
| Core: | Core: | Core: |
| SURGERY | INTERNAL MEDICINE | PSYCHIATRY |
| Start Date:    Weeks: | Start Date:    Weeks: | Start Date:    Weeks: |
| 01-08-01    12 | 04-02-01    12 | 06-25-01    6 |
| Completion Date: | Completion Date: | Completion Date: |
| 03-30-01 | 06-22-01 | 08-03-01 |
| Site: | Site: | Site: |
| JACKSON PARK | JACKSON PARK | |
| Core: | Core: | Core: |
| | | PEDIATRICS |
| Start Date:    Weeks: | Start Date:    Weeks: | Start Date:    Weeks: |
| | | 08-06-01    6 |
| Completion Date: | Completion Date: | Completion Date: |
| | | 09-14-01 |
| Site: | Site: | Site: |
| | | |

| Semester – 9 | | Semester – 10 | |
|---|---|---|---|
| ~~Elective/Selective~~: CORE : | | Elective/Selective: | |
| OB-GYN | | NEPHROLOGY | |
| Start Date: | Weeks: | Start Date: | Weeks: |
| 09-17-01 | 6 | 01-21-02 | 6 |
| Completion Date: | | Completion Date: | |
| 10-26-01 | | 03-01-02 | |
| Site: | | Site: | |
| | | | |
| Elective/Selective/CORE? | | Elective/Selective: | |
| FAMILY PRACTICE | | EMERGENCY MEDICINE  3-4-02 TO 3-29-02 (4 WEEKS) VASCULAR SURGERY  4-3-02 TO 4-26-02 (4 WEEKS) | |
| Start Date: | Weeks: | Start Date: | Weeks: |
| 10-29-01 | 4 | | |
| Completion Date: | | Completion Date: | |
| 11-23-01 | | | |
| Site: | | Site: EMERGENCY MEDICINE – VASCULAR SURGERY – | |
| Elective/Selective: | | Elective/Selective: | |
| INTERNAL MEDICINE | | TRAUMA  05-06-02 TO 5-31-02 (4 WEEKS) INFECTIOUS DISEASE 6-03-02 TO 6-28-02 (4 WEEKS) | |
| Start Date: | Weeks: | Start Date: | Weeks: |
| 11-26-01 | 8 | | |
| Completion Date: | | Completion Date: | |
| 01-18-02 | | | |
| Site: | | Site: TRAUMA – COOK COUNTY HOSPITAL INFECTIOUS DISEASE – | |

Cores:
46 Weeks:
| | |
|---|---|
| 4 – weeks | Family Practice |
| 6 – weeks | Pediatrics |
| 6 - weeks | OB/GYN |
| 6 – weeks | Psychiatry |
| 12 – weeks | Internal Medicine |
| 12 – weeks | Surgery |

Selective/Electives:
30 Weeks:
Selectives – 16 weeks – done in 4, 6, or 8 week increments.
Electives – 14 weeks – done in 4, 6, or 8 week increments.

76 weeks total.

Student Signature: _(signature)_     Date: 06/24/03