FLNB Local Form 5

# Exhibit Tag/ Cover Sheet

Party submitting: __Plaintiff__   Ex. # __40__

Admitted: Yes  or  No  (circle one)

Debtor: __Julian Rodney Rooks Jr.__

Case No.: __21-40139-KKS__

*Adv. No.:* _____

Nature of Hearing/
Docket No: _____

_____

Dated ____07/22____, 20__21__.

By: _____, Deputy Clerk

```
06/27/2003 11:15  FAX 8770783              EASY MAIL MAHAN                    P01
```

```
                      *****************************
                      *****  ACTIVITY REPORT  *****
                      *****************************

                      TRANSMISSION OK

                      TX/RX NO.              0086
                      CONNECTION TEL
                      CONNECTION ID
                      START TIME             06/27 11:14
                      USAGE TIME             01'27
                      PAGES                  4
                      RESULT                 OK
```