FLNB Local Form 5

# Exhibit Tag/ Cover Sheet

Party submitting: __Plaintiff__   Ex. # _41_

Admitted: Yes   or   No   (circle one)

Debtor: __Julian Rodney Rooks Jr.__

Case No.: __21-40139-KKS__

*Adv. No.:* _____

**Nature of Hearing/ Docket No:** _____

_____

Dated   __07/22__, 20__21__.

By: _____, **Deputy Clerk**



# Incoming Fax

Date: 6/30/10?

Name: Rooks, Rodney

Phone: _____

Number of Pages: 5

Charges: $ 4.00

## kinko's

**TAP INTO THE NETWORK.**
666-2 West Tennessee St.
Tallahassee, Florida 32304
Phone (850) 681-6221 • Fax (850) 222-8510

Fax to Rodney Roots

850-

222-

8510

5 pages
6/30/03

St. Matthew's University

School of Medicine
1750 West Broadway St. Suite 114
Oviedo, Florida 32765
USA

# Invoice

| DATE | INVOICE # |
|---|---|
| 12/18/2001 | 6448 |

**BILL TO**

Julian Rooks
3648 Dartmouth Lane
Tallahassee, FL 32311

| DESCRIPTION | AMOUNT |
|---|---|
| Tuition Fees - January 2002 | 6,400.00 |
| Administration Fee | 175.00 |

Please Remit Payment To:

St. Matthew's University School of Medicine
Suite 114
1750 West Broadway Street
Oviedo FL 32765

| | |
|---|---|
| **Total $US** | $6,575.00 |
| **Payments/Credits** | $-2,375.08 |
| **Balance Due** | $4,199.92 |

St. Matthew's University (Cayman) Ltd.

1005 College Boulevard West, Suite B
Niceville, Florida 32578
USA

# Statement

| Date |
|---|
| 6/27/2003 |

To:

Julian Rooks
124 W Washington Blvd
Oak Park IL 60302

| Amount Due | Amount Enc. |
|---|---|
| $21,199.92 | |

| Date | Transaction | Amount | Balance |
|---|---|---|---|
| 05/27/2000 | Balance forward | | 0.00 |
| 03/31/2002 | INV #983. Due 03/31/2002. Opening Balance --- zOpenBalance $4,199.92 | 4,199.92 | 4,199.92 |
| 04/01/2002 | INV #157. Due 04/01/2002. Tuition Fees - May 2002 --- Clinical $6,400.00 --- Admin $175.00 | 6,575.00 | 10,774.92 |
| 05/31/2002 | INV #FC 41. Due 05/31/2002. VOID: Finance Charge Fin Chg $0.00 --- Invoice #157 for 6,575.00 on 04/01/2002 | 0.00 | 10,774.92 |
| 09/01/2002 | INV #1773. Due 09/01/2002. Tuition - Clinical Science September 2002 --- CL092002 $6,400.00 --- Admin $175.00 | 6,575.00 | 17,349.92 |

| Current | 1-30 Days Past Due | 31-60 Days Past Due | 61-90 Days Past Due | Over 90 Days Past Due | Amount Due |
|---|---|---|---|---|---|
| 0.00 | 0.00 | 0.00 | 0.00 | 21,199.92 | $21,199.92 |

Page 1

**St. Matthew's University (Cayman) Ltd.**

1005 College Boulevard West, Suite B
Niceville, Florida 32578
USA

# Statement

Date
6/27/2003

To:

Julian Rooks
124 W Washington Blvd
Oak Park IL 60302

| | Amount Due | Amount Enc. |
|---|---|---|
| | $21,199.92 | |

| Date | Transaction | Amount | Balance |
|---|---|---|---|
| 09/09/2002 | INV #2211. Due 09/09/2002.<br>Selective/Senior Elective Rotation Charge<br>--- Electives, 8 @ $250.00 = 2,000.00<br>--- MEDICINE-ELECTIVE Affiliated Institute for Medical Education 11/26/02 - 1/18/02<br>(8 weeks @ $250/wk.)<br>--- Electives, 6 @ $250.00 = 1,500.00<br>--- NEPHROLOGY- Affiliated Institute for Medical Education 1/21/02 - 3/1/02<br>(6 weeks @ $250/wk.)<br>--- Electives, 4 @ $250.00 = 1,000.00<br>--- EMERGENCY ROOM-Affiliated Institute for Medical Education 3/4/02 - 3/29/02<br>(4 weeks @ $250/wk.)<br>--- Electives, 4 @ $250.00 = 1,000.00<br>--- VASCULAR-Affiliated Institute for Medical Education 4/1/02 - 4/26/02<br>--- (4 weeks @ $250/wk.)<br>--- Electives, 4 @ $250.00 = 1,000.00<br>--- INFECTION-Affiliated Institute for Medical Education 6/3/02 - 6/28/02<br>-- (4 weeks @ $250/wk.)<br>--- SMU Allowance, 26 @ $125.00 = -3,250.00 | 3,250.00 | 20,599.92 |
| 09/09/2002 | INV #2502. Due 09/09/2002.<br>Late Fees<br>--- Late Fee $100.00 | 100.00 | 20,699.92 |
| 09/12/2002 | INV #2265. Due 09/12/2002.<br>Malpractice Insurance<br>--- MP $200.00 | 200.00 | 20,899.92 |

| Current | 1-30 Days Past Due | 31-60 Days Past Due | 61-90 Days Past Due | Over 90 Days Past Due | Amount Due |
|---|---|---|---|---|---|
| 0.00 | 0.00 | 0.00 | 0.00 | 21,199.92 | $21,199.92 |

Page 2

St. Matthew's University (Cayman) Ltd.

1005 College Boulevard West, Suite B
Niceville, Florida 32578
USA

# Statement

Date

6/27/2003

To:

Julian Kooks
124 W Washington Blvd
Oak Park IL 60302

| | Amount Due | Amount Enc. |
|---|---|---|
| | $21,199.92 | |

| Date | Transaction | Amount | Balance |
|---|---|---|---|
| 09/16/2002 | INV #2503. Due 09/16/2002.<br>Late Fees<br>--- Late Fee $100.00 | 100.00 | 20,999.92 |
| 09/23/2002 | INV #2504. Due 09/23/2002.<br>Late Fees<br>--- Late Fee $100.00 | 100.00 | 21,099.92 |
| 09/30/2002 | INV #2505. Due 09/30/2002.<br>Late Fees<br>--- Late Fee $100.00 | 100.00 | 21,199.92 |
| 10/31/2002 | INV #FC 268. Due 10/31/2002.<br>VOID. Finance Charge<br>--- Fin Chg $0.00<br>--- Invoice #983 for 4,199.92 on 03/31/2002<br>--- Invoice #157 for 6,575.00 on 04/01/2002<br>--- Invoice #1773 for 6,575.00 on 09/01/2002<br>--- Invoice #2211 for 3,250.00 on 09/09/2002<br>--- Invoice #2502 for 100.00 on 09/09/2002<br>--- Invoice #2265 for 200.00 on 09/12/2002<br>--- Invoice #2503 for 100.00 on 09/16/2002<br>--- Invoice #2504 for 100.00 on 09/23/2002<br>--- Invoice #2505 for 100.00 on 09/30/2002 | 0.00 | 21,199.92 |

| Current | 1-30 Days Past Due | 31-60 Days Past Due | 61-90 Days Past Due | Over 90 Days Past Due | Amount Due |
|---|---|---|---|---|---|
| 0.00 | 0.00 | 0.00 | 0.00 | 21,199.92 | $21,199.92 |