FLNB Local Form 5

## Exhibit Tag/ Cover Sheet

Party submitting: __Plaintiff__        Ex. # __42__

Admitted: Yes   or   No  (circle one)

Debtor: __Julian Rodney Rooks Jr.__

Case No.: __21-40139-KKS__

*Adv. No.*:_____

Nature of Hearing/
Docket No:_____

_____

Dated        __07/22__    , 20__21__.

By:_____, **Deputy Clerk**

# F04000001347

_____
(Requestor's Name)

_____
(Address)

_____
(Address)

_____
(City/State/Zip/Phone #)

☐ PICK-UP    ☐ WAIT    ☐ MAIL

_____
(Business Entity Name)

_____
(Document Number)

Certified Copies _____    Certificates of Status _____

Special Instructions to Filing Officer:

604A000152/3 BK

Office Use Only



50029381945

03/05/04--01004--018  **87.50



RECEIVED 04 MAR -5 AM 11:48 DIVISION OF CORPORATIONS

FILED 04 MAR -5 PM 2:04 SECRETARY OF STATE TALLAHASSEE, FLORIDA

# CAPITAL CONNECTION, INC.

417 E. Virginia Street, Suite 1 • Tallahassee, Florida 32301
(850) 224-8870 • 1-800-342-8062 • Fax (850) 222-1222

St Matthews University

FILED
04 MAR -5 PM 2:04
SECRETARY OF STATE
TALLAHASSEE, FLORIDA

____ Art of Inc. File _____
____ LTD Partnership File _____
✓ Foreign Corp. File _____
____ L.C. File _____
____ Fictitious Name File _____
____ Trade/Service Mark _____
____ Merger File _____
____ Art. of Amend. File _____
____ RA Resignation _____
____ Dissolution / Withdrawal _____
____ Annual Report / Reinstatement _____
✓ Cert. Copy _____
____ Photo Copy _____
✓ Certificate of Good Standing _____
____ Certificate of Status _____
____ Certificate of Fictitious Name _____
____ Corp Record Search _____
____ Officer Search _____
____ Fictitious Search _____
____ Fictitious Owner Search _____
____ Vehicle Search _____
____ Driving Record _____
____ UCC 1 or 3 File _____
____ UCC 11 Search _____
____ UCC 11 Retrieval _____
____ Courier _____

Signature _____

Requested by:

Name _____  Date _____  Time _____

Walk-In _____  Will Pick Up _____

174  Ponder's Printing • Thomasville, GA 8/00



## FLORIDA DEPARTMENT OF STATE
Glenda E. Hood
Secretary of State

March 8, 2004

CAPITAL CONNECTION

TALLAHASSEE, FL

SUBJECT: ST. MATTHEW'S UNIVERSITY (CAYMAN) LTD.
Ref. Number: W04000009220



We have received your document for ST. MATTHEW'S UNIVERSITY (CAYMAN) LTD. and your check(s) totaling $87.50. However, the enclosed document has not been filed and is being returned for the following correction(s):

Please note that we have RETAINED your $87.50 payment.

You have used a FOR PROFIT CORPORATION FORM. Is this a "FOR PROFIT" corporation. Please note that non-profit corporations use another form.

ALSO, please state a PURPOSE for the coproration in Item 8.

AND ALSO, please note that since Florida doesn't accept LTD. as a corporate suffix, you will need to add "INC." after the "LTD." in the name on line 1.

Please return your document, along with a copy of this letter, within 60 days or your filing will be considered abandoned.

If you have any questions concerning the filing of your document, please call (850) 245-6914.

Buck Kohr
Document Specialist

Letter Number: 604A00015213

**RE-SUBMIT**
PLEASE OBTAIN THE ORIGINAL
FILE DATE

Division of Corporations - P.O. BOX 6327 -Tallahassee, Florida 32314

# TRANSMITTAL LETTER

**TO:** Registration Section
Division of Corporations

**SUBJECT:** _ST. Matthew's University (Cayman) Ltd., Corp._
(Name of corporation - must include suffix)

Dear Sir or Madam:

The enclosed "Application by Foreign Corporation for Authorization to Transact Business in Florida", "Certificate of Existence", and check are submitted to register the above referenced foreign corporation to transact business in Florida.

