FLNB Local Form 5

# Exhibit Tag/ Cover Sheet

Party submitting: __Plaintiff__     Ex. # __44__

Admitted: Yes   or   No  (circle one)

Debtor: __Julian Rodney Rooks Jr.__

Case No.: __21-40139-KKS__

*Adv. No.:*_____

Nature of Hearing/
Docket No:_____

_____

Dated        __07/22__ , 20__21__.

By:_____, Deputy Clerk

FILE No.915 08/18 05 00:17  ID:CSC          FAX:850 558 1515          PAGE  1/ 4

**F05000048555**

# Florida Department of State
## Division of Corporations
### Public Access System

Electronic Filing Cover Sheet

---

Note: Please print this page and use it as a cover sheet. Type the fax audit number (shown below) on the top and bottom of all pages of the document.

(((H05000198420 3)))

Note: DO NOT hit the REFRESH/RELOAD button on your browser from this page. Doing so will generate another cover sheet.

---

To:
    Division of Corporations
    Fax Number    : (850)205-0383

From:
    Account Name   : CORPORATION SERVICE COMPANY
    Account Number : I20000000195
    Phone          : (850)521-1000
    Fax Number     : (850)558-1575

## FOREIGN PROFIT QUALIFICATION

### SMU ACQUISITION CORP.

| | |
|---|---|
| Certificate of Status | 1 |
| Certified Copy | 0 |
| Page Count | 04 |
| Estimated Charge | $78.75 |

Electronic Filing Menu          Corporate Filing          Public Access Help

RECEIVED 05 AUG 18 PM 1:18 DIVISION OF CORPORATION

FILED 05 AUG 18 AM 9:54 SECRETARY OF STATE DIVISION OF CORPORATIONS

N. Culligan  AUG 19 2005

FILE No.915 08/18 '05 00:17   ID:CSC          FAX:850 558 1515          PAGE   2/  4

H 05000198420 3

## APPLICATION BY FOREIGN CORPORATION FOR AUTHORIZATION TO TRANSACT BUSINESS IN FLORIDA

*IN COMPLIANCE WITH SECTION 607.1503, FLORIDA STATUTES, THE FOLLOWING IS SUBMITTED TO REGISTER A FOREIGN CORPORATION TO TRANSACT BUSINESS IN THE STATE OF FLORIDA.*

1. SMU Acquisition Corp.
   (Enter name of corporation; must include "INCORPORATED," "COMPANY," "CORPORATION,"
   "Inc.," "Co.," "Corp," "Inc," "Co," or "Corp.")

   _____
   (If name unavailable in Florida, enter alternate corporate name adopted for the purpose of transacting business in Florida)

2. Delaware                                           3. 20-3322769
   (State or country under the law of which it is incorporated)     (FEI number, if applicable)

4. August 15, 2005                                    5. perpetual
   (Date of incorporation)                                (Duration: Year corp. will cease to exist or "perpetual")

6. _____
   (Date first transacted business in Florida, if prior to registration)
   (SEE SECTIONS 607.1501 & 607.1502, F.S., to determine penalty liability)

7. c/o Equinox Capital, Inc., 41 West Putnam Avenue, Greenwich, CT 06830
   (Principal office address)

   c/o Equinox Capital, Inc., 41 West Putnam Avenue, Greenwich, CT 06830
   (Current mailing address)

8. Business management for educational institutions
   (Purpose(s) of corporation authorized in home state or country to be carried out in state of Florida)

9. Name and street address of Florida registered agent: (P.O. Box NOT acceptable)

   Name:          Corporation Service Company

   Office Address: 1201 Hays Street

                   Tallahassee                          , Florida 32301
                      (City)                                (Zip code)

FILED
05 AUG 18 AM 9: 54
SECRETARY OF STATE
DIVISION OF CORPORATIONS

10. Registered agent's acceptance:
*Having been named as registered agent and to accept service of process for the above stated corporation at the place designated in this application, I hereby accept the appointment as registered agent and agree to act in this capacity. I further agree to comply with the provisions of all statutes relative to the proper and complete performance of my duties, and I am familiar with and accept the obligations of my position as registered agent.*

            Corporation Service Company         Cynthia L. Harris
     By:    /s/ Cynthia L. Harris                as its agent
            (Registered agent's signature)

11. Attached is a certificate of existence duly authenticated, not more than 90 days prior to delivery of this application to the Department of State, by the Secretary of State or other official having custody of corporate records in the jurisdiction under the law of which it is incorporated.

12. Names and business addresses of officers and/or directors:

FILE No.915 08/18 '05 00:17    ID:CSC                FAX:850 558 1515              PAGE    3/ 4

W05000198420 3

### A. DIRECTORS

Chairman: Steven C. Rodger

Address: 623 Lake Avenue

Greenwich, CT 06830

Vice Chairman: _____

Address: _____

Director: John I. Wechsler

Address: 159 Bedford Road

Greenwich, CT 06831

Director: _____

Address: _____

### B. OFFICERS

President: Steven C. Rodger

Address: 623 Lake Avenue, Greenwich, CT 06830

Vice President: none

Address: _____

Secretary: John I. Wechsler

Address: 159 Bedford Road, Greenwich, CT 06831

Treasurer: Steven C. Rodger

Address: 623 Lake Avenue, Greenwich, CT 06830

FILED 05 AUG 18 AM 9:54 SECRETARY OF STATE DIVISION OF CORPORATIONS

NOTE: If necessary, you may attach an addendum to the application listing additional officers and/or directors.

13. _____[signature]_____
    (Signature of Director or Officer listed in number 12 of the application)

14. Steven C. Rodger, President
    (Typed or printed name and capacity of person signing application)

W05000198420 3

FILE No.915 08/18 '05 00:18   ID:CSC                    FAX:850 558 1515           PAGE   4/ 4

W05000198420



# Delaware

PAGE   1

## The First State

I, HARRIET SMITH WINDSOR, SECRETARY OF STATE OF THE STATE OF DELAWARE, DO HEREBY CERTIFY "SMU ACQUISITION CORP." IS DULY INCORPORATED UNDER THE LAWS OF THE STATE OF DELAWARE AND IS IN GOOD STANDING AND HAS A LEGAL CORPORATE EXISTENCE SO FAR AS THE RECORDS OF THIS OFFICE SHOW, AS OF THE EIGHTEENTH DAY OF AUGUST, A.D. 2005.

AND I DO HEREBY FURTHER CERTIFY THAT THE FRANCHISE TAXES HAVE NOT BEEN ASSESSED TO DATE.

AND I DO HEREBY FURTHER CERTIFY THAT THE SAID "SMU ACQUISITION CORP." WAS INCORPORATED ON THE FIFTEENTH DAY OF AUGUST, A.D. 2005.



Harriet Smith Windsor, Secretary of State

4015628   8300

050682049

AUTHENTICATION: 4100377

DATE: 08-18-05

W05000198620