FLNB Local Form 5

## Exhibit Tag/ Cover Sheet

Party submitting: ___Plaintiff___   Ex. #_49_

Admitted: Yes   or   No   (circle one)

Debtor:___Julian Rodney Rooks Jr.___

Case No.:___21-40139-KKS___

*Adv. No.:*_____

**Nature of Hearing/
Docket No:**_____

_____

Dated ___07/22___ , 20_21_.

By:_____, Deputy Clerk



**UNITED STATES POSTAL SERVICE®** CUSTOMER'S RECEIPT

KEEP THIS RECEIPT FOR YOUR RECORDS

PAY TO: SMU
ADDRESS:
C/O D/D OR USED FOR:

SEE BACK OF THIS RECEIPT FOR IMPORTANT CLAIM INFORMATION
NOT NEGOTIABLE

SERIAL NUMBER: 7594   YEAR, MONTH, DAY: 2008-03-03   POST OFFICE: 945031   AMOUNT: $ 300.00   CLERK: 0005

**UNITED STATES POSTAL SERVICE®** CUSTOMER'S RECEIPT

KEEP THIS RECEIPT FOR YOUR RECORDS

PAY TO: ST MATTHEWS
ADDRESS:
C/O D/D OR USED FOR:

SEE BACK OF THIS RECEIPT FOR IMPORTANT CLAIM INFORMATION
NOT NEGOTIABLE

SERIAL NUMBER: 4124   YEAR, MONTH, DAY: 2008-02-27   POST OFFICE: 945031   AMOUNT: $ 1000.00   CLERK: 0021

**UNITED STATES POSTAL SERVICE®** CUSTOMER'S RECEIPT

KEEP THIS RECEIPT FOR YOUR RECORDS

PAY TO: ST. MATTHEWS
ADDRESS:
C/O D/D OR USED FOR: TUITION

SEE BACK OF THIS RECEIPT FOR IMPORTANT CLAIM INFORMATION
NOT NEGOTIABLE

SERIAL NUMBER: 8527   YEAR, MONTH, DAY: 2016-04-18   POST OFFICE: 94740   AMOUNT: $ 294.00   CLERK: