FLNB Local Form 5

# Exhibit Tag/ Cover Sheet

Party submitting: __Plaintiff__  Ex. # _50_

Admitted: Yes  or  No  (circle one)

Debtor: __Julian Rodney Rooks Jr.__

Case No.: __21-40139-KKS__

*Adv. No.:* ____

Nature of Hearing/
Docket No: ____

____

Dated  __07/22__, 20_21_.

By: _____, Deputy Clerk

St. Matthew's University (Cayman) Ltd.
12124 High Tech Avenue, Suite 350
Orlando, FL 32817
USA



# Statement

| Date |
|---|
| 9/1/2008 |

To:

Julian Rooks
3648 Dartford Lane
Tallahassee, FL 32311

Any questions please contact Student Accounts at 1-800-498-9700.

## DUE UPON RECEIPT

| Date | Transaction | Amount | Balance |
|---|---|---|---|
| 12/31/2004 | Balance forward | | 0.00 |
| 11/04/2005 | PMT #3691. Tuition | -1,000.00 | -1,000.00 |
| 01/04/2006 | PMT #1105. Tuition | -400.00 | -1,400.00 |
| 01/04/2006 | PMT #1107. Tuition | -400.00 | -1,800.00 |
| 01/06/2006 | PMT #1108. Tuition | -400.00 | -2,200.00 |
| 01/30/2006 | PMT #1115. | -400.00 | -2,600.00 |
| 05/01/2006 | INV #212.<br>--- Adj In & Out $21,199.92 | 21,199.92 | 18,599.92 |
| 05/01/2006 | CREDMEM #33826.<br>--- Adj In & Out $-21,199.92 | -21,199.92 | -2,600.00 |
| 05/01/2006 | INV #33827.<br>--- Bad Debt $2,600.00 | 2,600.00 | 0.00 |
| 03/03/2008 | PMT #12003344124. Tuition | -100.00 | -100.00 |
| 03/11/2008 | PMT #12003357554. Payment of Bad Debt | -200.00 | -300.00 |
| 03/14/2008 | DEP #12003357554. Re-Payment Bad Debt | 0.00 | -300.00 |
| 03/14/2008 | INV #58691.<br>Write Off Bad Debt-Paid<br>--- Bad Debt $300.00 | 300.00 | 0.00 |
| 05/02/2008 | INV #60296.<br>Write Off Bad Debt-<br>--- Bad Debt $200.00 | 200.00 | 200.00 |
| 05/02/2008 | PMT #11195028527. Tuition Fee-Bad Debt pymt | -200.00 | 0.00 |

| CURRENT | 1-30 DAYS PAST DUE | 31-60 DAYS PAST DUE | 61-90 DAYS PAST DUE | OVER 90 DAYS PAST DUE | Amount Due |
|---|---|---|---|---|---|
| 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | $0.00 |

Please Make Check Payable to St Matthews University. Mailing address listed above.

To pay by Master Card or Visa log on to www.smuonline.com. Click on "Students", "Financial" then "Click here to Access SMUOnline Securely....". If your invoice is not listed, enter it at the bottom. You will need the invoice numbers and the amount listed. Click "Add to List", then "Add to Total", then "Pay Total" and follow the instructions.

Health Insurance Waivers can be downloaded at http://www.stmatthews.edu/forms-library.shtml.