FLNB Local Form 5

# Exhibit Tag/ Cover Sheet

Party submitting: __Plaintiff__     Ex. # __51__

Admitted: Yes  or   No  (circle one)

Debtor: __Julian Rodney Rooks Jr.__

Case No.: __21-40139-KKS__

*Adv. No.*:_____

**Nature of Hearing/
Docket No:**_____

_____

Dated     __07/22__   , 20__21__.

By:_____, **Deputy Clerk**



**St. Matthew's University**
School of Medicine and Veterinary Medicine
Grand Cayman, British West Indies
*"Improving Life by Degrees"*

**Gary McCutcheon, Ed.D.**
Dean of Clinical Students
Executive Director of Clinical Operations
Direct: 407-488-1712
gmccutcheon@stmatthews.edu

**U.S. Administrative Offices**
12124 High Tech Avenue
Suite 350
Orlando, Florida 32817
Telephone: 800-498-9700
Fax: 800-565-7177
www.stmatthews.edu

---

① CLEAR DEBT
② BACKGROUND CHECK
③ 4 SHELF EXAMS
    SAT 1 TO 2
    TIMES MONTHS
④ PENDING GRAD STATUS
⑤ ER TRAUMA
    ELECTIVE
    SELECTIVE
⑥ STEP I QUALIFIER
    NBME COMPREHENSIVE
    1-4 HR PASS
        OR
    KAPLAN ON LINE
    PASS = 72