FLNB Local Form 5

# Exhibit Tag/ Cover Sheet

Party submitting: __Plaintiff__    Ex. # __52__

Admitted: Yes   or   No  (circle one)

Debtor: __Julian Rodney Rooks Jr.__

Case No.: __21-40139-KKS__

*Adv. No.:* _____

Nature of Hearing/
Docket No: _____

_____

Dated    __07/22__    , 20__21__.

By: _____, Deputy Clerk

# January 22, 2009

----- Original Message -----
From: "Gunther Prien" <ucsf4@yahoo.com>
To: registrar@stmatthews.edu
Sent: Thursday, January 22, 2009 4:19:41 AM GMT -05:00 US/Canada Eastern
Subject: To Jennifer from Julian Rodney Rooks

Jennifer, Please acknowledge that you did recieve a total of 12 documents in 2 emails. Earlier I said 11, but there should be 12. Thank you. Rodney

----- Forwarded Message -----
**From:** Jennifer Applequist <japplequist@stmatthews.edu>
**To:** Gunther Prien <ucsf4@yahoo.com>
**Sent:** Thu, January 22, 2009 5:37:27 AM
**Subject:** Re: To Jennifer from Julian Rodney Rooks

Julian,

I have received your emails and will review your file to provide you with a list of missing items later today or tomorrow.

Your patience is appreciated.

Thank you,
Jennifer
—
Jennifer Applequist
Registrar
St. Matthew's University
12124 High Tech Avenue, Suite 350
Orlando, FL 32817
407 488-1700/800-498-9700 x1012
407 488-1743/800-565-7177 Fax
registrar@stmatthews.edu

# January 27, 2009

1 File (33KB)



2009012...

----- Forwarded Message -----
From: Jennifer Applequist <japplequist@stmatthews.edu>
To: Gunther Prien <ucsf4@yahoo.com>
Sent: Tue, January 27, 2009 8:19:21 AM
Subject: Requested Information

Julian,

Please find attached a letter explaining the reason for your withdrawal from St. Matthew's University.

Thank you,
Jennifer

Jennifer Applequist
Registrar
St. Matthew's University
12124 High Tech Avenue, Suite 350
Orlando, FL 32817
407 488-1700/800-498-9700 x1012
407 488-1743/800-565-7177 Fax
registrar@stmatthews.edu

----- Original Message -----
From: "Gunther Prien" <ucsf4@yahoo.com>
To: "Jennifer Applequist" <japplequist@stmatthews.edu>
Sent: Tuesday, January 27, 2009 3:18:01 PM GMT -05:00 US/Canada Eastern
Subject: Re: Requested Information

Dear Ms. Applequist,

Thank you for your efforts to determine the remaining information needed by SMU to complete my file. As sated in your letter, there are 5 items outstanding. 1-4 are tests and #5 is a Trauma Elective Evaluation from 05/06/02 to 05/31/02. I have included, as attachments, my Trauma Elective Evaluation from the above dates. This should complete request #5 leaving only the 4 exams.
Please send the information as to where, when and under what conditions the 4 tests must be taken and I will arrange for travel from California in order to complete my file.

Thank you for your efforts.
Sincerely,
Julian Rodney Rooks

--- On Tue, 1/27/09, Jennifer Applequist <japplequist@stmatthews.edu> wrote:

From: Jennifer Applequist <japplequist@stmatthews.edu>
Subject: Requested Information
To: "Gunther Prien" <ucsf4@yahoo.com>
Date: Tuesday, January 27, 2009, 4:19 PM

Julian,

Please find attached a letter explaining the reason for your withdrawal from St. Matthew's University.

Thank you,
Jennifer

Jennifer Applequist
Registrar
St. Matthew's University
12124 High Tech Avenue, Suite 350
Orlando, FL 32817
407 488-1700/800-498-9700 x1012
407 488-1743/800-565-7177 Fax
registrar@stmatthews.edu

# St. Matthew's University

January 27, 2009

Dear Mr. Rooks,

In reviewing your file, we have found that you are missing several items which prevent you from graduating from St. Matthew's University. These items are:

1. OB/Gyn Shelf Exam
2. Pediatrics Shelf Exam
3. Psychiatry Shelf Exam
4. Internal Medicine Shelf Exam
5. Trauma Elective Evaluation, rotation completed 5/06/02 – 5/31/02

Unfortunately as these items were not received and/or completed, you were placed in Withdrawn status on April 24, 2003.

Thank you,

*Jennifer Applequist*
Jennifer Applequist
University Registrar

# February 5, 2009

----- Forwarded Message -----
**From:** Jennifer Applequist <japplequist@stmatthews.edu>
**To:** Gunther Prien <ucsf4@yahoo.com>
**Sent:** Thu, February 5, 2009 5:55:28 AM
**Subject:** Re: Requested Information

Julian,

Thank you for your patience while I researched your question. Unfortunately you cannot take the exams unless you are enrolled with SMU. If you wish to return to SMU to complete the requirements to graduate you will need to apply for readmission through the Admissions office. If accepted, your first academic step will be to take a qualifying exam that you will need to pass in order for SMU to allow you to take Step 1.

