FLNB Local Form 5

## Exhibit Tag/ Cover Sheet

**Party submitting:** __Plaintiff__    **Ex. #** 54

**Admitted: Yes   or    No  (circle one)**

**Debtor:** __Julian Rodney Rooks Jr.__

**Case No.:** ____21-40139-KKS____

*Adv. No.:*_____

**Nature of Hearing/
Docket No:**_____

_____

**Dated** ____07/22____ , 20_21_.

**By:**_____, **Deputy Clerk**

# St. Matthew's University School of Medicine
## P.O. Box 30992
### Regatta Office Park, Leeward Three
## Grand Cayman KY1-1204, CAYMAN ISLANDS, B.W.I.

Date Printed:
2010-06-16

| Student Number | Name | Address | Enrollment Date | Degree |
|---|---|---|---|---|
| ▓9938 | Julian Rodney Rooks | 2907 Alexis Lane Tallahassee, FL 32308 | 1999-01-04 | |

| ECFMG Number | Gender | | Graduation Date | |
|---|---|---|---|---|
| ▓445-6 | Male | | | |

| Course # | Course Title | Credits | Grade | | Clinical Name | Weeks | Grade |
|---|---|---|---|---|---|---|---|
| **Transfer from** | **American University of the Caribbean** | | | | **Spring 2001** | | |
| MD115 | Medical Terminology | 1 | TC | | Surgery | 12 | HP |
| MD116 | Basic Life Support | 1 | TC | | | | |
| MD124 | Biostatistics | 2 | TC | | **Fall 2001** | | |
| MD143 | Molecular & Cell Biology | 4 | TC | | Internal Medicine Elective | 8 | H |
| MD161 | Biochemistry | 6 | TC | | Family Medicine Elective | 6 | H |
| MD162 | Gross Anatomy I | 6 | TC | | | | |
| MD216 | Behavioral Psychology | 1 | TC | | **Spring 2002** | | |
| MD253 | Histology & Histophysiology | 5 | TC | | Vascular Surgery | 4 | HP |
| MD262 | Gross Anatomy II | 6 | TC | | Nephrology Elective | 6 | HP |
| MD271 | Physiology I | 7 | TC | | Emergency Medicine Elective | 4 | HP |
| MD323 | Endocrinology | 2 | TC | | | | |
| MD324 | Ethics | 2 | TC | | **Summer 2002** | | |
| MD361 | Neuroscience | 6 | TC | | Infectious Disease | 4 | HP |
| **Spring 1999** | | | | | Total Weeks | 44 | |
| MD224 | Embryology | 2 | P | | Overall GPA | | 2.66 |
| MD316 | Clinical Medicine III | 1 | P | | | | |
| MD325 | Immunology | 2 | P | | | | |
| MD352 | Microbiology | 5 | P | | | | |
| MD415 | Journal Club | 1 | P | | | | |
| MD434 | Clinical Medicine IV | 3 | P | | | | |
| **Summer 1999** | | | | | | | |
| MD317 | Nutrition | 1 | P | | | | |
| MD443 | Psychopathology | 4 | P | | | | |
| MD462 | Pharmacology | 6 | P | | | | |
| MMD471 | General Pathology | 7 | P | | | | |
| **Fall 1999** | | | | | | | |
| MD225 | Genetics | 2 | P | | | | |
| MD543 | Clinical Medicine V | 4 | P | | | | |
| MD572 | USMLE Review | 7 | P | | | | |
| MD581 | Pathology II: Systemic Pathology | 8 | P | | | | |
| **Total Credits** | | **102** | | | | | |

AN OFFICIAL SIGNATURE IS WHITE WITH A PURPLE BACKGROUND    REJECT DOCUMENT IF SIGNATURE BELOW IS ALTERED

This officially sealed and signed transcript is printed on purple SCRIP-SAFE® security paper with the name of the university printed in white type across the face of the document. A raised seal is not required. When photocopied a security statement containing the institution name and COPY will appear so alternating over the face of the transcript will appear. PHOTOCOPY, A BLACK AND WHITE OR COLOR COPY OF THIS TRANSCRIPT IS NOT OFFICIAL.

In accordance with USC 438 (6)(4)(8) (The Family Educational Rights and Privacy Act of 1974) you are hereby notified that this information is provided upon the condition that you, your agents or employees, will not permit any other party access to this record without the consent of the student.

**Jennifer Applequist, M.Ed., Registrar**

THE UNIVERSITY NAME APPEARS IN WHITE PRINT ACROSS THE FACE OF THIS 8 1/2 X 11 RECORD

**St. Matthew's University**

12124 High Tech Avenue, Suite 350; Orlando, FL 32817

ASHEVILLE NC 287

18 JUN 2010 PM 1 T



Julian Rooks
3648 Dartford Lane
Tallahassee, FL  32311

*Official Transcript*

3231187773

Janice M. Crews
Registrar