FLNB Local Form 5

# Exhibit Tag/ Cover Sheet

Party submitting: __Plaintiff__    Ex. # __55__

Admitted: Yes  or  No  (circle one)

Debtor: __Julian Rodney Rooks Jr.__

Case No.: __21-40139-KKS__

*Adv. No.:* _____

Nature of Hearing/
Docket No: _____

_____

Dated    __07/22__ , 20__21__.

By: _____ , Deputy Clerk

Payment Address:
General Revenue Corporation
PO Box 495999
Cincinnati OH 45249-5999
Correspondence Address:
General Revenue Corp
325 Daniel Zenker Dr
Horseheads NY 14845-1008



**GENERAL REVENUE CORPORATION®**

(877) 525-7344 ● pay online www.generalrevenue.com
STREET ADDRESS: 325 DANIEL ZENKER DR ♦ HORSEHEADS NY 14845

JAN 07 2014

10963224-47
Julian R Rooks Jr
3648 Dartford Ln
Tallahassee FL 32311-7773

GRC Account #: ●●●3224
Client: Finance Authority of Maine
Total Current Balance: $60,870.44

### CONSOLIDATION MAY BE THE ANSWER FOR YOUR DEFAULTED EDUCATION LOANS.

Dear Julian R Rooks Jr

Welcome to the Consolidation Loan Program offered to you through Direct Consolidation Loans and General Revenue Corporation. We are committed to offering you the best service, so if you have any questions or comments please call one of our Loan Consolidation Specialists at (877) 525-7344. You can also visit www.loanconsolidation.ed.gov for more information about this program.

Enclosed are the forms that must be completed:
- Promissory Note
- Repayment Plan Selection Form (RPS)
- Self Certified Letter for income verification*
- Alternative Documentation of Income (ADOI)*
- Authorization to Release Information

* Please note that you are required to provide proof of your income (and your spouse's income if you are married) to Direct Loans in order to process a Direct Loan Consolidation application with an Income Contingent repayment plan. You can accomplish this by sending in a copy of your most recent tax return (form 1040), or if that is not available, filling out and signing the Self Certified Letter for Income Verification. Alternatively, if you (or your spouse) have no taxable income you can simply check the "No Taxable Income" box on the Alternative Documentation of Income form, sign it and return that form to us.

It is very important that these forms are signed and completed with no errors as mistakes or additional markings will affect your approval for a consolidation. If you do make a mistake put one line through it and initial the change.

Important things to consider when filling out your application:
- The original signed versions of these forms must be returned for processing
- Use only blue or black ink when signing the documents
- If you are married your spouse is required to sign the Repayment Plan Selection Form and Self Certified Income Verification letter (or Alternative Documentation of Income form if no taxable income) in order for your consolidation to be completed
- Two (2) references that do not live with you or with each other are needed for this application. If you have not already given these to your representative over the phone please add them to the application.

A postage paid envelope has been included in your material to help expedite the return of your application to General Revenue Corporation. Please complete and return these forms to our offices within seven (7) business days from receiving it. This will ensure your application is processed in a timely manner. Please return them to the address below:

General Revenue Corporation
Attn: Consolidation Department
325 Daniel Zenker Dr
Horseheads NY 14845-1008

This is an attempt, by a debt collector, to collect a debt and any information obtained will be used for that purpose.

**PLEASE SEE REVERSE SIDE FOR IMPORTANT INFORMATION.**