FLNB Local Form 5

# Exhibit Tag/ Cover Sheet

Party submitting: __Plaintiff__     Ex. # __56__

Admitted: Yes   or   No   (circle one)

Debtor: __Julian Rodney Rooks Jr.__

Case No.: __21-40139-KKS__

*Adv. No.:* _____

**Nature of Hearing/
Docket No:** _____

_____

Dated     __07/22__ , 20__21__ .

By: _____ ,   **Deputy Clerk**



CDFAMS06
PO Box 1022
Wixom MI 48393-1022
ADDRESS SERVICE REQUESTED



FINANCIAL ASSET MANAGEMENT SYSTEMS INC
P.O. Box 1730 • St. Charles, MO 63302-1730
877-539-3913

Hours: Mon-Thurs 8am-10pm • Friday 8am – 8pm
Select Sat 8am-1pm • Sun Closed (ALL TIMES EST)

03/12/14

| | | | |
|---|---|---|---|
| 16ASM | 265525625 | Account Number | ▇2327 |
| | | Total Balance: | $139,277.44 |

JULIAN R ROOKS JR
3648 Dartford Ln
Tallahassee FL 32311-7773

Dear JULIAN R ROOKS JR:

CURRENT GUARANTOR: United Student Aid Funds, Inc.

| | | | |
|---|---|---|---|
| ACCOUNT NUMBER: | ▇2327 | PRINCIPAL BALANCE: | $94,733.17 |
| INTEREST: | $17,673.37 | PENALTY CHARGES: | $.00 |
| FEES & COSTS: | $26,870.90 | TOTAL BALANCE: | $139,277.44 |

As you are aware, United Student Aid Funds, Inc. has placed your defaulted student loan account with Financial Asset Management Systems, Inc. (FAMS) for collections. After reviewing your account history, we feel that loan consolidation may be an excellent option for you to get your loan out of default. If your loans are eligible and approved, consolidating them with William D. Ford you may once again be eligible for Title IV assistance as well as, deferment and forbearance options. Additionally, because your loans will no longer be in default, you will not be at risk for tax offsets or Administrative Wage Garnishment.

FAMS is mailing the Consolidation Application for the William D. Ford loan consolidation program to you. Once completed and returned, processing may be delayed due to incomplete or missing information. To help avoid processing delays due to errors, please call our offices and we will assist you in completing these forms.

Following are instructions for completing the application:

1. The application must be completed in its entirety, and returned to FAMS within two business days of receipt
2. Complete all shaded areas of the application in either BLACK or BLUE ink ONLY
3. There may be no mistakes, cross-outs, or whiteout used on these forms
4. Section 2 of the page entitled "Repayment Plan Selection"; you may only check one box. (Checking multiple boxes will cause the application to be rejected.)
5. Date the application the date that you mail it as your signature has an expiration date
6. The application must have original signatures on it (copies will not be accepted)
7. Mail ALL forms included in this packet to the address below:

   Financial Asset Management Systems, Inc.
   PO Box 1730
   St. Charles, MO 63302-1730

Your prompt response is needed to avoid any other collection activity on your account. If you have any questions or you would like to know what other options are available to you, please contact our office.

Sincerely yours,

M. Dobratz, Director of Operations
877-539-3913

Calls to and from FAMS may be monitored and/or recorded for quality assurance.
This communication is from a debt collector. This is an attempt to collect a debt.
Any information obtained will be used for that purpose.

513CDFAMS0616ASM

SEE REVERSE SIDE FOR IMPORTANT INFORMATION