FLNB Local Form 5

# Exhibit Tag/ Cover Sheet

Party submitting: __Plaintiff__          Ex. # __57__

Admitted: Yes   or   No  (circle one)

Debtor: __Julian Rodney Rooks Jr.__

Case No.: __21-40139-KKS__

*Adv. No.:* _____

Nature of Hearing/
Docket No: _____

_____

Dated          __07/22__    , 20__21__.

By: _____, Deputy Clerk

FINANCE AUTHORITY OF MAINE
C/O SALLIE MAE POST CLAIM ASSISTANCE MC E2142
P.O. BOX 9460
WILKES-BARRE, PA 18773-9460




JULIAN R ROOKS JR
3648 DARTFORD LN
TALLAHASSEE, FL 32311-7773

June 14, 2014
Account No: ▓▓▓▓2085

Dear Borrower:

On behalf of your student loan guarantor, Finance Authority of Maine, please be advised that we have requested the U.S. Department of Education to notify the U.S. Department of Treasury to suspend our previous request to offset any federal monies you would be eligible to receive, including federal tax refunds, to pay the defaulted student loan debt(s) you owe.

There may be some delay before this request for suspension of offset takes effect, because the U.S. Department of Treasury must complete a number of steps to implement this request. If you expect to receive a federal income tax refund, or are expecting federal monies, it could take at least four weeks before this suspension will be processed. Therefore, we advise you to wait at least four weeks before filing your return. Should you have questions about your tax offset, or any federal monies that may be due to you, please contact the Internal Revenue Service at 1-800-829-1040. This notice does not indicate or guarantee that any federal monies or tax offsets previously intercepted from you will be refunded, nor does it indicate that you are no longer responsible for a debt.

It is important to note, the request for interception of your federal tax refund, and any other federal monies you may be eligible to receive, will automatically be reinstated without any further notice to you if the circumstances that resulted in this suspension of offset change. For example, if you fail to make timely payments, your debt is determined to be non-dischargeable through bankruptcy, and/or a determination is made as to the collectability of your debt(s).

This notice applies to the guarantor listed within this letter only. If you received offset notification from any other guaranty agency or the Department of Education regarding any other student loan/grant debt, you must contact the agency responsible for that action.

Federal law requires us to inform you that this is an attempt to collect a debt and any information obtained will be used for this purpose.

If you have any questions about the situation that resulted in this notification, please call 1-800-331-2314, and select the appropriate option to hear the IRS status pertaining to your loan(s).

MEDTOWKY/DINAME