FLNB Local Form 5

# Exhibit Tag/ Cover Sheet

Party submitting: __Plaintiff__         Ex. # __58__

Admitted: Yes   or   No  (circle one)

Debtor: __Julian Rodney Rooks Jr.__

Case No.: __21-40139-KKS__

*Adv. No.*:_____

Nature of Hearing/
Docket No:_____

_____

Dated     __07/22__ , 20__21__.

By:_____, **Deputy Clerk**

USA FUNDS, INC.
C/O SALLIE MAE POST CLAIM ASSISTANCE MC E2142
P.O. BOX 9460
WILKES-BARRE, PA 18773-9460
loansolutions.usafunds.org



 JULIAN R ROOKS JR
3648 DARTFORD LN
TALLAHASSEE, FL 32311-7773

June 15, 2014
Account No: ███2085

Dear Borrower:

On behalf of your student loan guarantor, USA Funds, we write to advise that we have requested that the federal government suspend our previous request to intercept federal payments to you, including federal tax refunds, to pay amounts you owe on defaulted student loan(s).

There may be some delay before this request for suspension of offset takes effect, because the U.S. Department of Education must notify the U.S. Department of Treasury, which must then complete a number of steps to implement this request. If you expect to receive a federal income tax refund, or are expecting federal monies, it could take at least four weeks before this suspension will be processed. Therefore, you may choose to wait at least four weeks before filing your tax return. Should you have questions about the offset of your tax refund or any federal monies that may be due to you, please contact the Internal Revenue Service at (800) 829-1040. This notice does not indicate or guarantee that any federal monies or tax offsets previously intercepted from you will be refunded, nor does it indicate that you are no longer responsible for a debt.

It is important to note that the request for interception of your federal tax refund, and any other federal monies you may be eligible to receive, will automatically be reinstated without any further notice to you if the circumstances that resulted in this suspension of offset change. For example, if you fail to make timely payments, your debt is determined to be non-dischargeable through bankruptcy, or a determination is made as to the collectability of your debt(s).

This notice applies only to the guarantor listed within this letter. If you received offset notification from any other guarantor or the Department of Education regarding any other student loan, you must contact the agency responsible for that action.

Federal law requires us to advise you that this is an attempt to collect a debt and that any information obtained will be used for this purpose.

If you have any questions about this notification, please call (800) 331-2314, and select the appropriate option to hear the IRS status pertaining to your loan. In addition, you may also visit the Web site loansolutions.usafunds.org for detailed loan information.



USDTOWKY/DINAUF