FLNB Local Form 5

## Exhibit Tag/ Cover Sheet

Party submitting: __Plaintiff__    Ex. # __59__

Admitted: Yes   or   No  (circle one)

Debtor: __Julian Rodney Rooks Jr.__

Case No.: __21-40139-KKS__

*Adv. No.*: _____

Nature of Hearing/
Docket No: _____

_____

Dated    __07/22__ , 20__21__.

By: _____, Deputy Clerk

**AlliedInterstate LLC**

12755 Hwy 55, Suite 300, Plymouth, MN 55441
Toll Free: 888-253-3108
Mon-Fri 8AM-9PM Sat 8AM-12PM

Date:    07-20-2015

Allied Interstate Account No.: ████0394
Creditor: Navient a spin-off of Sallie Mae
School Name: ST MATHEW'S UNIV-SCHL OF MED
Amount Owed: $20,244.53

Dear Julian R Rooks:

We are a debt collection company and our client, Navient a spin-off of Sallie Mae, has retained us to collect the debt noted above.

Our client is willing to accept payment in the amount of $3779.72, in exchange for which Navient a spin-off of Sallie Mae will release your obligation as co-signer/co-borrower and not seek any further money from you on this loan. You can take advantage of this offer if we receive your payment of $3779.72 on or before 08/16/2015. To accept, please contact our office at 888-253-3108 and we will send you a formal written agreement providing the settlement terms by mail or facsimile.

Upon timely receipt of $3779.72, Navient a spin-off of Sallie Mae will notify all three major credit reporting agencies that the co-signer/co-borrower's default status should be updated to state "co-signer/co-borrower obligation terminated."

To make payment, please call 888-253-3108, mail your payment using the coupon on the reverse side of this letter, or visit https://alliedinterstate.paymybill.us and enter user ID WF92 and password ████0394.

We reserve the right to extend this or a different settlement offer to you in the future. The total amount owed on this loan may include principal, accrued and unpaid interest, collection costs and other charges.
We appreciate your attention to this matter and look forward to hearing from you.

We are a debt collector attempting to collect a debt and any information obtained will be used for that purpose.

Sincerely,

888-253-3108
Allied Interstate LLC

PLEASE SEE REVERSE SIDE FOR OTHER IMPORTANT INFORMATION

---

Detach and return with payment

| | |
|---|---|
| Undeliverable Mail Only:<br>P.O. Box 1954<br>Southgate, MI 48195-0954 | Date: 07-20-2015<br>Creditor: Navient a spin-off of Sallie Mae<br>ST MATHEW'S UNIV-SCHL OF MED<br>Account Number: ████0394<br>Amount Due: $20,244.53<br>Amount Remitted: $ _____ |

Payment & Correspondence Address:

Julian R Rooks
3648 Dartford Ln
Tallahassee, FL 32311-7773

Allied Interstate LLC
PO Box 361347
Columbus, OH 43236-1347

1/1    ST/    763/0000312/0005
005 SS010879/ED3616/MIN