FLNB Local Form 5

**Exhibit Tag/ Cover Sheet**

**Party submitting:** Plaintiff **Ex. #** 60

**Admitted: Yes or No (circle one)**

**Debtor:** Julian Rodney Rooks Jr.

**Case No.:** 21-40139-KKS

***Adv. No.*:** ______________________

**Nature of Hearing/**
**Docket No:** ______________________

______________________

**Dated** 07/22 **, 20**21**.**

**By:** ______________________**, Deputy Clerk**

fms
a CEANNATE company

PO Box 1115
Charlotte, NC 28201-1115

JULIAN R ROOKS JR
3648 DARTFORD LN
TALLAHASSEE, FL 32311-7773

| | |
|---|---|
| Principal | $138,429.68 |
| Interest | $34,218.71 |
| Penalty | $.00 |
| Fees and Costs | $42,022.62 |
| Total Balance | $214,671.01 |
| | |
| Account Number | [redacted]4499 |

Dear Julian R Rooks JR, September 19, 2016

This notice regarding your account with the U.S. Department of Education (ED) is from FMS Investment Corp. (FMS). The current creditor U.S. Department of Education (ED) has placed your account with us for collection on 08/10/16.

FMS has made several attempts to contact you and resolve your outstanding debt; however, the balance remains unpaid.

As part of our contractual obligation, if your account remains unpaid for sixty (60) days after the placement date referenced above, FMS is required to review your account for remedies to collect delinquent Federal debts. If you are found eligible, you may be subject to one, or a combination of the following:

Your employer may be required by ED to withhold and remit up to fifteen (15) percent of your salary after deductions as required by law until your debt is paid or otherwise resolved. This will be done after separate written notices are sent and opportunities for a records review and hearing have been provided to you by ED.

FMS is required by ED to prepare a Litigation Package for ED submission to the U.S. Department of Justice to review for litigation.

Contact us at our toll free telephone number, 877-291-8405, and obtain information about making a reasonable, affordable, and voluntary payment arrangement.

Your account balance may be periodically increased due to the addition of accrued interest or other charges as provided in the agreement with the original creditor or as otherwise provided by Federal and/or State Law.

FMS Investment Corp. (FMS) office hours are: 8 a.m. - 9 p.m. Monday - Thursday and 8 a.m. - 5 p.m. Friday (Central Standard Time). You may write to us at the address listed below or telephone us at the number provided below. Do not send a payment to this address.

FMS Investment Corp
PO Box 1423
Elk Grove Village, IL 60009-1423

Toll Free Number: 877-291-8405
Toll Free Facsimile: 800-880-4583
Calls may be recorded and/or monitored for quality assurance.

This communication is from a debt collector attempting to collect a debt. Any information obtained will be used for that purpose.

Please contact Jason Barnes or any other of our representatives at 877-291-8405.

CUSTOMER FEEDBACK – To provide feedback on our services, please send an e-mail to CustomerComments@fmsdc.com or call toll free at 866-430-9331

**Notice: See Reverse Side for Important Information**

FMSIL.wfd
10FMSC0-688815 00003723
1 of 1