FLNB Local Form 5

## Exhibit Tag/ Cover Sheet

Party submitting: __Plaintiff__         Ex. # __61__

Admitted: Yes  or  No  (circle one)

Debtor: __Julian Rodney Rooks Jr.__

Case No.: __21-40139-KKS__

*Adv. No.*:_____

Nature of Hearing/
Docket No:_____

_____

Dated     __07/22__ , 20__21__.

By:_____, Deputy Clerk

United States Department of Education
Freedom of Information Unit

Date:   November 22, 2017

Re: Freedom of Information Act Request

Dear Sir or Madam:

Pursuant to the Freedom of Information Act, 5 U.S.C. § 552 and the Privacy Act, 5 U.S.C. § 552a, I request of copy of:

(1) all records, <u>specifically those containing the earliest date</u>, regarding lost, missing, switched or otherwise incorrect student transcripts involving St. Matthews University School of Medicine and/or St. Joseph's College of Maine.

(2) all records, <u>specifically those containing the earliest date</u>, regarding the misrepresentation of federal student loans involving St. Matthews University School of Medicine and/or St. Joseph's College of Maine.

(3) all records regarding why this DOE email and these documents (ex. 1-1f) were redacted.

(4) all records pertaining to me.

I am requesting that the information be provided in the least expensive form possible (preferably electronic) along with any segregable portions that are not exempt from disclosure.
If any expenses in excess of $50.00 are incurred in connection with this request, please obtain my approval before any such charges are incurred.
I am requesting a waiver of fees because my interest in the records is not primarily commercial and because tens of millions of individuals have federal loans provided and insured under Title IV and the disclosure of this information will contribute significantly to public understanding of the operations and activities of the government.
I am requesting expedited processing because the issue of my loss of certain statutory rights will soon arise.
Please respond within 20 days. If this request is denied in whole or in part, please provide a detailed justification for withholding these records.

