FLNB Local Form 5

# Exhibit Tag/ Cover Sheet

Party submitting: __Plaintiff__    Ex. # __62__

Admitted: Yes   or   No  (circle one)

Debtor: __Julian Rodney Rooks Jr.__

Case No.: __21-40139-KKS__

*Adv. No.*: _____

Nature of Hearing/
Docket No: _____

_____

Dated    __07/22__ , 20__21__.

By: _____ , Deputy Clerk

To: United States Department of Education

November 22, 2017
OMB NO: 1845-0146

Re:  I. Request to discharge student loans received at St. Matthews's University School of Medicine (SMUSOM),
II. Request to discharge student loans prior to SMUSOM.
III. Notice of Petitioner's right to rescind the contracts.
IV. 12 questions.
V. Freedom of Information Act (FOIA) request- (sent to Washington D.C. FOIA Office).
VI. Request for relief, (Order for Settlement Agreement and Fulfillment).
VII. Oath and Affidavit.

## THIRD AND FINAL NOTICE
## PLEASE DO NOT IGNORE

Dear Sir or Madam;

Petitioner is unable to afford the full cost of printing or mailing the printed product. Petitioner provides a printed copy of sections I.-VII. Documentary and video exhibits however have been provided on compact disk and Petitioner requests the Department print these.

This letter is related to two related cases filed in the 11th E[...]

On or about 02/24/2016, a Wendell Washington signed fo[r] Arne Duncan, containing a 91 page complaint, 293 documentary [exhibits] that St. Matthews University School of Medicine misrepresented [...] Petitioner's medical school records, and then covered up that loss, [...] **burden of proof has not been satisfied.** This notice has 7 parts, [...] video exhibits.

I urge the Department to cooperate and to please help end [...]

Please respond within 30 [days]

Please feel free to contact m[e]

Sincerely,
Julian Rodney Rooks Jr.
DOB: 11-30-1966
SS# ███-██-0775
3648 Dartford Lane
Tallahassee, Florida
(850) 329-7019
julianrooks@yahoo.com

---

**U.S. Postal Service CERTIFIED MAIL RECEIPT**
Domestic Mail Only

Certified Mail Fee: $3.35
Postage: $1.61
Total Postage and Fees: $7.71
Postmark: 11/24/2017

Sent To: US Department of Education
PO Box 194407
San Francisco CA 94119

---

**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:
   US Department of Education
   PO Box 194407
   San Francisco CA 94119

9590 9403 0103 5077 6519 36

2. Article Number: 7015 1660 0000 8533 6104

**COMPLETE THIS SECTION ON DELIVERY**
A. Signature: J. Eckstein — ☑ Agent ☐ Addressee
B. Received by (Printed Name): J. Eckstein
C. Date of Delivery: 12/1/13
D. Is delivery address different from item 1? ☐ Yes ☐ No

3. Service Type:
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Mail
☐ Mail Restricted Delivery (over $500)
☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery