FLNB Local Form 5

# Exhibit Tag/ Cover Sheet

Party submitting: __Plaintiff__   Ex. # _63_

Admitted: Yes   or   No  (circle one)

Debtor: __Julian Rodney Rooks Jr.__

Case No.: __21-40139-KKS__

*Adv. No.:* _____

Nature of Hearing/
Docket No: _____

_____

Dated   __07/22__ , 20__21__.

By: _____ , Deputy Clerk

to Kim resend of FOIA                                                                                            Yahoo/Sent

 **Julian Rooks** <julianrooks@yahoo.com>                                            Jan 31 at 12:26 PM
To: edfoiamanager@ed.gov

Hello Kim,
   Per your request, I am again sending a copy of the same FOIA request the DOE signed for on 12-05-2017. Because you said there is no entry in the system for that name, I have also included the signed receipt.
   If you need anything else please do not hesitate to contact me.
   Thank you for your help.
Sincerely,
Julian Rodney Rooks Jr.

⬇ Download all attachments as a zip file



USDOE FOIA.jpg     USDOE FOIA ....jpg
1007.1kB               324.2kB