FLNB Local Form 5

## Exhibit Tag/ Cover Sheet

Party submitting: __Plaintiff__    Ex. # __64__

Admitted: Yes  or  No  (circle one)

Debtor: __Julian Rodney Rooks Jr.__

Case No.: __21-40139-KKS__

*Adv. No.*: _____

Nature of Hearing/
Docket No: _____

_____

Dated    __07/22__ , 20__21__.

By: _____ , Deputy Clerk



# UNITED STATES DEPARTMENT OF EDUCATION

OFFICE OF MANAGEMENT

Office of the Chief Privacy Officer

January 31, 2018

Julian Rooks
3648 Dartford Lane
Tallahassee, FL 32311

RE: Privacy Act Request No. 18-00030-PA

Dear: Julian Rooks

This is in response to your letter dated November 5, 2017, requesting information pursuant the Privacy Act of 1974, 5 U.S.C. § 552a as amended. Your request was received in this office on January 31, 2018, and forwarded to the primary responsible office(s) for action.

You requested: (1) all records, specifically those containing the earliest date, regarding lost, missing, switched or otherwise incorrect student transcripts involving St. Matthews University School of Medicine and/or St. Joseph's College of Maine. (2) all records, specifically those containing the earliest date, regarding the misrepresentation of federal student loans involving St. Matthews University School of Medicine and/or St. Joseph's College of Maine. (3) all records regarding why this DOE email and these documents (ex. 1-lf) were redacted. (4) all records pertaining to me.

Please refer to the Privacy Act tracking number to check the status of your Privacy Act request at the link provided below:

http://www2.ed.gov/policy/gen/leg/foia/foiatoc.html

Any future correspondence or questions regarding your request, please contact the FOIA Public Liaison at 202-401-8365 or EDFOIAManager@ed.gov

Sincerely,

ED FOIA Manager