FLNB Local Form 5

## Exhibit Tag/ Cover Sheet

Party submitting: __Plaintiff__          Ex. # __65__

Admitted: Yes  or  No  (circle one)

Debtor: __Julian Rodney Rooks Jr.__

Case No.: __21-40139-KKS__

*Adv. No.:* _____

Nature of Hearing/
Docket No: _____

_____

Dated          __07/22__    , 20__21__.

By: _____, Deputy Clerk

To: United States Department of Education
Office of Management
Office of the Chief Privacy Officer
Public Liason

Date February 1, 2018

Re: multiple factual errors and possible ommision in your first response

### NOTICE OF ERRORS IN YOUR FIRST RESPONSE
### TO PETITIONER'S FOIA/PRIVACY ACT REQUEST AND
### REQUEST FOR CORRECTION OF DOE RECORDS

Dear Sir or Madam:

The DOE signed for my FOIA/Privacy Act request on 12-05-2017 (57 days ago).
I received no response.

I contacted you yesterday to inquire about the status of my FOIA/Privacy Act request.
Kim told me there was "no entry in the system" for my name and asked me to re-send the request.

This morning, I read the first response letter you sent yesterday. Your letter contains multiple errors and possibly a serious omission. I am writing this letter to ask the DOE to correct it's records and to set the record straight.

**ERROR #(1)** Your letter incorrectly states:

> Dear: Julian Rooks
>
> This is in response to your letter dated November 5, 2017, requesti[ng]
> Privacy Act of 1974, 5 U.S.C. § 552a as amended. Your request wa[s]

This is not correct. My letter to you was not dated November 5, 2017. It was dated November 22, 2017.

> United States Department of Education
> Freedom of Information Unit                    Date:   November 22, 2017
>
> Re: Freedom of Information Act Request
>
> Dear Sir or Madam:
>
>     Pursuant to the Freedom of Information Act , 5 U.S.C. § 552 and the Privacy Act, 552a, I request of copy of :

**ERROR #(2)** Your letter incorrectly states:

> Privacy Act of 1974, 5 U.S.C. § 552a as amended. Your request was received in this office on January 31, 2018, and forwarded to the primary responsible office(s) for action.

This is not correct. My request was received in your office and signed for by "K Jones" on December 5, 2017, not January 31, 2018.



The request you received on January 31, 2018 was a copy of the original request, dated November 22, 2017, mailed on November 24, 2017 and signed for by your office on December 5, 2017.

What happened to th[at?]

I noticed your letter does not mention any FOIA request, onl[y Privacy Act]. Is this normal?

Thank you,
Sincerely,

U.S. Postal Service™
CERTIFIED MAIL® RECEIPT
Domestic Mail Only

For delivery information, visit our website at www.usps.com®

WASHINGTON, DC 20202

Certified Mail Fee    $3.45                                    0680
                                                                53
Extra Services & Fees (check box, add fee as appropriate)
☐ Return Receipt (hardcopy)      $ $0.00
☐ Return Receipt (electronic)    $ $0.00      Postmark
☐ Certified Mail Restricted Delivery $ $0.00    Here
☐ Adult Signature Required       $ $0.00
☐ Adult Signature Restricted Delivery $ $0.00
Postage
$ $0.50
Total Postage and Fees                         02/05/2018
$ $6.70
Sent To
USDOE OF. of Managnt CHIEF PRIVACY OFFICER
Street and Apt. No., or PO Box No.
400 MARYLAND AVE., SW, LBJ 2E321
City, State, ZIP+4®
WASHINGTON DC 20202-4536   ATTN: FOIA PUBLIC LIAISON

7015 1660 0000 8553 6874