FLNB Local Form 5

## Exhibit Tag/ Cover Sheet

Party submitting: __Plaintiff__     Ex. # __66__

Admitted: Yes   or   No  (circle one)

Debtor: __Julian Rodney Rooks Jr.__

Case No.: __21-40139-KKS__

*Adv. No.*: _____

**Nature of Hearing/
Docket No:** _____

_____

Dated    __07/22__ , 20__21__.

By: _____, Deputy Clerk

Page 2 – Julian Rooks
18-00030-PA

March 2, 2018

Julian Rooks
3548 Dartford Lane
Tallahassee, FL 32311

RE: FOIA Request No. (18-00030-PA)

Dear Julian Rooks:

This is the final response to your request dated November 5, 2017, requesting information pursuant to the Freedom of Information Act (FOIA), 5 U.S.C. § 552. Your request was received in the FOIA Service Center (FSC) on January 31, 2018, and was forwarded to the appropriate office within the Department of Education (the Department) for any responsive documents they may have.

You requested the following:

(1) all records, specifically those containing the earliest date, regarding lost, missing, switched or otherwise incorrect student transcripts involving St. Matthews University School of Medicine and/or St. Joseph's College of Maine.
(2) all records, specifically those containing the earliest date, regarding the misrepresentation of federal student loans involving St. Matthews University School of Medicine and/or St. Joseph's College of Maine.
(3) all records regarding why this DOE email and these documents (ex. 1-1f) were redacted.
(4) all records pertaining to me.

The Department recognizes this request to be a Privacy Act request pursuant to the Privacy Act of 1974, 5 U.S.C. § 552a as amended, and the Department's regulation implementing the Privacy Act (34 CFR Part 5b). The request was forwarded to Federal Student Aid's (FSA's) Business Operations for research and response. Business Operations provided copies of your student loan documents to include: application and promissory note, St. Joseph's College Notice of Loan Guarantee and Disclosure Statement, Finance Authority of Maine (FAME) Indemnification Agreements, Statement of Purchased Account and correspondence documents. No redactions were made to the documents as this request was fulfilled under the Privacy Act. A copy of your loan details as derived from the National Student Loan Database System (NSLDS) is also being provided.

NSLDS is the Department's central database for student aid. NSLDS receives data from schools, guaranty agencies, the Direct Loan program, and other Department. NSLDS Student Access provides a centralized, integrated view of Title IV loans and grants so that recipients of Title IV Aid can access and inquire about their Title IV loans and/or grant data. The borrower can access these records by visiting https://www.nslds.ed.gov/ and setting up an FSA ID, which will grant them system access to see their loan details.

400 MARYLAND AVE., S.W., WASHINGTON, DC 20202-4500
www.ed.gov

*Our mission is to ensure equal access to education and to promote educational excellence throughout the Nation.*

Page 2 – Julian Rooks
18-00030-PA

March 2, 2018

Julian Rooks
3548 Dartford Lane
Tallahassee, FL 32311

RE: FOIA Request No. (18-00030-PA)

Dear Julian Rooks:

This is the final response to your request dated November 5, 2017, requesting information pursuant to the Freedom of Information Act (FOIA), 5 U.S.C. § 552. Your request was received in the FOIA Service Center (FSC) on January 31, 2018, and was forwarded to the appropriate office within the Department of Education (the Department) for any responsive documents they may have.

You requested the following:

(1) all records, specifically those containing the earliest date, regarding lost, missing, switched or otherwise incorrect student transcripts involving St. Matthews University School of Medicine and/or St. Joseph's College of Maine.
(2) all records, specifically those containing the earliest date, regarding the misrepresentation of federal student loans involving St. Matthews University School of Medicine and/or St. Joseph's College of Maine.
(3) all records regarding why this DOE email and these documents (ex. 1-1f) were redacted.
(4) all records pertaining to me.

The Department recognizes this request to be a Privacy Act request pursuant to the Privacy Act of 1974, 5 U.S.C. § 552a as amended, and the Department's regulation implementing the Privacy Act (34 CFR Part 5b). The request was forwarded to Federal Student Aid's (FSA's) Business Operations for research and response. Business Operations provided copies of your student loan documents to include: application and promissory note, St. Joseph's College Notice of Loan Guarantee and Disclosure Statement, Finance Authority of Maine (FAME) Indemnification Agreements, Statement of Purchased Account and correspondence documents. No redactions were made to the documents as this request was fulfilled under the Privacy Act. A copy of your loan details as derived from the National Student Loan Database System (NSLDS) is also being provided.

NSLDS is the Department's central database for student aid. NSLDS receives data from schools, guaranty agencies, the Direct Loan program, and other Department. NSLDS Student Access provides a centralized, integrated view of Title IV loans and grants so that recipients of Title IV Aid can access and inquire about their Title IV loans and/or grant data. The borrower can access these records by visiting https://www.nslds.ed.gov/ and setting up an FSA ID, which will grant them system access to see their loan details.

Page 2 – Julian Rooks
18-00030-PA

For item 1, you will need to contact the schools directly for a copy of your transcripts as the Department does not maintain them.

For item 3, you would need to refer to your final letter on your appeal rights if you believe information should not be redacted. I could not find a request under your name so I cannot provide additional information.

Enclosed with this letter are 69 pages that are responsive to your request. If you have questions concerning the information provided above please contact the office below:

> Borrower Services, Customer Care Group
> 500 W. Madison St., Suite 1520
> Chicago, IL  60661-4544
> 1-800-621-3115
> www.FederalStudentAid.ed.gov
> 1-800-4-FED-AID

If you have any questions, please contact the FSC at (202) 401-8365 or EDFOIAMANAGER@ed.gov.

Sincerely,

*Arthur Caliguiran*

Arthur Caliguiran
FOIA Public Liaison
FOIA Service Center

Enclosure