FLNB Local Form 5

## **Exhibit Tag/ Cover Sheet**

**Party submitting:** _Plaintiff_          **Ex. #** _67_

**Admitted: Yes  or   No  (circle one)**

**Debtor:** _Julian Rodney Rooks Jr._

**Case No.:** _21-40139-KKS_

*Adv. No.:*_____

**Nature of Hearing/**
**Docket No:**_____

_____

**Dated** _____07/22_____ , 20_21_ .

**By:**_____,   **Deputy Clerk**



February 14, 2018

Julian Rooks Jr.
3648 Dartford Lane
Tallahassee, FL 32311

Request No.: 18-00030-PA

The U.S. Department of Education (ED) is responding to your request for certain records in its files pertaining to student loans. Pursuant to your request ED has conducted a search for the information.

Along with information that other laws require be withheld, or which is overly burdensome to furnish or involves internal concerns exclusively, any information related to personal privacy, financial institutions and banks, attorney-client privilege, and law enforcement activities will likewise be redacted from materials ED is furnishing. Authority for withholding certain types of documents or portions thereof is to be found in 5 U.S.C. 552 and or 5 U.S.C. 552a. Denials of information may be appealed to ED's Assistant Secretary for the Office of Management, in Washington, DC, provided the appeals are in writing.

You are requesting a copy of all records regarding your student loan(s).

Enclosed is a copy of the Application and Promissory Note, Notice of Loan Guarantee and Disclosure Statement, Idemnification Agreement, Loan Inquiry, Statement of Purchased Account, Billing Statement, Correspondence, and a copy of a loan history retrieved from NSLDS (National Student Loan Data System).

Julian Rooks Jr.
February 14, 2018
Page 2 of 2

I trust that this information has been helpful to you.

Sincerely,

Melissa Yancy-Venson
Loan Analyst
Operations Service