FLNB Local Form 5

# Exhibit Tag/ Cover Sheet

Party submitting: __Plaintiff__        Ex. # __69__

Admitted: Yes   or   No  (circle one)

Debtor: __Julian Rodney Rooks Jr.__

Case No.: __21-40139-KKS__

*Adv. No.*:_____

Nature of Hearing/
Docket No:_____

_____

Dated        __07/22__   , 20__21__.

By:_____, Deputy Clerk



**DEPARTMENT OF THE TREASURY**
BUREAU OF THE FISCAL SERVICE
BIRMINGHAM, AL 35201-1686
May 23, 2018

Julian Rook Jr.
3648 Dartford Lane
Tallahassee, FL 32311

Dear Julian Rooks Jr.:

This is in response to your recent correspondence.

At the present time, our records in the Treasury Offset Program database indicate one active debt under your name. As of this date, if a Federal payment were to be issued to you, it would be subject to offset. This debt was submitted by the U.S. Department of Education:

>   U.S. Department of Education
>   Federal Offset Unit
>   P.O. Box 5227
>   Greenville, TX 75403
>   Telephone: 800-621-3115

If you have any questions about this debt, you must contact the agency at the address and telephone number listed above. That agency maintains all your debt records and makes all decisions regarding the debt, including removal from the Treasury Offset Program and the refunding of any monies taken in error. Treasury-Bureau of the Fiscal Service does not maintain individual debt case files.

U.S. Department of the Treasury
Bureau of the Fiscal Service
(800) 304-3107
Telecommunications Device for the Deaf (TDD) (866) 297-0517