FLNB Local Form 5

## Exhibit Tag/ Cover Sheet

Party submitting: __Plaintiff__    Ex. # __70__

Admitted: Yes  or   No  (circle one)

Debtor: __Julian Rodney Rooks Jr.__

Case No.: __21-40139-KKS__

*Adv. No.:* _____

Nature of Hearing/
Docket No: _____

_____

Dated    __07/22__   , 20__21__.

By: _____, Deputy Clerk

To: Denise L. Carter
   United States Department of Education
   Principal Deputy Assistant Secretary for the Office of Management                May 9, 2018
Re: **Appeal of FOIA/Privacy Act Request No. 18-00030-PA.**
From: Julian Rodney Rooks Jr.
   3648 Dartford Lane
   Tallahassee, FL 32311

### ADMINISTRATIVE APPEAL OF FOIA REQUEST

On December 5, 2018, the DOE signed for Petitioner's FOIA/Privacy Act request (exhibit 1).

Fifty seven days later, Petitioner asked why the DOE had failed to respond to this request. Later that same day, the DOE sent this first response mentioning the Privacy Act four times but failing to mention the Freedom of Information Act once and it contains multiple incorrect dates (exhibit 2).

Five days later, Petitioner mailed this letter via registered mail, asking the DOE to correct these multiple errors in it's first response (exhibit 3). Petitioner received no response and no signed green card that Petitioner paid for.

About March 2, 2018 Petitioner received by email this "final response" (exhibit 4) and this separate 2-page response (exhibit 5) with an additional 69 pages.

### DOE "final response" letter dated March 2, 2018 (exhibit 4).
**FOIA request #1:**
   DOE respondent, Mr. Arthur Caliguiran states "you will need to contact the school directly for a copy of your transcripts as the Department does not maintain them." (exhibit 4). I thank Mr. Caliguiran for his direction but this is not the information I requested. I received no information regarding request #1.
**FOIA request #2:**
   Mr. Caliguiran fails to acknowledge the existence of this request (#2), skips that number entirely and makes no mention of it at all (exhibit 4). I received no information regarding request #2.
**FOIA request #3:**
   Mr. Caliguiran indicates DOE's need for this appeal request "I could not find a request under your name so I cannot provide additional information". I received no information regarding request #3.
**Privacy Act request #4:**
   DOE changed my request, ver batum, claimed I asked for something else, and responded with 69 pages and this 2 page cover letter (exhibit 5).
**Inaccurate address and pages:**
   This DOE "final response" letter (exhibit 4) has an incorrect street address. If the DOE were to send any written correspondence it would be delivered to the wrong home. Both pages are listed as "page 2".

### DOE cover letter dated February 14, 2018 (exhibit 5).
**Inaccurate statement:**
   The DOE respondent Melissa Yancy-Venson states; " You are requesting a copy of all records regarding your student loan(s)" (exhibit 5, pg 1). Petitioner respectfully disagr[ees]
regarding your student loan(s)", Petitioner asked for "all records per[...]

### Summary
   Petitioner appeals the DOE's denial because it: (a) deflects r[...] ignores request #2 entirely, (c) requests an appeal to obtain request #[...] "additional information", (d) inaccurately re-phrases the Petitioner's [...] Petitioner's request to correct the record regarding this request (exhi[...] recognizes this request to be a Privacy Act request" but fails to state this as a FOIA request, (g) fails to deny the existence of the requeste[d...] statutes governing the response.
   Thank you.
   Julian Rodney Rooks Jr.

page 1 of 7

