FLNB Local Form 5

## Exhibit Tag/ Cover Sheet

Party submitting: __Plaintiff__    Ex. # __71__

Admitted: Yes  or  No  (circle one)

Debtor: __Julian Rodney Rooks Jr.__

Case No.: __21-40139-KKS__

*Adv. No.:* _____

Nature of Hearing/
Docket No: _____

_____

Dated    __07/22__ , 20__21__.

By: _____ , Deputy Clerk

# Action Financial Services, LLC

dba AFCS, LLC in Connecticut, Delaware, Iowa,
Michigan, Texas & Washington
P.O. Box 3250, Central Point, OR 97502

*Collector Name: Nichole Liddell*
*Collector Phone: 888-253-4239*
*Main Line:    888-253-4239*

September 6, 2018

REC'D:
9-25-18

JULIAN ROOKS JR
3648 DARTFORD LN
TALLAHASSEE, FL 32311-7773

Re: Action Financial Services, LLC (AFS)
Claim of: KEY BANK USA - KER - 4TH FLOOR
Account No: ████4499
Balance: $    227,211.83 as of: September 6, 2018

Dear JULIAN ROOKS JR:

You have requested validation of your obligation. Enclosed is a copy of the document(s) that will establish the validity of your debt.

We will hold your account for ten (10) days from the date of this letter to give you the opportunity to evaluate this information and to make arrangements to repay this obligation.

Failure to respond within the allotted time may result in your account being referred back to the U.S Department of Education for litigation through the U.S. Department of Justice. The Internal Revenue Service may also be authorized to withhold any income tax refunds.

As of the date of this letter, you owe the balance reflected. Because of interest and other charges that may vary from day to day, the amount due on the day you pay may be greater. Hence, if you pay the amount shown above, an adjustment may be necessary after we receive your check, in which event, we will inform you. For further information on your balance, write to AFS or call toll-free 888-253-4239.

This communication is from a debt collector. This is an attempt to collect a debt and any information obtained will be used for that purpose.

If you should have any questions with regard to this matter, you may contact:
Action Financial Services, LLC (AFS)
P.O. Box 3250
Central Point, OR 97502
888-253-4239

Enclosure: Copy of Debtor Establish Validity Debt

**SEE THE REVERSE SIDE FOR IMPORTANT INFORMATION.**

ED-FSA-14-D-0010/ED/L59H/AFS