United States Bankruptcy Court
Northern District of Florida

Rooks, Jr.,
    Plaintiff

St. Joseph's College of Maine,
    Defendant

Adv. Proc. No. 21-04019-KKS

# CERTIFICATE OF NOTICE

District/off: 1129-4      User: ebolton      Page 1 of 1
Date Rcvd: Jul 22, 2021      Form ID: ltrpsap      Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol      Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 24, 2021:**

**Recip ID      Recipient Name and Address**
pla      + Julian Rodney Rooks, Jr., 3648 Dartford Lane, Tallahassee, FL 32311-7773

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 24, 2021      Signature:      /s/Joseph Speetjens

# UNITED STATES BANKRUPTCY COURT
Northern District of Florida
110 East Park Avenue, Suite 100
Tallahassee, Florida 32301

Traci E. Abrams
Clerk of Court

**FOR YOUR INFORMATION**

Enclosed you will find the Summons related to your complaint. A copy of the Summons, together with a copy of the Complaint, is to be served **to each defendant** as provided in Rule 7004, Federal Rules of Bankruptcy Procedure. Enlargement and/or reduction of time must be specifically authorized by order of the Court. (Rule 9006, Federal Rules of Bankruptcy Procedure)

NOTE:

A Certificate of Service form is attached to the Summons for your convenience.
You must note the adversary number on each copy of the Complaint before serving and
and on any pleading pertaining to this adversary proceeding.

Service must be effected within seven (7) days after the Summons is issued pursuant
to Rule 7004(e). Please submit the completed Certificate(s) of Service to this office
for filing upon completion of service.

Traci E. Abrams
Clerk of the Bankruptcy Court

Date: July 22, 2021