Form Summons

# UNITED STATES BANKRUPTCY COURT
Northern District of Florida
Tallahassee Division



| | |
|---|---|
| In Re: Julian Rodney Rooks, Jr. | Bankruptcy Case No.: 21-40139-KKS |
| Julian Rodney Rooks Jr.<br>Plaintiff(s)<br>vs<br>St. Joseph's College of Maine<br>St. Matthew's University (Cayman) Ltd.<br>St. Matthew's University Inc<br>United States Department of Education<br>Defendant(s) | Adversary Case No.: 21-04019-KKS |

Date: 7/27/2021  Time: 12:35
STN4236
Is a certified process server in the
Circuit and County Courts in and for the
Second Judicial Circuit

## *SUMMONS IN AN ADVERSARY PROCEEDING*

YOU ARE SUMMONED and required to file a motion or answer to the complaint which is attached to this summons with the clerk of the bankruptcy court within 30 days after the date of issuance of this summons, except that the United States and its offices and agencies shall file a motion or answer to the complaint within 35 days.

Address of the Clerk:

U.S. Bankruptcy Court
110 E. Park Ave., Ste. 100
Tallahassee, FL 32301

FILED USBC NDFL TLCTR
JUL 27 2021 PM1:10
DROPBOX TB

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney, or plaintiff if not represented.

Name and Address of Plaintiff Attorney:

Julian Rodney Rooks Jr.
3648 Dartford Lane
Tallahassee, FL 32311

If you make a motion, your time to answer is governed by Bankruptcy Rule 7012.

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGMENT BY THE BANKRUPTCY COURT AND JUDGMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**

Traci E. Abrams
Clerk of the Bankruptcy Court



Date: July 22, 2021

/s/ Elizabeth Bolton
Deputy Clerk

Electronic issuance of this summons is authorized under F.R.B.P. 7004(a)(2). Authenticity may be verified by accessing the online case file using PACER at www.flnb.uscourts.gov or by visiting the Clerk's Office.

## *CERTIFICATE OF SERVICE*

I, _____ (name), certify that service of this summons and a copy of the complaint was made on _____ by:

__ Mail service: Regular, first class United States mail, postage fully pre-paid, addressed to:

__ Personal service: By leaving the process with the defendant or with an officer or agent of the defendant at:

__ Residence service: By leaving the process with the following adult at:

__ Certified Mail Service on an Insured Depository Institution: By sending the process by certified mail addressed to the following officer or defendant:

__ Publication: The defendant was served as follows: [Describe briefly]:

__ State Law: The defendant was served pursuant to the laws of the State of _____ as follows: [Describe briefly]

If service was made by personal service, by residence service, or pursuant to state law, I further certify that I am, and at all times during the service of process, was not less than 18 years of age and not a party to the matter concerning which service of process was made.

Under penalty of perjury, I declare the foregoing is true and correct.

_____  _____
Date                       Signature

Print Name

_____
Business Address

_____
City, State Zip

FLNB Local Form 10 (05/17)

## NOTICE OF OPPORTUNITY TO OBJECT AND FOR HEARING

Pursuant to Local Rule 2002-2, the Court will consider the relief requested in this paper without further notice or hearing unless a party in interest files a response within [number] days from the date set forth on the proof of service plus an additional three days for service if any party was served by U.S. Mail, or such other period as may be specified in Fed. R. Bankr. P. 9006(f).

If you object to the relief requested in this paper, you must file an objection or response electronically with the Clerk of the Court or by mail at 110 E. Park Avenue, Suite 100, Tallahassee, FL, 32301 and serve a copy on the movant's attorney, [name and address], and any other appropriate person within the time allowed. If you file and serve a response within the time permitted, the Court will either schedule and notify you of a hearing or consider the response and grant or deny the relief requested without a hearing.

If you do not file a response within the time permitted, the Court will consider that you do not oppose the relief requested in the paper, will proceed to consider the paper without further notice or hearing, and may grant the relief requested.