FLNB Local Form 5

## Exhibit Tag/ Cover Sheet

Party submitting: ___Plaintiff___   Ex. #_1_

Admitted: Yes  or  No  (circle one)

Debtor:___ Julian Rodney Rooks Jr. ___

Case No.:_____ 21-40139-KKS _____

*Adv. No.:*_____

Nature of Hearing/
Docket No:_____

_____

Dated _____07/22_____ , 20_21_ .

By:_____,   Deputy Clerk

# St. Matthew's Faculty

Debra Barnett, Ph.D.
University of Wisconsin-Madison
Assistant Professor of Biochemistry

Mark Calkas, M.D., F.A.C.O.S.
University of Miami School of Medicine
Board Certified Orthopaedic Surgery

Alfredo Cardett, M.D., F.A.C.O.S.
University of Miami School of Medicine
Board Certified Orthopaedic Surgery

Deborah Dillon, M.D., F.A.C.O.G.
University of Virginia School of Medicine
Board Certified in Obstetrics
    and Gynecology

Mary Beth Downs, Ph.D.
George Washington University
Dean of Academic Affairs
Professor of Anatomy and Histology

Michael Given, M.D.
Seaton Hall University of Medicine
Specializing in Internal
    and Pulmonary Medicine

Michael A. Harris, M.D., P.A., F.A.C.O.G.
University of Florida School of Medicine
Board Certified in Obstetrics
    and Gynecology
President and CEO, St. Matthew's University

John Howard Lilly, D.D.S., M.S., Ph.D.
University of Michigan
Professor Emeritus of Anatomy
    and Cell Biology and of Dentistry
University of Michigan

Stephanie Lord, M.D.
University of Florida School of Medicine
Specializing in Internal Medicine

Brian Matayoshi, Ph.D.
Albany Medical College
Associate Professor of Physiology

Horace Norrell, M.D., F.A.C.S.
Tulane University
Division of Neurosurgery Kentucky
    Medical Center
Board Certified in Neurosurgery
Professor of Neuroscience

Art Osberg, M.D., F.A.C.E.P.
University of North Carolina School
    of Medicine
Board Certified in Emergency Medicine

Ronald E. Pynn, Ph.D.
University of Michigan
Interim Academic Provost

Galen Swartzendruber, M.D., F.A.C.O.G.
University of Florida School of Medicine
Board Certified in Obstetrics
    and Gynecology

Betsy S. Thornton, M.S., L.P.C.
Angelo State University
University Counselor
Instructor of Ethics

Jerry W. Thornton, Ph.D.
University of Oklahoma
Vice President and C.O.O.,
    St. Matthew's University
Professor of Biostatistics

Gregory Turner, M.D.
William Beaumong Medical Center
Board Certified Internal Medicine

25

FLNB Local Form 5

## Exhibit Tag/ Cover Sheet

Party submitting: __Plaintiff__     Ex. # _2_

Admitted: Yes  or   No  (circle one)

Debtor:___Julian Rodney Rooks Jr.___

Case No.:_____21-40139-KKS_____

*Adv. No.:*_____

Nature of Hearing/
Docket No:_____

_____

Dated          __07/22___ , 20_21_.

By:_____,   **Deputy Clerk**



$0.55$

U.S. POSTAGE

METER
7079464

JN 07'99

SAINT JOSEPH'S COLLEGE
of Maine

278 Whites Bridge Road
Standish, Maine 04084-5263

Division of Continuing
and Professional Studies

Julian Rooks
8407 Penny Lane
Fort Pierce, FL 34951

34951-1073 10

# SAINT JOSEPH'S COLLEGE
### of Maine

Office of the Dean
Distance Education
278 Whites Bridge Road
Standish, Maine  04084-5263

207-893-7800
FAX 207-892-7423

January 7, 1999

Julian Rooks
8407 Penny Lane
Fort Pierce, FL 34951

Dear Julian:

We are pleased to acknowledge receiving your application for the Master's Program in Health Services Administration.

Your academic status will be determined as soon as all your transcripts and personal/professional statement arrive.  Although your acceptance will not be official until all transcripts are received and an evaluation is made of your academic status, you may proceed with working on your courses.

We are delighted by your commitment to personal and professional growth through graduate education.  If you have any questions about the status of your credentials, or if you are in need of academic counseling, please call our academic advising office at 1-800-343-5498.

Sincerely,

Krista K. Rodin, Ph.D.
Dean of Continuing and
    Professional Studies

# SAINT JOSEPH'S COLLEGE
## of Maine



Division of Continuing and
Professional Studies
278 Whites Bridge Road
Standish, Maine 04084-5263

1-800-752-4723 (Admissions)
1-800-343-5498 (Student Services)
207-893-7800 (Gr. Portland Area)
Fax 892-7480 (Admissions)
Fax 892-7423 (Student Services)

01/07/99
Julian R. Rooks
SSN:  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

Dear Julian:

You are enrolled in the following course.

| COURSE | | INSTRUCTOR |
|---|---|---|
| HSA 515 | Health Services Administration | Walter Markowitz |
| HSA 575 | Ethical & Legal Perspectives | Heidi Johnson |

OFFICIAL STARTING DATE:    01/04/99

OFFICIAL COMPLETION DATE:  04/16/99

Enclosed with this confirmation letter you will find: a letter of
introduction from your instructor and the course outline which
includes textbook information.

If you have questions or concerns related to your course enrollment
please contact your academic advisor by e-mail.  Paul Cochrane can be
contacted at pcochran@sjcme.edu or Suzanne Murphy at smurphy@sjcme.edu.

Sincerely,

*Elaine M. Trumble*

Elaine M. Trumble
Assistant Dean for Operations
Division of Continuing and Professional Studies

# SAINT JOSEPH'S COLLEGE
## of Maine

Distance Education Program
278 Whites Bridge Road
Standish, Maine 04084-5263

1-800-752-4723 (Admissions)
1-800-343-5498 (Student Services)
893-7800 (Gr. Portland Area)

Dear Incoming St. Matthews Student:

We have been advised that you have been accepted by the St. Matthews University School of Medicine and that you intend to apply for admission to the Master in Health Services Administration (MHSA) Program at Saint Joseph's College.

Note that the requirements for admission include either a bachelor's degree from an accredited institution of higher learning or completion of a higher-level professional degree and at least three years of relevant and substantive experience in the health care field. Applicants holding a bachelor's degree from a non-English speaking country must also submit TOEFL examination results with a score of 500 or better.

When we receive your application, and have determined that you are eligible for admission to the MHSA Program and for financial aid, you will be enrolled in this coming semester's two courses, to be taught at the St. Matthews' campus, that are listed on the attached memorandum.

If you believe that you are eligible, you will need to buy your textbooks for those courses before you leave the United States. You may buy them either new or used. You may buy them wherever you wish, however the following book distributor serves Saint Joseph's students. It does carry them and will send them to you by mail order, using UPS:

Specialty Books
1-800-466-1365

Please be sure to get the correct edition of the text. Order by title, author, and date, not by the course name or number, as the same course has different sections which use different books.

If you have any questions please do not hesitate to call my office, at 1-800-343-5498 or via e-mail, at < pselbst@mail.sjcme.edu >.

Best wishes as you undertake your new studies,

Paul L. Selbst, Ph.D.
Professor and Director
Master in Health Services
Administration Program

Founded 1912 by the Sisters of Mercy

SSN:

1.  **Default:** You will be in default under this Agreement if any of the following events occur: (1) if you do not follow all of the terms of the Agreement; (2) if any installment of interest or principal under this Agreement is not paid when due; (3) if any representation or warranty made by you in this Agreement, or otherwise made by you, is not true, or if you do not perform your obligation under this agreement; or (4) if you die. Upon your default, Seller may, without notice to you, accelerate maturity under this Agreement and require that you immediately repay the entire unpaid balance due under this Agreement. If Seller finds it necessary to enforce this Agreement, to the extent permitted by applicable law, you will be obligated to pay reasonable attorney's fee and all costs of collection as awarded by the court or the arbitrator as the case may be. Interest after maturity will be at the rate provided for in this Agreement. In the event of your default, Seller may seek all the relief available, including garnishment of wages.

2.  **Other Terms:** You warrant to the Seller that statements made in your Application are true and correct. You agree to notify us within a reasonable time after any change in your name, address or employment. You will send any notification to the address where you send your payments.

3.  **Security Interest:** None.

4.  **Late Payment Charge:** If payment is not received within ten (10) days after the due date, you will be charged a late charge of 5% of the unpaid installment or $5.00, whichever is less, but in no event less than $1.00 will be assessed. Such charge will be collected once on each such installment

5.  **NSF Fee:** You agree to pay the holder of this Agreement a $20.00 fee for the return by depository institution of a dishonored check, negotiable order of withdrawal, or share draft issued in connection with this Agreement.

6.  **Prepayment:** You may prepay in any amount at any time and you will not have to pay a penalty.

7.  **Advance of Funds:** If you do not pay your scheduled payment on the payment due date, Seller may, at its sole discretion and from time to time, advance funds to the holder of this Agreement to cover such payment if such holder is not the Seller. This advance of funds by the Seller will be reflected as a payment on your next bill. You agree that you will repay this advance of funds to the Seller upon its demand. You can determine the amount you owe under this Agreement both to the holder of this Agreement and with respect to any advance of funds made by Seller at any time by calling our toll free number listed in this Agreement. Seller's advance of funds on your behalf on any one occasion does not obligate Seller to do so on subsequent occasions. Should you fail to repay the advance of funds to Seller upon its demand, Seller will have the same rights it has under this Agreement as if it had not transferred it to holder. Any amounts repaid under this Agreement will first be applied to repay the holder in full and then to pay any advance of funds by Seller.

8.  **Usury:** If at any time the effective interest rate under this Agreement would, but for this paragraph, exceed the applicable maximum lawful rate, the effective interest rate under this Agreement shall be the maximum lawful rate, and any amount received by us in excess of such rate shall be applied to principal and then to fees and expenses, or, if no such amounts are owing, returned to you.

9.  **Applicable Law; Conflict Between Documents:** This Agreement shall be governed by and construed under the laws of the state of Delaware without regard to that state's conflict of laws principles.

10. **ARBITRATION: IF ARBITRATION IS CHOSEN BY ANY PARTY WITH RESPECT TO A CLAIM, DISPUTE OR CONTROVERSY, NEITHER YOU NOR WE WILL HAVE THE RIGHT TO GO TO COURT OR TO HAVE A JURY TRIAL OR TO ENGAGE IN PRE-ARBITRATION DISCOVERY EXCEPT AS PROVIDED FOR IN THE NATIONAL ARBITRATION FORUM RULES. FURTHER, YOU WILL NOT HAVE THE RIGHT TO PARTICIPATE AS A RESPRESENTATIVE OR MEMBER OF ANY CLASS OF CLAIMANTS PERTAINING TO ANY CLAIM SUBJECT TO ARBITRATION. THE ARBITRATOR'S DECISION WILL GENERALLY BE FINAL AND BINDING. OTHER RIGHTS THAT YOU WOULD HAVE IF YOU WENT TO COURT MAY ALSO NOT BE AVAILABLE IN ARBITRATION. IT IS IMPORTANT THAT YOU READ THE ENTIRE ARBITRATION PROVISION CAREFULLY BEFORE SIGNING THIS CONTRACT.** Upon the demand of any party hereto, whether made before or after institution of any judicial proceeding, any claim or controversy arising out of or relating to this Agreement (a"Dispute") shall be resolved by binding arbitration conducted under and governed by the rules (the"Arbitration Rules") of the American Arbitration Association (the"AAA") and the Federal Arbitration Act. Disputes may include, without limitation, tort claims, counterclaims, a dispute as to whether a matter is subject to arbitration, claims brought as class action, or claims arising from documents executed in the future. A judgement upon the award may be entered in any court having jurisdiction. Special Rules: All arbitration hearings shall be conducted in a location near your residence. Arbitrators are required to follow applicable state or federal law. Rules and forms of the National Arbitration Forum may be obtained and all claims shall be filed at National Arbitration Forum office, www.arb-forum.com, or P.O. Box 50191, Minneapolis, Minnesota

RECEIVED AS PLAINTIFF / / DEFENDANT / / JOINT / /
EXHIBIT NO. _____
CASE NO. _____
ADVERSARY NO. _____
FOR ID. _____ IN EVIDENCE _____
DATE REC'D

FLNB Local Form 5

## Exhibit Tag/ Cover Sheet

Party submitting: ___Plaintiff___    Ex. # 3

Admitted: Yes   or    No  (circle one)

Debtor:___Julian Rodney Rooks Jr.___

Case No.:___21-40139-KKS___

*Adv. No.:*_____

Nature of Hearing/
Docket No:_____

_____

Dated    ___07/22___ , 20_21_ .

By:_____,   Deputy Clerk



Julian Rooks
8407 Penny Lane
Ft Pierce, FL    34951

SAINT JOSEPH'S COLLEGE
of Maine

278 Whites Bridge Road
Standish, Maine 04084-5263

# SAINT JOSEPH'S COLLEGE
## of Maine

Division of Continuing and
Professional Studies
278 Whites Bridge Road
Standish, Maine 04084-5263

1-800-752-4723 (Admissions)
1-800-343-5498 (Student Services)
207-893-7800 (Gr. Portland Area)
Fax 892-7480 (Admissions)
Fax 892-7423 (Student Services)

January 7, 1999

Julian Rooks
8407 Penny Lane
Ft Pierce, FL   34951

Dear Julian,

Thank you for your application to the Master in Health Services Admin. program!
We are pleased that you selected Saint Joseph's College.

I preregistered you for HSA 515 and HSA 575 today.  You will receive a letter
from the Director of Enrollment confirming your course registration.  Use the
information in that letter to place your textbook order as soon as you receive it.
Specialty Books will ship your textbooks and related instructional material within
twenty-four hours of receipt of your order.  If you haven't already spoken
with your Academic Advisor, I suggest that you call him or her at 800-343-5498
or 207-892-6766 ext. 7800, when you receive your books.  Your Academic Advisor will
be your primary contact with the College from this point on.

Once Enrollment Services receives your official transcripts, personal statement,
and (if requested) references or TOEFL scores, they will complete your academic
evaluation.  The evaluation will map out the remainder of your program and will be
an important document to refer to each time you reenroll.

If any documents requiring your signature are enclosed (for example:
a completed application form, or a Tuition Installment Plan form), please
sign these documents where indicated and return them as quickly as
possible for your student file.  If you made an initial payment by credit
card, you will also find that receipt enclosed.  Please be aware that if
you're using the Tuition Installment Plan, your first payment will be due
approximately one month from the date of this letter.

