FLNB Local Form 5

## Exhibit Tag/ Cover Sheet

Party submitting: ___Plaintiff___    Ex. # 34

**Admitted: Yes  or  No  (circle one)**

Debtor:___Julian Rodney Rooks Jr.___

Case No.:___21-40139-KKS___

*Adv. No.:*_____

**Nature of Hearing/**
**Docket No:**_____

_____

Dated ___07/22___ , 20_21_ .

By:_____,  **Deputy Clerk**



FLNB Local Form 5

### Exhibit Tag/ Cover Sheet

Party submitting: _Plaintiff_     Ex. # 35

Admitted: Yes  or   No  (circle one)

Debtor:___Julian Rodney Rooks Jr.___

Case No.:____21-40139-KKS_____

*Adv. No.:*_____

Nature of Hearing/
Docket No:_____

_____

Dated       07/22    , 2021.

By:_____,   Deputy Clerk

*Dr. Nancy Adamson    011-501-263-263    e- nadanson@smu.edu.bz*



**Cook County Hospital**
1835 W. Harrison St., Chicago, Illinois 60612-9985, Telephone 312/633-6000

*MON = BSIS    WED - MR. FRANCO*
*8:30    8:30*
*1700 WEST POLK    7TH FLOOR*
*ADMINISTRATION BLDG.    (8) 7308*
*R 401*

Dear Medical Student:

Thank you for your interest in our Medical Student Clerkship Programs. Senior elective clerkships may be available to qualified students for aggregate period not to exceed four (4) months

**Eligibility:** **You may apply for a senior clerkship listed on the reverse side of the application if:**

1. You are a current student in good standing and will be in the last year of the formal medical school program by the time you begin the clerkship; and

2. You have successfully completed the following core clerkships as indicated:

| Required Core Clerkships | Weeks |
|---|---|
| Surgery | 8 |
| Medicine | 8 |
| Pediatrics | 8 |
| Obstetrics/Gynecology | 8 |
| Psychiatry | 6 |

**To apply:** **The following must be submitted by the Medical School Dean:**

1. The completed application form, which must also be signed by the dean and school seal affixed;

2. An official transcript showing clerkships completed, number of weeks, and expected date of graduation.

Please Note: The application and transcript must be sent by the medical school. **Applications received directly from you will not be processed.**

If accepted, you must present documentation which satisfies our Infection Control requirements _prior to beginning the clerkship._

As a senior clerk, you'll become an active member of the medical, surgical or specialty team. You will attend teaching rounds and conferences; on clinical services you will be assigned to an be supervised by our resident and attending staff.

An Evaluation form from your medical school should be submitted to this office.

Any questions call (312) 633-7716. Please allow six (6) weeks for application processing.

Sincerely,

*Bernice B Hatchett*

Bernice B. Hatchett
Administrative Assistant
Planning, Education & Research

Encl.
8/18/99

*7308 FLOOR WED*
*2ND FLOOR*
*8:30*

*DR. NAGI*
*AN*
*R 401    LOUAGNE*

*312-572-3964*

*PIS*
*M.W. 8:30*

*M.W  BSIS*
*8:30*

*HR*

FLNB Local Form 5

### Exhibit Tag/ Cover Sheet

Party submitting: ___Plaintiff___    Ex. # 36

Admitted: Yes   or    No  (circle one)

Debtor:___Julian Rodney Rooks Jr.___

Case No.:_____21-40139-KKS_____

*Adv. No.:*_____

Nature of Hearing/
Docket No:_____

_____

Dated        ___07/22___ , 20_21_.

By:_____,    **Deputy Clerk**

| Student# | Year | Sem | Start Date | End Date | Hospital/Site | Core/Elective Name | Weeks | Eval | Prec. Score | Exam | Grade | Retake |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1199938 | 2001 | 3 | 10/29/2001 | 11/23/2001 | Jackson Park Hospital | Family Medicine Elective | 6 | H | 98 | 0.00 | | |
| 1199938 | 2002 | 1 | 4/3/2002 | 4/30/2002 | Cook County Hospital | Anestesiology Elective | 4 | | | 0.00 | | |
| 1199938 | 2002 | 1 | 3/4/2002 | 3/29/2002 | Jackson Park Hospital | Emergency Medicine Ele | 4 | H | 86 | 0.00 | | |
| 1199938 | 2002 | 1 | 11/26/2001 | 1/18/2002 | Jackson Park Hospital | Internal Medicine Elective | 8 | | | 0.00 | | |
| 1199938 | 2001 | 3 | 11/26/2001 | 1/18/2002 | Jackson Park Hospital | Nephrology Elective | 6 | HP | 85 | | | |
| 1199938 | 2002 | 1 | 1/21/2002 | 3/1/2002 | Jackson Park Hospital | Family Practice Core | 4 | | | | | |
| 1199938 | 2001 | 3 | 10/29/2001 | 11/23/2001 | Jackson Park Hospital | Psychiatry Core | 6 | HP | 88 | | | |
| 1199938 | 2001 | 2 | 6/25/2001 | 8/3/2001 | Jackson Park Hospital | Pediatrics Core | 6 | HP | 85 | | | |
| 1199938 | 2001 | 2 | 8/6/2001 | 9/14/2001 | Jackson Park Hospital | OB/GYN Core | 6 | HP | 82 | | | |
| 1199938 | 2001 | 3 | 9/17/2001 | 10/26/2001 | Jackson Park Hospital | Surgery Core | 12 | HP | 83 | 82.00 | HP | |
| 1199938 | 2001 | 1 | 1/8/2002 | 3/30/2001 | Jackson Park Hospital | Internal Medicine Core | 12 | HP | 88 | 0.00 | | |
| 1199938 | 2001 | 1 | 4/2/2001 | 6/22/2001 | Jackson Park Hospital | Internal Medicine Elective | 8 | H | 93 | 0.00 | | |
| 1199938 | 2001 | 3 | 11/26/2001 | 1/18/2002 | Jackson Park Hospital | Radiology Elective | | | | 0.00 | | |
| 1199938 | 2002 | 2 | 6/3/2002 | 6/28/2002 | Michael Reese | Radiology Elective | | | | 0.00 | | |
| 1199938 | 2002 | 2 | 5/6/2002 | 5/31/2002 | Cook County Hospital | Trauma Elective | 4 | | | 0.00 | | |

# ST. MATTHEWS UNIVERSITY SCHOOL OF MEDICINE
Ambergris Caye, Belize
Stateside office: 1750 W. Broadway St., Suite 114, Oviedo, FL 32765
Tel. 1(800)498-9700  Fax 1(800)565-7177

## CLINICAL CLERKSHIP HOSPITAL REPORTING FORM

Name of Student::          RODNEY ROOKS

Hospital Affiliate:   JACKSON PARK HOSPITAL, CHICAGO, ILLINOIS 60649.

