UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

In re:  Case No. 21-40139-KKS
Chapter 7

Julian Rodney Rooks Jr., self represented

    Debtor.
_____ /

Julian Rodney Rooks Jr. self represented  Adv. No. 21-04019-KKS

    Plaintiff,
v.

St. Joseph's College of Maine,
St. Matthews University (Cayman) Ltd.,
St. Matthews University Inc.,
United States Department of Education,

    Defendants.

_____ /

## MOTION TO ENLARGE TIME

Due to extraordinary circumstances surrounding the Covid-19 pandemic, Plaintiff requests the Court to authorize the enlargement of time provided in Fed. R. Bankr. P. 7004 for service of process of the summons (issued on 07/22/21) and complaint in this proceeding by such amount as

this Court deems just and proper.

                                              RESPECTFULLY SUBMITTED,

DATED: 07/28/2021              PLAINTIFF

/s/ *Julian Rodney Rooks Jr.*

Julian Rodney Rooks Jr.
3648 Dartford Lane
Tallahassee, Florida 32311
(850) 364-0312
alternate numbers:
(772) 801-1594
(850) 491-9085
julianrooks@yahoo.com