United States Bankruptcy Court
Northern District of Florida

Rooks, Jr.,
    Plaintiff

St. Joseph's College of Maine,
    Defendant

Adv. Proc. No. 21-04019-KKS

## CERTIFICATE OF NOTICE

District/off: 1129-4      User: sakinsany      Page 1 of 1
Date Rcvd: Jul 26, 2021      Form ID: pdf002      Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol     Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 28, 2021:**

**Recip ID     Recipient Name and Address**
pla     + Julian Rodney Rooks, Jr., 3648 Dartford Lane, Tallahassee, FL 32311-7773

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).
NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.
NONE

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 28, 2021      Signature:     /s/Joseph Speetjens

| | |
|---|---|
| **From:** | USBankruptcyCourts@noticingcenter.com |
| **Sent:** | Saturday, July 24, 2021 9:49 AM |
| **To:** | FLNBml_BNC |
| **Subject:** | U.S. Bankruptcy Court, Northern District of Florida - Undeliverable Notice, In re: , Case Number: 21-04019, KKS, Ref: [p-166794076] |
| **Attachments:** | B_P42104019pdfAdmOr0018.PDF |
| | |
| **Follow Up Flag:** | Follow up |
| **Flag Status:** | Completed |

**CAUTION - EXTERNAL:**


Notice of Undeliverable Mail to Court - Adversary Proceeding

July 25, 2021

From: The Bankruptcy Noticing Center

Re:   Undeliverable Notice - Adversary Proceeding

In re: Rooks, Jr., Plaintiff
      St. Joseph's College of Maine, Defendant
      Adv. Proc. No. 21-04019, KKS,

The attached document could not be mailed to the notice recipient(s) listed below because the United States Postal Service (USPS) has determined that those addresses in the case mailing list are undeliverable. This notification is being sent for appropriate processing as your court may determine.


Undeliverable Address:
St. Joseph's College of Maine

Role type/cr id: dft
Reason Undeliverable: INCOMPLETE ADDRESS


Undeliverable Address:
St. Matthew's University (Cayman) Ltd.

Role type/cr id: dft
Reason Undeliverable: INCOMPLETE ADDRESS


Undeliverable Address:
United States Department of Education

Role type/cr id: dft
Reason Undeliverable: INCOMPLETE ADDRESS

Undeliverable Address:
St. Matthew's University Inc

Role type/cr id: dft
Reason Undeliverable: INCOMPLETE ADDRESS

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF FLORIDA
## www.flnb.uscourts.gov

In re:

| | |
|---|---|
| COURT OPERATIONS AND PROTECTION OF COURT STAFF AND THE PUBLIC DURING COVID-19 OUTBREAK | ADMINISTRATIVE ORDER NO. 20-003 |

_____/

## ADMINISTRATIVE ORDER IMPLEMENTING PROCEDURES FOR COVID-19 OUTBREAK

Of primary concern to the Bankruptcy Court for the Northern District of Florida due to the COVID-19 outbreak is the safety and welfare of court employees, parties and attorneys we serve, and the public. The Centers for Disease Control (CDC) and other public health organizations continue to issue new recommendations and implement requirements designed to arrest the spread of the COVID-19 virus. To further that goal and in the interest of public health, it is necessary and prudent for this Court to cease all in-person appearances and hearings until further notice, so

IT IS ORDERED:

1. **BEGINNING TUESDAY, MARCH 17, 2020, AND CONTINUING UNTIL FURTHER NOTICE, ALL HEARINGS NOTICED FOR THE BANKRUPTCY COURT IN THE**

NORTHERN DISTRICT OF FLORIDA WILL BE HELD TELEPHONICALLY VIA *COURTCALL* ONLY (instructions: www.flnb.uscourts.gov). THIS APPLIES TO ALL DIVISIONS AND ALL LOCATIONS.

2. **In-person appearances at the courthouses by parties or their counsel are prohibited absent extraordinary circumstances. All attorneys shall advise their clients NOT to appear at the courthouses.**

3. CourtCall has agreed to waive charges for individuals not represented by counsel, making such telephonic appearances FREE. A party who is not represented by counsel and is unable to coordinate with CourtCall should contact the Judge's courtroom deputy or Chambers.

4. Hearing(s) previously noticed as "evidentiary" will be conducted telephonically as non-evidentiary; parties may request an evidentiary hearing or proceeding during the telephonic hearing.

5. If a hearing was noticed as "evidentiary," and if no party objects, the Court may conduct and complete the telephonic hearing as an evidentiary hearing based on affidavit testimony and properly marked, redacted (if necessary) and indexed documents

(exhibits) filed prior to the hearing.

6. Counsel and parties are reminded that:

    a. All participants shall mute the phone when it is not their case;

    b. No participant shall use a "speaker" function; and

    c. No participant shall place the call on hold while participating in the telephonic hearing (in order to avoid hold music or other noises playing on the call).

7. The Court will remain open and will continue to operate with limited staff present in Tallahassee and Pensacola and remaining staff teleworking as authorized. The Court and its staff are, and will remain, prepared to handle emergencies that may arise in our cases.

**DONE and ORDERED** on   March 16, 2020   .

                                             _____
                                             KAREN K. SPECIE
                                             Chief U.S. Bankruptcy Judge

3