FORM ntsensvc (02/17)

# UNITED STATES BANKRUPTCY COURT
Northern District of Florida
Tallahassee Division

| | |
|---|---|
| In Re: Julian Rodney Rooks, Jr. | Bankruptcy Case No.: 21–40139–KKS |
| Julian Rodney Rooks Jr.<br>Plaintiff(s)<br>vs<br>St. Joseph's College of Maine et al.<br>Defendant(s) | Adversary Case No.: 21–04019–KKS |

## SUBMISSION ERROR NOTIFICATION RE CERTIFICATE OF SERVICE

TO:   Julian Rodney Rooks Jr.

You are hereby notified that the Motion to Enlarge Time received in this office on July 28, 2021 *will not be processed until the following error(s) are corrected*:

- ☑ Document does not include a Certificate of Service as required by Section II B.4. of the Administrative Procedures and N.D. Fla. Loc. R. 5.1(F), applicable to all filers whether or not they are registered users of the electronic filing system. (Use Local Form 4 (LF–4) and instructions for completing the form (5–Inst)).
- ☐ Document does not include a <u>proper</u> Certificate of Service as required by Section II B.4. of the Administrative Procedures and N.D. Fla. Loc. R. 5.1(F), applicable to all filers whether or not they are registered users of the electronic filing system. (Use Local Form 4 (LF–4) and instructions for completing the form (5–Inst)).
- ☐ Incomplete Certificate of Service. Certificate of Service does not include a list of parties served and/or a mailing matix (Use Local Form 4 (LF–4) and instructions for completing the form (5–Inst)).
- ☐ Improper or inadequate service to U.S. Government Agency; service not effected pursuant to Fed. R. Bankr. P. 7004(b)(4).
- ☐ Improper or inadequate service to a domestic or foreign corporation, partnership, or other unincorporated association; service not effected pursuant to Fed. R. Bankr. P. 7004(b)(3).
- ☐ Improper or inadeqate service to an insured depository institution; service not effected pursuant to Fed. R. Bankr. P. 7004(h).
- ☐ Certificate of Service not signed. Pursuant to Fed. R. Bankr. P. 1008 and 9011 and N.D. Fla. Loc. R. 5.1(F), all documents must contain the signature of the filer. The Certificate of Service must be signed separately from the document to which it relates.
- ☐ Certificate of Service references incorrect docket number of document served.
- ☐ Other:

Your immediate action is required to correct the error(s) noted above. Additional action by the court may not be taken on this document until the error has been resolved.

Dated: July 29, 2021

FOR THE COURT

/s/ Traci E. Abrams
Traci E. Abrams, Clerk of Court
U.S. Bankruptcy Court
Northern District of Florida
110 East Park Avenue, Suite 100
Tallahassee, Florida 32301

Service: by the Court to all parties in interest