United States Bankruptcy Court

Northern District of Florida

Rooks, Jr.,
    Plaintiff

St. Joseph's College of Maine,
    Defendant

Adv. Proc. No. 21-04019-KKS

# CERTIFICATE OF NOTICE

District/off: 1129-4      User: sakinsany      Page 1 of 1
Date Rcvd: Jul 29, 2021      Form ID: ntsensvc      Total Noticed: 3

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 31, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| ust | + | Mary Ida Townson, United States Trustee, Region 21, 110 E. Park Ave., Suite 120, Tallahassee, FL 32301-7729 |
| pla | + | Julian Rodney Rooks, Jr., 3648 Dartford Lane, Tallahassee, FL 32311-7773 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| ust | + | Email/Text: ustpregion21.TL.ecf@usdoj.gov | Jul 29 2021 23:15:00 | United States Trustee, 110 E. Park Avenue, Suite 128, Tallahassee, FL 32301-7728 |

TOTAL: 1

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 31, 2021      Signature:      /s/Joseph Speetjens

FORM ntsensvc (02/17)

**UNITED STATES BANKRUPTCY COURT**
Northern District of Florida
Tallahassee Division

In Re:  Julian Rodney Rooks, Jr.                                Bankruptcy Case No.:  21−40139−KKS

vs

Julian Rodney Rooks Jr.                                         Adversary Case No.:  21−04019−KKS
Plaintiff(s)

St. Joseph's College of Maine et al.
Defendant(s)

**SUBMISSION ERROR NOTIFICATION RE CERTIFICATE OF SERVICE**

TO:    Julian Rodney Rooks Jr.

You are hereby notified that the Motion to Enlarge Time received in this office on July 28, 2021 *will not be processed until the following error(s) are corrected*:

- ☑ Document does not include a Certificate of Service as required by Section II B.4. of the Administrative Procedures and N.D. Fla. Loc. R. 5.1(F), applicable to all filers whether or not they are registered users of the electronic filing system. (Use Local Form 4 (LF−4) and instructions for completing the form (5−Inst)).
- ☐ Document does not include a <u>proper</u> Certificate of Service as required by Section II B.4. of the Administrative Procedures and N.D. Fla. Loc. R. 5.1(F), applicable to all filers whether or not they are registered users of the electronic filing system. (Use Local Form 4 (LF−4) and instructions for completing the form (5−Inst)).
- ☐ Incomplete Certificate of Service. Certificate of Service does not include a list of parties served and/or a mailing matix (Use Local Form 4 (LF−4) and instructions for completing the form (5−Inst)).
- ☐ Improper or inadequate service to U.S. Government Agency; service not effected pursuant to Fed. R. Bankr. P. 7004(b)(4).
- ☐ Improper or inadequate service to a domestic or foreign corporation, partnership, or other unincorporated association; service not effected pursuant to Fed. R. Bankr. P. 7004(b)(3).
- ☐ Improper or inadeqate service to an insured depository institution; service not effected pursuant to Fed. R. Bankr. P. 7004(h).
- ☐ Certificate of Service not signed. Pursuant to Fed. R. Bankr. P. 1008 and 9011 and N.D. Fla. Loc. R. 5.1(F), all documents must contain the signature of the filer. The Certificate of Service must be signed separately from the document to which it relates.
- ☐ Certificate of Service references incorrect docket number of document served.
- ☐ Other:

Your immediate action is required to correct the error(s) noted above. Additional action by the court may not be taken on this document until the error has been resolved.

Dated: July 29, 2021                                            FOR THE COURT

<u>/s/ Traci E. Abrams</u>
Traci E. Abrams, Clerk of Court
U.S. Bankruptcy Court
Northern District of Florida
110 East Park Avenue, Suite 100
Tallahassee, Florida 32301

Service: by the Court to all parties in interest