## AFFIDAVIT OF SERVICE

**State of Florida**  **County of NORTHERN**  UNITED STATES BANKRUPTCY Court

Case Number: 21-40139-KKS

Plaintiffs: IN RE: JULIAN RODNEY ROOKS, JR.
vs.
Defendant: ST. JOSEPH'S COLLEGE OF MAINE, ST. MATTHEW'S UNIVERSITY (CAYMAN) LTD., ST. MATTHEW'S UNIVERSITY INC., UNITED STATES DEPARTMENT OF EDUCATION, ET AL.

For: JULIAN ROOKS, JR.

Received by NOLAN PROCESS SERVERS, LLC on the 27th day of July, 2021 at 3:30 pm to be served on U.S. DEPARTMENT OF EDUCATION - ATTN: LIZA ARAUJO, EXECUTIVE DIRECTOR, OFFICE OF THE GENERAL COUNSEL, 400 MARYLAND AVENUE S.W., ROOM 6E300, WASHINGTON, DC 20202-2111. I, Raymond Huson, being duly sworn, depose and say that on the 28 day of July, 2021 at 1:15 p.m., executed service by delivering a true copy of the SUMMONS IN AN ADVERSARY PROCEEDING; ADVERSARY PROCEEDING COVER SHEET; OATH AND AFFIDAVIT; NOTICE OF OPPORTUNITY TO OBJECT AND FOR HEARING; COMPLAINT TO DETERMINE DISCHARGEABILITY OF DEBT JURISDICTION AND THE PARTIES WITH EXHIBIT(S) in accordance with state statutes in the manner marked below:

(X) PUBLIC AGENCY: By serving Roland Stallings as Clerk of the within-named agency.

( ) SUBSTITUTE SERVICE: By serving _____ as _____. Person receiving these documents is at least 15 years of age and has been informed of the general nature of the documents.

( ) CORPORATE SERVICE: By serving _____ as _____.

( ) OTHER SERVICE: As described in the Comments below by serving _____ as _____.

( ) NON SERVICE: For the reason detailed in the Comments below.

COMMENTS: _____

Age 52  Sex (M) F  Race Black  Height 6'0"  Weight 210  Hair Black/Gray  Glasses Y (N)

I certify that I am over the age of 18, have no interest in the above action, and am a Certified Process Server, in good standing, in the judicial circuit in which the process was served. Under penalty of perjury I declare that the facts contained herein are true to the best of my knowledge. NO NOTARY REQUIRED PURSUANT TO F.S. 92.252 (2).

Subscribed and Sworn to before me on the 29th day of July, 2021 by the affiant who is personally known to me.

_Angela H. Cross_
NOTARY PUBLIC

PROCESS SERVER # N/A
Appointed in accordance with State Statutes

NOLAN PROCESS SERVERS, LLC
7498 Anglewood Lane
Tallahassee, FL 32309
(850) 562-6058

Our Job Serial Number: 2021009904

ANGELA H. CROSS
NOTARY PUBLIC DISTRICT OF COLUMBIA
My Commission Expires March 31, 2024

Copyright © 1992-2021 Database Services, Inc. - Process Server's Toolbox V8.2b