## AFFIDAVIT OF SERVICE

**State of Florida**  **County of NORTHERN**  **UNITED STATES BANKRUPTCY Court**

Case Number: 21-40139-KKS

Plaintiffs: IN RE: JULIAN RODNEY ROOKS, JR.
vs.
Defendant: ST. JOSEPH'S COLLEGE OF MAINE, ST. MATTHEW'S UNIVERSITY (CAYMAN) LTD., ST. MATTHEW'S UNIVERSITY INC., UNITED STATES DEPARTMENT OF EDUCATION, ET AL.

For: JULIAN ROOKS, JR.

Received by NOLAN PROCESS SERVERS, LLC on the 27th day of July, 2021 at 3:30 pm to be served on **ATTORNEY GENERAL OF THE UNITED STATES - ATTN: DAWN E. JOHNSEN, ACTING ASSISTANT ATTORNEY GENERAL OFFICE OF LEGAL COUNSEL C/O U.S. DEPARTMENT OF JUSTICE, 950 PENNSYLVANIA AVENUE, NW, WASHINGTON, DC 20530-0001.** I, **Mark A. Russell Jr.**, being duly sworn, depose and say that on the **27th** day of **July**, 20**21** at **4:14 p.m.**, executed service by delivering a true copy of the **SUMMONS IN AN ADVERSARY PROCEEDING; ADVERSARY PROCEEDING COVER SHEET; OATH AND AFFIDAVIT; NOTICE OF OPPORTUNITY TO OBJECT AND FOR HEARING; COMPLAINT TO DETERMINE DISCHARGEABILITY OF DEBT JURISDICTION AND THE PARTIES WITH EXHIBIT(S)** in accordance with state statutes in the manner marked below:

( ) PUBLIC AGENCY: By serving _____ as _____ of the within-named agency.

( ) SUBSTITUTE SERVICE: By serving _____ as _____. Person receiving these documents is at least 15 years of age and has been informed of the general nature of the documents.

( ) CORPORATE SERVICE: By serving _____ as _____

(✓) OTHER SERVICE: As described in the Comments below by serving **via certified mail** as **per COVID-19 protocol**.

( ) NON SERVICE: For the reason detailed in the Comments below.

COMMENTS: **Per COVID-19 service of process protocol, service was sent by certified mail, return receipt requested. Article number: 7021 0350 0002 3269 6884**

Age ____ Sex M F Race _____ Height _____ Weight _____ Hair _____ Glasses Y N

I certify that I am over the age of 18, have no interest in the above action, and am a Certified Process Server, in good standing, in the judicial circuit in which the process was served. Under penalty of perjury I declare that the facts contained herein are true to the best of my knowledge. NO NOTARY REQUIRED PURSUANT TO F.S. 92.252 (2).

Subscribed and Sworn to before me on the **29th** day of **July**, **2021** by the affiant who is personally known to me.

**Angela H. Croson**
NOTARY PUBLIC

PROCESS SERVER # **N/A**
Appointed in accordance with State Statutes

NOLAN PROCESS SERVERS, LLC
7498 Anglewood Lane
Tallahassee, FL 32309
(850) 562-6058

Our Job Serial Number: 2021009903

ANGELA H. CROSON
NOTARY PUBLIC DISTRICT OF COLUMBIA
My Commission Expires March 31, 2024

Copyright © 1992-2021 Database Services, Inc. - Process Server's Toolbox V8.2b

# UNITED STATES BANKRUPTCY COURT FOR THE NORTHERN DISTRICT OF FLORIDA

**Julian Rodney Rooks Jr.**

**Plaintiff**

Case No.: 21-04019-KKS

*vs.*

**St. Joseph's College of Maine, et al.**

**Defendant**

## AFFIDAVIT OF SERVICE BY CERTIFIED MAIL

I, Mark A. Russell, Jr., a Private Process Server, being duly sworn, depose and say, I have been duly authorized to make service of the documents listed herein in the above entitled case, I am over the age of eighteen years and am not a party to or otherwise interested in this matter.

DOCUMENT(S): Summons and Complaint

SERVE TO: Attorney General of the United States, Attn: Dawn E. Johnsen, Acting Assistant Attorney General, Office of the Legal Counsel c/o U.S. Department of Justice

SERVICE ADDRESS: 950 Pennsylvania Avenue, NW, Washington, DC 20530-0001

METHOD OF SERVICE: Per COVID-19 service of process protocol, service was completed by mailing a copy of the documents listed herein to Attorney General of the United States, Attn: Dawn E. Johnsen, Acting Assistant Attorney General, Office of the Legal Counsel c/o U.S. Department of Justice, 950 Pennsylvania Avenue, NW, Washington, DC 20530-0001 on 07/27/2021 via United States Postal Service, Certified Mail, Return Receipt Requested. Article Number: 7021 0350 0002 3269 6884.

I declare under penalty of perjury that this information is true.

07/29/2021
Executed On

Mark A. Russell, Jr.

Client Ref Number: N/A
Job #: 1592110

Nolan Process Servers, LLC 7498 Anglewood Lane Tallahassee, Florida 32309