Case 21-04019-KKS    Doc 2    Filed 07/22/21    Page 1 of 2

Form Summons

**UNITED STATES BANKRUPTCY COURT**
Northern District of Florida
Tallahassee Division

CB #628
7/27/21  3:45pm

| In Re: Julian Rodney Rooks, Jr. | Bankruptcy Case No.: 21-40139-KKS |
|---|---|
| Julian Rodney Rooks Jr.<br>Plaintiff(s)<br><br>vs<br><br>St. Joseph's College of Maine<br>St. Matthew's University (Cayman) Ltd.<br>St. Matthew's University Inc<br>United States Department of Education<br>Defendant(s) | Adversary Case No.: 21-04019-KKS |

### SUMMONS IN AN ADVERSARY PROCEEDING

YOU ARE SUMMONED and required to file a motion or answer to the complaint which is attached to this summons with the clerk of the bankruptcy court within 30 days after the date of issuance of this summons, except that the United States and its offices and agencies shall file a motion or answer to the complaint within 35 days.

Address of the Clerk:

U.S. Bankruptcy Court
110 E. Park Ave., Ste. 100
Tallahassee, FL 32301

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney, or plaintiff if not represented.

Name and Address of Plaintiff Attorney:

Julian Rodney Rooks Jr.
3648 Dartford Lane
Tallahassee, FL 32311

If you make a motion, your time to answer is governed by Bankruptcy Rule 7012.

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGMENT BY THE BANKRUPTCY COURT AND JUDGMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**



Traci E. Abrams
Clerk of the Bankruptcy Court

Date: July 22, 2021

/s/ Elizabeth Bolton
Deputy Clerk

Electronic issuance of this summons is authorized under F.R.B.P. 7004(a)(2). Authenticity may be verified by accessing the online case file using PACER at www.flnb.uscourts.gov or by visiting the Clerk's Office.

## CERTIFICATE OF SERVICE

I, _Channon M. Baumann_ (name), certify that service of this summons and a copy of the complaint was made on _7/27/2021_ by:

___ Mail service: Regular, first class United States mail, postage fully pre-paid, addressed to:

_✓_ Personal service: By leaving the process with the defendant or with an officer or agent of the defendant at:
_Sherry F. Chancellor, Esq., at 619 WestChase Street, Pensacola, FL 32502_

___ Residence service: By leaving the process with the following adult at:

___ Certified Mail Service on an Insured Depository Institution: By sending the process by certified mail addressed to the following officer or defendant:

___ Publication: The defendant was served as follows: [Describe briefly]:

___ State Law: The defendant was served pursuant to the laws of the State of _____ as follows: [Describe briefly]

If service was made by personal service, by residence service, or pursuant to state law, I further certify that I am, and at all times during the service of process, was not less than 18 years of age and not a party to the matter concerning which service of process was made.

Under penalty of perjury, I declare the foregoing is true and correct.

_7/27/2021_  _[Signature] CPS#628_
Date         Signature

Print Name _Channon M. Baumann_
_PO Box 12003_
Business Address
_Pensacola, FL 32591_
City, State Zip
_(850) 710-0850_

## RETURN OF SERVICE

### UNITED STATES BANKRUPTCY COURT
District of Florida

Case Number: 21-40139-KKS

Plaintiff:
**JULIAN RODNEY ROOKS JR.**

vs.

Defendant:
**ST JOSEPHS COLLEGE OF MAINE, ST MATTHEWS UNIVERSITY (CAYMAN) LTD, ST MATTHEWS UNIVERSITY INC, UNITED STATES DEPARTMENT OF EDUCATION**

For:
Julian Rodney Rooks
3648 Dartford Lane
Tallahassee, FL 32311

Received by Nolan Process Servers, LLC to be served on **Sherry F Chancellor, P.A. Attn: Sherry F Chancellor, Esq., Ch. 7 Trustee, 619 West Chase Street, Pensacola, FL 32502**.

I, Channon M. Baumann, LPI, CPS, do hereby affirm that on the **27th day of July, 2021 at 3:35 pm**, I:

**INDIVIDUALLY/PERSONALLY** served by delivering a true copy of the **Summons in an Adversary Proceeding, Adversary Proceeding Cover Sheet, Oath and Affidavit, Complaint to Determine Dischargeability of Debt, Exhibits** with the date and hour of service endorsed thereon by me, to: **Sherry F Chancellor Esq.** at the address of: **619 West Chase Street, Pensacola, FL 32502**, and informed said person of the contents therein, in compliance with state statutes.

I certify that I am over the age of 18, have no interest in the above action, and am a Certified Process Server, in good standing, in the judicial circuit in which the process was served.

Channon M. Baumann, LPI, CPS
Certified Process Server #628

Nolan Process Servers, LLC
7498 Anglewood Lane
Tallahassee, FL 32309
(850) 562-6058

Our Job Serial Number: DPE-2021001216