Form Summons

## UNITED STATES BANKRUPTCY COURT
Northern District of Florida
Tallahassee Division

| | |
|---|---|
| In Re: Julian Rodney Rooks, Jr. | Bankruptcy Case No.: 21-40139-KKS |
| Julian Rodney Rooks Jr.<br>Plaintiff(s)<br>vs<br>St. Joseph's College of Maine<br>St. Matthew's University (Cayman) Ltd.<br>St. Matthew's University Inc<br>United States Department of Education<br>Defendant(s) | Adversary Case No.: 21-04019-KKS<br><br>7\|28  11:cc<br>JT  0228 |

### SUMMONS IN AN ADVERSARY PROCEEDING

YOU ARE SUMMONED and required to file a motion or answer to the complaint which is attached to this summons with the clerk of the bankruptcy court within 30 days after the date of issuance of this summons, except that the United States and its offices and agencies shall file a motion or answer to the complaint within 35 days.

Address of the Clerk:

U.S. Bankruptcy Court
110 E. Park Ave., Ste. 100
Tallahassee, FL 32301

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney, or plaintiff if not represented.

Name and Address of Plaintiff Attorney:

Julian Rodney Rooks Jr.
3648 Dartford Lane
Tallahassee, FL 32311

If you make a motion, your time to answer is governed by Bankruptcy Rule 7012.

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGMENT BY THE BANKRUPTCY COURT AND JUDGMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**

Traci E. Abrams
Clerk of the Bankruptcy Court



Date: July 22, 2021

/s/ Elizabeth Bolton
Deputy Clerk

Electronic issuance of this summons is authorized under F.R.B.P. 7004(a)(2). Authenticity may be verified by accessing the online case file using PACER at www.flnb.uscourts.gov or by visiting the Clerk's Office.

## AFFIDAVIT OF SERVICE

State of Florida         County of NORTHERN         UNITED STATES BANKRUPTCY Court

Case Number: 21-40139-KKS

Plaintiffs:
IN RE: JULIAN RODNEY ROOKS, JR.

vs.

Defendant:
ST. JOSEPH'S COLLEGE OF MAINE, ST. MATTHEW'S UNIVERSITY (CAYMAN) LTD., ST. MATTHEW'S UNIVERSITY INC., UNITED STATES DEPARTMENT OF EDUCATION, ET AL.

MCN2021009897

For:
JULIAN ROOKS, JR.
3648 DARTFORD LANE
TALLAHASSEE, FL 32311

Received by Nolan Process Service, LLC on the 27th day of July, 2021 at 3:45 pm to be served on **ST. MATTHEW'S UNIVERSITY INC. C/O MOYA, TERRY J., AS REG. AGENT, 12124 HIGH TECH AVENUE, STE. 290, ORLANDO, FL 32817**.

I, JAMES PAUL TREBOWSKI, being duly sworn, depose and say that on the **28th day of July, 2021 at 11:00 am**, I:

served a CORPORATION by delivering a true copy of the SUMMONS IN AN ADVERSARY PROCEEDING; ADVERSARY PROCEEDING COVER SHEET; OATH AND AFFIDAVIT; NOTICE OF OPPORTUNITY TO OBJECT AND FOR HEARING; COMPLAINT TO DETERMINE DISCHARGEABILITY OF DEBT JURISDICTION AND THE PARTIES WITH EXHIBIT(S) with the date and hour of service endorsed thereon by me, to: **LARISSA GREEN** as **AUTHORIZED/ACCOUNTANT** for **ST. MATTHEW'S UNIVERSITY INC.**, at the address of: **12124 HIGH TECH AVENUE, STE. 290, ORLANDO, FL 32817**, and informed said person of the contents therein, in compliance with Florida Statute 48.091

**Description** of Person Served: Age: 40, Sex: F, Race/Skin Color: White, Height: 5'5", Weight: 150, Hair: Light Brown, Glasses: Y

I do hereby certify that I have no interest in the above action, that I am over the age of eighteen, and that I am a Certified Process Server in the Judicial Circuit in which it was served. Under penalties of perjury, I declare that I have read the forgoing affidavit and that the facts stated in it are true. No Notary required Pursuant to F.S. 92.525 (2)

Subscribed and sworn to before me on this the 28th day of July, 2021 by the affiant who is personally known to me.

Notary public

LAURA STEELE
MY COMMISSION # GG139801
EXPIRES September 15, 2021

JAMES PAUL TREBOWSKI
CPS # 0228

Nolan Process Service, LLC
7498 Anglewood Lane
Tallahassee, FL 32309
(850) 562-6058

Our Job Serial Number: MCN-2021009897

Copyright © 1992-2021 Database Services, Inc. - Process Server's Toolbox V8.2c