Form Summons

# UNITED STATES BANKRUPTCY COURT
Northern District of Florida
Tallahassee Division

In Re:  Julian Rodney Rooks, Jr.                    Bankruptcy Case No.: 21-40139-KKS

Julian Rodney Rooks Jr.                             Adversary Case No.:  21-04019-KKS
Plaintiff(s)

vs

St. Joseph's College of Maine
St. Matthew's University (Cayman) Ltd.           Date: _7/28/21_   Time: _12:00 P_
St. Matthew's University Inc                              MCN #111936
United States Department of Education            is a certified process server in the
Defendant(s)                                     Circuit and County Courts in and for the
                                                 Second Judicial Circuit

---

## *SUMMONS IN AN ADVERSARY PROCEEDING*

YOU ARE SUMMONED and required to file a motion or answer to the complaint which is attached to this summons with the clerk of the bankruptcy court within 30 days after the date of issuance of this summons, except that the United States and its offices and agencies shall file a motion or answer to the complaint within 35 days.

Address of the Clerk:

U.S. Bankruptcy Court
110 E. Park Ave., Ste. 100
Tallahassee, FL 32301

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney, or plaintiff if not represented.

Name and Address of Plaintiff Attorney:

Julian Rodney Rooks Jr.
3648 Dartford Lane
Tallahassee, FL 32311

If you make a motion, your time to answer is governed by Bankruptcy Rule 7012.

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGMENT BY THE BANKRUPTCY COURT AND JUDGMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**



Traci E. Abrams
Clerk of the Bankruptcy Court

Date: July 22, 2021              /s/ Elizabeth Bolton
                                Deputy Clerk

Electronic issuance of this summons is authorized under F.R.B.P. 7004(a)(2). Authenticity may be verified by accessing the online case file using PACER at www.flnb.uscourts.gov or by visiting the Clerk's Office.

## RETURN OF SERVICE

**State of Florida**                    **County of NORTHERN**                    **UNITED STATES BANKRUPTCY Court**

Case Number: 21-40139-KKS

Plaintiffs:
**IN RE: JULIAN RODNEY ROOKS, JR.**

vs.

Defendant:
**ST. JOSEPH'S COLLEGE OF MAINE, ST. MATTHEW'S UNIVERSITY (CAYMAN) LTD., ST. MATTHEW'S UNIVERSITY INC., UNITED STATES DEPARTMENT OF EDUCATION, ET AL.**

For:
JULIAN ROOKS, JR.
3648 DARTFORD LANE
TALLAHASSEE, FL 32311

Received by NOLAN PROCESS SERVERS, LLC on the 27th day of July, 2021 at 12:00 pm to be served on **UNITED STATES ATTORNEY - ATTN: CIVIL PROCESS CLERK, TALLAHASSEE HEADQUARTERS, 111 NORTH ADAMS STREET, TALLAHASSEE, FL 32301**.

I, SABRITA THURMAN-NEWBY, do hereby affirm that on the **28th day of July, 2021** at **12:00 pm, I:**

**GOVERNMENT AGENCY:**  served by delivering a true copy of the **SUMMONS IN AN ADVERSARY PROCEEDING; ADVERSARY PROCEEDING COVER SHEET; OATH AND AFFIDAVIT; NOTICE OF OPPORTUNITY TO OBJECT AND FOR HEARING; COMPLAINT TO DETERMINE DISCHARGEABILITY OF DEBT JURISDICTION AND THE PARTIES WITH EXHIBIT(S)** with the date and hour of service endorsed thereon by me, to: **MARIA MOYLE** as **ASSISTANT U.S. ATTORNEY** for **UNITED STATES ATTORNEY - ATTN: CIVIL PROCESS CLERK, TALLAHASSEE HEADQUARTERS** at the address of **111 NORTH ADAMS STREET, TALLAHASSEE, FL 32301** and informed said person of the contents therein, in compliance with State Statutes.

**Description** of Person Served: Age: 25+, Sex: F, Race/Skin Color: WHITE, Height: 5'6", Weight: 115, Hair: BROWN, Glasses: N

I certify that I am over the age of 18, have no interest in the above action, and am a Certified Process Server, in good standing, in the judicial circuit in which the process was served.  Under penalty of perjury I declare that the facts contained herein are true to the best of my knowledge.NO NOTARY REQUIRED PURSUANT TO F.S. 92.525 (2).

**SABRITA THURMAN-NEWBY**
Certified Process Server #236

**NOLAN PROCESS SERVERS, LLC**
**7498 Anglewood Lane**
**Tallahassee, FL 32309**
**(850) 562-6058**

Our Job Serial Number: MCN-2021009906

Copyright © 1992-2021 Database Services, Inc. - Process Server's Toolbox V8.2b