## AFFIDAVIT OF SERVICE

State of Florida     County of NORTHERN     UNITED STATES BANKRUPTCY Court

Case Number: 21-40139-KKS

Plaintiffs:
IN RE: JULIAN RODNEY ROOKS, JR.

vs.

Defendant:
ST. JOSEPH'S COLLEGE OF MAINE, ST. MATTHEW'S UNIVERSITY (CAYMAN) LTD., ST. MATTHEW'S UNIVERSITY INC., UNITED STATES DEPARTMENT OF EDUCATION, ET AL.

For:
JULIAN ROOKS, JR.
3648 DARTFORD LANE
TALLAHASSEE, FL 32311

MCN2021010280

Received by Nolan Process Service, LLC on the 4th day of August, 2021 at 10:25 am to be served on ST. MATTHEW'S UNIVERSITY, INC. C/O MOYA, TERRY J., AS REGISTERED AGENT, 12124 HIGH TECH AVENUE, STE. 290, ORLANDO, FL 32817.

I, JAMES PAUL TREBOWSKI, being duly sworn, depose and say that on the 6th day of August, 2021 at 11:05 am, I:

served a CORPORATION by delivering a true copy of the CERTIFICATE OF SERVICE; COPY OF AFFIDAVIT; MOTION TO ENLARGE TIME, ADV MATRIX with the date and hour of service endorsed thereon by me, to: LARISSA GREEB as ACCOUNTANT for ST. MATTHEW'S UNIVERSITY, INC., at the address of: 12124 HIGH TECH AVENUE, STE. 290, ORLANDO, FL 32817, and informed said person of the contents therein, in compliance with Florida Statute 48.091

Description of Person Served: Age: 40, Sex: F, Race/Skin Color: White, Height: 5'5", Weight: 150, Hair: Dark Brown, Glasses: Y

I do hereby certify that I have no interest in the above action, that I am over the age of eighteen, and that I am a Certified Process Server in the Judicial Circuit in which it was served. Under penalties of perjury, I declare that I have read the forgoing affidavit and that the facts stated in it are true. No Notary required Pursuant to F.S. 92.525 (2)

Subscribed and sworn to before me on this the 6th day of August, 2021 by the affiant who is personally known to me.

Notary public

JAMES PAUL TREBOWSKI
CPS # 0228

Nolan Process Service, LLC
7498 Anglewood Lane
Tallahassee, FL 32309
(850) 562-6058

Our Job Serial Number: MCN-2021010280

LAURA STEELE
MY COMMISSION # GG130801
EXPIRES September 15, 2021

Copyright © 1992-2021 Database Services, Inc. - Process Server's Toolbox V8.2c