## AFFIDAVIT OF SERVICE

**State of Florida**  **County of NORTHERN**  **UNITED STATES BANKRUPTCY Court**

Case Number: 21-40139-KKS

Plaintiffs: IN RE: JULIAN RODNEY ROOKS, JR.
vs.
Defendant: ST. JOSEPH'S COLLEGE OF MAINE, ST. MATTHEW'S UNIVERSITY (CAYMAN) LTD., ST. MATTHEW'S UNIVERSITY INC., UNITED STATES DEPARTMENT OF EDUCATION, ET AL.

For: JULIAN ROOKS, JR.

Received by NOLAN PROCESS SERVERS, LLC on the 4th day of August, 2021 at 10:26 am to be served on U.S. DEPARTMENT OF EDUCATION - ATTN: LIZA ARAUJO, EXECUTIVE DIRECTOR, OFFICE OF THE GENERAL COUNSEL, 400 MARYLAND AVENUE S.W., ROOM 6E300, WASHINGTON, DC 20202-2111. I, _Boymont Huson_, being duly sworn, depose and say that on the _9th_ day of _August_, 20_21_ at _12:11_ .m., executed service by delivering a true copy of the CERTIFICATE OF SERVICE; COPY OF AFFIDAVIT; MOTION TO ENLARGE TIME, ADV MATRIX in accordance with state statutes in the manner marked below:

( ) PUBLIC AGENCY: By serving _____ as _____ of the within-named agency.

( ) SUBSTITUTE SERVICE: By serving _____ as _____. Person receiving these documents is at least 15 years of age and has been informed of the general nature of the documents.

(X) CORPORATE SERVICE: By serving _June Canada_ as _Confidential Assistant_.

( ) OTHER SERVICE: As described in the Comments below by serving _____ as _____.

( ) NON SERVICE: For the reason detailed in the Comments below.

COMMENTS:_____

Age _42_ Sex M(F) Race _Block_ Height _5'5"_ Weight _210_ Hair _Block_ Glasses Y/N

I certify that I am over the age of 18, have no interest in the above action, and am a Certified Process Server, in good standing, in the judicial circuit in which the process was served. Under penalty of perjury I declare that the facts contained herein are true to the best of my knowledge. NO NOTARY REQUIRED PURSUANT TO F.S. 92.252 (2).

Subscribed and Sworn to before me on the _9th_ day of _August_, _2021_ by the affiant who is personally known to me.

_Angela H. Closa_
NOTARY PUBLIC

ANGELA H. CROS_
NOTARY PUBLIC
My Commission _____ 2024

PROCESS SERVER # N/A
Appointed in accordance with State Statutes

NOLAN PROCESS SERVERS, LLC
7498 Anglewood Lane
Tallahassee, FL 32309
(850) 562-6058

Our Job Serial Number: 2021010282

Copyright © 1992-2021 Database Services, Inc. - Process Server's Toolbox V8.2b