## AFFIDAVIT OF SERVICE

**State of Florida**  **County of NORTHERN**  **UNITED STATES BANKRUPTCY Court**

Case Number: 21-40139-KKS

Plaintiffs: IN RE: JULIAN RODNEY ROOKS, JR.
vs.
Defendant: ST. JOSEPH'S COLLEGE OF MAINE, ST. MATTHEW'S UNIVERSITY (CAYMAN) LTD., ST. MATTHEW'S UNIVERSITY INC., UNITED STATES DEPARTMENT OF EDUCATION, ET AL.

For: JULIAN ROOKS, JR.

Received by NOLAN PROCESS SERVERS, LLC on the 4th day of August, 2021 at 10:16 am to be served on SAINT JOSEPH'S COLLEGE OF MAINE C/O ERIC J. WYCOFF REGISTERED AGENT MERRILL'S WHARF, 254 COMMERCIAL STREET, PORTLAND, ME 04101. I, KEVIN SURETTE, being duly sworn, depose and say that on the 9 day of AUG, 2021 at 2:00 p.m., executed service by delivering a true copy of the CERTIFICATE OF SERVICE; COPY OF AFFIDAVIT; MOTION TO ENLARGE TIME, ADV MATRIX in accordance with state statutes in the manner marked below:

( ) PUBLIC AGENCY: By serving _____ as _____ of the within-named agency.

( ) SUBSTITUTE SERVICE: By serving _____ as _____. Person receiving these documents is at least 15 years of age and has been informed of the general nature of the documents.

(X) CORPORATE SERVICE: By serving Stephanie Garcia as Paralegal to E. Wycoff

( ) OTHER SERVICE: As described in the Comments below by serving _____ as _____

( ) NON SERVICE: For the reason detailed in the Comments below.

COMMENTS: _____

Age 40 Sex M (F) Race W Height 5'4" Weight 140 Hair BR Glasses (Y) N

I certify that I am over the age of 18, have no interest in the above action, and am a Certified Process Server, in good standing, in the judicial circuit in which the process was served. Under penalty of perjury I declare that the facts contained herein are true to the best of my knowledge. NO NOTARY REQUIRED PURSUANT TO F.S. 92.252 (2).

Subscribed and Sworn to before me on the 12 day of Aug, 2021 by the affiant who is personally known to me.

NOTARY PUBLIC

NOLA COMINGORE
Notary Public - State of Maine
My Comm. Expires Dec. 20, 2024

PROCESS SERVER # _____
Appointed in accordance with State Statutes

NOLAN PROCESS SERVERS, LLC
7498 Anglewood Lane
Tallahassee, FL 32309
(850) 562-6058

Our Job Serial Number: 2021010279

Copyright © 1992-2021 Database Services, Inc. - Process Server's Toolbox V8.2b