## UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF FLORIDA
## TALLAHASSEE DIVISION

| | |
|---|---|
| IN RE:<br><br>JULIAN RODNEY ROOKS, JR.,<br><br>　Debtor. | CASE NO.: 21-40139-KKS<br>Chapter 7<br>Judge Karen K. Specie |
| JULIAN RODNEY ROOKS, JR.,<br><br>　Plaintiff,<br><br>v.<br><br>DEPARTMENT OF EDUCATION,<br><br>　Defendant. | Adv. Case No. 21-04019-KKS |

### MOTION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT

COMES NOW the United States of America, on behalf of its agency, the Department of Education (DOE), and files this Motion for Extension of Time to Respond to Complaint and respectfully requests a sixty (60) day extension of time in which to file an answer or otherwise respond to the Complaint, in in support thereof, states as follows:

1. The adversary proceeding was filed on July 22, 2021; and served on the undersigned on July 28, 2021.

2. DOE has 35 days from the date or issuance of the summons (July 22, 2021) to respond. That is August 26, 2021.

3. Immediately upon learning of the Complaint, undersigned contacted DOE. DOE is in the process of obtaining pertinent records and information.

4. The government believes these records and information are necessary to appropriately respond and will need additional time after receipt to review and prepare the appropriate answer or motion to dismiss.

5. This Motion is not made for the purposes of delay or prejudice.

WHEREFORE, Defendant DOE prays that this Court grant the Motion for Extension of Time to Respond to Complaint, enter an Order allowing DOE to file a responsive pleading on or before October 25, 2021, and for such other and further relief as the Court deems just and proper.

Respectfully submitted,

JASON R. COODY
Acting United States Attorney

*/s/ Corey J. Smith*
Corey J. Smith
Assistant United States Attorney
Florida Bar No. 0120420
111 North Adams Street, 4th Floor
Tallahassee, FL  32301
(850) 942-8430
Fax: (850) 942-8466
c.j.smith@usdoj.gov

## CERTIFICATE OF COMPLIANCE

The undersigned counsel has conferred with the Plaintiff in compliance with N.D.Fla.Loc.R. 9013-1(A), who objects to the relief requested in this motion.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and accurate copy of the forgoing, will be sent this 19th day of August, via first class mail to the following:

| | |
|---|---|
| Julian Rodney Rooks, Jr.<br>3648 Dartford Lane<br>Tallahassee, FL 32311 | Sherry F Chancellor, P.A.<br>Attn: Sherry F Chancellor, Esq<br>619 West Chase Street<br>Pensacola, FL 32502 |
| St. Joseph's College of Maine<br>c/o Eric J. Wycoff, Registered Agent<br>Merrill's Wharf<br>254 Commercial Street<br>Portland, ME 04101 | St. Matthew's University Inc<br>c/o Moya, Terry J., as Reg. Agent<br>12124 High Tech Avenue, Ste. 290<br>Orlando, FL 32817 |

/s/ Corey J. Smith
Corey J. Smith
Assistant U.S. Attorney