## AFFIDAVIT OF SERVICE

**State of Florida**                    **County of NORTHERN**              **UNITED STATES BANKRUPTCY Court**

Case Number: 21-40139-KKS

Plaintiffs: **IN RE: JULIAN RODNEY ROOKS, JR.**
vs.
Defendant: **ST. JOSEPH'S COLLEGE OF MAINE, ST. MATTHEW'S UNIVERSITY (CAYMAN) LTD., ST. MATTHEW'S UNIVERSITY INC., UNITED STATES DEPARTMENT OF EDUCATION, ET AL.**

For: JULIAN ROOKS, JR.

Received by NOLAN PROCESS SERVERS, LLC on the 4th day of August, 2021 at 10:26 am to be served on **U.S. DEPARTMENT OF EDUCATION - ATTN: LIZA ARAUJO, EXECUTIVE DIRECTOR, OFFICE OF THE GENERAL COUNSEL, 400 MARYLAND AVENUE S.W., ROOM 6E300, WASHINGTON, DC 20202-2111.** I, _Raymond Hudson_, being duly sworn, depose and say that on the _5th_ day of _August_, 20 _21_ at _12:11_ .m., executed service by delivering a true copy of the **CERTIFICATE OF SERVICE; COPY OF AFFIDAVIT; MOTION TO ENLARGE TIME, ADV MATRIX** in accordance with state statutes in the manner marked below:

( ) **PUBLIC AGENCY:** By serving _____ as _____ of the within-named agency.

( ) **SUBSTITUTE SERVICE:** By serving _____ as _____. Person receiving these documents is at least 15 years of age and has been informed of the general nature of the documents.

(X) **CORPORATE SERVICE:** By serving _June Canada_ as _Confidential Assistant_

( ) **OTHER SERVICE:** As described in the Comments below by serving _____ as _____

( ) **NON SERVICE:** For the reason detailed in the Comments below.

COMMENTS:_____
_____
_____

Age _42_ Sex M (F) Race _Black_ Height _5'5"_ Weight _210_ Hair _Black_ Glasses (Y) N

I certify that I am over the age of 18, have no interest in the above action, and am a Certified Process Server, in good standing, in the judicial circuit in which the process was served. Under penalty of perjury I declare that the facts contained herein are true to the best of my knowledge. NO NOTARY REQUIRED PURSUANT TO F.S. 92.252 (2).

Subscribed and Sworn to before me on the _9th_ day of _August_, _2021_ by the affiant who is personally known to me.

_____
NOTARY PUBLIC

PROCESS SERVER # _N/A_
Appointed in accordance with State Statutes

**NOLAN PROCESS SERVERS, LLC**
**7498 Anglewood Lane**
**Tallahassee, FL 32309**
**(850) 562-6058**

Our Job Serial Number: 2021010282

ANGELA H. CROSON
NOTARY PUBLIC
My Commission Expires

Copyright © 1992-2021 Database Services, Inc. - Process Server's Toolbox V8.2b