U.S. Department of Education
Attn: Liza Araujo, Executive Officer
Office of the General Council
400 Maryland Ave., S.W. Room 6E300
Washington, DC 20202-2111

St. Joseph's College of Maine
c/o Eric J. Wycoff, Registered Agent
Merril's Wharf
254 Commercial Street
Portland, ME 04101

St. Matthew's University Inc.
c/o Moya, Terry J., Registered Agent
12124 High Tech Ave.
Suite 290
Orlando, FL 32817

Sherry F. Chancellor, PA
Attn: Sherry F. Chancellor Esq.,
Ch 7 Trustee
619 West Chase Street
Pensacola, FL 32502

Attorney General of the United States
Attn: Dawn E. Johnsen, Acting Asst. AG
Office of Legal Council, U.S. DOJ
950 Pennsylvania Avenue, NW
Washington, DC 20530-0001

United States Attorney
Attn: Civil Process Clerk
Tallahassee, HQ, 111 North Adams Street
Fourth Floor U. S. Courthouse
Tallahassee, FL 32301