FORM nhgnrlp (Rev. 10/20)

**UNITED STATES BANKRUPTCY COURT**
Northern District of Florida
Tallahassee Division

In Re: Julian Rodney Rooks, Jr.                    Bankruptcy Case No.: 21–40139–KKS

Julian Rodney Rooks Jr.                             Adversary Case No.: 21–04019–KKS
Plaintiff(s)

vs

St. Joseph's College of Maine et al.
Defendant(s)

**Notice of Non Evidentiary Hearing via Telephone Conference**

   PLEASE TAKE NOTICE that a hearing to consider and act upon the following will be held on October 26, 2021, at 11:00 AM, Eastern Time, via CourtCall.

   *39* – Motion to Dismiss Adversary Proceeding Filed by Defendant St. Joseph's College of Maine (Attachments: # 1 Exhibit 1 # 2 Exhibit 2) (Hawes, Trevor)

Dated: August 27, 2021                              FOR THE COURT
                                                    Traci E. Abrams, Clerk of Court
                                                    110 E. Park Ave., Ste. 100
                                                    Tallahassee, FL 32301

**SERVICE:** Trevor Hawes shall serve this document pursuant to the applicable Rules and file a certificate of service within three (3) days.

**TELEPHONIC APPEARANCES:** It is the responsibility of each person who wishes to appear by CourtCall to do so by calling (866) 582–6878 not later than 3:00 p.m. one day prior to the hearing to schedule their appearance. In an emergency, you may contact chambers at (850) 521–5031. Failure to timely arrange a CourtCall appearance is NOT an emergency. For further instructions see our website at
http://www.flnb.uscourts.gov./sites/default/files/court_resources/telephonic_appearance_procedures.pdf.