UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

IN RE:                                           Case NO.: 21-40139-KKS
                                                 CHAPTER: 7

JULIAN RODNEY ROOKS, JR.,

     Debtor.

_____ /


JULIAN RODNEY ROOKS, JR.                         ADV. NO.: 21-04019-KKS

     Plaintiff,

v.

ST. JOSEPH'S COLLEGE OF MAINE,
ST. MATTHEW'S UNIVERSITY (CAYMAN) LTD.,
ST. MATTHEW'S UNIVERSITY INC.
UNITED STATES DEPARTMENT OF EDUCATION,

     Defendants.

_____ /


## AFFIDAVIT AND REQUEST TO ENTER DEFAULT

State of Florida

County of Leon

     I, Julian Rodney Rooks Jr., being duly sworn say:

1.     I am the Plaintiff in the above titled action.

2.      A copy of the summons and complaint was served on defendant

on July 28, 2021, and the return of service of Kevin Jurette, is on file in this

action.

3.      Defendant, St. Joseph's College of Maine, has not answered or

otherwise appeared in this action, and the time within which defendant may

appear has expired.

DATED: 08/24/2021



FRANCES B. LOCKE
Commission # GG 113735
Expires October 6, 2021
Bonded Thru Troy Fain Insurance 800-385-7019

Subscribed and sworn to before
me on August 24, 2021.

RESPECTFULLY SUBMITTED
PLAINTIFF

Julian Rodney Rooks Jr.
3648 Dartford Lane
Tallahassee, Florida 32311
(850) 364-0312
julianrooks@yahoo.com

### Request to Clerk to enter Default

To: Clerk

Defendant, St. Joseph's College of Maine, having failed to answer or
otherwise appear in the above-entitled action, and the time for appearance
having expired, you are requested to enter its default pursuant to Rule 55(a)
of the Federal Rules of Civil Procedure.

2

DATED: 08/24/2021                        RESPECTFULLY SUBMITTED

                                         PLAINTIFF

                                         /s/ *[signature]*
                                         Julian Rodney Rooks Jr.
                                         3648 Dartford Lane
                                         Tallahassee, Florida 32311
                                         (850) 364-0312
                                         julianrooks@yahoo.com


service to:

Corey J. Smith
Assistant United States Attorney
111 North Adams Street, 4th floor
Tallahassee, FL 32301

3