B2600 (Form 2600) (12/15)

# United States Bankruptcy Court

__NORTHERN__ District Of __FLORIDA__

In re __JULIAN RODNEY ROOKS JR.__,  
Debtor

__JULIAN RODNEY ROOKS JR.__,  
Plaintiff

v.  
__ST. JOSEPH'S COLLEGE OF MAINE__  
Defendant

Case No. 21-40139-KKS

Chapter 7

Adv. Proc. No. 21-04019-KKS

## ENTRY OF DEFAULT

It appears from the record that the following defendant failed to plead or otherwise defend in this case as required by law.

| Name: | ST. JOSEPH'S COLLEGE OF MAINE |

Therefore, default is entered against the defendant as authorized by Federal Rule of Bankruptcy Procedure 7055.

_____  
Date

By: _____  
Clerk of the Bankruptcy Court

Deputy Clerk