UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

IN RE:                                                                    Case NO.: 21-40139-KKS
                                                                          CHAPTER: 7
JULIAN RODNEY ROOKS, JR.,

    Debtor.
_____ /

JULIAN RODNEY ROOKS, JR.                        ADV. NO.: 21-04019-KKS

    Plaintiff,
v.

ST. JOSEPH'S COLLEGE OF MAINE,
ST. MATTHEW'S UNIVERSITY (CAYMAN) LTD.,
ST. MATTHEW'S UNIVERSITY INC.
UNITED STATES DEPARTMENT OF EDUCATION,

    Defendants.
_____ /

## AFFIDAVIT AND REQUEST TO ENTER DEFAULT

State of Florida

County of Leon

    I, Julian Rodney Rooks Jr., being duly sworn say:

    1.    I am the Plaintiff in the above titled action.

2. A copy of the summons and complaint was served on defendant on July 28, 2021, and the return of service of James Paul Trebowski, is on file in this action.

3. Defendant, St. Matthew's University Inc., has not answered or otherwise appeared in this action, and the time within which defendant may appear has expired.

DATED: 08/24/2021

RESPECTFULLY SUBMITTED
PLAINTIFF

*/s/ Julian Rodney Rooks Jr.*
Julian Rodney Rooks Jr.
3648 Dartford Lane
Tallahassee, Florida 32311
(850) 364-0312
julianrooks@yahoo.com

FRANCES B. LOCKE
Commission # GG 113735
Expires October 6, 2021
Bonded Thru Troy Fain Insurance 800-385-7019

*/s/ Frances B. Locke*

Subscribed and sworn to before me on August 24, 2021.

### Request to Clerk to enter Default

To: Clerk

Defendant, St. Matthew's University Inc., having failed to answer or otherwise appear in the above-entitled action, and the time for appearance having expired, you are requested to enter its default pursuant to Rule 55(a) of the Federal Rules of Civil Procedure.

2

DATED: 08/24/2021  RESPECTFULLY SUBMITTED

PLAINTIFF

/s/ *Julian Rodney Rooks Jr.*
Julian Rodney Rooks Jr.
3648 Dartford Lane
Tallahassee, Florida 32311
(850) 364-0312
julianrooks@yahoo.com

service to:

Corey J. Smith
Assistant United States Attorney
111 North Adams Street, 4th floor
Tallahassee, FL 32301

3