B2600 (Form 2600) (12/15)

# United States Bankruptcy Court

__NORTHERN__ District Of __FLORIDA__

In re __JULIAN RODNEY ROOKS JR.__,   )
                Debtor                        )    Case No. __21-40139-KKS__
                                                    )
          __JULIAN RODNEY ROOKS JR.__,   )    Chapter __7__
                Plaintiff                   )
                      v.                  )
  __ST. MATTHEW'S UNIVERSITY INC.__, )    Adv. Proc. No. __21-04019-KKS__
                Defendant               )

## ENTRY OF DEFAULT

It appears from the record that the following defendant failed to plead or otherwise defend in this case as required by law.

> Name: **ST. MATTHEW'S UNIVERSITY INC.**

Therefore, default is entered against the defendant as authorized by Federal Rule of Bankruptcy Procedure 7055.

 

_____                Clerk of the Bankruptcy Court

                                                    By: _____

_____                                       Deputy Clerk
      Date