## RETURN OF SERVICE

### UNITED STATES BANKRUPTCY COURT
### NORTHERN District of Florida

Case Number: 21-40139-KKS

Plaintiffs:
**IN RE: JULIAN RODNEY ROOKS, JR.**

vs.

Defendant:
**ST. JOSEPH'S COLLEGE OF MAINE, ST. MATTHEW'S UNIVERSITY (CAYMAN) LTD., ST. MATTHEW'S UNIVERSITY INC., UNITED STATES DEPARTMENT OF EDUCATION, ET AL.**

For:
JULIAN ROOKS, JR.
3648 DARTFORD LANE
TALLAHASSEE, FL 32311

Received by NOLAN PROCESS SERVERS, LLC on the 25th day of August, 2021 at 3:57 pm to be served on **COREY J. SMITH ASSISTANT UNITED STATES ATTORNEY, 111 NORTH ADAMS STREET, TALLAHASSEE, FL 32301**.

I, ZHONTA STAPLETON, do hereby affirm that on the **27th day of August, 2021** at **3:05 pm**, I:

**CORPORATE:** served by delivering a true copy of the **ENTRY OF DEFAULT;AFFIDAVIT AND REQUEST TO ENTER DEFAULT** with the date and hour of service endorsed thereon by me, to: **JAMES MCCAIN** as **ASSISTANT U.S. ATTORNEY** for the Registered Agent of COREY J. SMITH ASSISTANT UNITED STATES ATTORNEY at the address of: **111 NORTH ADAMS STREET, TALLAHASSEE, FL 32301**, and informed said person of the contents therein, in compliance with state statutes.

**Description** of Person Served: Age: 45, Sex: M, Race/Skin Color: WHITE, Height: 6'1, Weight: 200, Hair: BROWN, Glasses: Y

I certify that I am over the age of 18, have no interest in the above action, and am a Certified Process Server, in good standing, in the judicial circuit in which the process was served. Under penalty of perjury I declare that the facts contained herein are true to the best of my knowledge. NO NOTARY REQUIRED PURSUANT TO F.S. 92.525 (2).

_____
**ZHONTA STAPLETON**
Process Server

NOLAN PROCESS SERVERS, LLC
7498 Anglewood Lane
Tallahassee, FL 32309
(850) 562-6058

Our Job Serial Number: MCN-2021011309

Copyright © 1992-2021 Database Services, Inc. - Process Server's Toolbox V8.2b

B2600 (Form 2600) (12/15)

Date: 8/27/21   Time: 3:05pm
# 277
is a certified process server in the
Circuit and County Courts in and for the
Second Judicial Circuit

# United States Bankruptcy Court

__NORTHERN__ District Of __FLORIDA__

In re __JULIAN RODNEY ROOKS JR.__,  )   Case No. 21-40139-KKS
      Debtor  )
  )   Chapter __7__
__JULIAN RODNEY ROOKS JR.__,  )
      Plaintiff  )
  )
v.  )
__ST. JOSEPH'S COLLEGE OF MAINE__  )   Adv. Proc. No. 21-04019-KKS
      Defendant  )

## ENTRY OF DEFAULT

It appears from the record that the following defendant failed to plead or otherwise defend in this case as required by law.

| Name: | ST. JOSEPH'S COLLEGE OF MAINE |
|---|---|

Therefore, default is entered against the defendant as authorized by Federal Rule of Bankruptcy Procedure 7055.

_____       _____
                                                 Clerk of the Bankruptcy Court

By: _____
  Date                                        Deputy Clerk