UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

| | |
|---|---|
| IN RE:<br><br>JULIAN RODNEY ROOKS, JR.,<br><br>    Debtor.<br><br>JULIAN RODNEY ROOKS, JR.,<br><br>    Plaintiff,<br><br>v.<br><br>ST. JOSEPH'S COLLEGE OF MAINE, et al,<br><br>    Defendants.<br>                                                                    / | CASE NO.: 21-40139-KKS<br>Chapter 7<br>Judge Karen K. Specie<br><br><br><br>Adv. Case. No. 21-04019-KKS |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that true and accurate copy of, "Notice of Non-Evidentiary Hearing via Telephone Conference" (Doc 41) set for October 26, 2021 at 11:00 AM, Eastern Time, via CourtCall, was sent by first class mail on Wednesday, September 1, 2021, to the following persons/entities:

| | |
|---|---|
| Julian Rodney Rooks, Jr.<br>3648 Dartford Lane<br>Tallahassee, Florida  32311<br>*pro se* Plaintiff | Sherry A. Chancellor, P.A.<br>Attn: Sherry F Chancellor, Esq.<br>619 West Chase Street<br>Pensacola, FL  32502 |
| Attorney General of the United States<br>U.S. Department of Justice<br>Attn:  Dawn E. Johnsen, Acting Asst. | United States Attorney<br>Attn: Civil Process Clerk<br>Tallahassee Headquarters |

**COLE, SCOTT & KISSANE, P.A.**
COLE, SCOTT & KISSANE BUILDING - 4686 SUNBEAM ROAD - JACKSONVILLE SOUTH, FLORIDA 32257 - (904) 672-4000 (904) 672-4050 FAX

| | |
|---|---|
| 950 Pennsylvania Ave, NW<br>Washington, DC  20530-0001 | 111 North Adams Street<br>Tallahassee, FL  32301 |
| St. Matthew's University, Inc.<br>c/o Moya, Terry J., as Reg. Agent<br>12124 High Tech Avenue, Ste. 290<br>Orlando, FL  32817 | United States Department of Education<br>Corey Jason Smith, Esq.<br>*Via electronic mail:*<br>*c/j/smith@usdoj.gov;*<br>*Marsha.S.Francis@usdoj.gov;*<br>*caseview.ecf@usdoj.gov* |

        Respectfully submitted,

        COLE, SCOTT & KISSANE, P.A.
        *Counsel for Defendant*
        2873 Remington Circle
        Tallahassee, FL  32308
        Primary e-mail: trevor.hawes@csklegal.com
        Secondary e-mail:
        zachary.brewer@csklegal.com

By:  *s/ Trevor G. Hawes*
       TREVOR G. HAWES
       Florida Bar No.:  521531
       ZACHARY J. BREWER
       Florida Bar No.:  85745

0342.0282-00/-1