UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

IN RE:

JULIAN RODNEY ROOKS, JR.,             CASE NO.: 21-40139-KKS
                                       CHAPTER: 7

  Debtor.
_____/

JULIAN RODNEY ROOKS, JR.,              ADV. NO.: 21-04019-KKS

    Plaintiff,
v.

ST. JOSEPH'S COLLEGE OF MAINE, et al.,

    Defendants.
_____/

## ORDER DENYING PLAINTIFF'S *AFFIDAVIT AND REQUEST TO ENTER DEFAULT* (ECF NO. 42)

THIS MATTER is before the Court on Plaintiff's *Affidavit and Request to Enter Default* ("Request," ECF No. 42) requesting entry of a Clerk's default against Defendant, St. Joseph's College of Maine ("St. Joseph's College").

Plaintiff commenced the instant adversary proceeding on July 22, 2021 and served St. Joseph's College on July 28, 2021.[1] St. Joseph's

---

[1] ECF No. 1; ECF No. 24.

NJM

College filed a motion to dismiss on August 25, 2021.[2] On August 31, 2021 Plaintiff filed his Request pursuant to Fed. R. Civ. P. 55(a), made applicable by Fed. R. Bankr. P. 7055.

Pursuant to Federal Rule 55(a), when a defendant fails to "*plead or otherwise defend*, and that failure is shown by affidavit or otherwise, the clerk must enter the party's default."[3] Because St. Joseph's College filed a motion to dismiss, entry of a Clerk's default is improper. For the reasons stated, it is

ORDERED: Plaintiff's *Affidavit and Request to Enter Default* (ECF No. 42) is DENIED.

DONE and ORDERED on September 13, 2021.

KAREN K. SPECIE
Chief U. S. Bankruptcy Judge

cc: all interested parties, including

Julian Rodney Rooks, Jr., 3648 Dartford Lane, Tallahassee, Florida 32311

Counsel for St. Joseph's College of Maine, Scot & Kissane, P.A., 2873 Remington Circle, Tallahassee, Florida 32308

St. Joseph's College of Maine, c/o Eric J. Wycoff Cole, 254 Commercial Street, Portland, Maine 04101

---

[2] ECF No. 39.
[3] Fed. R. Civ. P. 55(a) (emphasis added).