UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

IN RE:

JULIAN RODNEY ROOKS, JR.,           CASE NO.: 21-40139-KKS
                                                      CHAPTER: 7

  Debtor.
_____/

JULIAN RODNEY ROOKS, JR.,           ADV. NO.: 21-04019-KKS

     Plaintiff,
v.

ST. JOSEPH'S COLLEGE OF MAINE, et al.,

     Defendants.
_____/

## ORDER DENYING, WITHOUT PREJUDICE, PLAINTIFF'S *AFFIDAVIT AND REQUEST TO ENTER DEFAULT* (ECF NO. 43)

THIS MATTER is before the Court on Plaintiff's *Affidavit and Request to Enter Default* ("Request," ECF No. 43) requesting entry of a Clerk's default against Defendant, St. Matthew's University Inc. ("St. Matthew's University").

Plaintiff commenced the instant adversary proceeding on July 22, 2021 and served St. Matthew's University on July 28, 2021.[1] On August 31, 2021, Plaintiff filed his Request pursuant to Fed. R. Civ. P. 55(a),

---
[1] ECF No. 1; ECF No. 28.

NJM

made applicable by Fed. R. Bankr. P. 7055.

Pursuant to Federal Rule 55(a), when a defendant fails to "plead or otherwise defend, and that failure is shown by affidavit or otherwise, the clerk must enter the party's default."[2] This Court's Local Rule 7055-1(A) also requires a motion for a Clerk's default to state:

> (1) Upon whom, how, and when service was made, with reference to the applicable Bankruptcy Rule;
> (2) The date on which a responsive pleading was due;
> (3) That no extension of time was sought or obtained by the adverse party; and
> (3) That the movant seeks an entry of a Clerk's default.[3]

Plaintiff's Request does not comply with this Court's Local Rule. For the reasons stated, it is

ORDERED: Plaintiff's *Affidavit and Request to Enter Default* (ECF No. 43) is DENIED, without prejudice.

DONE and ORDERED on September 13, 2021.

KAREN K. SPECIE
Chief U. S. Bankruptcy Judge

cc: all interested parties, including

Julian Rodney Rooks, Jr., 3648 Dartford Lane, Tallahassee, Florida 32311

St. Matthew's University Inc., c/o Terry J. Moya, 12124 High Tech Avenue, Ste. 290, Orlando, Florida 32817

---

[2] Fed. R. Civ. P. 55(a).
[3] N.D. Fla. LBR 7055-1(A).