| | |
|---|---|
| **From:** | USBankruptcyCourts@noticingcenter.com |
| **Sent:** | Tuesday, September 14, 2021 1:41 PM |
| **To:** | FLNBml_BNC |
| **Subject:** | U.S. Bankruptcy Court, Northern District of Florida - Undeliverable Notice, In re: , Case Number: 21-04019, KKS, Ref: [p-168565646] |
| **Attachments:** | B_P42104019pdf0020159.PDF |
| | |
| **Follow Up Flag:** | Follow up |
| **Flag Status:** | Completed |

**CAUTION - EXTERNAL:**

Notice of Undeliverable Mail to Court - Adversary Proceeding

September 15, 2021

From: The Bankruptcy Noticing Center

Re:     Undeliverable Notice - Adversary Proceeding

In re: Rooks, Jr., Plaintiff
        St. Joseph's College of Maine, Defendant
        Adv. Proc. No. 21-04019, KKS,

The attached document could not be mailed to the notice recipient(s) listed below because the United States Postal Service (USPS) has determined that those addresses in the case mailing list are undeliverable. This notification is being sent for appropriate processing as your court may determine.


Undeliverable Address:
St. Matthew's University (Cayman) Ltd.

Role type/cr id: dft
Reason Undeliverable: INCOMPLETE ADDRESS

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

IN RE:

JULIAN RODNEY ROOKS, JR.,	CASE NO.: 21-40139-KKS
	CHAPTER: 7

   Debtor.
_____/

JULIAN RODNEY ROOKS, JR.,	ADV. NO.: 21-04019-KKS

   Plaintiff,

v.

ST. JOSEPH'S COLLEGE OF MAINE, et al.,

   Defendants.
_____/

## ORDER DENYING, WITHOUT PREJUDICE, PLAINTIFF'S *AFFIDAVIT AND REQUEST TO ENTER DEFAULT* (ECF NO. 43)

THIS MATTER is before the Court on Plaintiff's *Affidavit and Request to Enter Default* ("Request," ECF No. 43) requesting entry of a Clerk's default against Defendant, St. Matthew's University Inc. ("St. Matthew's University").

Plaintiff commenced the instant adversary proceeding on July 22, 2021 and served St. Matthew's University on July 28, 2021.[1] On August 31, 2021, Plaintiff filed his Request pursuant to Fed. R. Civ. P. 55(a),

---

[1] ECF No. 1; ECF No. 28.

NJM

made applicable by Fed. R. Bankr. P. 7055.

Pursuant to Federal Rule 55(a), when a defendant fails to "plead or otherwise defend, and that failure is shown by affidavit or otherwise, the clerk must enter the party's default."[2] This Court's Local Rule 7055-1(A) also requires a motion for a Clerk's default to state:

> (1) Upon whom, how, and when service was made, with reference to the applicable Bankruptcy Rule;
> (2) The date on which a responsive pleading was due;
> (3) That no extension of time was sought or obtained by the adverse party; and
> (3) That the movant seeks an entry of a Clerk's default.[3]

Plaintiff's Request does not comply with this Court's Local Rule. For the reasons stated, it is

ORDERED: Plaintiff's *Affidavit and Request to Enter Default* (ECF No. 43) is DENIED, without prejudice.

DONE and ORDERED on September 13, 2021.

KAREN K. SPECIE
Chief U. S. Bankruptcy Judge

cc: all interested parties, including

Julian Rodney Rooks, Jr., 3648 Dartford Lane, Tallahassee, Florida 32311

St. Matthew's University Inc., c/o Terry J. Moya, 12124 High Tech Avenue, Ste. 290, Orlando, Florida 32817

---

[2] Fed. R. Civ. P. 55(a).
[3] N.D. Fla. LBR 7055-1(A).

2