| | |
|---|---|
| **From:** | USBankruptcyCourts@noticingcenter.com |
| **Sent:** | Tuesday, September 14, 2021 1:41 PM |
| **To:** | FLNBml_BNC |
| **Subject:** | U.S. Bankruptcy Court, Northern District of Florida - Undeliverable Notice, In re: , Case Number: 21-04019, KKS, Ref: [p-168565645] |
| **Attachments:** | B_P42104019pdf0020157.PDF |
| | |
| **Follow Up Flag:** | Follow up |
| **Flag Status:** | Completed |

**CAUTION - EXTERNAL:**

Notice of Undeliverable Mail to Court - Adversary Proceeding

September 15, 2021

From: The Bankruptcy Noticing Center

Re:    Undeliverable Notice - Adversary Proceeding

In re: Rooks, Jr., Plaintiff
       St. Joseph's College of Maine, Defendant
       Adv. Proc. No. 21-04019, KKS,

The attached document could not be mailed to the notice recipient(s) listed below because the United States Postal Service (USPS) has determined that those addresses in the case mailing list are undeliverable. This notification is being sent for appropriate processing as your court may determine.


Undeliverable Address:
St. Matthew's University (Cayman) Ltd.

Role type/cr id: dft
Reason Undeliverable: INCOMPLETE ADDRESS

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

IN RE:

JULIAN RODNEY ROOKS, JR.,   CASE NO.: 21-40139-KKS
CHAPTER: 7

   Debtor.
_____/

JULIAN RODNEY ROOKS, JR.,   ADV. NO.: 21-04019-KKS

     Plaintiff,
v.

ST. JOSEPH'S COLLEGE OF MAINE, et al.,

     Defendants.
_____/

## ORDER DENYING PLAINTIFF'S *AFFIDAVIT AND REQUEST TO ENTER DEFAULT* (ECF NO. 42)

THIS MATTER is before the Court on Plaintiff's *Affidavit and Request to Enter Default* ("Request," ECF No. 42) requesting entry of a Clerk's default against Defendant, St. Joseph's College of Maine ("St. Joseph's College").

Plaintiff commenced the instant adversary proceeding on July 22, 2021 and served St. Joseph's College on July 28, 2021.[1] St. Joseph's

---

[1] ECF No. 1; ECF No. 24.

NJM

College filed a motion to dismiss on August 25, 2021.[2] On August 31, 2021 Plaintiff filed his Request pursuant to Fed. R. Civ. P. 55(a), made applicable by Fed. R. Bankr. P. 7055.

Pursuant to Federal Rule 55(a), when a defendant fails to "*plead or otherwise defend*, and that failure is shown by affidavit or otherwise, the clerk must enter the party's default."[3] Because St. Joseph's College filed a motion to dismiss, entry of a Clerk's default is improper. For the reasons stated, it is

ORDERED: Plaintiff's *Affidavit and Request to Enter Default* (ECF No. 42) is DENIED.

DONE and ORDERED on September 13, 2021.

KAREN K. SPECIE
Chief U. S. Bankruptcy Judge

cc: all interested parties, including

Julian Rodney Rooks, Jr., 3648 Dartford Lane, Tallahassee, Florida 32311

Counsel for St. Joseph's College of Maine, Scot & Kissane, P.A., 2873 Remington Circle, Tallahassee, Florida 32308

St. Joseph's College of Maine, c/o Eric J. Wycoff Cole, 254 Commercial Street, Portland, Maine 04101

---

[2] ECF No. 39.
[3] Fed. R. Civ. P. 55(a) (emphasis added).