United States Bankruptcy Court
Northern District of Florida

Rooks, Jr.,

    Plaintiff                                                                                                         Adv. Proc. No. 21-04019-KKS

St. Joseph's College of Maine,

    Defendant

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 1129-4 | User: sakinsany | Page 1 of 2 |
| Date Rcvd: Sep 13, 2021 | Form ID: pdf002 | Total Noticed: 10 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 15, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| ust | + | Mary Ida Townson, United States Trustee, Region 21, 110 E. Park Ave., Suite 120, Tallahassee, FL 32301-7729 |
| intp | | Attorney General of the United States, U.S. Department of Justice, Attn: Dawn E. Johnsen, Acting Asst., 950 Pennsylvania Ave, NW, Washington, DC 20530-0001 |
| pla | + | Julian Rodney Rooks, Jr., 3648 Dartford Lane, Tallahassee, FL 32311-7773 |
| dft | + | St. Joseph's College of Maine, c/o Eric J. Wycoff, Registered Agent, Merrill's Wharf, 254 Commercial Street, Portland, ME 04101-4664 |
| dft | + | St. Matthew's University Inc, c/o Moya, Terry J., as Reg. Agent, 12124 High Tech Avenue, Ste. 290, Orlando, FL 32817-8374 |
| | + | St. Matthews University Inc., c/o Terry J. Moya, 12124 High Tech Avenue, Ste. 290, Orlando, FL 32817-8374 |
| intp | + | United States Attorney, Attn: Civil Process Clerk, Tallahassee Headquarters, 111 North Adams Street, Tallahassee, FL 32301-7736 |
| dft | | United States Department of Education, Attn: Liza Araujo, Executive Director, Office of the General Counsel, 400 Maryland Avenue S.W., Room 6E300, Washington, DC 20202-2111 |

TOTAL: 8

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| ust | + | Email/Text: ustpregion21.TL.ecf@usdoj.gov | Sep 13 2021 23:27:00 | United States Trustee, 110 E. Park Avenue, Suite 128, Tallahassee, FL 32301-7728 |
| intp | + | Email/Text: Sherry.chancellor@yahoo.com | Sep 13 2021 23:27:00 | Sherry F Chancellor, P.A., Attn: Sherry F Chancellor, Esq, Ch 7 Tr, 619 West Chase Street, Pensacola, FL 32502-4711 |

TOTAL: 2

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| dft | | St. Matthew's University (Cayman) Ltd. |
| | *+ | Julian Rodney Rooks, Jr., 3648 Dartford Lane, Tallahassee, FL 32311-7773 |

TOTAL: 1 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

1129-4

| | | |
|---|---|---|
| District/off: 1129-4 | User: sakinsany | Page 2 of 2 |
| Date Rcvd: Sep 13, 2021 | Form ID: pdf002 | Total Noticed: 10 |

| | | |
|---|---|---|
| Date: Sep 15, 2021 | Signature: | /s/Joseph Speetjens |

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 13, 2021 at the address(es) listed below:**

**Name**                         **Email Address**

Corey Jason Smith

on behalf of Defendant United States Department of Education c.j.smith@usdoj.gov
Marsha.S.Francis@usdoj.gov;caseview.ecf@usdoj.gov

Trevor G. Hawes

on behalf of Defendant St. Joseph's College of Maine trevor.hawes@csklegal.com
kimberly.aceves@csklegal.com;tammy.lewis@csklegal.com

TOTAL: 2

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF FLORIDA
## TALLAHASSEE DIVISION

IN RE:

JULIAN RODNEY ROOKS, JR.,    CASE NO.:  21-40139-KKS
              CHAPTER: 7

 Debtor.
_____/

JULIAN RODNEY ROOKS, JR.,    ADV. NO.: 21-04019-KKS

  Plaintiff,

v.

ST. JOSEPH'S COLLEGE OF MAINE, et al.,

  Defendants.
_____/

### ORDER DENYING, WITHOUT PREJUDICE, PLAINTIFF'S _AFFIDAVIT AND REQUEST TO ENTER DEFAULT_ (ECF NO. 43)

THIS MATTER is before the Court on Plaintiff's _Affidavit and Request to Enter Default_ ("Request," ECF No. 43) requesting entry of a Clerk's default against Defendant, St. Matthew's University Inc. ("St. Matthew's University").

Plaintiff commenced the instant adversary proceeding on July 22, 2021 and served St. Matthew's University on July 28, 2021.[1] On August 31, 2021, Plaintiff filed his Request pursuant to Fed. R. Civ. P. 55(a),

---

[1] ECF No. 1; ECF No. 28.

NJM

made applicable by Fed. R. Bankr. P. 7055.

Pursuant to Federal Rule 55(a), when a defendant fails to "plead or otherwise defend, and that failure is shown by affidavit or otherwise, the clerk must enter the party's default."[2] This Court's Local Rule 7055-1(A) also requires a motion for a Clerk's default to state:

> (1) Upon whom, how, and when service was made, with reference to the applicable Bankruptcy Rule;
> (2) The date on which a responsive pleading was due;
> (3) That no extension of time was sought or obtained by the adverse party; and
> (3) That the movant seeks an entry of a Clerk's default.[3]

Plaintiff's Request does not comply with this Court's Local Rule. For the reasons stated, it is

ORDERED: Plaintiff's *Affidavit and Request to Enter Default* (ECF No. 43) is DENIED, without prejudice.

DONE and ORDERED on ___September 13, 2021_____.

KAREN K. SPECIE
Chief U. S. Bankruptcy Judge

cc: all interested parties, including

Julian Rodney Rooks, Jr., 3648 Dartford Lane, Tallahassee, Florida 32311

St. Matthew's University Inc., c/o Terry J. Moya, 12124 High Tech Avenue, Ste. 290, Orlando, Florida 32817

---

[2] Fed. R. Civ. P. 55(a).
[3] N.D. Fla. LBR 7055-1(A).

2