Please return all correspondence concerning this matter to the following:

_Michael A. Harris_
(Name of Person)

_ST. Matthew's University_
(Firm/Company)

_1005 W. College Blvd Suite A_
(Address)

_Niceville FL 32578_
(City/State and Zip code)

For further information concerning this matter, please call:

_Darlene Burke_ at ( _850_ ) _678-1225_
(Name of Person)        (Area Code & Daytime Telephone Number)

**STREET ADDRESS:**
Registration Section
Division of Corporations
409 E. Gaines St.
Tallahassee, FL 32399

**MAILING ADDRESS:**
Registration Section
Division of Corporations
P.O. Box 6327
Tallahassee, FL 32314

Enclosed is a check for the following amount:

☐ $70.00 Filing Fee    ☐ $78.75 Filing Fee & Certificate of Status    ☐ $78.75 Filing Fee & Certified Copy    ☑ $87.50 Filing Fee, Certificate of Status & Certified Copy

# APPLICATION BY FOREIGN CORPORATION FOR AUTHORIZATION TO TRANSACT BUSINESS IN FLORIDA

IN COMPLIANCE WITH SECTION 607.1503, FLORIDA STATUTES, THE FOLLOWING IS SUBMITTED TO REGISTER A FOREIGN CORPORATION TO TRANSACT BUSINESS IN THE STATE OF FLORIDA.

1. __St. Matthew's University (Cayman) Ltd., Corp.__
   (Name of corporation; must include the word "INCORPORATED", "COMPANY", "CORPORATION" or words or abbreviations of like import in language as will clearly indicate that it is a corporation instead of a natural person or partnership if not so contained in the name at present.)

2. __Cayman Islands__
   (State or country under the law of which it is incorporated)

3. __98-0567165__
   (FEI number, if applicable)

4. __2/1/02__
   (Date of incorporation)

5. __perpetual__
   (Duration: Year corp. will cease to exist or "perpetual")

6. __upon qualification__
   (Date first transacted business in Florida. If corporation has not transacted business in Florida, insert "upon qualification.")
   (SEE SECTIONS 607.1501, 607.1502 and 817.155, F.S.)

7. __P.O. Box 32330 SMB Safe Haven, Leeward Three, Grand Cayman__
   (Principal office address)

   __P.O. Box 32330 SMB Safe Haven, Leeward Three, Grand Cayman__
   (Current mailing address)

8. __To carry on any trade or business or lawful activity and en__
   (Purpose(s) of corporation authorized in home state or country to be carried out in state of Florida)
   ter into any transactions whatever which can in the opinion

9. Name and __street address__ of Florida registered agent: (P.O. Box or Mail Drop Box __NOT__ acceptable)

   Name: __Darlene Burke__

   Office Address: __239 Wava Ave__

   __Aliceville__, Florida __32578__
   (City)                    (Zip code)

10. Registered agent's acceptance:
    *Having been named as registered agent and to accept service of process for the above stated corporation at the place designated in this application, I hereby accept the appointment as registered agent and agree to act in this capacity. I further agree to comply with the provisions of all statutes relative to the proper and complete performance of my duties, and I am familiar with and accept the obligations of my position as registered agent.*

    _____
    (Registered agent's signature)

11. Attached is a certificate of existence duly authenticated, not more than 90 days prior to delivery of this application to the Department of State, by the Secretary of State or other official having custody of corporate records in the jurisdiction under the law of which it is incorporated.

✳ of the Board of Directors be advantageously or
conveniently carried on by the Company which
purpose the Company will have such powers as
are not prohibited by law.

12. **Names and business addresses of officers and/or directors:**

**A. DIRECTORS**

Chairman: _Michael A Harris_

Address: _1005 W College Blvd Suite A_
_Niceville FL 32578_

Vice Chairman: _____

Address: _____

_____

Director: _Galen P. Swartzendruber_

Address: _1921 Waldemere St. Suite 802_
_Sarasota FL 34239_

Director: _International Corporation Services Ltd_

Address: _P.O. Box 472   George Town_
_Grand Cayman, Cayman Islands_

**B. OFFICERS**

President: _Michael A Harris_

Address: _1005 W College Blvd Suite A_
_Niceville FL 32578_

Vice President: _Jerry Thornton_

Address: _1750 W Broadway Street Suite 222_
_Oviedo FL 32765_

Secretary: _Galen P Swartzendruber_

Address: _1921 Waldemere St. Suite 802   Sarasota FL 34239_

Treasurer: _____

Address: _____

**NOTE:** If necessary, you may attach an addendum to the application listing additional officers and/or directors.

13. _____ _(signature)_
(Signature of Chairman, Vice Chairman, or any officer listed in number 12 of the application)

14. _Michael A Harris, Chairman_
(Typed or printed name and capacity of person signing application)



IC-115571

# Certificate Of Good Standing

TO WHOM IT MAY CONCERN

I DO HEREBY CERTIFY that

**St. Matthew's University (Cayman) Ltd.**

a company duly organized and existing under and by virtue of the Laws of The Cayman Islands is at the date of this certificate in Good Standing with the office, and duly authorized to exercise therein all the powers vested in the company.

Given under my hand and Seal at George Town in the Island of Grand Cayman this 1st day of March Two Thousand Four

An Authorised Officer,
Registry of Companies,
Cayman Islands, B.W.I.