You will also need to develop a plan to address your outstanding financial balance as you will not be able to enroll as a student until that is cleared.

The Admissions office can be reached at 800-498-9700 or admissions@stmatthews.edu.

Thank you,
Jennifer

Jennifer Applequist
Registrar
St. Matthew's University
12124 High Tech Avenue, Suite 350
Orlando, FL 32817
407 488-1700/800-498-9700 x1012
407 488-1743/800-565-7177 Fax
registrar@stmatthews.edu


----- Forwarded Message -----
**From:** Jennifer Applequist <japplequist@stmatthews.edu>
**To:** ucsf4@yahoo.com
**Sent:** Thu, February 5, 2009 9:03:35 AM
**Subject:** Re: Requested Information

Julian,

Once you apply and if you are accepted, the Admissions office will notify you of the requirements you will need to complete.

Thank you,
Jennifer

Jennifer Applequist
Registrar
St. Matthew's University
12124 High Tech Avenue, Suite 350
Orlando, FL 32817
407 488-1700/800-498-9700 x1012
407 488-1743/800-565-7177 Fax
registrar@stmatthews.edu

# February 5, 2009

----- Original Message -----
From: "Gunther Prien" <ucsf4@yahoo.com>
To: "Jennifer Applequist" <japplequist@stmatthews.edu>
Sent: Thursday, February 5, 2009 10:47:45 AM GMT -05:00 US/Canada Eastern
Subject: Re: Requested Information

Dear Jennifer,
Thank you for your response,
If I understand correctly I must pay off my balance and reapply to SMU in order

to complete requirements for graduation. Can you please:
1. list exactly what the requirements for graduation would be?
2. will SMU readmitt me if I pay off my balance?
I would like to know what to expect as I form a plan.
Thank you,
Sincerely,
Julian Rooks

----- Original Message -----
From: "Gunther Prien" <ucsf4@yahoo.com>
To: "Jennifer Applequist" <japplequist@stmatthews.edu>
Sent: Thursday, February 5, 2009 12:05:51 PM GMT -05:00 US/Canada Eastern
Subject: Re: Requested Information

Hello Jennifer,
Thank you for your response. I would be greatfull if you could list the portion of the academic curriculum SMU
considers to be outstanding, i.e. what would be required for my
graduation (other than satisfying my balance). Thank you, Julian

— On Thu, 2/5/09, Jennifer Applequist <japplequist@stmatthews.edu>
wrote:

From: Jennifer Applequist <japplequist@stmatthews.edu>
Subject: Re: Requested Information
To: "Gunther Prien" <ucsf4@yahoo.com>
Date: Thursday, February 5, 2009, 1:55 PM

Julian,

Thank you for your patience while I researched your question. Unfortunately
you cannot take the exams unless you are enrolled with SMU. If you wish to
return to SMU to complete the requirements to graduate you will need to apply
for readmission through the Admissions office. If accepted, your first academic
step will be to take a qualifying exam that you will need to pass in order for

# February 5, 2009

--- On Thu, 2/5/09, Jennifer Applequist <japplequist@stmatthews.edu> wrote:

From: Jennifer Applequist <japplequist@stmatthews.edu>
Subject: Re: Requested Information
To: "Gunther Prien" <ucsf4@yahoo.com>
Date: Thursday, February 5, 2009, 1:55 PM

Julian,

Thank you for your patience while I researched your question. Unfortunately you cannot take the exams unless you are enrolled with SMU. If you wish to return to SMU to complete the requirements to graduate you will need to apply for readmission through the Admissions office. If accepted, your first academic step will be to take a qualifying exam that you will need to pass in order for SMU to allow you to take Step 1.

You will also need to develop a plan to address your outstanding financial balance as you will not be able to enroll as a student until that is cleared.

The Admissions office can be reached at 80... or admissions@stmatthews.edu.

Thank you,
Jennifer

---

Jennifer Applequist
Registrar
St. Matthew's University
12124 High Tech Avenue, Suite 350
Orlando, FL 32817
407 488-1700/800-498-9700 x1012
407 488-1743/800-565-7177 Fax
registrar@stmatthews.edu

--- On Thu, 2/5/09, Jennifer Applequist <japplequist@stmatthews.edu> wrote:

From: Jennifer Applequist <japplequist@stmatthews.edu>
Subject: Re: Requested Information
To: ucsf4@yahoo.com
Date: Thursday, February 5, 2009, 4:43 PM

Julian,

It will be up the Admissions department to decide if you meet the requirements for reacceptance to SMU. It is not guaranteed.

The current academic curriculum is listed on our website at http://www.stmatthews.edu/med_curriculum.shtml.

Thank you,
Jennifer

---

Jennifer Applequist
Registrar
St. Matthew's University
12124 High Tech Avenue, Suite 350
Orlando, FL 32817
407 488-1700/800-498-9700 x1012
407 488-1743/800-565-7177 Fax
registrar@stmatthews.edu