Please take time to review your catalog.  All of the College policies and procedures
are detailed in it, and an early understanding of these is vital to your success
in the program.

I want to congratulate you on your decision to become a student at Saint Joseph's.
College.  It has been a pleasure assisting you with the admissions process.

Sincerely,

Myra Stokes
Admissions Counselor

enc.

55405. A hearing shall begin within 90 days of demand for arbitration. And all hearing shall conclude within 120 days of demand for arbitration. These time limitation may not be executed unless a party shows cause for extension and then for no more than a total of 60 days. Arbitrator shall be licensed attorney selected from the Arbitration panel of AAA. The parties do not waive applicable Federal or State substantive law except as provided herein. **Preservation and Limitation of Remedies:** Notwithstanding the preceding binding arbitration provision, the parties agree to preserve, without diminution, certain remedies that any party     may exercise before or after an arbitration or by self-help to exercise or persecute the following remedies as applicable: (1) all rights to foreclose against any real or personal property or other security by exercising a power of sale; (ii) all rights of self-help including peaceful occupation of real property and collection of rents, set-off, and peaceful possession of personal property; (iii) obtaining provisional or ancillary remedies including injunctive relief, sequestration, garnishment, attachment, appointment of receiver and filing an involuntary bankruptcy proceeding; and (iv) when applicable, a judgment by confession of judgment. Any claim or controversy with regard to any party's entitlement to such remedies is a Dispute. **Waiver of Exemplary Damages:** The parties agree that they shall not have a remedy of punitive or exemplary damages against other parties in any Dispute and hereby waive any right or claim to punitive or exemplary damages against other parties in any Dispute that they have now or which may arise in the future in connection with any Dispute whether the Dispute is resolved by arbitration or judicially. **Waiver of Jury Trial:** THE PARTIES ACKNOWLEDGE THAT BY AGREEING TO BINDING ARBITRATION THEY HAVE IRREVOCABLY WAIVED ANY RIGHT THEY MAY HAVE TO A JURY TRIAL WITH REGARD TO DISPUTE.

# This space is intentionally left blank

RECEIVED AS PLAINTIFF / / DEFENDANT / / JOINT / /
EXHIBIT NO. _____
CASE NO. _____
ADVERSARY NO. _____
FOR ID. _____ IN EVIDENCE _____
DATE REC'D _____

FLNB Local Form 5

## Exhibit Tag/ Cover Sheet

Party submitting: __Plaintiff__          Ex. # __4__

Admitted: Yes   or    No   (circle one)

Debtor: __Julian Rodney Rooks Jr.__

Case No.: _____21-40139-KKS_____

*Adv. No.:*_____

Nature of Hearing/
Docket No:_____

_____

Dated          __07/22__      , 20__21__.

By:_____,   Deputy Clerk

## St. Matthew's University

From:        Jerry Thornton [jerrythornton@worldnet.att.net]
Sent:        Thursday, March 11, 1999 12:40 PM
To:          stmatthews@btl.net
Subject:     Rodney Rooks

Rodney,

Below is a repeat of my email to you yesterday.  I have highlighted the
amount SJC subtracted from your check which would account for that
tuition.  Also I have highlighted the 750 dollar credit back to your
balance from SMU.

If not clear please let me know.  I forwarded a copy of this to Dr. Renae
Sersland.

Dr. Thornton

----------
> From: Jerry Thornton <jerrythornton@worldnet.att.net>
> To: stmatthews@btl.net
> Subject: Re: Hello Dr. Thornton.
> Date: Wednesday, March 10, 1999 10:30 AM
>
> Good to hear from you.
> As I have it recorded, I had stated to you that due to your
circumstances,
> and on a purely individual basis,  St. Matthew's University would hold a
> note on you for $2,400 per semester, until your credit was cleared for
> basic sciences.  Clinical sciences tuition would require that you pay at
> least the minimum tution that was required by the hospital for your
> training.  The balance down to $2,400 would be required to be paid to
SMU.
> I do not recall anything regarding the St. Joseph's program cost.
However,
> St. Matthew's University does pay one half of your St. Joseph's tuition
as
> an incentive to participate in the degree.  My records show:
>
>      SJC  Stafford Check     $9,250
>      Minus 4% Guarante        - 350
>      Minus SJC Tuition      1,500** (SJC deducted this from your check before
you received it)
>      Stafford Check to you   $7,380
>
>
>      SMU Tuition       $6,400
>      SMU pay toward SJC         - 750** (SMU credits your account with this
amount)
>      SMU note till graduation* - 2,400
>      Balance owed SMU   $3,250
>
>      The only balance owed to SMU would be $3,250. for this semester.  The 750
dollars was given back by deducting it from your tuition.  The note you
will sign for is $2,400.

> *see above comment on clinical training tuition.
>
> Dr. Thornton
>
>

1

> From: St. Matthew's University <stmatthews@btl.net>
> To: jerrythornton@worldnet.att.net
> Subject: Hello Dr. Thornton.
> Date: Wednesday, March 10, 1999 7:13 AM
>
> Dear Dr. Thornton,
>
> Back in January we spoke about paying my tuition upon arrival of Stafford
> and deferring a portion of it until graduation. Stafford has arrived and I
> am now ready to pay however I cannot remember the exact amount of tuition
> we
> agreed to defer. I do remember requesting approximately 2,400.00 in
> deferment and I believe you said something to the effect "Let's make it an
> even something".
> If my calculations are correct, assuming 2,400.00 deferment, I currently
> owe
> St. Matthews 2,500.00 .
> tuition              6,400.00
> St. Joseph's  - 1,500.00
> deferment       - 2,400.00
> St. Matthews   2,500.00
>
> Please inform me if there is any difference. I will await your answer
> before
> payment of this semester's tuition.
> Thank you for your help. It is greatly appreciated.
>
> Sincerely
> Rodney Rooks
> 3rd semester student
> St. Matthews University
> School of Medicine
>
>

2

FLNB Local Form 5

## Exhibit Tag/ Cover Sheet

Party submitting: ___Plaintiff___    Ex. # _5_

Admitted: Yes  or   No  (circle one)

Debtor:___Julian Rodney Rooks Jr.___

Case No.:___21-40139-KKS___

*Adv. No.:*_____

Nature of Hearing/
Docket No:_____

_____

Dated    ___07/22___ , 20_21_.

By:_____,   **Deputy Clerk**

TAX DEDUCTIBLE ITEM ➡

**JULIAN R. ROOKS**
LIC. R200-435-66-430
2410-A CLEMONS CT.  PH.(904)-533-4041,
TALLAHASSEE, FL  32303

688

March 11, 1999

BAL.
FOR'D

ST. MATTHEWS UNIVERSITY

THIS PAYMENT  3,250.00

Three thousand two hundred fifty dollars

OTHER

**TMH Federal Credit Union**
1449 Miccosukee Road, Tallahassee, Florida 32308

BAL.
FOR'D

3RD semester tuition

⑈263182642⑈0000005003890000688 NOT NEGOTIABLE

FLNB Local Form 5

## Exhibit Tag/ Cover Sheet

Party submitting: __Plaintiff__       Ex. # _6_

Admitted: Yes   or   No  (circle one)

Debtor:___Julian Rodney Rooks Jr.____

Case No.:_____21-40139-KKS_____

*Adv. No.:*_____

Nature of Hearing/
Docket No:_____

_____

Dated        __07/22___ , 20_21_.

By:_____, Deputy Clerk

TRUE COPY OF THE FRONT PAGE OF THE ORIGINAL–IMPORTANT COMMENTS ATTACHED

## Application and Promissory Note for Federal Stafford Loans (subsidized and unsubsidized)

OMB No. 1840-0717 Form Approved Exp. Date 03/31/99

WARNING: Any person who knowingly makes a false statement or misrepresentation on this form is subject to penalties which may include fines or imprisonment under the United States Criminal Code and 20 U.S.C. 1097.

Guarantor or Program Identification   A  8: 32
FINANCE AUTHORITY OF MAINE
REC'D USA SERVICES, JAN 2 6 1999
MS                                                                    94

### Borrower Section
Please print neatly or type. Read the instructions carefully.

| 1. Last Name ROOKS | First Name JULIAN | MI R | 2. Social Security Number 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 |
|---|---|---|---|

| 3. Permanent Street Address (if P.O. Box, see instructions.) 8407 PENNY LANE | 4. Telephone Number (561) 467-9260 | 5. Loan Period (Month/Year) From: 1-99 To: 8-99 |
|---|---|---|

| City FT. PIERCE | State FL | Zip Code 34951 | 5. Driver's License Number (List state abbreviation first.) R 200-436-66-430-0 FL |
|---|---|---|---|

| 7. Lender Name KEY BANK USA NA | City | State | Zip Code | 6. Lender Code, if known 813760 | 9. Date of Birth (Month/Day/Year) 11-30-66 |
|---|---|---|---|---|---|

10. References: You must provide two separate references with different U.S. addresses. The first reference should be a parent or legal guardian (if living). Both references must be completed fully.

| | 1. | 2. |
|---|---|---|
| Name | JULIAN ROOKS Sr. | ROBIN PETTY |
| Permanent Address | 8407 PENNY LANE | 377 ANCHOR WAY |
| City, State, Zip Code | FT. PIERCE FL 34951 | FT PIERCE FL 34946 |
| Area Code/Telephone | (561) 467-9206 | (561) 466-8875 |
| Relationship to Borrower | PARENT | SISTER |

### Loan Assistance Requested

11. I request the following loan type(s), to the extent I am eligible (see instructions):  ☑ a. Subsidized Federal Stafford   ☑ b. Unsubsidized Federal Stafford

12. I request a total amount under these loan types not to exceed (see instructions for loan maximums): My school will certify my eligibility for each loan type for which I am applying. The amount and other details of my loan(s) will be described to me in a disclosure statement.    $ 18,500.00

13. If I check yes, I am requesting postponement (deferment) of repayment for my Stafford and prior SLS loan(s) during the in-school and grace periods. If I check no, I do not want to defer repayment.   ☑ a. Yes, I want a deferment   ☐ b. No, I do not want a deferment

14. If I check yes, I am requesting that the lender add the interest on my unsubsidized Stafford and prior SLS loan(s) which accrues during the in-school and deferment periods, to my loan principal (capitalization). If I check no, I prefer to pay the interest.   ☑ a. Yes, I want my interest capitalized   ☐ b. No, I prefer to pay the interest

15. If my school participates in electronic funds transfer (EFT), I authorize the school to transfer the loan proceeds received by EFT to my student account.   ☑ a. Yes, transfer funds   ☐ b. No, do not transfer funds

### Promissory Note
Continued on the reverse side.

Promise to Pay: I promise to pay to the lender, or a subsequent holder of this Promissory Note, all sums disbursed (hereafter "loan" or "loans") under the terms of this Note, plus interest and other fees which may become due as provided in this Note. If I fail to make payments on this Note when due, I will also pay reasonable collection costs, including attorney's fees, court costs, and collection fees. I understand I may cancel or reduce the size of any loan by refusing to accept any disbursement that is issued. I understand that this is a Promissory Note. I will not sign this Note before reading it, including the writing on the reverse side, even if otherwise advised. I am entitled to an exact copy of this Promissory Note and the Borrower's Rights and Responsibilities. My signature certifies I have read, understand, and agree to the terms and conditions of this Application and Promissory Note, including the Borrower Certification and Authorization printed on the reverse side and the accompanying Borrower's Rights and Responsibilities statement.

THIS IS A LOAN(S) THAT MUST BE REPAID.

16. Borrower's Signature _[signature]_     Today's Date (Month/Day/Year) 01-03-99

### School Section
To be completed by an authorized school official.

| 17. School Name | 23. School Code/Branch | 28. Telephone Number ( ) |
|---|---|---|

| 18. Street Address | 24. Cost of Attendance $ 9305 .00 | 29. Recommended Disbursement Date(s) (Month/Day/Year) 1st    2nd |
|---|---|---|

| City    State    Zip Code | 25. Federal Expected Family Contribution $ 2166 .00 | 3rd    4th |
|---|---|---|

| 19. Loan Period (Month/Day/Year) From:    To: | 26. Estimated Financial Aid $ 0 .00 | 30. School Certification (See box on the reverse side.) |
|---|---|---|

| 20. Grade Level | 27. Certified Loan Amounts   a. Subsidized $ 7139 .00 | Signature of Authorized School Official |
|---|---|---|

| 21. Enrollment Status (Check one.) ☐ Full Time ☐ At Least Half Time | b. Unsubsidized $ 2166 .00 | Print or Type Name and Title |
|---|---|---|

| 22. Anticipated Completion (Graduation) Date (Month/Day/Year) | | Date    ☐ Check box if electronically transmitted to guarantor. |
|---|---|---|

### Lender Section
To be completed by an authorized lending official.

| 31. Lender Name KEY BANK USA NA | 32. Lender Code/Branch 813760 | 33. Telephone Number ( ) | 34. Lender Use Only |
|---|---|---|---|

| Street Address | 35. Amount(s) Approved   a. Subsidized $ .00   b. Unsubsidized $ .00 | |
|---|---|---|

| City    State    Zip Code | 36. Signature of Authorized Lending Official    Print or Type Name, Title, and Date | |
|---|---|---|

1/31/94

LENDER COPY

FLNB Local Form 5

## Exhibit Tag/ Cover Sheet

Party submitting: _Plaintiff_     Ex. # _7_

Admitted: Yes  or   No  (circle one)

Debtor:___Julian Rodney Rooks Jr.___

Case No.:_____21-40139-KKS_____

*Adv. No.:*_____

Nature of Hearing/
Docket No:_____

_____

Dated       _07/22_     , 20_21_ .

By:_____,   Deputy Clerk

# Saint Joseph's College of Maine

## Memorandum

To: Rodney Rooks
From: Paul Selbst
Date: August 30, 1999
Re:  Fall Enrollments

It was initially my hope that you would be able to take two on-site Saint Joseph's courses in the classroom this semester. I'm sorry that I can't fulfill that hope. Because of a rule of the Stafford Loan program, that confines us to less than 50 percent of our courses on-site for any given student, you will take one on-site course this semester and one course via directed study.

With two exceptions, if you receive this memo you are to take HSA 535, Management Information Systems (Dr. Nesbitt) in class in November, and the directed study course HSA 700, Strategic Management (Dr. Selbst).

Exception are:
Seyed Hosseini, who is registered for HSA 575, Ethical and Legal Perspectives in class, next week, and HSA 700 by directed study, and Gene Vu, who is registered for HSA 535 in class and HSA 665 by directed study (Dr. Fallon. His e-mail is: fallonfamily@wcnet.org. Follow other instruction below).