Dates of Rotation:   11/26/01 - 01/18/02   Number of weeks in Rotation:   8

Rotation Specialty:          MEDICINE - ELECTIVE

Hospital Supervisor in Charge of Assessment:          T. OGBARA, MD

### Description of Student Character:

Demonstrated mastery of presentation. Well-read individual.

Rating of Student:

| | Excellent | Good | Average | Failure | Not Observed |
|---|---|---|---|---|---|
| Fund of Knowledge | | X | | | |
| Attendance | X | | | | |
| Dedication | X | | | | |
| Preparation | X | | | | |
| Motivation | X | | | | |
| Initiative | X | | | | |
| Quality of Work | X | | | | |
| Clinical Competency | X | | | | |
| Stress Management | X | | | | |
| Integrity | X | | | | |
| Overall Character | X | | | | |

Did student reach the rotation goals set by the Hospital and Teaching Staff: Yes  X   No _____
If not what were the problems that caused failure:

Grade Submitted for Rotation:   X  Honor _____  High Pass _____  Pass _____ Fail
   If grade is an honor or pass, please provide a numerical grade from 70 to 100:   93  .

Signature of Educational or Clinical Supervisor:

*J. Ogbara MD*

Title:          ATTENDING PHYSICIAN          Date:      February 11, 2002

# ST. MATTHEWS UNIVERSITY SCHOOL OF MEDICINE
Ambergris Caye, Belize
Stateside office: 1750 W. Broadway St., Suite 114, Oviedo, FL 32765
Tel. 1(800)498-9700  Fax 1(800)565-7177

## CLINICAL CLERKSHIP HOSPITAL REPORTING FORM

Name of Student::  _____ RODNEY  ROOKS _____

Hospital Affiliate:  __ JACKSON PARK HOSPITAL, CHICAGO, ILLINOIS, 60649, __

Dates of Rotation:  __ 09/17/01 - 10/26/01 __  Number of weeks in Rotation: ____ 6 __

Rotation Specialty:  _____ OBSTETRICS & GYNECOLOGY _____

Hospital Supervisor in Charge of Assessment:  _____ A. SHAH, MD. _____

Description of Student Character:

Very good student.

Rating of Student:

|                      | Excellent | Good | Average | Failure | Not Observed |
|----------------------|-----------|------|---------|---------|--------------|
| Fund of Knowledge    |           | ✓    |         |         |              |
| Attendance           |           | ✓    |         |         |              |
| Dedication           |           | ✓    |         |         |              |
| Preparation          |           | ✓    |         |         |              |
| Motivation           |           | ✓    |         |         |              |
| Initiative           |           | ✓    |         |         |              |
| Quality of Work      |           | ✓    |         |         |              |
| Clinical Competency  |           | ✓    |         |         |              |
| Stress Management    |           | ✓    |         |         |              |
| Integrity            |           | ✓    |         |         |              |
| Overall Character    |           | ✓    |         |         |              |

Did student reach the rotation goals set by the Hospital and Teaching Staff: Yes __✓__ No ____
If not what were the problems that caused failure:


Grade Submitted for Rotation:  _____ Honor _____ High Pass __✓__ Pass _____ Fail
   If grade is an honor or pass, please provide a numerical grade from 70 to 100:  __82__ .

Signature of Educational or Clinical Supervisor:

*A. Shah M.D.*

Title:  _____ ATTENDING PHYSICIAN _____  Date:  __ November 16, 2001 __

## ST. MATTHEWS UNIVERSITY SCHOOL OF MEDICINE
Ambergris Caye, Belize
Stateside office: 1750 W. Broadway St., Suite 114, Oviedo, FL 32765
Tel. 1(800)498-9700 Fax 1(800)565-7177

### CLINICAL CLERKSHIP HOSPITAL REPORTING FORM

Name of Student:: _____ RODNEY ROOKS _____

Hospital Affiliate: _____ JACKSON PARK HOSPITAL. CHICAGO, ILLINOIS. 60649. ____

Dates of Rotation: ____ 01/08/01 - 03/30/01 _____ Number of weeks in Rotation: ____ 12 ___

Rotation Specialty: _____ SURGERY _____

Hospital Supervisor in Charge of Assessment: _____ FRANK APANTAKU, MD. _____

Description of Student Character:

Very mature. Worked extremely hard during this rotation. Kept very good notes on his patients.

Rating of Student:

| | Excellent | Good | Average | Failure | Not Observed |
|---|---|---|---|---|---|
| Fund of Knowledge | ✓ | ✓ | | | |
| Attendance | ✓ | | | | |
| Dedication | ✓ | | | | |
| Preparation | ✓ | | | | |
| Motivation | ✓ | | | | |
| Initiative | | ✓ | | | |
| Quality of Work | | ✓ | | | |
| Clinical Competency | ✓ | | | | |
| Stress Management | ✓ | | | | |
| Integrity | | | | ✓ | |
| Overall Character | ✓ | | | | |

Did student reach the rotation goals set by the Hospital and Teaching Staff: Yes ✓ No _____
If not what were the problems that caused failure:

Grade Submitted for Rotation: ✓ Honor _____ High Pass _____ Pass _____ Fail _____
If grade is an honor or pass, please provide a numerical grade from 70 to 100: 92

Signature of Educational or Clinical Supervisor:

Apantaku MD.

Title: ATTENDING PHYSICIAN        Date: April 30, 2001 _____

# ST. MATTHEWS UNIVERSITY SCHOOL OF MEDICINE

Ambergris Caye, Belize
Stateside office: 1750 W. Broadway St., Suite 114, Oviedo, FL 32765
Tel. 1(800)498-9700  Fax 1(800)565-7177

## CLINICAL CLERKSHIP HOSPITAL REPORTING FORM

Name of Student:: _____ RODNEY ROOKS _____

Hospital Affiliate: ___ JACKSON PARK HOSPITAL, CHICAGO, ILLINOIS. 60649. ___

Dates of Rotation: ___ 01/21/02 - 03/01/02 ___ Number of weeks in Rotation: ___ 6 ___

Rotation Specialty: _____ NEPHROLOGY _____

Hospital Supervisor in Charge of Assessment: _____ A. GUPTA, MD. _____

Description of Student Character:

Quiet, hardworking individual with a mature sense of purpose. Delightful to work with..

Rating of Student:

| | Excellent | Good | Average | Failure | Not Observed |
|---|---|---|---|---|---|
| Fund of Knowledge | | ✓ | | | |
| Attendance | | ✓ | | | |
| Dedication | | ✓ | | | |
| Preparation | | ✓ | | | |
| Motivation | | ✓ | | | |
| Initiative | | ✓ | | | |
| Quality of Work | | ✓ | | | |
| Clinical Competency | | ✓ | | | |
| Stress Management | | ✓ | | | |
| Integrity | | ✓ | | | |
| Overall Character | | ✓ | | | |

Did student reach the rotation goals set by the Hospital and Teaching Staff: Yes __✓__ No _____
If not what were the problems that caused failure:

Grade Submitted for Rotation: _____ Honor __✗__ High Pass _____ Pass _____ Fail
    If grade is an honor or pass, please provide a numerical grade from 70 to 100: _____.