All materials should be ordered from Specialty Books, at 1-800-466-1365 (telephone in the states), 1-800-466-7132 (fax in the states), or e-mail: order@specialty-books.com.

There are 5 units in all distance courses. Send in one at a time. The course must be finished by the end of the semester. To speed things up you can e-mail HSA 700 assignments to me at pselbst@sjcme.edu. Send the unit by attachment to the e-mail if possible. Send a cc of the e-mail to apd@sjcme.edu, with your name, social security number, my name, the course number and title, and the unit number.

I'll be on the island in early October if you have questions while I'm there. Otherwise I'll be here until September 15th if you want to contact me.

FLNB Local Form 5

## Exhibit Tag/ Cover Sheet

Party submitting: ___Plaintiff___      Ex. # _8_

Admitted: Yes   or    No   (circle one)

Debtor:___Julian Rodney Rooks Jr.___

Case No.:_____21-40139-KKS_____

*Adv. No.:*_____

Nature of Hearing/
Docket No:_____

_____

Dated _____07/22_____ , 20_21_ .

By:_____,   Deputy Clerk

## Saint Joseph's College of Maine

### Policy on Tuition Refunds for Courses Taught at St Matthews University School of Medicine in Belize

Because of the intense format of Saint Joseph's courses that are delivered in a 15-day module the following tuition refund policy will be applied for students who begin a course and then withdraw from it. This is the same policy in use for the MHSA two-week Summer Residency Program in Maine.

| | |
|---|---|
| During the first two days of classes: | 75% of tuition refunded |
| During the third and fourth days of classes: | 50% of tuition refunded |
| After the fourth day of classes: | No refund allowed |

Notice of withdrawal should be sent by e-mail to your academic advisor.
Suzanne Murphy (Students' last names beginning in C-J and V-Z)
e-mail: smurphy@sjcme.edu

Paul Cochrane (Students' last names beginning in A-B and K-U)
e-mail: pcochran@sjcme.edu

Include the following information:
Your name and Social Security number

The course number and name

Whether the withdrawal is for the course only or also withdrawal from the MHSA program.

If you have questions about this policy please consult your Academic Advisor.

Paul L. Selbst, Ph.D.
Professor and Director
Master in Health Services
Administration Program
December 1998

FLNB Local Form 5

## Exhibit Tag/ Cover Sheet

Party submitting: __Plaintiff__        Ex. # __9__

**Admitted: Yes   or    No  (circle one)**

Debtor: ___Julian Rodney Rooks Jr.___

Case No.: _____21-40139-KKS_____

*Adv. No.:*_____

**Nature of Hearing/
Docket No:**_____

_____

Dated        ___07/22___  , 20_21_.

By:_____,   **Deputy Clerk**

TAX DEDUCTIBLE ITEM ➡

**JULIAN R. ROOKS**                                                    67⅟
LIC. R200-436-66-430
2410-A CLEMONS CT.   PH. 904-553-4041
TALLAHASSEE, FL  32303

                                                   October 8, 1999

ST. MATTHEW'S UNIVERSITY SCHOOL of MED       $3250.00

Three thousand two hundred fifty

TMH Federal Credit Union
1449 Miccosukee Road, Tallahassee, Florida 32308

TUITION

⑆263182642⑆0000000500038900⑈067⑈  NOT NEGOTIABLE

FLNB Local Form 5

## Exhibit Tag/ Cover Sheet

Party submitting: __Plaintiff__          Ex. # __10__

Admitted: Yes  or   No  (circle one)

Debtor:___ Julian Rodney Rooks Jr. ___

Case No.:_____ 21-40139-KKS _____

*Adv. No.:*_____

Nature of Hearing/
Docket No:_____

_____

Dated          __07/22__   , 20__21__.

By:_____,   **Deputy Clerk**

No. 065          Oct 8 19 99

Received from Jeleaz P. Roches

Three thousand two hundred fifty        100 Dollars

For tuition

$ 3250.00

Ck # 671

Jeff Hunter

FLNB Local Form 5

## Exhibit Tag/ Cover Sheet

Party submitting: ___Plaintiff___    Ex. # _11_

Admitted: Yes  or   No  (circle one)

Debtor:___Julian Rodney Rooks Jr.___

Case No.:_____21-40139-KKS_____

*Adv. No.:*_____

Nature of Hearing/
Docket No:_____

_____

Dated    ___07/22___  , 20_21_.

By:_____,  **Deputy Clerk**

TRUE COPY OF THE FRONT PAGE OF THE ORIGINAL

# Application and Promissory Note for
# Federal Stafford Loans (subsidized and unsubsidized)

OMB No. 1840-0717 Form Approved  Exp. Date 03/31/99

WARNING: Any person who knowingly makes a false statement or misrepresentation on this form is subject to penalties which may include fines or imprisonment under the United States Criminal Code and 20 U.S.C. 1097.

Guarantor or Program Identification

FINANCE AUTHORITY OF MAINE

ME          MAR 2 5 1999          94

## Borrower Section
Please print neatly or type. Read the Instructions carefully.

| | | | |
|---|---|---|---|
| 1. Last Name: ROOKS | First Name: JULIAN | MI: R | 2. Social Security Number: 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 |

3. Permanent Street Address (If P.O. Box, see instructions.)  8407 PENNY LANE

4. Telephone Number ( 561 ) 467-9260

5. Loan Period (Month/Year) From: 5/99  To: 4/00

City: FT. PIERCE    State: FL    Zip Code: 34951

6. Driver's License Number (List state abbreviation first.) R200-436-66-430  FL

7. Lender Name: KEY Bank    City:    State:    Zip Code:

8. Lender Code, If known: 813780

9. Date of Birth (Month/Day/Year): 11-30-66

10. References: You must provide two separate references with different U.S. addresses. The first reference should be a parent or legal guardian (if living). Both references must be completed fully.

| | 1. | 2. |
|---|---|---|
| Name | RODNEY ROOKS Sr. | ROBIN PETTEY |
| Permanent Address | 8407 PENNY LANE | 377 ANCHOR WAY |
| City, State, Zip Code | FT. PIERCE FL 34951 | FT. PIERCE FLA. 34946 |
| Area Code/Telephone | ( 561 ) 467-9260 | ( 561 ) 466-8875 |
| Relationship to Borrower | PARENT | SISTER |

## Loan Assistance Requested

11. I request the following loan type(s), to the extent I am eligible (see instructions):    ☐ a. Subsidized Federal Stafford    ☑ b. Unsubsidized Federal Stafford

12. I request a total amount under these loan types not to exceed (see loan maximums): My school will certify my eligibility for each loan type for which I am applying. The amount and other details of my loan(s) will be described to me in a disclosure statement.    $ 18,500.00

13. If I check yes, I am requesting postponement (deferment) of repayment for my Stafford and prior SLS loan(s) during the in-school and grace periods. If I check no, I do not want to defer repayment.    ☑ a. Yes, I want a deferment    ☐ b. No, I do not want a deferment

14. If I check yes, I am requesting that the lender add the interest on my unsubsidized Stafford and prior SLS loan(s) which accrues during the in-school and deferment periods, to my loan principal (capitalization). If I check no, I prefer to pay the interest.    ☑ a. Yes, I want my interest capitalized    ☐ b. No, I prefer to pay the interest

15. If my school participates in electronic funds transfer (EFT), I authorize the lender to transfer the loan proceeds received by EFT to my student account.    ☑ a. Yes, transfer funds    ☐ b. No, do not transfer funds

## Promissory Note
Continued on the reverse side.

Promise to Pay: I promise to pay to the lender, or a subsequent holder of this Promissory Note, all sums disbursed (hereafter "loan" or "loans") under the terms of this Note, plus interest and other fees which may become due as provided in this Note. If I fail to make payments on this Note when due, I will also pay reasonable collection costs, including attorney's fees, court costs, and collection fees. I understand I may cancel or reduce the size of any loan by refusing to accept any disbursement that is issued. I understand that this is a Promissory Note. I will not sign this Note before reading it, including the writing on the reverse side, even if otherwise advised. I am entitled to an exact copy of this Promissory Note and the Borrower's Rights and Responsibilities. My signature certifies I have read, understand, and agree to the terms and conditions of this Application and Promissory Note, including the Borrower Certification and Authorization printed on the reverse side and the accompanying Borrower's Rights and Responsibilities statement.

THIS IS A LOAN(S) THAT MUST BE REPAID.

16. Borrower's Signature _____    Today's Date (Month/Day/Year): 3-19-99

## School Section
To be completed by an authorized school official.

17. School Name

23. School Code/Branch

28. Telephone Number ( )

18. Street Address

24. Cost of Attendance $ 27675 .00

29. Recommended Disbursement Date(s) (Month/Day/Year) 1st    2nd

City    State    Zip Code

25. Federal Expected Family Contribution $ 3681 .00

3rd    4th

19. Loan Period (Month/Day/Year) From:    To:

26. Estimated Financial Aid $ .00

30. School Certification (See box on the reverse side.)

20. Grade Level

27. Certified Loan Amounts
a. Subsidized  $ .00

Signature of Authorized School Official

21. Enrollment Status (Check one.) ☐ Full Time  ☐ At Least Half Time

b. Unsubsidized  $ .00

Print or Type Name and Title

22. Anticipated Completion (Graduation) Date (Month/Day/Year)

Date    Check box if electronically transmitted to guarantor: ☑

## Lender Section
To be completed by an authorized lending official.

31. Lender Name

32. Lender Code/Branch

33. Telephone Number ( )

34. Lender Use Only

Street Address

35. Amount(s) Approved
a. Subsidized  $ .00    b. Unsubsidized  $ .00

City    State    Zip Code

36. Signature of Authorized Lending Official    Print or Type Name, Title, and Date

1/31/94

5/91

LENDER COPY

FLNB Local Form 5

## Exhibit Tag/ Cover Sheet

Party submitting: __Plaintiff__   Ex. # _12_

**Admitted: Yes   or   No   (circle one)**

Debtor: __Julian Rodney Rooks Jr.__

Case No.: __21-40139-KKS__

*Adv. No.:*_____

**Nature of Hearing/
Docket No:**_____

_____

Dated __07/22__ , 20_21_.

By:_____,   **Deputy Clerk**



# St. Matthew's University School of Medicine

### San Pedro, Ambergris Caye, Belize

Jeffrey S. Sersland, M.D.
President &
Chief Executive Officer

Jerry W. Thornton, Ph.D.
Vice President &
Chief Operating Officer

Mary Beth Downs, Ph.D.
Vice President of Research
and Development

Renae M. Sersland, M.D.
Vice President of
University Services

Armando A. Rosales, M.D.
Dean of Academic Affairs

Arthur G. Osberg, M.D.
Dean of Clinical Sciences

Caren L. Rosser, Ph.D.
Director of Student Affairs

Joyce A. Nuñez, B.B.A.
Registrar

Debra D. Brown
Director of Admissions

TO:      Rooks, Julian

FROM:   LIZ CECHINI

DATE:   NOVEMBER 23, 1999

RE:      OUTSTANDING ACCOUNT BALANCE

This is your third and final notice that your account with the school is past due. If payment is not received immediately, you will be suspended from classes effective November 30, 1999.

Any questions regarding this issue must be addressed with the Director of Financial Aid. To obtain an appointment with the Director of Financial Aid complete the Financial Aid form at the front desk of the Admin. Building.

*Appt 1:15pm if you have questions Monday, Nov. 29, 99
RMS*

Thank you in advance for your prompt attention to this matter.

Yours truly,

Liz Cechini, C.A.
Chief Financial Officer

I, Julian Rooks,
Will send tuition + balance on or before Jan. 15, 2000.
to St. Matthew's University
c/o Dr. Renae Sersland
P.O. Box 91
San Pedro, Ambergris Caye
Belize, Central America

*Kaplan*

11/29/99
Date

Julian Rooks

Dr. Renae Sersland, M.D.

St. Matthew's University
United States Office
1005 West College Boulevard
Niceville, Florida 32578

Telephone: 800-498-9700
Facsimile: 800-565-7177
Website: www.stmatthews.edu
E-mail: admissions@stmatthews.edu

FLNB Local Form 5

## Exhibit Tag/ Cover Sheet

Party submitting: ___Plaintiff___    Ex. # _13_

Admitted: Yes  or    No  (circle one)

Debtor:___Julian Rodney Rooks Jr.___

Case No.:_____21-40139-KKS_____

*Adv. No.:*_____

Nature of Hearing/
Docket No:_____

_____

Dated        ___07/22___ , 20_21_.