Signature of Educational or Clinical Supervisor:

A. Gupta MD

Title: _____ ATTENDING PHYSICIAN _____ Date: _____ March 13, 2002

# ST. MATTHEWS UNIVERSITY SCHOOL OF MEDICINE
Ambergris Caye, Belize
Stateside office: 1750 W. Broadway St., Suite 114, Oviedo, FL 32765
Tel. 1(800)498-9700 Fax 1(800)565-7177

## CLINICAL CLERKSHIP HOSPITAL REPORTING FORM

Name of Student:: _____ RODNEY ROOKS _____

Hospital Affiliate: _____ JACKSON PARK HOSPITAL, CHICAGO, ILLINOIS. 60649 _____

Dates of Rotation: _____ 03/04/02 - 03/29/02 _____ Number of weeks in Rotation: _____ 4

Rotation Specialty: _____ EMERGENCY MEDICINE _____

Hospital Supervisor in Charge of Assessment: _____ S. GUTERMANN, MD _____

Description of Student Character:

Punctual, dedicated and extremely hardworking.

Rating of Student:

| | Excellent | Good | Average | Failure | Not Observed |
|---|---|---|---|---|---|
| Fund of Knowledge | | ✓ | | | |
| Attendance | ✓ | | | | |
| Dedication | ✓ | | | | |
| Preparation | ✓ | | | | |
| Motivation | ✓ | | | | |
| Initiative | ✓ | | | | |
| Quality of Work | | ✓ | | | |
| Clinical Competency | | ✓ | | | |
| Stress Management | | ✓ | | | |
| Integrity | ✓ | | | | |
| Overall Character | | ✓ | | | |

Did student reach the rotation goals set by the Hospital and Teaching Staff: Yes ✓  No _____
If not what were the problems that caused failure:


Grade Submitted for Rotation: _____ Honor ✓ High Pass _____ Pass _____ Fail
    If grade is an honor or pass, please provide a numerical grade from 70 to 100: 86 .

Signature of Educational or Clinical Supervisor:

*S. Gutermann MD*

Title: _____ ATTENDING PHYSICIAN _____ Date: _____ April 15, 2002 _____

# ST. MATTHEWS UNIVERSITY SCHOOL OF MEDICINE

Ambergris Caye, Belize
Stateside office: 1750 W. Broadway St., Suite 114, Oviedo, FL 32765
Tel. 1(800)498-9700  Fax 1(800)565-7177

## CLINICAL CLERKSHIP HOSPITAL REPORTING FORM

Name of Student:: _____ RODNEY ROOKS _____

Hospital Affiliate: _____ JACKSON PARK HOSPITAL, CHICAGO, ILLINOIS, 60649 _____

Dates of Rotation: _____ 10/29/01 - 11/23/01 _____ Number of weeks in Rotation: _____ 6 _____

Rotation Specialty: _____ FAMILY MEDICINE _____

Hospital Supervisor in Charge of Assessment: _____ A. KESWANI, MD _____

**Description of Student Character:**

This student was extremely dedicated. He participated very actively in ward rounds discussions.

**Rating of Student:**

| | Excellent | Good | Average | Failure | Not Observed |
|---|---|---|---|---|---|
| Fund of Knowledge | | | | | |
| Attendance | ✓ | | | | |
| Dedication | ✓ | | | | |
| Preparation | ✓ | | | | |
| Motivation | ✓ | | | | |
| Initiative | ✓ | | | | |
| Quality of Work | ✓ | | | | |
| Clinical Competency | ✓ | | | | |
| Stress Management | | | | | |
| Integrity | ✓ | | | | ✓ |
| Overall Character | ✓ | | | | |

Did student reach the rotation goals set by the Hospital and Teaching Staff: Yes ✓ No _____
If not what were the problems that caused failure:

Grade Submitted for Rotation: ✓ Honor _____ High Pass _____ Pass _____ Fail
If grade is an honor or pass, please provide a numerical grade from 70 to 100: 98

Signature of Educational or Clinical Supervisor:

*A. Keswani, MD*

Title: _____ ATTENDING PHYSICIAN _____ Date: _____ December 10, 2001 _____

# ST. MATTHEWS UNIVERSITY SCHOOL OF MEDICINE

Ambergris Caye, Belize
Stateside office: 1750 W. Broadway St., Suite 114, Oviedo, FL 32765
Tel. 1(800)498-9700  Fax 1(800)565-7177

## CLINICAL CLERKSHIP HOSPITAL REPORTING FORM

Name of Student:: _____ RODNEY ROOKS

Hospital Affiliate: ___ JACKSON PARK HOSPITAL, CHICAGO, ILLINOIS, 60649.

Dates of Rotation:- ___ 08/06/01 - 09/14/01 ___ Number of weeks in Rotation: ___ 6

Rotation Specialty: _____ PEDIATRICS

Hospital Supervisor in Charge of Assessment: _____ V. JOHN, MD.

Description of Student Character:

Excellent student. Very caring, understanding and compassionate.

Rating of Student:

| | Excellent | Good | Average | Failure | Not Observed |
|---|---|---|---|---|---|
| Fund of Knowledge | | ✓ | | | |
| Attendance | | ✓ | | | |
| Dedication | | ✓ | | | |
| Preparation | ✓ | | | | |
| Motivation | ✓ | | | | |
| Initiative | ✓ | | | | |
| Quality of Work | | ✓ | | | |
| Clinical Competency | | ✓ | | | |
| Stress Management | | ✓ | | | |
| Integrity | | ✓ | | | |
| Overall Character | | ✓ | | | |

Did student reach the rotation goals set by the Hospital and Teaching Staff: Yes ✓ No ___
If not what were the problems that caused failure:

Grade Submitted for Rotation: _____ Honor ___ ✓ High Pass _____ Pass _____ Fail
If grade is an honor or pass, please provide a numerical grade from 70 to 100: ___ 85 ___

Signature of Educational or Clinical Supervisor:

_V. John___

Title: ___ ATTENDING PHYSICIAN ___ Date: ___ October 1, 2001

# ST. MATTHEWS UNIVERSITY SCHOOL OF MEDICINE

Ambergris Caye, Belize
Stateside office: 1750 W. Broadway St., Suite 114, Oviedo, FL 32765
Tel. 1(800)498-9700  Fax 1(800)565-7177

## CLINICAL CLERKSHIP HOSPITAL REPORTING FORM

Name of Student:: _____ RODNEY ROOKS _____

Hospital Affiliate: _____ JACKSON PARK HOSPITAL, CHICAGO, ILLINOIS, 60649 _____

Dates of Rotation: _____ 0402/01 - 06/22/01 _____ Number of weeks in Rotation: _____ 12

Rotation Specialty: _____ MEDICINE _____

Hospital Supervisor in Charge of Assessment: _____ JAYESH MADHANI, MD. _____

Description of Student Character:

A very likeable young man. He came well-prepared for rounds and classroom discussions.