By:_____,    Deputy Clerk

## SLM Financial Corporation- Loan Application
a **Sallie Mae** company   Sales Rep: Michele Marks
St. Matthew's University School of Medicine

**Fax Applications to:**
1-856-596-3594
**Call With Questions:**
1-877-834-9851

**Mail Applications To:**
SLM Financial Corporation
PO Box 470
Marlton, NJ 08053-0470

**Instructions:** *If all information is not completed in full, the processing of your application may be delayed. Initial any changes; do not use correction fluid. Send the application, a photocopy of an ID card with your signature, a check or money order for $25 per applicant (i.e. $50 for a joint application), and a copy of your most recent pay stub(s) to your school's financial aid office for school certification. For faster application processing by fax, you may use your Visa or MasterCard to pay the application fee. Complete the credit card section below to use this option.*

### Section A: Applicant Section:   Please complete all information in this section

| Loan Amount Requested | Requested Disbursement Date | Repayment Term Requested (years): | Interest Only Payments? | If you selected "yes" to Interest Only Payments, input months: |
|---|---|---|---|---|
| $ 10,240.00 | December 15, 1999 | 15 YEARS | Yes / No | Number of months Interest Only (in-school only) 24 |

Full Name: Last **Rooks**  First **Barbara (Judy)**  MI **A**  Jr./Sr. ____
Social Security Number: **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**   Date of Birth (month/day/year): **November 10, 1942**

Street Address **3648 Dartford Lane**   Apt # ____   Rural Route ____   Own ✓  Rent ___  Live With Parents ___

City **Tallahassee**   State **Florida**   Zip Code **32311**   How Long at Current Address: Years **0** Months **6**   Home Phone **850 656 4412**

Mailing Address if different from Street Address above **Same**

Monthly Mortgage / Rent Amount: $ **719.00 (husband pays)** Approximate Balance (Mortgage only) **100,700**   Approximate Home Value (if you own) $ **101,000**   Work Phone **850 523 0005**

Employer Name **Remedy**   Position / Title **Receptionist**   How Long: Years **0** Months **2**   Other Income: $ **see husband below** Source ____

Employer Address **1425 Piedmont Dr. Tallahassee**   State **FL** Zip Code **32312**   Gross Annual Salary $ **14,560.00**   *Note: You should include spouse's income. You do not have to reveal alimony, child support or maintenance income unless you wish it to be considered as a basis for loan repayment.*

Reference Name (Do not use single) **Mary Beth Matlak**   Reference's Permanent Address **546 10th Ct, Vero Beach, FL 32962**   Reference's Home Phone **561 778-1637**   Relationship **Friend**

### Section B: Joint Applicant:   Please complete all information in this section if applying jointly.

Relationship to Applicant: ~~MY PARENT~~ **Husband**   Home Phone **(850) 656-4412 / 850 656 4412**

Full Name: Last **Rooks**  First **Julian (Jk)**  MI **R**  Jr./Sr. **Sr.**   Social Security Number **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 / 262-?-?**   Date of Birth (month/day/year): **Sept. 04, 1928 / 11-30-66**

Street Address **3648 Dartford Lane**   Apt # ____   Post Office Box ____   Rural Route ____   Monthly Mortgage / Rent Amount $ **see above**   Own ✓  Rent ___  Live With Parents ___

City **Tallahassee**   State **Florida**   Zip Code **32311**   How Long at Current Address: Years **0** Months **6**   Work Phone **N/A**

Employer Name **Gov't Retirement**   Position / Title **Constr. Inspector**   How Long: Years **35** Months **0**   Other Income: **Social Security** *Note: You should include spouse's income. You do not have to reveal alimony, child support or maintenance income unless you wish it to be considered as a basis for loan repayment.*

Employer Address **Jacksonville District Corps of Engineers**   State **FL** Zip Code **N/A**   Gross Annual Salary $ **27,756.00** Retirement

### Section C: Student Section:   Please complete all information. Applicant may be the student.

Full Name: Last **ROOKS Jr.**  First **JULIAN**  MI **R**   Social Security Number **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**   Date of Birth (month/day/year): **11-30-66**

### Section D: School Section:   To be completed by an authorized school official.

| School Name | School Address | School Phone | Tuition Amount |
|---|---|---|---|
| St. Matthew's Univ. School of Medicine | P.O. Box 730 Liberty Lake, WA 99019-0730 | (800) 498-9700 | $ 6400.00 |

| School Code/Branch | Total Classes Began (Month/Year) | Dates Classes End (Month/Year) | Authorized Disbursement Date (Month/day/Year) | Anticipated Graduation / Completion Date (Month/Year) |
|---|---|---|---|---|
| 1813 | 01/00 | 04/00 | 12/15/99 | 01/02 |

I hereby certify that the student named in Section C is accepted for enrollment or is enrolled and in good standing. I further certify that the School will, at the request of the loan holder or servicer, provide the loan holder or servicer with subsequent information regarding the student's whereabouts, that the institution will comply with all applicable policies and provisions, and that the information provided in Sections A, B and C is true, complete and correct to the best of my knowledge and belief.

**School Certification:** I have read and agree with above paragraph.

Signature of authorized school official: **Renal M. Susland, M.D.**   Print or type name and title: Vice President of Univ. Serv.

Date **10/29/99**   Renae M. Sersland, M.D. and Dir. of Fin Aid

This application will be submitted to SLM Financial Corporation for approval. I/we authorize SLM Financial Corporation to make whatever credit inquiries it deems necessary in connection with this loan application and in the course of review or collection of any credit extended in reliance on this application. I/we authorize and instruct any person or consumer reporting agency to furnish to SLM Financial Corporation any information that it may have or obtain in response to such credit inquiries and agree that such information, along with this application, shall remain SLM Financial Corporation's property, whether or not a loan is approved. All information set forth in this application is declared to be a true representation as to the facts, made for the purpose of obtaining the loan requested, and any willful misrepresentation in this application may result in criminal action. Sallie Mae and its affiliates may share credit and other information about you with each other for marketing and administrative purposes. If you do not want credit information about you from your application, consumer reporting agencies, or third parties shared with our affiliates, you need to send us a signed letter telling us so with this application.

Applicant's Signature **Barbara A. Rook**   Date **12-12-99**   Joint Applicant's Signature **Julian R. Rooks**   Date **12/12/99**

### Credit Card Section: To pay the application with a Visa or MasterCard, complete this section.

| Credit Card # | Exp. Date: (Mo/Yr) | Amount (Check One) | Signature |
|---|---|---|---|
| | | ☐ $25   ☐ $50 | |

Copyright 1999 SLM Financial

FLNB Local Form 5

## Exhibit Tag/ Cover Sheet

Party submitting: __Plaintiff__       Ex. # __14__

Admitted: Yes  or   No  (circle one)

Debtor:___Julian Rodney Rooks Jr.___

Case No.:_____21-40139-KKS_____

*Adv. No.:*_____

Nature of Hearing/
Docket No:_____

_____

Dated        __07/22__   , 20__21__.

By:_____,   **Deputy Clerk**



**SLM**
FINANCIAL CORPORATION
*a Sallie Mae company*


BARBARA A ROOKS
3648 DARTFORD LANE
TALLAHASSEE FL 32311


Dear Customer:

Thank you for choosing to borrow through SLM Financial's education loan
program.  Loan proceeds have been forwarded to your school.

SLM Financial is affiliated with Sallie Mae - the nation's leading provider
of funding for higher education.  Sallie Mae is the largest holder and
servicer of educational loans in the country.

You will receive a coupon book under separate cover.  Please be certain to
make your payments by the due dates indicated on your coupons.  Make your
checks payable to SLM Financial and mail them to: P.O. Box 470, Marlton,
NJ 08053-0470.

For your convenience, we have noted your payment information below.
Simply mail us a check and we will process your payment without a coupon.
We appreciate the opportunity to assist with your education financing needs
and wish you the best as you continue your education.  Please call us toll
free at 1-877-834-9852 if you have any questions.

SLM Financial


Servicing Division

LOAN NUMBER      :        14877

PAYMENT DUE DATE:     1/31/00

PAYMENT AMOUNT  :      146.76

FLNB Local Form 5

## Exhibit Tag/ Cover Sheet

Party submitting: ___Plaintiff___      Ex. # __15__

Admitted: Yes   or    No  (circle one)

Debtor:___Julian Rodney Rooks Jr.___

Case No.:_____21-40139-KKS_____

*Adv. No.:*_____

Nature of Hearing/
Docket No:_____

_____

Dated        ___07/22___  , 20_21_.

By:_____,   **Deputy Clerk**

# STUDENT LOAN CORPORATION (SFC) INDEPENDENCE LOAN
### 111 CONTINENTAL DRIVE, SUITE 120, NEWARK, DE 19713
### TEL: 312.391.2000 / 800.SFC.3312 / FAX: 302.391.2090 (www.sfcorp.com)

*AVAILABLE TO ST. MATTHEW'S UNIVERSITY SCHOOL OF MEDICINE STUDENTS*

| | |
|---|---|
| Eligibility | U.S. Citizen / U.S. Permanent Resident. International students accepted with U.S. Citizen / U.S. Permanent Resident |
| Application Fee | $75 student, $35 cosigner. Added to loan only if student / cosigner approved. |
| Application Process | Currently students and cosigners can receive the application via e-mail in a Word document format and e-mail it back to St. Matthew's. St. Matthew's will certify it and e-mail or fax it to SFC. Approval can occur in less than one hour from the time SFC receives completed application. If approved, student/cosigner will receive paper application and promissory note by overnight mail. Student / cosigner to sign application and promissory note and send in first month payment by check or money order to SFC. (credit card option will be available later this year) Funds will be wired to St. Matthew's. Monthly payments of principal and interest continue after first payment. St. Matthew's and SFC will monitor repayment consistency. |
| Credit Criteria* | SFC proprietary formula used. If loan is not approved, $75 application fee refunded. SFC reports that almost all students can be approved for one of the three SFC loan programs (see below) with cosigner. According to SFC, no credit history, weak or poor credit history generally will not preclude students from approval. |
| Cosigner Option, if any | Yes. Cosigner must be U.S. Citizen or U.S. Permanent Resident |
| Deferment of payment of Principal/Interest | No. Repayment of principal and interest begins immediately. |
| Repayment Term (No prepayment penalty) | Fifteen years. Payments are due on the first of each month with a 10-day grace period. |
| Interest Rates and Loan Origination Fee | 8% Origination Fee / 12.9% Interest Rate Note: Two additional lower cost programs are expected to be offered later this fall. St. Matthew's will provide updates. |
| Annual Borrowing Limit | Cost of Attendance less other financial aid |
| Aggregate Borrowing Limit | Cost of Attendance less other financial aid |
| Major Benefits | ◆ The SFC program allows the student to clear balances due to the school, to allow continuation of studies, be assigned a clinical rotation, and be allowed to graduate and receive transcripts. ◆ Student receives a monthly statement showing current loan balances, pay-off information, and minimum amount due. School is kept apprised of loan status, delinquencies, and possible defaults well in advance of any necessary SFC collection action. School receives this information twice a month. ◆ Loan servicing and collection process is serviced by SFC. SFC's monthly billing statement and SFC's skilled in-house collectors maintain constant reminders to students to ensure that they need to keep their accounts current. |

\* Students are encouraged to review current credit reports from all three credit bureaus (Experian, Equifax, and Trans Union). SFC randomly pulls one of the three national credit bureau reports when the student/cosigner applies for a loan. If the student and cosigner have only reviewed the credit report from one of the three credit bureaus, it is entirely possible that SFC pulled one of the other two credit reports to make its credit decision, with the possible result that there is derogatory information on one of the other two credit reports of either or both the student and the cosigner. Students and cosigners can contact St. Matthew's for information on the cost and process to obtain a three bureau credit report.

FLNB Local Form 5

## **Exhibit Tag/ Cover Sheet**

Party submitting: ___Plaintiff___    Ex. # _16_

Admitted: Yes   or    No  (circle one)

Debtor:___Julian Rodney Rooks Jr.___

Case No.:_____21-40139-KKS_____

*Adv. No.:*_____

Nature of Hearing/
Docket No:_____

_____

Dated      ___07/22___  , 20_21_ .

By:_____,   **Deputy Clerk**

# Student Finance Corporation
FINANCING SOLUTIONS FOR STUDENTS

## Student Application

(Please Print or Type)

| | |
|---|---|
| Social Security No. | |
| Institution Name | Institution ID # |
| Program Type | Loan Amount Requested |
| Program Length | ☐Days ☐Months ☐Weeks ☐Years  Start Date    Graduation Date |

## SECTION A – APPLICANT INFORMATION

| | |
|---|---|
| Full Name (Last, First, Middle) | Birth Date |
| Street Address | City |
| State    Zip    Monthly Rent/Mortgage | Years There    ☐Own ☐Rent ☐Other |
| Telephone    Driver's License No. | Issuing State |
| Previous Street Address | City |
| State    Zip    Years There | |
| Present Employer    Years There | Telephone |
| Position or Title | Supervisor |
| Employer's Address | |
| Previous Employer | Years There |

Are you a U.S. Citizen? ☐Yes ☐No    If No, Are You a Resident Alien? ☐Yes ☐No    Have You Ever Declared Bankruptcy? ☐Yes ☐No

Do You Have a Checking Account? ☐Yes ☐No    Do You Have a Savings Account? ☐Yes ☐No

## SECTION B – INCOME

Alimony, Child Support, or separate maintenance income need not be revealed if you do not wish to have it considered as a basis for repaying this obligation.

| Annual Income | Additional Income | Source and Frequency of Additional Income | Total Income |
|---|---|---|---|
| | | | |

## SECTION C – REFERENCES

| Name | Address | Telephone |
|---|---|---|
| | | |
| | | |

I understand that you will retain this application whether or not it is approved. You are authorized to check my credit and employment history.

_____          _____
Applicant's Signature                                     Date

REV 102500

FLNB Local Form 5

## Exhibit Tag/ Cover Sheet

Party submitting: __Plaintiff__          Ex. # _17_

**Admitted: Yes  or   No  (circle one)**

Debtor:___Julian Rodney Rooks Jr._____

Case No.:_____21-40139-KKS_____

*Adv. No.*:_____

**Nature of Hearing/
Docket No:**_____

_____

Dated        ___07/22___ , 20_21_.

By:_____,   **Deputy Clerk**

**Student Finance Corporation**
FINANCING SOLUTIONS FOR STUDENTS

# Cosigner Application

(Please Print or Type)

| | |
|---|---|
| Student's Name | Student's SSN |
| Institution Name | Institution ID # |
| Program Type | Loan Amount Requested |
| Program Length ☐Days ☐Months ☐Weeks ☐Years  Start Date | Graduation Date |

## SECTION A – APPLICANT INFORMATION

| | | | |
|---|---|---|---|
| Full Name (Last, First, Middle) | | SSN | Birth Date |
| Street Address | | | City |
| State    Zip | Monthly Rent/Mortgage | Years There | ☐Own ☐Rent ☐Other |
| Telephone | Driver's License No. | | Issuing State |
| Previous Street Address | | | City |
| State    Zip | Years There | | |
| Present Employer | Years There | Telephone | |
| Position or Title | | Supervisor | |
| Employer's Address | | | |
| Previous Employer | | Years There | |
| Are you a U.S. Citizen? ☐Yes ☐No | If No, Are You a Resident Alien? ☐Yes ☐No | Have You Ever Declared Bankruptcy? ☐Yes ☐No | |
| Do You Have a Checking Account? ☐Yes ☐No | | Do You Have a Savings Account? ☐Yes ☐No | |

## SECTION B – INCOME

Alimony, Child Support, or separate maintenance income need not be revealed if you do not wish to have it considered as a basis for repaying this obligation.

| Annual Income | Additional Income | Source and Frequency of Additional Income | Total Income |
|---|---|---|---|
| | | | |

## SECTION C – REFERENCES

| Name | Address | Telephone |
|---|---|---|
| | | |
| | | |

I understand that you will retain this application whether or not it is approved. You are authorized to check my credit and employment history.

| | |
|---|---|
| Cosigner's Signature | Date |

REV 102300

FLNB Local Form 5

## **Exhibit Tag/ Cover Sheet**

Party submitting: _____Plaintiff_____    Ex. #__18__

**Admitted: Yes   or    No   (circle one)**

**Debtor:**_____Julian Rodney Rooks Jr._____

Case No.:_____21-40139-KKS_____

*Adv. No.:*_____

**Nature of Hearing/
Docket No:**_____

_____

Dated _____07/22_____ , 20_21_ .