Rating of Student:

| | Excellent | Good | Average | Failure | Not Observed |
|---|---|---|---|---|---|
| Fund of Knowledge | | ✓ | | | |
| Attendance | | ✓ | | | |
| Dedication | | ✓ | | | |
| Preparation | | ✓ | | | |
| Motivation | | ✓ | | | |
| Initiative | ✓ | | | | |
| Quality of Work | | | | | |
| Clinical Competency | | ✓ | | | |
| Stress Management | | ✓ | | | |
| Integrity | ✓ | | | | |
| Overall Character | ✓ | | | | |

Did student reach the rotation goals set by the Hospital and Teaching Staff: Yes ✓ No _____
If not what were the problems that caused failure:

Grade Submitted for Rotation: _____ Honor ✓ High Pass _____ Pass _____ Fail
If grade is an honor or pass, please provide a numerical grade from 70 to 100: ⊠ .

Signature of Educational or Clinical Supervisor:

*J. Madhani, MD.*

Title: _____ ATTENDING PHYSICIAN _____ Date: _____ July 30, 2001

# ST. MATTHEWS UNIVERSITY SCHOOL OF MEDICINE

Ambergris Caye, Belize
Stateside office: 1750 W. Broadway St., Suite 114, Oviedo, FL 32765
Tel. 1(800)498-9700  Fax 1(800)565-7177

## CLINICAL CLERKSHIP HOSPITAL REPORTING FORM

Name of Student:: _____ RODNEY ROOKS _____

Hospital Affiliate: _____ JACKSON PARK HOSPITAL, CHICAGO, ILLINOIS, 60649 _____

Dates of Rotation: _____ 06/25/01 - 08/03/01 _____ Number of weeks in Rotation: _____ 6 _____

Rotation Specialty: _____ PSYCHIATRY _____

Hospital Supervisor in Charge of Assessment: _____ T. RANGANATHAN, MD. _____

**Description of Student Character:**

Attended all classroom seminars. Was very attentive during the clinics and ward rounds..

**Rating of Student:**

| | Excellent | Good | Average | Failure | Not Observed |
|---|---|---|---|---|---|
| Fund of Knowledge | | ✓ | | | |
| Attendance | ✓ | | | | |
| Dedication | ✓ | | | | |
| Preparation | ✓ | | | | |
| Motivation | ✓ | | | | |
| Initiative | ✓ | | | | |
| Quality of Work | | ✓ | | | |
| Clinical Competency | ✓ | | | | |
| Stress Management | ✓ | | | | |
| Integrity | ✓ | | | | |
| Overall Character | ✓ | | | | |

Did student reach the rotation goals set by the Hospital and Teaching Staff: Yes ✓ No _____
If not what were the problems that caused failure:

Grade Submitted for Rotation: _____ Honor ✓ High Pass _____ Pass _____ Fail
If grade is an honor or pass, please provide a numerical grade from 70 to 100: ⊠⊠

Signature of Educational or Clinical Supervisor:

*J. Ranganathan m.b.*

Title: _____ ATTENDING PHYSICIAN _____ Date: _____ August 30, 2001 _____

ST. MATTHEW'S UNIVERSITY SCHOOL OF MEDICINE OFFICIAL TRANSCRIPT
ST. MATTHEW'S UNIVERSITY SCHOOL OF MEDICINE OFFICIAL TRANSCRIPT

# St. Matthew's University School of Medicine

## TRANSCRIPT OF ACADEMIC RECORD

P.O. Box 1150, San Pedro Town, Ambergris Caye, Belize

| Student Number | Student Name | | | Gender |
|---|---|---|---|---|
| 1199038 | JULIAN RODNEY ROOKS | | | M |

| Address | Country of Birth | Place of Birth |
|---|---|---|
| 8407 Penny Lane, Ft Pierce<br>FL<br>USA | USA | Cape Canaveral, Florida |

| Enrolment Date | Anticipated Date | Date of Birth | External Advisor |
|---|---|---|---|
| Friday, January 01, 1999 | | Wednesday, November 30, 1966 | |

| Course Title | Estimated Hours | Grade | | Degree Conferred | | No. Of Hours | Grade Obtained |
|---|---|---|---|---|---|---|---|
| **Fall 1999** | | | | | | | |
| Bioethics | 2 | TC | | | | | |
| Embryology | 2 | TC | | | | | |
| Histology & Histcytlhysiology | 4 | TC | | | | | |
| Physiology | 7 | TC | | | | | |
| Biochemistry | 8 | TC | | | | | |
| Clinical Medicine I | 1 | TC | | | | | |
| Medical Terminology | 1 | TC | | | | | |
| Clinical Medicine II | 1 | TC | | | | | |
| Biostatistics | 2 | TC | | | | | |
| Endocrinology | 2 | TC | | | | | |
| Molecular & Cell Biology | 6 | TC | | | | | |
| Gross Anatomy I | 6 | TC | | | | | |
| **Spring 1999** | | | | **Spring 2001** | | | |
| Clinical Medicine III | 1 | P | | Surgery Core | | 12 | P |
| Clinical Medicine IV | 2 | P | | | | | |
| Genetics | 2 | P | | **Summer 2001** | | | |
| **Summer 1999** | | | | Internal Medicine Core | | 12 | P |
| Pharmacology | 6 | P | | | | | |
| General Pathology | 7 | P | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| CP=Conditional Pass | C=Credit granted | F=Failure | H=Honors | HP=High Pass | I=Incomplete | P=PASSED COURSE | TC=Transfer |
| Credit | W=WITHDRAW | WF=WITHDRAW FAILING | | | |

ST. MATTHEW'S UNIVERSITY SCHOOL OF MEDICINE OFFICIAL TRANSCRIPT    ST. MATTHEW'S UNIVERSITY SCHOOL OF MEDICINE OFFICIAL TRANSCRIPT