**By:**_____,   **Deputy Clerk**

# Clinical Faculty and Preceptors

R. Abed, M.D., M.B., Chb, Mrcpsy
Psychiatry

Abit-Bol, M.D.
Obstetrics and Gynecology

Shahida Ahmac, M.D.
Neurology

Frank Apantaku, M.D.
General Surgery

Thirkra Basir, M.B., BhB, MRCP
Obstetrics and Gynecology

Ayaz Begg, M.D., MB, BS, Cairo,
MRCOG, MRCP, London
Psychiatry

Judy Benson, M.D.
Pediatrics

Morris Benson, M.D.
General Surgery

Abraham Botha, MB, BCh, FRCS
General Surgery

Michael J. Carmardi, M.D.
Ambulatory Care and Internal Medicine

Kenney Cathcart, M.D., D.O.
Endocrinology and Internal Medicine

Charles Cavallo, M.D.
General Surgery

Timothy Crum, M.D.
Pediatrics

Robert Cryer, M.B., M.D., Bchir, MRCP
General Medicine and Endocrinology

Enrique De la Guardia, M.D.
Pediatrics

Clyde Dorn II, M.D.
Obstetrics and Gynecology

J. Evans-Jones, M.D.
Pediatrics

Paul Farrands, M.D., FRCS, BM, BS,
Nottingham
Surgery

David Fregeua, M.D.
Pediatrics

Klaus Gottlieb, M.D.
Gastroenterology

Gary L. Gustafson D.O.
Family Practice

John Hartley, M.D.
General Medicine and Respiratory Medicine

Claudette Heylinger-Thomas, M.D.
Pediatrics

Keith Hine, M.D., M.B., C.H.b., Birm, MRCP
General Medicine and Endocrinology

Clarence Hixon, M.D.
Surgery

Tha-Hsiung Hsu, M.D., FACP,
Internal Medicine

Victor Jaffe, M.A., Cambridge, FRCS
General Surgery and Psychiatry

M. Lambertz, M.D., Aachen, FRCS
General Surgery

Susan M. MacDonald, M.D.
Clinical Immunology, Research Professor

Michael Marcos, M.B., BcCh,
Ain Shams, MRCOG
Obstetrics and Gynecology

A. May M.D.
Internal Medicine & Psychiatry

McHugh, M.D.
Obstetrics and Gynecology

Barry McKenzie Grey, MB, BS,
London, MRCOG
Obstetrics and Gynecology

James McKnight, M.D.
Psychiatry

P.F. Meade, LRCP, M.D., London
Family Practice

Warner Meadows, M.D.
General Surgery

Dan Phillips, M.D.
Obstetrics and Gynecology

Ian Pollock, M.D., M.B., Bch, London, MRCP
Pediatrics

Michael Roberts, M.B., CHB, MRCP
Psychiatry

James Rogan
Family Practice

Ian Runcie, M.D.
Radiology

Neal Sandson, M.D.
Psychiatry

Michael Saul Shapiro, M.D.
Psychiatry and General Surgery

Earnest Simmons, M.D.
Family Practice

Scott P. Simmons, M.D.
Family Practice

Haba Sonyika, M.D.
Obstetrics and Gynecology

William Thomas, M.D.
Pathology

Joseph L. Torres, M.D.
Family Practice

Travers, M.D., MRCP,
Psychiatry

George Tucker, M.D.
Obstetrics and Gynecology

Dennis Turner, M.D.
Surgery

Thomas Valdes, M.D.
Emergency Medicine

Peter I. Vilkins, M.D., D.O.
General Surgery

Kelvin White, M.D.
Family Practice

Milton White, M.D.
Internal Medicine

Pierre Willemse, M.D., DRS,
Groningen, MRCP
General Medicine

Wayne G. Williams, M.D.
Family Practice

FLNB Local Form 5

## Exhibit Tag/ Cover Sheet

Party submitting: ___Plaintiff_____   Ex. # _19__

**Admitted: Yes  or   No  (circle one)**

Debtor:___Julian Rodney Rooks Jr._____

Case No.:____21-40139-KKS_____

*Adv. No.:*_____

**Nature of Hearing/
Docket No:**_____

_____

Dated       ___07/22___ , 20_21_.

By:_____,   **Deputy Clerk**

FRANK O. APANTAKU, M.D. M.Sc. F.A.C.S
CERTIFIED AMERICAN BOARD OF SURGERY

MAIN OFFICE                    ANSWERING SERVICE
(773) 342-1212                    (773) 539-8292

333 - 5440 pasy

M.

(HOME)          YOUR APPOINTMENT IS AT THE
847-251-        APANTAKU CLINICS (SUITE 320)
    0126        2222 WEST DIVISION STREET
                   (773) 342-1212

DAY———DATE———TIME———AM———PM———
EMERGENCY SITUATION: SEE INSTRUCTIONS ON THE REVERSE SIDE.
FAX   773 - 342 - 1010

FLNB Local Form 5

## Exhibit Tag/ Cover Sheet

Party submitting: ___Plaintiff___    Ex. # _20_

Admitted: Yes  or   No  (circle one)

Debtor:___Julian Rodney Rooks Jr.___

Case No.:_____21-40139-KKS_____

*Adv. No.:*_____

Nature of Hearing/
Docket No:_____

_____

Dated _____07/22_____ , 20_21_.

By:_____, **Deputy Clerk**



FLNB Local Form 5

## Exhibit Tag/ Cover Sheet

Party submitting: __Plaintiff__     Ex. # 21

Admitted: Yes  or   No  (circle one)

Debtor:___Julian Rodney Rooks Jr.___

Case No.:_____21-40139-KKS_____

*Adv. No.:*_____

Nature of Hearing/
Docket No:_____

_____

Dated  _____07/22_____ , 20_21_ .

By:_____,   **Deputy Clerk**



FLNB Local Form 5

### Exhibit Tag/ Cover Sheet

Party submitting: ___Plaintiff___    Ex. # 22

**Admitted: Yes  or  No  (circle one)**

Debtor:___Julian Rodney Rooks Jr.___

Case No.:___21-40139-KKS___

*Adv. No.:*_____

**Nature of Hearing/
Docket No:**_____

_____

Dated      ___07/22___ , 20_21_.

By:_____,  **Deputy Clerk**

The San Pedro Sun

# St. Matthew's changes administration

The island Newspaper, Ambergris Caye, Belize     Vol. 11, No. 23     June 14, 2001

Features: Search Issues | Read Back Issues | Subscriptions | Merchandise Ordering Information

An interruption of classes last week had tongues wagging about the island's medical school closing down. Malicious rumors were circulated regarding embezzlement which all parties involved, in and outside of Belize, categorically denied. This week, an announcement from St. Matthew's International conveyed that at their June 1st Annual General Meeting in San Pedro, the board of directors (BOD) voted for a change in administrative appointments on the island's campus. Subsequently, a controversial Supreme Court injunction barring the following people from entry to the school was served on Monday, June 4th: President Jeffrey Sersland; his wife Renae who is the Vice President of University Services and Director of Student Affairs and Financial Aid; Chief Financial Officer Liz Cechini and their "agents". Others barred were University Coordinator Terry Anderson, faculty member Dr. Mary Beth Downs and campus security.

Statements were issued from both parties and questions remaining were to be battled out in court starting Wednesday, June 13th. The *San Pedro Sun* conducted its own interviews and learned the following facts.

According to the newly elected President and Chief Operating Officer of St. Matthew's International, Dr. Jerry Thornton, the proposed interim President of St. Matthew's University will be Dr. B.D. Owens who is scheduled to arrive this Friday. Dr. Owens' experience includes being a past president of two universities: University of Tampa (1971-77) and Northwest Missouri State University (1977-1984). He most recently acted as a consultant to educational institutions and healthcare corporations in the United States. Dr. Thornton explained that as an economist, Dr. Owens will also serve as the Chief Financial Officer for the medical school. Named as Director of Financial Aid was Gloria Miranda-Avila who works out of the Orlando, Florida office and will perform quarterly visits to our local university.

Dr. Thornton continued explaining the board's decision for the recent appointments was based on the need for a more experienced administration due to the rapid growth of the local school's enrollment and its plans for expansion. He praised Dr. Sersland

Appealing the injunction, Dr. Sersland took time to speak to the *San Pedro Sun* offering his concerns which are mainly for the education of the students, the employment of the faculty and the economy which affects the residents of this island. In his statement he quoted, "It appears this act is merely a personal campaign to smear my name and the names of other respected colleagues from the university." His claim is that this "act" was unlawful and he hopes to prove this in court. Mr. Sersland stated he had no notice of this change of administration prior to the BOD meeting, nor did his faculty or administration. The subject was not included on the meeting's agenda and because of this, he feels it to be a "hostile takeover" based on personal vengeance. As one of the board of directors, he revealed his vote did not count and questioned the legality of this. (The actual vote count could not be confirmed as of press time.) As the founder of St. Matthew's, director and owner, he vowed to "legally fight this takeover attempt to my fullest ability and to protect our students, faculty, administrators, employees and the people of Belize and the founding principles which I have personally instilled upon the university from the onset. I will do this in a professional manner with the utmost respect for all."

In an interview with the only local San Pedro BOD member, Seferino Paz II stated, "I was shocked and surprised because it was not on the agenda. I did not agree with the changes or the way it was implemented. My concern is with the welfare of the school."

The main issue was resolved when students resumed classes on Thursday after a brief three-day interruption. Concerns remain as to monthly reports not being made to the BOD in a timely fashion, but there was no report of a previous investigation being requested by St. Matthew's International. Dr. Sersland replied that a report was given at the November meeting, but because of the hurricane and understaffing another report was not given until June. He claims the information for the interim months is available. Other information received by this newspaper was that the last completed audit for the local university was completed December 31, 1999. A financial statement for the past fiscal year has been drafted and awaits verification of shareholders' balances.

The legal outcome of this dispute will be announced in the *San Pedro Sun* as soon as it becomes available.

Articles from this weeks issue:    1    2    3    4    Front Page


**Search** SanPedroSun.net

| AmbergrisCaye.com | Island Info | Community | History | Visitor Center |
| Belize News | BelizeSearch.com | Messages |


FLNB Local Form 5

## Exhibit Tag/ Cover Sheet

Party submitting: ___Plaintiff___     Ex. # 23

Admitted: Yes  or   No  (circle one)

Debtor:___Julian Rodney Rooks Jr.___

Case No.:_____21-40139-KKS_____

*Adv. No.:*_____

Nature of Hearing/
Docket No:_____

_____

Dated      ___07/22___  , 20_21_.

By:_____,   Deputy Clerk



Articles from this weeks issue: -1 -2 -3 -4   Front Page

## St. Matthew's injunction dissolved

The San Pedro Sun

The Island Newspaper, Ambergris Caye, Belize     Vol. 11, No. 25     June 28, 2001

Features: Search Issues | Read Back Issues | Subscriptions | Merchandise Ordering Information

Although it appeared to be a simple change of administration weeks ago, recent reports from several reliable sources lead members of this community to question the future of St. Matthew's University School of Medicine. Last Wednesday in Belize Supreme Court, Justice Abdulai Conteh dissolved the injunction served by St. Matthew's Board of Directors (BOD) on Monday, June 4th. Barred in the injunction were President Jeffrey Sersland; his wife Renae, Vice President of University Services and Director of Student Affairs and Financial Aid; Chief Financial Officer Liz Cechini, and their "agents". Justice Conteh stated that a "failure to disclose material facts"(namely that Dr. Sersland was a shareholder of St. Matthew's) deprived him of his individual liberties. He continued that this matter should have been handled privately and professionally by the board of directors, not aired publicly and furthermore that it was not a "high urgency situation". Although the aforementioned are allowed back on the medical school's campus, Mr. Sersland stated, "I choose to remain off campus at this time in order to maintain peace and ensure the stability of the students and the community." He said his lawyers have contacted the BOD and they will attempt to resolve the matter through professional arbitration.

At the time of the injunction, Campus Security officers were "temporarily" relieved of their duties with pay and promised there would be no termination. Last Friday, June 22nd, campus security officers received a letter signed by Interim President, B.D. Owens, stating their "position of employment with St. Matthew's University is terminated effective as of June 11, 2001. Your compliance in a professional manner with this order will be appreciated." It continued, "As you did not work following the last pay period there will be no further pay matters to consider. I hope you will accept this decision as one that is designed to promote the best interest for the growth of St. Matthew's University." There was no reason given for the decision to terminate. Payment of these employees was contested and is now in the hands of the Labor Department.

This alleged "growth of St. Matthew's" appeared to be the main focus of the Board of Directors. This expansion was the basis for the "need for a more experienced administration," and the explanation for the dismissal of previous President Dr. Jeffrey Sersland's administration. Oddly, the administration of St. Matthew's is now in the hands of people with little or no medical background whatsoever. Newly elected President and Chief Operating Officer of St. Matthew's International, Dr. Jerry Thornton, is a clinical psychologist. The Interim President, B.D. Owens is an economist and reportedly a former employee of St. Matthew's whose services had been terminated. The Dean of Academic Affairs/Registrar/Director of Student Affairs is a historian, Dr. Nancy Adamson. The remaining administration consists of a secretary/bookkeeper and a flight attendant (Board of Director Harris' secretary and wife, respectively). At any given time in the past three weeks, there is reported to be a minimum of representation of any of these parties on campus. At the time of this writing, only Dr. Adamson was available on campus and could not be reached for comment.

On the other hand, terminated were Dr. Sersland whose past experience includes Director/Administrator of Financial Aid for 35,000 students at the College of DuPage in Chicago, Illinois. He also worked in financing universities through Fortune 500's Unger & Associates as well as being an aid to the late Senator Clinton Burdick of North Dakota in the United States. Another colleague "let go" was Ron Pynn, a doctor of political science with 34 years of experience in upper level administrative management.

This week, a member of St. Matthew's faculty reported that in an address to the faculty, the reason given for the disruptive mid-semester change of administration was decided on because of "financial mismanagement and shareholder dividends not forthcoming." It was further reported to them that this change was part of a BOD discussion as early as November of 2000 but the board did not act on it at that time. This fact brought up a question as to why the BOD hesitated at that time when the school was temporarily closed due to the hurricane and instead interrupted classes four weeks into a semester this year. Also, it was stated that since the school is in its infancy there would not be a lot of dividends to be had by investors. It was reported

earlier that no financial inquiries were known to have been requested by the St. Matthew's Board of Directors and there was no mention of financial problems or a change of administration in the Board Of Directors Annual General Meeting agenda of June 1st. It was confirmed by professional sources that in most situations where financial indiscretions are suspected, the directors hold a meeting to discuss the situation and if "concrete evidence" is provided regarding abuse of the finances of the institution, the BOD may remove the administrator. In this situation, however, this was not the case; the president of the school was also a director on the board at the time and a shareholder in the company which raises legal technicalities.