# St. Matthew's University School of Medicine

## TRANSCRIPT OF ACADEMIC RECORD

P.O. Box 150, San Pedro Town, Ambergris Caye, Belize

| Student Number | Student Name |
|---|---|
| 1199038 | JULIAN RODNEY ROOKS |

**Address:**
8407 Penny Lane, Ft Pierce
FL
USA

| Citizenship | Gender |
|---|---|
| USA | M |

| Date of Birth | Place of Birth |
|---|---|
| Wednesday, November 30 1966 | Cape Canaveral, Florida |

| Enrolment Date | Graduation Date | Degree Conferred | ECFMG Number |
|---|---|---|---|
| Friday, January 01, 1999 | | | |

|  |  |  |
|---|---|---|
| Psychopathology | 4 | P |
| Nutrition | 1 | P |
| **Fall 1999** | | |
| Immunology | 2 | P |
| USMLE Review | 7 | P |
| Microbiology | 5 | P |
| Clinical Pathology | 9 | P |
| Clinical Medicine V | 4 | P |
| Neuroscience | 6 | P |

**Total Credits** 94

[signature]

Nancy Adamson, Ph.D.
Registrar

| CP=Conditional Pass | Cr=Credit granted | F=Failure | H=Honors | HP=High Pass | I=Incomplete | P=PASSED COURSE | TC=Transfer |
|---|---|---|---|---|---|---|---|
| Credit | W=WITHDRAW | WF=WITHDRAW FAILING | | | | | |

08 02 04:56p                                                                        P.2

ST. MATTHEW'S UNIVERSITY SCHOOL OF MEDICINE OFFICIAL TRANSCRIPT • ST. MATTHEW'S UNIVERSITY SCHOOL OF MEDICINE OFFICIAL TRANSCRIPT

# St. Matthew's University School of Medicine

## TRANSCRIPT OF ACADEMIC RECORD

P.O. Box 150, San Pedro Town, Ambergris Caye, Belize

| Student Number | Student Name | Gender |
|---|---|---|
| 1199938 | JULIAN RODNEY ROOKS | M |

| Address | Date of Birth | Place of Birth |
|---|---|---|
| 8407 Penny Lane, Ft. Pierce | Wednesday, November 30, 1966 | Cape Canaveral, Florida |
| FL | | |
| USA | | |

| Enrolment Date | Date Left School | Degree Conferred | Date Conferred |
|---|---|---|---|
| Friday, January 01, 1999 | | | |

| Course Title | Semester Hours | Grade | Category | Enr. Semester | Grade Received |
|---|---|---|---|---|---|
| Bioethics | 2 | TC | Spring 2001 | | |
| Embryology | 2 | TC | Surgery Core | 12 | P |
| Histology & Histophysiology | 4 | TC | Summer 2001 | | |
| Physiology | 7 | TC | Internal Medicine Core | 12 | P |
| Biochemistry | 6 | TC | | | |
| Clinical Medicine I | 1 | TC | | | |
| Medical Terminology | 1 | TC | | | |
| Clinical Medicine II | 1 | TC | | | |
| Biostatistics | 2 | TC | | | |
| Endocrinology | 2 | TC | | | |
| Molecular & Cell Biology | 5 | TC | | | |
| Gross Anatomy I | 6 | TC | | | |
| **Spring 1999** | | | | | |
| Clinical Medicine III | 1 | P | | | |
| Clinical Medicine IV | 2 | P | | | |
| Genetics | 2 | P | | | |
| **Summer 1999** | | | | | |
| Pharmacology | 6 | P | | | |
| General Pathology | 7 | P | | | |

CP=Conditional Pass    Cr=Credit granted    F=Failure    H=Honors    HP=High Pass    I=Incomplete    P=PASSED COURSE    TC=Transfer
Credit    W=WITHDRAW    WF=WITHDRAW FAILING

08 02 04:56p

ST. MATTHEW'S UNIVERSITY SCHOOL OF MEDICINE OFFICIAL TRANSCRIPT   ST. MATTHEW'S UNIVERSITY SCHOOL OF MEDICINE OFFICIAL TRANSCRIPT

# St. Matthew's University School of Medicine

## TRANSCRIPT OF ACADEMIC RECORD

P.O. Box 160, San Pedro Town, Ambergris Caye, Belize

| Student Name: 1199938 | Student Name: JULIAN RODNEY ROOKS | | Country: USA |
| --- | --- | --- | --- |
| Address: 5407 Penny Lane, Ft Pierce | | | Gender: N |
| FL | | | |
| USA | | Date Of Birth: Wednesday, November 30, 1966 | Place of Birth: Cape Canaveral, Florida |
| Enrollment Date: Friday, January 01, 1999 | | Degree Conferred: | Date Of Transfer: |

| Graduation Code: | | | | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- |
| Psychopathology | 4 | P | | | | | |
| Nutrition | 1 | P | | | | | |
| **Fall 1999** | | | | | | | |
| Immunology | 2 | P | | | | | |
| USMLE Review | 7 | P | | | | | |
| Microbiology | 5 | P | | | | | |
| Clinical Pathology | 8 | P | | | | | |
| Clinical Medicine V | 4 | P | | | | | |
| Neuroscience | 6 | P | | | | | |
| **Total Credits** | 94 | | | | | | |

Nancy Adamson, Ph.D.
Registrar

CP=Conditional Pass   C=Credit granted   F=Failure   H=Honors   HP=High Pass   I=Incomplete   P=PASSED COURSE   TC=Transfer
Credit   W=WITHDRAW   WF=WITHDRAW FAILING

FLNB Local Form 5

## Exhibit Tag/ Cover Sheet

Party submitting: ___Plaintiff___    Ex. # _37_

**Admitted: Yes  or   No  (circle one)**

Debtor:___Julian Rodney Rooks Jr.___

Case No.:____21-40139-KKS____

*Adv. No.:*_____

**Nature of Hearing/**
**Docket No:**_____

_____

Dated    ___07/22___ , 20_21_.

By:_____,   **Deputy Clerk**

2555 S. Dr. Martin Luther King Drive
Chicago, Illinois 60616


*Advocate Health Center*

To whom it may concern

It is with pleasure that I write this letter of recommendation for Julian Rodney Rooks. I had the chance to observe and evaluate him while he completed an Internal Medicine/hospitalist rotation with me. Rodney has a very versatile professional background and he puts his past exposure and experiences in different aspects of the medical profession to good use, particularly in his interactions with patients and their families, he also works very well as a member of a large medical team, this again I believe stems from his extensive exposure and experience that he brings with him.

I found him to be knowledgeable and always keen to learn more. I believe he will be an excellent physician and will bring to the profession extraordinary characteristics in terms of dedication to patient care, eagerness to learn, motivation and professional manners.

Rodney was well liked by nurses and other medical staff; every one found him kind and pleasant to work with.

I highly recommend Rodney Rooks for your position, and I wish him a long and successful medical career.

If you have any questions, please feel free to page me at (312) 713-2174.

Sincerely,

Waqar Mian , M.D.

Attending Hospitalist/Lead Physician

Advocate health center  Sykes

WASAW MANCTYO?