Eyewitnesses have reported that before the injunction was served, several people involved in the takeover of administration were seen removing files from administrative offices. Witnesses also observed shredded material in these offices after that fact. The fact that administrative offices were broken into and locks changed before the court injunction was served appeared to some that the "takeover" was illegal. In a letter posted to the Chief of Security on June 2, 2001 Dr. Michael Harris stated, "All property of St. Matthew's University is to be made available to the officers of the Corporation including representatives of Apex Trust Company who will be providing management services to St. Matthew's University beginning June 4, 2001." Upon investigation it was discovered that Apex Trust Company is a subsidiary of the W. H. Courtenay & Co. law firm, and provides offshore services and corporate management. It was further learned that Mr. V. Harrison Courtenay of this company replaced Dr. Jeffrey Sersland as a director on the St. Matthew's Board of Directors and his associate Lisa Peyrefitte is Corporate Secretary to the board.

Faculty and students have expressed much dismay at these turn of events. As one woman explained, "Things were just starting to get going and the school had good projects in the making." Plans for a medical and marine biology research facility are now questionable. One faculty member stated it was necessary to cancel the closing on a house they were purchasing due to feelings of extreme instability. Another faculty member stated they remained on staff for the benefit of the students even before they were told that if they walked out in protest they would be fired. Additional information received from St. Matthew's University personnel revealed that a director and his associates made visits to the island of Curacao regarding school activities. Students and faculty are questioning if this means the University will be relocating from San Pedro or if it pertains to the possibility of opening a satellite school.

Another concern regarded a letter received from Dr. Ian Runcie, Vice President of Clinical Sciences in the United Kingdom in which he threatened to terminate affiliation with St. Matthew's unless the current issues are resolved. Dr. Runcie is responsible for third and fourth year students who travel to the United Kingdom to perform their clinical rotations. It was stated that a few students have left the medical school and some are considering leaving St. Matthew's at the end of this semester. It is reported that approximately 20 people are currently unemployed as a result of this action. The future of St. Matthew's is a viable factor in the economy of San Pedro and at this time it is not clear what that future will hold.

**Search** SanPedroSun.net

SanPedroSun.net

| AmbergrisCaye.com | Island Info | Community | History | Visitor Center |
| Belize News | BelizeSearch.com | Messages |



Copyright © San Pedro Sun. Design by Casado Internet Group

FLNB Local Form 5

## Exhibit Tag/ Cover Sheet

Party submitting: _Plaintiff_          Ex. # _24_

Admitted: Yes   or    No  (circle one)

Debtor:_ Julian Rodney Rooks Jr. _

Case No.:_____ 21-40139-KKS _____

*Adv. No.*:_____

Nature of Hearing/
Docket No:_____

_____

Dated        _07/22_    , 20_21_.

By:_____,    **Deputy Clerk**

SAINT JOSEPH'S COLLEGE DEGREE AUDIT

```
Julian R. Rooks                                MAJOR:    MHSA - International      EVALUATED:
Apt 2E                                      2ND MAJOR:                            RE-EVALUATED:
124 W Washington Blvd                          MINOR:                            UPDATE:              8/31/2001
Oak Park, IL 60302                             CLASS:
ID#: 234897175                               CATALOG:  200100    MHSA - International
ADVISOR: Donna E. Walters                       DATE:  8/31/2001
2ND ADVISOR:
```

This audit matches degree requirements with the courses that you have completed to date.

| REQUIREMENTS | NO | CREDITS REQ | MET? | COURSES USED TO MEET REQUIREMENTS | GRADE | CRD EARNED | NOTE |
|---|---|---|---|---|---|---|---|
| **YOU MUST TAKE 9.00 CREDITS FROM BELOW:** | NO | | | **Required Courses** | | | |
| HSA500 U.S. Health Care Systems | | 3.00 | IP | HSA500 U.S. Health Care Systems | A- | 3.00 | |
| HSA505 Organizational Theory/Behavior | | 3.00 | YES | HSA505 Organizational Theory/Behavior | | 3.00 | |
| HSA565 Health Care of the Aged | | 3.00 | YES | HSA535 Health Services Administration | B- | 3.00 | |
| HSA535 Health Services Administration | | 3.00 | YES | HSA535 Management Information Systems | B- | 3.00 | |
| HSA535 Management Information Systems | | 3.00 | YES | HSA575 Management Information Systems | | 3.00 | |
| HSA575 Ethical & Legal Perspectives | | 3.00 | IP | HSA575 Ethical & Legal Perspectives | | 3.00 | |
| HSA615 Human Resources Management | | 3.00 | YES | HSA615 Human Resources Management | A- | 3.00 | |
| HSA700 Strategic Management | | 3.00 | YES | HSA700 Strategic Management | A- | 3.00 | |
| HSA715 Health Policy And Politics | | 3.00 | NO | | | | |
| **YOU MUST TAKE 9.00 CREDITS FROM BELOW:** | NO | | | **Required Electives** | | | |
| HSA555 Health Economics | | | | | | | |
| HSA565 Health Care of the Aged | | | | | | | |
| HSA585 Capital Finance | | | | | | | |
| HSA605 Health Care Marketing | | | | | | | |
| HSA625 Labor Relations | | | | | | | |
| HSA635 Ambulatory Care Administration | | | | | | | |
| HSA645 Medical Sociology | | | | | | | |
| HSA655 Gerontology | | | | | | | |
| HSA665 Environmental Health | | | | | | | |
| HSA675 Seminar In Health Management | | | | | | | |
| HSA685 Current Topics Hlth Serv Admin | | | | | | | |
| HSA695 Managed Care | | | | | | | |
| **YOU MUST TAKE 6.00 CREDITS FROM BELOW:** | NO | | | **Summer Session Requirements** | | | |
| HSA525 Health Care Financial Mgt | | 6.00 | NO | HSA525 Health Care Financial Mgt | B- | 3.00 | |
| HSA545 Research Methods | | | | | | | |
| | | | | **Capstone Courses** | | | |
| HSA727 Research Applications | | 3.00 | NO | | | | |
| HSA705 Organizational Effectiveness | | 3.00 | NO | | | | |

```
CREDITS REQUIRED & APPLIED:        45.00
CREDITS TRANSFERRED & APPLIED:     18.00
SJC CREDITS EARNED & APPLIED:       6.00  (IN PROGRESS)
CREDITS TRANSFERRED TO GRADUATE:   27.00    21.00 (LESS IN PROGRESS)
CREDITS NEEDED TO GRADUATE:

CUMULATIVE GPA:                     3.25
```

```
& = multiple usage
* = course substitution
# = credit substitution
IP = requirement in progress
Z,T = transfer course
```

FLNB Local Form 5

## Exhibit Tag/ Cover Sheet

Party submitting: __Plaintiff__      Ex. # _25_

Admitted: Yes   or   No  (circle one)

Debtor:___Julian Rodney Rooks Jr.___

Case No.:____21-40139-KKS_____

*Adv. No.*:_____

Nature of Hearing/
Docket No:_____

_____

Dated        ___07/22___  , 20_21_ .

By:_____,   Deputy Clerk

# SAINT JOSEPH'S COLLEGE



Division of Continuing and
Professional Studies
278 Whites Bridge Road
Standish, Maine 04084-5263

1-800-752-4723 (Admissions)
1-800-343-5498 (Student Services)
207-893-7800 (Gr. Portland Area)
Fax 892-7480 (Admissions)
Fax 892-7423 (Student Services)

December 21, 2000

Julian R. Rooks
SSN: 263890775
MHSA - International

COURSE ENROLLMENT:

| Course | Syllabus Code | Instructor |
|--------|---------------|------------|
| HSA575 | 01/00 | Heidi Johnson |

**OFFICIAL COURSE START DATE:**      1/18/2001

**OFFICIAL COURSE COMPLETION DATE:**   7/18/2001

Use the course information above to order textbooks and materials from Specialty Books **before
the Official Course Start Date. In order to receive the proper texts and materials, provide
the salesperson with the Course Number and Syllabus Code (listed above).**

Specialty Books, 5833 Industrial Drive, Athens, Ohio 45701
Phone: 800-466-1365      or      740-594-2274
Fax:    800-466-7132      or      740-593-3045
Web:   www.specialty-books.com.

Direct all course enrollment questions to your academic advisor at 1-800-343-5498 or 207-893-
7800.

**Please Note:** Students are responsible for tracking and maintaining their own status if receiving
Financial Aid or participating in the Tuition Guarantee Plan

Visit our web site at: www.sjcme.edu/cps

FLNB Local Form 5

## Exhibit Tag/ Cover Sheet

Party submitting: __Plaintiff__   Ex. # __26__

Admitted: Yes  or   No  (circle one)

Debtor:____Julian Rodney Rooks Jr.____

Case No.:____21-40139-KKS____

*Adv. No.:*_____

Nature of Hearing/
Docket No:_____

_____

Dated   ____07/22____ , 20_21_ .

By:_____,   Deputy Clerk

# SAINT JOSEPH'S COLLEGE
## of Maine

Office of Academic Records
207-893-7798

278 Whites Bridge Road
Standish, Maine 04084-5263

# GRADE REPORT

Julian R. Rooks
Apt 2E
124 W Washington Blvd
Oak Park, IL 60302

Date Reported : 2/25/2002

| Course | Sec | Course Title | Grade | Crd | Completion Date |
|--------|-----|--------------|-------|-----|-----------------|
| HSA50C | 5 | U.S. Health Care Systems | B | 3.00 | 8/27/2001 |
| | | Julian R. Rooks | ID # 263890775 | | |

Founded 1912 by the Sisters of Mercy

FLNB Local Form 5

## Exhibit Tag/ Cover Sheet

Party submitting: ___Plaintiff___     Ex. # __27__

Admitted: Yes  or    No  (circle one)

Debtor:___Julian Rodney Rooks Jr.___

Case No.:_____21-40139-KKS_____

*Adv. No.:*_____

Nature of Hearing/
Docket No:_____

_____

Dated        ___07/22___   , 20_21_ .

By:_____,    **Deputy Clerk**

# TELECOM*USA

KIMBERLY TEBO
APT 2-E
124 W WASHINGTON BL
OAK PARK, IL 60902-4354

Page 4 of 4
Account Number 708 445-1215 773 6
Billing Date Jul 7, 2001

Questions? 1-800-244-4444

## Important Information

This portion of your bill is provided as a service of Ameritech to the above company. Please review all charges carefully - they may include those of a service provider not shown on a previous bill. In addition, nonpayment of toll charges may result in disconnection of local service, and other services may be restricted if not paid. Unpaid accounts also may be subject to collection action. If you have questions about any of the charges appearing on this page, please call the number shown above.

## Current Charges

### Long Distance
Itemized Calls

| No. | Date | Time | Place Called | Number | Code | Min | |
|-----|------|------|--------------|--------|------|-----|---|
| 1 | 6-02 | 839A | 220TALLAHA FL | 850 877-8141 | N | 1 | .99 |
| 2 | 6-02 | 839A | 220TALLAHA FL | 850 980-0447 | N | 1 | .99 |
| 3 | 6-03 | 106P | 220TALLAHA FL | 850 980-0447 | N | 10 | .99 |
| 4 | 6-03 | 118P | 220TALLAHA FL | 850 980-0447 | N | 6 | .99 |
| 5 | 6-04 | 1051A | 220CHICAGO IL | 312 345-0680 | D | 7 | .99 |
| 6 | 6-05 | 1245P | 220SPRINGF IL | 217 785-5133 | D | 2 | .99 |
| 7 | 6-05 | 509P | 220TALLAHA FL | 850 656-4412 | D | 8 | .99 |
| 8 | 6-05 | 540P | 220CHICAGO IL | 312 528-0000 | E | 2 | .99 |
| 9 | 6-07 | 330A | 220CHICAGO IL | 312 345-0680 | D | 1 | .99 |
| 10 | 6-07 | 941P | 220TALLAHA FL | 850 656-4412 | E | 11 | .88 |
| 11 | 6-07 | 1007P | 220TALLAHA FL | 850 656-4412 | E | 45 | 2.74 |
| 12 | 6-08 | 1043A | 220CHICAGO IL | 312 528-0000 | D | 1 | .99 |
| 13 | 6-08 | 1055A | 220HINSDAL IL | 630 571-6666 | D | 2 | .99 |
| 14 | 6-08 | 149P | 220CHICAGO IL | 312 345-0680 | D | 2 | .99 |
| 15 | 6-08 | 336P | 220TALLAHA FL | 850 656-4412 | E | 49 | 3.02 |
| 16 | 6-09 | 1144P | 220TALLAHA FL | 850 656-4412 | N | 5 | .99 |
| 17 | 6-10 | 1155A | 220HAVANA FL | 850 539-8478 | N | 2 | .99 |
| 18 | 6-10 | 529P | 220TALLAHA FL | 850 980-0447 | N | 1 | .99 |
| 19 | 6-10 | 534P | 220TALLAHA FL | 850 980-0447 | N | 1 | .99 |
| 20 | 6-10 | 534P | 220HAVANA FL | 850 539-8478 | N | 22 | 1.13 |
| 21 | 6-10 | 546P | 220TALLAHA FL | 850 980-0447 | N | 1 | .99 |
| 22 | 6-10 | 727P | 220TALLAHA FL | 850 980-0447 | N | 1 | .99 |
| 23 | 6-10 | 728P | 220HAVANA FL | 850 539-8478 | N | 20 | .99 |
| 24 | 6-10 | 748P | 220TALLAHA FL | 850 980-0447 | N | 1 | .99 |
| 25 | 6-11 | 1256P | 220TALLAHA FL | 850 321-3787 | D | 1 | .99 |
| 26 | 6-11 | 320P | 220TALLAHA FL | 850 980-0447 | D | 4 | .99 |
| 27 | 6-12 | 549A | 220TALLAHA FL | 850 321-3787 | E | 1 | .99 |
| 28 | 6-13 | 410P | 220TALLAHA FL | 850 877-8141 | D | 39 | 2.32 |
| 29 | 6-13 | 457P | 220FAIRFAX VA | 703 764-3777 | D | 8 | .99 |
| 30 | 6-14 | 504P | 220TALLAHA FL | 850 656-4412 | D | 1 | .99 |
| 31 | 6-14 | 713P | 220JACKSON FL | 904 741-4580 | E | 2 | .99 |
| 32 | 6-16 | 926A | 220CHICAGO IL | 773 475-3545 | N | 7 | .99 |
| 33 | 6-21 | 912A | 220CHICAGO IL | 312 345-0680 | D | 1 | .99 |
| 34 | 6-21 | 917A | 220WAUKEGA IL | 847 249-5638 | D | 1 | .99 |
| 35 | 6-21 | 919A | 220WAUKEGA IL | 847 249-4636 | D | 3 | .99 |
| 36 | 6-21 | 1124A | 220CHICAGO IL | 312 345-0680 | D | 1 | .99 |
| 37 | 6-21 | 704P | 220TALLAHA FL | 850 877-8141 | E | 9 | .99 |
| 38 | 6-22 | 331P | 220TALLAHA FL | 850 656-4412 | D | 3 | .99 |
| 39 | 6-22 | 405P | 220FAIRFAX VA | 703 764-3777 | D | 1 | .99 |
| 40 | 6-25 | 734A | 220TALLAHA FL | 850 321-3787 | D | 1 | .99 |
| 41 | 6-25 | 1146A | 220CHICAGO IL | 773 889-1050 | D | 1 | .99 |