2555 S. Dr. Martin Luther King Drive
Chicago, Illinois 60616

Advocate Health Center

JULIAN RODNEY ROOKS
124 WEST WASHINGTON BOULEVA
OAK PARK IL 60302

FLNB Local Form 5

## Exhibit Tag/ Cover Sheet

Party submitting: __Plaintiff__     Ex. # _38_

**Admitted: Yes  or    No  (circle one)**

**Debtor:**__ Julian Rodney Rooks Jr.__

Case No.:_____ 21-40139-KKS_____

*Adv. No.:*_____

**Nature of Hearing/
Docket No:**_____

_____

Dated _____07/22_____ , 20_21_.

By:_____,   **Deputy Clerk**



ST. MATTHEW'S UNIVERSITY
GRAND CAYMAN

SCHOOL OF MEDICINE
M C M X C V I I
BRITISH WEST INDIES

Dear Graduates and Families,

As our graduation date of May 3rd, 2003 is fast approaching, I thought I might share with you your Board of Directors thoughts on the upcoming event. As you know we began our operations in the Cayman Islands in May of this year. It was with a great deal of national pride to the Caymanian government and people that St. Matthews University located in their beloved Country. Through the support of the Caymanian government on the whole and especially thru the Minister of Education's office the start up of St. Matthews University Cayman became a reality and the critical process of accreditation flowed smoothly and successfully.

This upcoming May will mark our first year anniversary in the Cayman Islands and what better way to celebrate our success and show our appreciation to Grand Cayman than to have our first graduating class presented to the Caymanian government and people with all due pomp and circumstance. Our keynote speaker will be the Minister of Education, Human Resources & Culture the Honorable Roy Bodden. We expect many more representatives of the Caymanian government to attend as well as the Governor and First Lady.

The ceremony will be held from 10 a.m. – 12:30 p.m. at the Governor's Ballroom at the Westin Casuarina Hotel on Grand Cayman and will be followed by a champagne reception on the lawn overlooking the Caribbean Sea.

Besides attracting local dignitaries to honor our graduates, key members of our faculty from our Windham Maine campus and our clinical preceptors from all over the U.S. will be in attendance.

We realize that many of you have not had the opportunity to visit Grand Cayman. It is important as graduates of St. Matthews University that you are able to spiritually connect with the University that is on your diploma (St. Matthews University Cayman), to see your basic science campus, to feel forever linked to your alma mater. To this end, to help relieve some of the financial burden, the Board of Directors has authorized St. Matthews University to pay for a two night stay (Friday, May 2nd and Saturday, May 3rd) at either the Holiday Inn Grand Cayman or its equivalent for each of our graduates that is able to attend the ceremony*.

We truly hope that you will allow us to honor you this May by attending your ceremony, allow us to give you and your family a tour of your medical school, that you will use this opportunity to renew old friendships, make new ones and interact with the faculty, students and staff. Your Board of Directors is confident that when the sun sets on May 3rd you will have a new sense of pride on where you have come from and what you have accomplished, a new sense of confidence on where you are going and will have caught the spirit of your "new" St. Matthew's University School of Medicine Grand Cayman.

Sincerely,

Michael A. Harris, M.D., F.A.C.O.G.
Chairman, President, C.E.O.

*As soon as the exact number of graduates who will be attending is known the location of the hotel will be announced. All graduates must let the Oviedo office know of their plan to attend by April 15, 2003 to participate in this special offer. Proof of intention is required in the form of a faxed copy of an airline ticket with the graduates name and date.

FLNB Local Form 5

## Exhibit Tag/ Cover Sheet

Party submitting: ___Plaintiff___   Ex. # _39_

Admitted: Yes  or   No  (circle one)

Debtor:___Julian Rodney Rooks Jr.___

Case No.:____21-40139-KKS____

*Adv. No.:*_____

**Nature of Hearing/
Docket No:**_____

_____

Dated ____07/22____ , 20_21_.

By:_____, **Deputy Clerk**

# St Matthew s University School of Medicine
## Intent to Graduate Form

✓Mr._ Mrs._ Ms. JULIAN RODNEY ROOKS JR. ss# 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

Address (Which Diploma can be mailed to) 1938 BUCKWOOD DRIVE

City TALLAHASSEE State FL Zip 32301 Hometown _____

Phone# 850-656-8293 Cell# 850-339-1079

Print full name including middle name:

JULIAN RODNEY ROOKS Jr

Term you anticipate graduating; Spring (April) 20___ Summer (August) 20___ Winter (December) 20___

Student's Signature _____ Date 06/01/03

Do you intend to attend the graduation ceremony? (In the Spring) ____ Yes ____ No

Height: 5'10" Weight: 178 Chest Diameter: 40" Head Circumference: _____

If yes, will family/guests attend as well? _____ Yes _____ No How Many _____
Comments:
_____
_____

Board Scores:    STEP 1 _____ STEP 2 _____ CSA _____ TOEFL _____

Residency Information:

Hospital: _____ Contact: _____

Address: _____ City _____ State ____ Zip _____

Specialty: _____ Phone: _____

Student Address: _____ City_____

State _____ Zip _____ Phone _____ Email address _____

May students contact you via email in regard to your experiences? ____Yes ____ No

E-Mail Address: travmagrod2003@yahoo.com

Comments:
_____
_____

To Be Completed By SMU.

**Admissions Office:**          Admission Folder Complete:___ Yes ___ No

Admissions Office Signature: _____ Date: _____

Comments: _____

==================================================================================

**Clinical Sciences Office:**     Clinical Sciences Folder Complete:     ___Yes     ___No

Clinical Sciences Office Signature: _____ Date: _____

Comments: _____

==================================================================================

**Registrars Office:**     Folders Complete: _____ Yes _____ No

Conditions:_____

Registrars Office Signature: _____ Date: _____

Comments: _____


**Accounting Department Information**

Balance Due: _____Yes _____ No                              _____ Amount

Graduation Fee Paid: _____ Yes _____ No

Conditions/Terms: _____


_____

_____Comments:

_____

_____

_____


President  X

# St. Matthew's University
## Clinical Core Registration Form

**Note: All students are required to register. Any student who proceeds in a rotation without registration will NOT receive credit for that rotation. Any student who does not appear for an assigned core rotation is subject to a forfeiture of tuition for the semester.**

| Last Name | First Name | Middle Name | Social Security # | Semester 6 thru 10 |
|---|---|---|---|---|
| ROOKS | JULIAN | RODNEY | 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 | |

| Permanent Address | | Current Address | |
|---|---|---|---|
| 1938 BUCKWOOD DRIVE | TALLAHASSEE, FL 32301 | SAME | |

| Phone Number | Cell Phone Number | E-Mail Address |
|---|---|---|
| 850-656-8293 | 850-339-1079 | traumarod2003@yahoo.com |

| Emergency Name | Relationship | Emergency Number |
|---|---|---|
| KIMBERLY ROOKS | SPOUSE | 850-656-4412 ABOVE OR |