### Long Distance - Continued

| No. | Date | Time | Place Called | Number | Code | Min | |
|-----|------|------|--------------|--------|------|-----|---|
| 42 | 6-25 | 133P | 220TALLAHA FL | 850 321-3787 | D | 1 | .99 |
| 43 | 6-25 | 320P | 220CHICAGO IL | 312 345-0680 | D | 2 | .99 |
| 44 | 6-25 | 324P | 220CHICAGO IL | 312 345-0680 | D | 1 | .99 |
| 45 | 6-25 | 416P | 220CHICAGO IL | 312 345-0680 | D | 5 | .99 |
| 46 | 6-25 | 437P | 220CHICAGO IL | 312 345-0680 | D | 1 | .99 |
| 47 | 6-26 | 123P | 220TALLAHA FL | 850 656-4412 | D | 6 | .99 |

Total Itemized Calls    51.78

Key for Calling Codes:
D Day          E Evening          N Night/Weekend

Total Long Distance Charges    51.78

### Local, State and Federal Charges
Municipal Infrastructure Maintenance Fee    .52
State Infrastructure Maintenance Fee    .26
State Additional Charges    .02
Total Local, State and Federal Charges    .80

### Taxes
Federal at 3%    1.55
Illinois at 7%    3.62
Total Taxes    5.17

Total TELECOM*USA Charges    57.75

Printed on Recyclable Paper

FLNB Local Form 5

## Exhibit Tag/ Cover Sheet

Party submitting: ___Plaintiff___      Ex. # _28_

Admitted: Yes   or   No  (circle one)

Debtor:___Julian Rodney Rooks Jr.___

Case No.:____21-40139-KKS_____

*Adv. No.:*_____

**Nature of Hearing/
Docket No:**_____

_____

Dated      ___07/22___   , 20_21_ .

By:_____ ,   **Deputy Clerk**

# TELECOM*USA

KIMBERLY TEBO
APT 2-E
124 W WASHINGTON BL
OAK PARK, IL 60302-4364

**Page** 4 of 4
**Account Number** 708 345-1215 773 6
**Billing Date** Aug 7, 2001

**Questions?** 1-800-424-7272

## Important Information

This portion of your bill is provided as a service of Ameritech to the above company. Please review all charges carefully - they may include those of a service provider not shown on a previous bill. In addition, nonpayment of toll charges may result in disconnection of local service, and other services may be restricted if not paid. Unpaid accounts also may be subject to collection action. If you have questions about any of the charges appearing on this page, please call the number shown above.

**Taxes**

| | |
|---|---|
| Federal at 3% | .92 |
| Illinois at 7% | 2.15 |
| **Total Taxes** | **3.07** |
| | |
| Total TELECOM*USA Charges | 34.19 |

## Current Charges

**Long Distance**

| No. | Date | Time | Place Called | Number | Code | Min | |
|---|---|---|---|---|---|---|---|
| **Itemized Calls** | | | | | | | |
| 1 | 7-05 | 1019A | 220WHEATON IL | 630 752-9225 | D | 4 | .99 |
| 2 | 7-05 | 421P | 220FAIRFAX VA | 703 764-3777 | D | 12 | .99 |
| 3 | 7-05 | 745P | 220TALLAHA FL | 850 656-4412 | E | 54 | 3.37 |
| 4 | 7-08 | 101P | 220CHICAGO IL | 312 831-2827 | N | 1 | .99 |
| 5 | 7-08 | 101P | 220CHICAGO IL | 773 404-2827 | N | 4 | .99 |
| 6 | 7-08 | 105P | 220CHICAGO IL | 773 404-2827 | N | 2 | .99 |
| 7 | 7-09 | 1249P | 220FAIRFAX VA | 703 764-3777 | D | 1 | .99 |
| 8 | 7-10 | 1150A | 220TALLAHA FL | 850 431-5301 | D | 2 | .99 |
| 9 | 7-10 | 1154A | 220TALLAHA FL | 850 431-5301 | D | 3 | .99 |
| 10 | 7-10 | 1211P | 220CHERRY IL | 815 332-3260 | D | 4 | .99 |
| 11 | 7-10 | 1217P | 220CHERRY IL | 815 332-3260 | D | 4 | .99 |
| 12 | 7-12 | 1058A | 220NAVAKA FL | 850 539-8478 | D | 15 | .99 |
| 13 | 7-12 | 800P | 220TALLAHA FL | 850 980-0447 | E | 1 | .99 |
| 14 | 7-12 | 809P | 220TALLAHA FL | 850 980-0447 | E | 1 | .99 |
| 15 | 7-12 | 814P | 220TALLAHA FL | 850 980-0447 | E | 1 | .99 |
| 16 | 7-12 | 814P | 220TALLAHA FL | 850 980-0447 | E | 13 | .99 |
| 17 | 7-14 | 818P | 220TALLAHA FL | 850 877-8141 | N | 1 | .99 |
| 18 | 7-15 | 814P | 220TALLAHA FL | 850 980-0447 | N | 1 | .99 |
| 19 | 7-15 | 816P | 220TALLAHA FL | 850 980-0447 | N | 10 | .99 |
| 20 | 7-16 | 433P | 220TALLAHA FL | 850 656-4412 | D | 12 | .99 |
| 21 | 7-20 | 1134A | 220TALLAHA FL | 850 321-3787 | D | 1 | .99 |
| 22 | 7-20 | 1135A | 220TALLAHA FL | 850 321-3787 | D | 1 | .99 |
| 23 | 7-21 | 1116P | 220PENSACO FL | 850 429-7132 | N | 42 | 2.53 |
| 24 | 7-22 | 302P | 220TALLAHA FL | 850 656-4412 | N | 12 | .99 |
| 25 | 7-22 | 702P | 220TALLAHA FL | 850 980-0447 | N | 12 | .99 |
| 26 | 7-22 | 719P | 220TALLAHA FL | 850 980-0447 | N | 3 | .99 |
| 27 | 7-23 | 804P | 220TALLAHA FL | 850 656-4412 | E | 20 | .99 |
| Total Itemized Calls | | | | | | | 30.65 |

**Key for Calling Codes:**

D  Day        E  Evening        N  Night/Weekend

| | |
|---|---|
| **Total Long Distance Charges** | **30.65** |

**Local, State and Federal Charges**

| | |
|---|---|
| Municipal Infrastructure Maintenance Fee | .31 |
| State Infrastructure Maintenance Fee | .15 |
| State Additional Charges | .01 |
| **Total Local, State and Federal Charges** | **.47** |

FLNB Local Form 5

### Exhibit Tag/ Cover Sheet

Party submitting: ___Plaintiff___     Ex. # _29_

Admitted: Yes  or   No  (circle one)

Debtor:___Julian Rodney Rooks Jr.___

Case No.:____21-40139-KKS____

*Adv. No.:*_____

Nature of Hearing/
Docket No:_____

_____

Dated      ___07/22___  , 20_21_ .

By:_____,   Deputy Clerk



RODNEY ROOKS, JR.
KIMBERLY N. TEBO
124 W WASHINGTON BLVD., #2E
OAK PARK, IL  60302

70-2055/719
1954429

396

Date  7/6/01

Pay to the order of  Student Finance Corp        $ 400,—

Four hundred dollars —

FIRST BANK OF OAK PARK
11 MADISON STREET    OAK PARK, ILLINOIS 60302

Acct: 263000180

⑆071920559⑆  1 954 4291  0396  0000040000



FEDERAL RESERVE BOARD OF GOVERNORS REG. CC

WILMINGTON TRUST  >031100092<

ENDORSE HERE

DO NOT WRITE, STAMP OR SIGN BELOW THIS LINE
RESERVED FOR FINANCIAL INSTITUTION USE

FLNB Local Form 5

## Exhibit Tag/ Cover Sheet

Party submitting: ___Plaintiff___   Ex. #_30_

Admitted: Yes  or   No  (circle one)

Debtor:___Julian Rodney Rooks Jr.___

Case No.:____21-40139-KKS____

*Adv. No.:*_____

Nature of Hearing/
Docket No:_____

_____

Dated     ___07/22___  , 20_21_.

By:_____,   Deputy Clerk

Aug 20 01 12:55p                                                                  p.1



## St. Matthew's University School of Medicine

San Pedro, Ambergris Caye, Belize

### FACSIMILE TRANSMITTAL SHEET

| TO: | Rodney Roors | FROM: | Gloria M-Avila |
|-----|----------|-------|------|
| COMPANY: | | DATE: | 8/20/01 |
| (PHONE) 1-800-321-3787 | | TOTAL NO. OF PAGES INCLUDING COVER: | 5 |
| (FAX) 1-708-358-1447 | | CC: | |
| RE: SFC | | | |

☐ URGENT    ☐ FOR REVIEW    ☐ PLEASE COMMENT    ☐ PLEASE REPLY    ☐ PLEASE RECYCLE

NOTES/COMMENTS:

Rodney,

Please complete and mail back
with originals.

Thanks,

Gloria

1700 WEST BROADWAY STREET
SUITE 114
OVIEDO, FL 32765
PHONE: 800-498-9700 OR 407-977-5300 OUTSIDE U.S.
FAX: 800-569-7117 OR 407-977-9300 OUTSIDE U.S.

Aug 20 01 12:55p

P.2

August 16, 2001

Dear Julian Rocks:

In an effort to resolve what has been described as a misunderstanding regarding the reserve disbursement of the Student Finance Corporation loan you took out through St. Matthew's University this past spring, I am sending the following information.

As you have learned the policy of the Student Finance Corporation was to hold the remaining twenty-five percent of your loan until you were no longer an in-school student. Following your leaving the university, the total amount in one-twelfth installments over the course of a year was to be paid.

Some students indicated that they were not told of the disbursement arrangement and expected to receive the money in monthly installments at the end of the last disbursement of the original loan.

To remedy this situation, the Student Finance Corporation has agreed to fund the "reserve" amount beginning immediately in seven equal installments. Your total amount of the remaining "reserve" fund is $7250. You will receive this amount paid in seven equal installments each of $1035.71 starting this month.

In order to initiate this transfer it is necessary for you to read the attached "release of claims" agreement and sign it before a notary (available at any bank) and return it to us. To facilitate this transaction you may fax a copy of the signed document and we can begin the process. You then must forward to this office the notarized original document.

If you do not agree with the "release of claims" form and are unwilling to sign it we cannot release your Student Finance Corporation monthly funds. In this case any concerns you have with the loan will be between you and the Student Finance Corporation.

It is important that you make your monthly payments to the Student Finance Corporation in a timely fashion. St. Matthew's University will not be deducting any outstanding student balances from these reserve funds. You will receive a full one-seventh of the outstanding "reserve" balance each month. If you have an outstanding student account balance with St. Matthew's University you will have to pay off your balance with St. Matthew's prior to entering clinical rotations. If you have any questions regarding this matter please call me at 800-498-9700.

Sincerely,

Jerry W. Thornton, Ph.D
President, St. Matthew's International

### RELEASE OF CLAIMS

This Release of Claims (hereinafter referred to as "Release") is entered into by JULIAN RODNEY ROOKS who represents that he is mentally competent and of lawful age. As used herein, "Claimant" shall mean JULIAN RODNEY ROOKS and any conservator, representative, agent, administrator, executor, or other successor in interest or assign of JULS LORAJ.

1.    **Recitals.**

The Claimant applied for a Student Financial Corporation (SFC) school loan in the Spring of 2001. The Claimant has stated that he/she was counseled by Renae Sersland, M.D. (past Director of Financial Aid for St. Matthew's University School of Medicine in Belize) on the SFC loan and the provisions for repayment. The Claimant holds that he/she was not fully and accurately informed as the payment conditions by SFC either by Dr. Sersland or by the SFC documents he/she signed. The Claimant holds that he/she was told that the total loan disbursement would be given as one-half of seventy five percent of the total loan proceeds prior to completing basic sciences and the other half of seventy-five percent of the total loan proceeds when he/she completed basic sciences (half way through the degree program). The Claimant states that he/she was told that the reserve would be paid in one-twelfth disbursements of the remaining twenty-five percent of the loan (called the reserve) the beginning the month following the last of the total of seventy-five percent of the loan and would continue in monthly payments for the remaining twelve months which followed. The Claimant holds that he/she understood this "reserve" to be available to assist with the monthly loan payments required from the moment the loan was established.

Subsequent to the last of the seventy-five percent disbursement, the Claimant reported that he/she found out that the "reserve" was not to be paid in monthly payments until he/she was no longer an "in-school student".

In order to rectify the confusion associated with the payment plan, SFC has agreed to provide the "reserve" funds to SMU on behalf of the Claimant. SMU will provide your total reserve balance of $ 7250 ~~is~~ *WHEN* ~~paid in monthly installments of $ 150.11 beginning on the 15th the~~ ~~of~~ the funds are received from SFC by SMU. By this means the Claimant will have received the full balance of the loan proceeds as an in-school student.

The purpose of this release and the payments recited herein is to provide for full and final settlement of or due to the Occurrence and to discharge SMU and SMS (SFC) from any and all liability for Claimant's claims arising from the Occurrence.

NOW, THEREFORE, IT IS HEREBY AGREED AS FOLLOWS:

2.   Release.

In consideration of the reserve payments by SFC and SMU as provided in paragraph 3 hereof, Claimant hereby: 1) releases and forever discharges SFC and SMU from any and all past, present, or future claims and demands which Claimant has or claims to have for or in any manner growing out of the Occurrence, including, without limitation, any and all known or unknown claims. This Release shall be a fully binding and complete settlement. This Release is entered into in lieu of a suit for damages allegedly received by the Claimant based upon any possible tort or contract action arising from the Occurrence.