| Semester – 6 | | Semester – 7 | | Semester – 8 | |
|---|---|---|---|---|---|
| Core: SURGERY | | Core: INTERNAL MEDICINE | | Core: PSYCHIATRY | |
| Start Date: 01-08-01 | Weeks: 12 | Start Date: 04-02-01 | Weeks: 12 | Start Date: 06-25-01 | Weeks: 6 |
| Completion Date: 03-30-01 | | Completion Date: 06-22-01 | | Completion Date: 08-03-01 | |
| Site: JACKSON PARK | | Site: JACKSON PARK | | Site: | |
| Core: | | Core: | | Core: PEDIATRICS | |
| Start Date: | Weeks: | Start Date: | Weeks: | Start Date: 08-06-01 08-06-01 | Weeks: 6 |
| Completion Date: | | Completion Date: | | Completion Date: 09-14-01 | |
| Site: | | Site: | | Site: | |

| Semester – 9 | | Semester – 10 | |
|---|---|---|---|
| ~~Elective/Selective:~~ CORE : | | Elective/Selective: | |
| OB-GYN | | NEPHROLOGY | |
| Start Date: | Weeks: | Start Date: | Weeks: |
| 09-17-01 | 6 | 01-21-02 | 6 |
| Completion Date: | | Completion Date: | |
| 10-26-01 | | 03-01-02 | |
| Site: | | Site: | |
| | | | |
| Elective/Selective/CORE? | | Elective/Selective: | |
| FAMILY PRACTICE | | EMERGENCY MEDICINE  3-4-02 TO 3-29-02 (4 WEEKS)  VASCULAR SURGERY  4-3-02 TO 4-26-02 (4 WEEKS) | |
| Start Date: | Weeks: | Start Date: | Weeks: |
| 10-29-01 | 4 | | |
| Completion Date: | | Completion Date: | |
| 11-23-01 | | | |
| Site: | | Site:  EMERGENCY MEDICINE –  VASCULAR SURGERY – | |
| Elective/Selective: | | Elective/Selective:  TRAUMA  5-06-02 TO 5-31-02 (4 WEEKS)  INFECTIOUS DISEASE  6-03-02 TO 6-28-02 (4 WEEKS) | |
| INTERNAL MEDICINE | | | |
| Start Date: | Weeks: | Start Date: | Weeks: |
| 11-26-01 | 8 | | |
| Completion Date: | | Completion Date: | |
| 01-18-02 | | | |
| Site: | | Site:  TRAUMA – COOK COUNTY HOSPITAL  INFECTIOUS DISEASE – | |

Cores:
46 Weeks:
4 – weeks    Family Practice
6 – weeks    Pediatrics
6 – weeks    OB/GYN
6 – weeks    Psychiatry
12 – weeks    Internal Medicine
12 – weeks    Surgery

Selective/Electives:
30 Weeks:
Selectives – 16 weeks – done in
  4, 6, or 8 week increments.
Electives – 14 weeks – done in
  4, 6, or 8 week increments.

76 weeks total.

Student Signature: _____    Date: 06/24/03

FLNB Local Form 5

## Exhibit Tag/ Cover Sheet

Party submitting: ___Plaintiff___    Ex. # _40_

Admitted: Yes  or    No  (circle one)

Debtor:___Julian Rodney Rooks Jr.___

Case No.:_____21-40139-KKS_____

*Adv. No.*:_____

Nature of Hearing/
Docket No:_____

_____

Dated        ___07/22___  , 20_21_ .

By:_____,    Deputy Clerk

08/27/2003 11:15  FAX 8770783                    EASY MAIL MAHAN                    P01

```
***************************
***** ACTIVITY REPORT *****
***************************
```

TRANSMISSION OK

TX/RX NO.            0086
CONNECTION TEL
CONNECTION ID
START TIME          06/27 11:14
USAGE TIME          01'27
PAGES                4
RESULT              OK

FLNB Local Form 5

## Exhibit Tag/ Cover Sheet

Party submitting: ___Plaintiff___     Ex. # _41_

Admitted: Yes  or    No  (circle one)

Debtor:___Julian Rodney Rooks Jr.___

Case No.:_____21-40139-KKS_____

*Adv. No.:*_____

**Nature of Hearing/
Docket No:**_____

_____

Dated       ___07/22___  , 20_21_.

By:_____,    Deputy Clerk



Date: 6 / 30 / 10

Name: Rooks, Rodney

Phone: _____

Number of Pages: 5

Charges: $ 4 .00

# kinko's®

**TAP INTO THE NETWORK.™**
666-2 West Tennessee St.
Tallahassee, Florida 32304
Phone (850) 681-6221 • Fax (850) 222-8510

Received    Jun-30-03 03:33pm    From-    To-Kinkos 2202    Page 001

Fax to Rodney
Koob.

$850-

$\partial\partial\partial$ –

8510

5 pages
6/30/03

Feb-12 1996  6:51AM    No. 0714    P. 1

St. Matthew's University

School of Medicine
1750 West Broadway St. Suite 114
Oviedo, Florida 32765
USA

# Invoice

| DATE | INVOICE # |
| --- | --- |
| 12/18/2001 | 6448 |

**BILL TO**

Julian Rooks
3648 Dartmouth Lane
Tallahassee. FL 32311

| DESCRIPTION | AMOUNT |
| --- | --- |
| Tuition Fees – January 2002 | 6,400.00 |
| Administration Fee | 175.00 |

Please Remit Payment To:

St. Matthew's University School of Medicine
Suite 114
1750 West Broadway Street
Oviedo FL 32765

| | |
| --- | --- |
| Total  $US | $6,575.00 |
| Payments/Credits | $-2,375.08 |
| Balance Due | $4,199.92 |

Received   Jun-30-03 03:33pm   From-   To-Kinkos 2022   Page 003

St. Matthew's University (Cayman) Ltd.