3.   Adequate Consideration and Denial of Liability.

Claimant agrees and acknowledges that Claimant has reviewed the terms of this Release and does accept payment of the sum received pursuant to this Release as a full, complete, final, and binding compromise of matters involving disputed issues; that payment of the sum referred to in paragraph 3 above shall not be considered as an admission of any

liability or wrongdoings which liability or wrongdoing is expressly denied by SFC and SMU; and that no past or present wrongdoing on the part of SFC or SMU shall be implied by such payment or negotiations.

4.   **Nondisclosure.**

Claimant will keep confidential the terms and conditions of this Release.

5.   **Entire Agreement.**

This Release contains all of the conditions of release with regarding to the matters set forth herein, and the terms of this Release are contractual and not a mere recital.

6.   **Reading of Agreement.**

In entering into this Release, Claimant represents that Claimant has completely read all terms hereof and that such terms are fully understood and voluntarily accepted by him/her.

EXECUTED THIS 22 DAY OF AUGUST, 2001.

Subscribed and sworn to before me this 22 day of AUGUST, 2001.

Notary Public (SEAL)
Cook County, State of Illinois
My Commission Expires: 10/08/2001

"OFFICIAL SEAL"
CARRIE A. BERES
NOTARY PUBLIC STATE OF ILLINOIS
My Commission Expires 10/08/2001

FLNB Local Form 5

## **Exhibit Tag/ Cover Sheet**

Party submitting: ___Plaintiff___     Ex. # _31_

**Admitted: Yes  or    No  (circle one)**

**Debtor:** ___Julian Rodney Rooks Jr.___

**Case No.:** ___21-40139-KKS___

*Adv. No.:* _____

**Nature of Hearing/**
**Docket No:** _____

_____

**Dated** ____07/22____ , 20_21_ .

**By:** _____,   **Deputy Clerk**

```
*****************************************************************************
*                                                                          *
*                         TRANSACTION REPORT                               *
*                                                    AUG-22-01  03:37 PM   *
*            FOR: MAIL BOXES ETC              7093581447                   *
*                                                                          *
*    SEND                                                                  *
*                                                                          *
*  DATE   START    RECEIVER            PAGES     TIME     NOTE             *
*                                                                          *
*  AUG-22  03:36 PM  13024674052           3     1'09"    OK              *
*                                                                          *
*****************************************************************************
```

FLNB Local Form 5

## Exhibit Tag/ Cover Sheet

Party submitting: _Plaintiff_   Ex. # 32

Admitted: Yes  or  No  (circle one)

Debtor: _Julian Rodney Rooks Jr._

Case No.: _21-40139-KKS_

*Adv. No.:*_____

Nature of Hearing/
Docket No:_____

_____

Dated _07/22_ , 20_21_.

By:_____,  Deputy Clerk

MY COPY



SSN: 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

**A**

## EDUCATION PAYMENT PLAN
## RETAIL INSTALLMENT CONTRACT

Date of Contract: 1/17/01
Notice: If checked 1 / see separate Itemization of Amount Financed.
Services offered by:

### ST. MATTHEWS UNIVERSITY

| ANNUAL PERCENTAGE RATE The cost of your credit as a yearly rate | FINANCE CHARGE The dollar Amount the credit will cost you | AMOUNT FINANCED The Amount of credit provided to you or on your behalf | Total of Payments The Amount you will have paid after you have made all payments as scheduled | Total Sale Price The total cost of your purchase on credit including your down payment |
|---|---|---|---|---|
| 14.41 | $41,959.60 | $29,000.00 | $70,959.60 | |

Your payment schedule will be

**B**

| NUMBER OF PAYMENTS | AMOUNT OF PAYMENTS | WHEN PAYMENTS ARE DUE MONTHLY BEGINNING: e |
|---|---|---|
| | | First payment due date |
| 180 | 394.22 | 2/1/2001 |

Security: NONE
Late charges: If a payment is late, you will be charged 5% of the unpaid installment, or $5.00, which ever is less, but not less than $1.00
Prepayment: If you pay off early, you will not have to pay a penalty.

See this Consumer Credit Installment Contract for any additional information about nonpayment, default, any required repayment in full before the scheduled date and penalties.

e means estimate.

### ITEMIZATION OF AMOUNT FINANCED

| 1. Cash Price .......... $29,000.00 | 2. direct payments to school (if any)....... 0 | Amount Financed (1 minus 2) | Pre-Paid Finance Charge |
|---|---|---|---|
| Taxes on Sale (if any)....... 0 | Cash down payment (if any)....... 0 | | |
| Total Cash Price (including Taxes)...$29,000.00 | Total Down Payment ............ 0 | $29,000.00 | |

"You" or "your" means the Buyer(s) signed below. "Seller", "our" or "us" means the Seller listed below or anyone to whom Seller may assign (Sell) this agreement. " Agreement" and "Contract" mean this Retail Installment Contract.

You agree to buy from Seller the above described services for the Total Price shown ABOVE. By signing below, you agree to all of the terms contained in this agreement.

**Promise to Pay:** You promise to pay the Seller the Amount Financed, plus interest at a Rate of Charge equal to _____% per year, according to the schedule of payment shown above. Payments are due on the date indicated in the above Payment Schedule and on the same day of each following month until you pay in full, but if there is no corresponding date in the succeeding month, then on the last day of such succeeding month. A full monthly payment must be made each month. Any additional amounts paid, in excess of what is then due, will be applied to principal balance reduction due in the succeeding month. Each payment will not reduce the amount of the next monthly payment due. Each payment will be applied first to interest due, second to principal due, third to charges due, if any, and the remainder to the unpaid balance of the Principal Amount.

**Assignment:** Seller intends to assign (sell) all rights under this Agreement to Student Finance Corporation, whose address is Christiana Executive Campus, 111 Continental Drive, Suite 408, New
**Payment Due Date:** e means estimate. We estimate the payment due dates as yo
after the assignee of this Contract receives this signed contract. You must make a
of each month thereafter.

OTHER TERMS

RECEIVED AS [PLAINTIFF] / / DEFENDANT / / JOINT / /
EXHIBIT NO._____
CASE NO. _____
ADVERSARY NO. _____
FOR ID. _____ IN EVIDENCE _____
DATE REC'D

References to Seller in Paragraphs 1 through 3 shall be deemed to include any assignee of the Agreement.

SSN:

1. **Default:** You will be in default under this Agreement if any of the following events occur: (1) if you do not follow all of the terms of the Agreement; (2) if any installment of interest or principal under this Agreement is not paid when due; (3) if any representation or warranty made by you in this Agreement, or otherwise made by you, is not true, or if you do not perform your obligation under this agreement; or (4) if you die. Upon your default, Seller may, without notice to you, accelerate maturity under this Agreement and require that you immediately repay the entire unpaid balance due under this Agreement. If Seller finds it necessary to enforce this Agreement, to the extent permitted by applicable law, you will be obligated to pay reasonable attorney's fee and all costs of collection as awarded by the court or the arbitrator as the case may be. Interest after maturity will be at the rate provided for in this Agreement. In the event of your default, Seller may seek all the relief available, including garnishment of wages.

2. **Other Terms:** You warrant to the Seller that statements made in your Application are true and correct. You agree to notify us within a reasonable time after any change in your name, address or employment. You will send any notification to the address where you send your payments.

3. **Security Interest:** None.

4. **Late Payment Charge:** If payment is not received within ten (10) days after the due date, you will be charged a late charge of 5% of the unpaid installment or $5.00, whichever is less, but in no event less than $1.00 will be assessed. Such charge will be collected once on each such installment

5. **NSF Fee:** You agree to pay the holder of this Agreement a $20.00 fee for the return by depository institution of a dishonored check, negotiable order of withdrawal, or share draft issued in connection with this Agreement.

6. **Prepayment:** You may prepay in any amount at any time and you will not have to pay a penalty.

7. **Advance of Funds:** If you do not pay your scheduled payment on the payment due date, Seller may, at its sole discretion and from time to time, advance funds to the holder of this Agreement to cover such payment if such holder is not the Seller. This advance of funds by the Seller will be reflected as a payment on your next bill. You agree that you will repay this advance of funds to the Seller upon its demand. You can determine the amount you owe under this Agreement both to the holder of this Agreement and with respect to any advance of funds made by Seller at any time by calling our toll free number listed in this Agreement. Seller's advance of funds on your behalf on any one occasion does not obligate Seller to do so on subsequent occasions. Should you fail to repay the advance of funds to Seller upon its demand, Seller will have the same rights it has under this Agreement as if it had not transferred it to holder. Any amounts repaid under this Agreement will first be applied to repay the holder in full and then to pay any advance of funds by Seller.

8. **Usury:** If at any time the effective interest rate under this Agreement would, but for this paragraph, exceed the applicable maximum lawful rate, the effective interest rate under this Agreement shall be the maximum lawful rate, and any amount received by us in excess of such rate shall be applied to principal and then to fees and expenses, or, if no such amounts are owing, returned to you.

9. **Applicable Law; Conflict Between Documents:** This Agreement shall be governed by and construed under the laws of the state of Delaware without regard to that state's conflict of laws principles.

10. **ARBITRATION: IF ARBITRATION IS CHOSEN BY ANY PARTY WITH RESPECT TO A CLAIM, DISPUTE OR CONTROVERSY, NEITHER YOU NOR WE WILL HAVE THE RIGHT TO GO TO COURT OR TO HAVE A JURY TRIAL OR TO ENGAGE IN PRE-ARBITRATION DISCOVERY EXCEPT AS PROVIDED FOR IN THE NATIONAL ARBITRATION FORUM RULES. FURTHER, YOU WILL NOT HAVE THE RIGHT TO PARTICIPATE AS A RESPRESENTATIVE OR MEMBER OF ANY CLASS OF CLAIMANTS PERTAINING TO ANY CLAIM SUBJECT TO ARBITRATION. THE ARBITRATOR'S DECISION WILL GENERALLY BE FINAL AND BINDING. OTHER RIGHTS THAT YOU WOULD HAVE IF YOU WENT TO COURT MAY ALSO NOT BE AVAILABLE IN ARBITRATION. IT IS IMPORTANT THAT YOU READ THE ENTIRE ARBITRATION PROVISION CAREFULLY BEFORE SIGNING THIS CONTRACT.** Upon the demand of any party hereto, whether made before or after institution of any judicial proceeding, any claim or controversy arising out of or relating to this Agreement (a"Dispute") shall be resolved by binding arbitration conducted under and governed by the rules (the"Arbitration Rules") of the American Arbitration Association (the"AAA") and the Federal Arbitration Act. Disputes may include, without limitation, tort claims, counterclaims, a dispute as to whether a matter is subject to arbitration, claims brought as class action, or claims arising from documents executed in the future, A judgement upon the award may be entered in any court having jurisdiction. Special Rules: All arbitration hearings shall be conducted in a location near your residence. Arbitrators are required to follow applicable state or federal law. Rules and forms of the National Arbitration Forum may be obtained and all claims shall be filed at any National Arbitration Forum office, www.arb-forum.com, or P.O. Box 50191, Minneapolis, Minnesota

RECEIVED AS PLAINTIFF / / DEFENDANT / / JOINT / /
EXHIBIT NO._____
CASE NO._____
ADVERSARY NO._____
FOR ID._____ IN EVIDENCE_____
DATE REC'D

SSN: 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

NOTICE

ANY HOLDER OF THIS CONSUMER CREDIT CONTRACT IS SUBJECT TO ALL CLAIMS AND
DEFENSES WHICH THE DEBTOR COULD ASSERT AGAINST THE SELLER OF GOODS OR
SERVICES OBTAINED PURSUANT HERETO OR WITH THE PROCEEDS HEREOF. RECOVERY
HEREUNDER BY THE DEBTOR SHALL NOT EXCEED THE AMOUNT PAID BY THE DEBTOR
HEREUNDER.

NOTICE TO BUYER: (1) DO NOT SIGN THIS AGREEMENT BEFORE YOU READ IT OR IF IT CONTAINS
ANY BLANK SPACE. (2) YOU ARE ENTILED TO A COMPLETELY FILLED-IN COPY OF THIS
AGREEMENT. (3) UNDER THE LAW YOU HAVE THE RIGHT TO PAY OFF IN ADVANCE THE FULL
AMOUNT DUE. (4) IF YOU DESIRE TO PAY OFF IN ADVANCE THE FULL AMOUNT DUE, THE
AMOUNT WHICH IS OUTSTANDING WILL BE FURNISHED UPON REQUEST.

BUYER ACKNOWLEDGES RECEIPT OF A COPY OF THE COMPLETED CONTRACT

ST MATTHWES UNIVERSITY
Seller's Name (Printed)

JULIAN ROOKS
Buyer's Name (Printed)

Authorized Signature    Date

Signature    Date

Title

3648 DARTFORD LANE
Buyer's Address

Seller's Address

TALLAHASSEE, FL 32301
City    State    Zip

City    Sate    Zip

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
Buyer's Social Security Number

Telephone

850-656-4412
Telephone(Home) Telephone(work)

Seller's Address

TALLAHASSEE, FL 32301
City    State    Zip

City    Sate    Zip

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
Buyer's Social Security Number

Telephone

850-656-4412
Telephone(Home) Telephone(work)

CO-SIGNER SECURITY AGREEMENT: You, the person (or person) signing below as "Co-signer," promise to
pay to us, or to our order, at any of our Delaware offices, the Amount Financed, plus interest at the Rate of Charge,
shown on the front of this Contract. You intend to be legally bound by all the terms contained on the front and back
of this note, separately and together, with borrower. You are making the promise to induce us to make the loan to
the borrower, even though the proceeds will be used only for the Borrower's benefit. You agree that we may seek
immediate payment from you without making any prior demand for payment on the Borrower. You also
acknowledge receiving a copy of the "Notice to Co-signer" prior to the time you signed this Note and a complete
copy of this Note.

3648 DARTFORD LANE
TALLAHASSEE, FL 32311

JULIAN ROOKS SR.
Co-signer's Name (Printed)

Address

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
Social Security Number

Co-signer's Signature

Date

Co-signer's Name (Printed)

Address

Social Security Number

RECEIVED AS PLAINTIFF / / DEFENDANT / / JOINT / /
EXHIBIT NO._____
CASE NO. _____
ADVERSARY NO. _____
FOR ID. _____ IN EVIDENCE _____
DATE REC'D

Co-signer's Signature

Date

Witness

FLNB Local Form 5

## Exhibit Tag/ Cover Sheet

Party submitting: ___Plaintiff___   Ex. # _33_

Admitted: Yes  or   No  (circle one)

Debtor:___Julian Rodney Rooks Jr.___

Case No.:_____21-40139-KKS_____

*Adv. No.:*_____

Nature of Hearing/
Docket No:_____

_____

Dated      ___07/22___  , 20_21_.

By:_____,   Deputy Clerk