# Statement

1005 College Boulevard West, Suite B
Niceville, Florida 32578
USA

| Date |
| --- |
| 6/27/2003 |

| To: |
| --- |

Julian Rooks
124 W Washington Blvd
Oak Park IL 60302

| | Amount Due | Amount Enc. |
| --- | --- | --- |
| | $21,199.92 | |

| Date | Transaction | Amount | Balance |
| --- | --- | --- | --- |
| 05/27/2000 | Balance forward | | 0.00 |
| 03/31/2002 | INV #983. Due 03/31/2002. | 4,199.92 | 4,199.92 |
| | Opening Balance | | |
| | --- zOpenBalance $4,199.92 | | |
| 04/01/2002 | INV #157. Due 04/01/2002. | 6,575.00 | 10,774.92 |
| | Tuition Fees - May 2002 | | |
| | --- Clinical $6,400.00 | | |
| | --- Admin $175.00 | | |
| 05/31/2002 | INV #FC 41. Due 05/31/2002. | 0.00 | 10,774.92 |
| | VOID: Finance Charge | | |
| | Fin Chg $0.00 | | |
| | --- Invoice #157 for 6,575.00 on 04/01/2002 | | |
| 09/01/2002 | INV #1773. Due 09/01/2002. | 6,575.00 | 17,349.92 |
| | Tuition - Clinical Science September 2002 | | |
| | --- CL092002. $6,400.00 | | |
| | --- Admin $175.00 | | |

| Current | 1-30 Days Past Due | 31-60 Days Past Due | 61-90 Days Past Due | Over 90 Days Past Due | Amount Due |
| --- | --- | --- | --- | --- | --- |
| 0.00 | 0.00 | 0.00 | 0.00 | 21,199.92 | $21,199.92 |

Feb-12-1996  6:51AM   No.0714   P. 3

Received   Jun-30-03 03:33pm   From—   To-Kinkos 2202   Page 004

St. Matthew's University (Cayman) Ltd.

1005 College Boulevard West, Suite B
Niceville, Florida 32578
USA

# Statement

| Date |
|------|
| 6/27/2003 |

| To: |
|-----|

Julian Rooks
124 W Washington Blvd
Oak Park IL 60302

| | Amount Due | Amount Enc. |
|---|---|---|
| | $21,199.92 | |

| Date | Transaction | Amount | Balance |
|------|-------------|--------|---------|
| 09/09/2002 | INV #2211. Due 09/09/2002.<br>Selective/Senior Elective Rotation Charge<br>--- Electives, 8 @ $250.00 = 2,000.00<br>--- MEDICINE-ELECTIVE Affiliated Institute for Medical Education 11/26/02 - 1/18/02<br>(8 weeks @ $250/wk.)<br>--- Electives, 6 @ $250.00 = 1,500.00<br>--- NEPHROLOGY- Affiliated Institute for Medical Education 1/21/02 - 3/1/02<br>(6 weeks @ $250/wk.)<br>--- Electives, 4 @ $250.00 = 1,000.00<br>--- EMERGENCY ROOM-Affiliated Institute for Medical Education 3/4/02 - 3/29/02<br>(4 weeks @ $250/wk.)<br>--- Electives, 4 @ $250.00 = 1,000.00<br>--- VASCULAR-Affiliated Institute for Medical Education 4/1/02 - 4/26/02<br>--- (4 weeks @ $250/wk.)<br>--- Electives, 4 @ $250.00 = 1,000.00<br>--- INFECTION-Affiliated Institute for Medical Education 6/3/02 - 6/28/02<br>-- (4 weeks @ $250/wk.)<br>--- SMU Allowance, 26 @ $125.00 = -3,250.00 | 3,250.00 | 20,599.92 |
| 09/09/2002 | INV #2502. Due 09/09/2002.<br>Late Fees<br>--- Late Fee $100.00 | 100.00 | 20,699.92 |
| 09/12/2002 | INV #2265. Due 09/12/2002.<br>Malpractice Insurance<br>--- MP $200.00 | 200.00 | 20,899.92 |

| Current | 1-30 Days Past Due | 31-60 Days Past Due | 61-90 Days Past Due | Over 90 Days Past Due | Amount Due |
|---------|--------------------|--------------------|--------------------|----------------------|------------|
| 0.00 | 0.00 | 0.00 | 0.00 | 21,199.92 | $21,199.92 |

Page 2

Feb-12-1998  6:52AM

No.0714   P. 4

St. Matthew's University (Cayman) Ltd.

1005 College Boulevard West, Suite B
Niceville, Florida 32578
USA

# Statement

| Date |
| --- |
| 6/27/2003 |

| To: |
| --- |

Julian Rooks
124 W Washington Blvd
Oak Park IL 60302

| Amount Due | Amount Enc. |
| --- | --- |
| $21,199.92 | |

| Date | Transaction | Amount | Balance |
| --- | --- | --- | --- |
| 09/16/2002 | INV #2503. Due 09/16/2002.<br>Late Fees<br>--- Late Fee $100.00 | 100.00 | 20,999.92 |
| 09/23/2002 | INV #2504. Due 09/23/2002.<br>Late Fees<br>--- Late Fee $100.00 | 100.00 | 21,099.92 |
| 09/30/2002 | INV #2505. Due 09/30/2002.<br>Late Fees<br>--- Late Fee $100.00 | 100.00 | 21,199.92 |
| 10/31/2002 | INV #FC 268. Due 10/31/2002.<br>VOID. Finance Charge<br>--- Fin Chg $0.00<br>--- Invoice #983 for 4,199.92 on 03/31/2002<br>--- Invoice #157 for 6,575.00 on 04/01/2002<br>--- Invoice #1773 for 6,575.00 on 09/01/2002<br>--- Invoice #2211 for 3,250.00 on 09/09/2002<br>--- Invoice #2502 for 100.00 on 09/09/2002<br>--- Invoice #2265 for 200.00 on 09/12/2002<br>--- Invoice #2503 for 100.00 on 09/16/2002<br>--- Invoice #2504 for 100.00 on 09/23/2002<br>--- Invoice #2505 for 100.00 on 09/30/2002 | 0.00 | 21,199.92 |

| Current | 1-30 Days Past Due | 31-60 Days Past Due | 61-90 Days Past Due | Over 90 Days Past Due | Amount Due |
| --- | --- | --- | --- | --- | --- |
| 0.00 | 0.00 | 0.00 | 0.00 | 21,199.92 | $21,199.92 |

Page 3

FLNB Local Form 5

### Exhibit Tag/ Cover Sheet


Party submitting: ___Plaintiff___    Ex. # _42_

Admitted: Yes  or   No  (circle one)

Debtor: ___Julian Rodney Rooks Jr.___

Case No.: ___21-40139-KKS___

*Adv. No.:*_____

Nature of Hearing/
Docket No:_____

_____


Dated      ___07/22___  , 20_21_.

By:_____,   **Deputy Clerk**

# FO4000001347



500029381945

_____
(Requestor's Name)

_____
(Address)

_____
(Address)

_____
(City/State/Zip/Phone #)

☐ PICK-UP    ☐ WAIT    ☐ MAIL

_____
(Business Entity Name)

_____
(Document Number)

Certified Copies _____    Certificates of Status _____

┌─────────────────────────────────────────┐
│ Special Instructions to Filing Officer:   │
│                                           │
│                       │
│                                           │
└─────────────────────────────────────────┘

Office Use Only

03/05/04--01004--018   **87.50



RECEIVED
04 MAR -5 AM II: 48
DIVISION OF CORPORATION

FILED
04 MAR -5 PM 2: 04
SECRETARY OF STATE
TALLAHASSEE, FLORIDA