United States Bankruptcy Court

Northern District of Florida

Rooks, Jr.,
    Plaintiff

St. Joseph's College of Maine,
    Defendant

Adv. Proc. No. 21-04019-KKS

# CERTIFICATE OF NOTICE

District/off: 1129-4      User: sakinsany      Page 1 of 1
Date Rcvd: Sep 14, 2021      Form ID: pdf002      Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol**    **Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 16, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| pla | + | Julian Rodney Rooks, Jr., 3648 Dartford Lane, Tallahassee, FL 32311-7773 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 16, 2021      Signature:      /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 14, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Corey Jason Smith | on behalf of Defendant United States Department of Education c.j.smith@usdoj.gov Marsha.S.Francis@usdoj.gov;caseview.ecf@usdoj.gov |
| Trevor G. Hawes | on behalf of Defendant St. Joseph's College of Maine trevor.hawes@csklegal.com kimberly.aceves@csklegal.com;tammy.lewis@csklegal.com |

TOTAL: 2

| | |
|---|---|
| **From:** | USBankruptcyCourts@noticingcenter.com |
| **Sent:** | Tuesday, September 14, 2021 1:41 PM |
| **To:** | FLNBml_BNC |
| **Subject:** | U.S. Bankruptcy Court, Northern District of Florida - Undeliverable Notice, In re: , Case Number: 21-04019, KKS, Ref: [p-168565645] |
| **Attachments:** | B_P42104019pdf0020157.PDF |
| | |
| **Follow Up Flag:** | Follow up |
| **Flag Status:** | Completed |

**CAUTION - EXTERNAL:**

Notice of Undeliverable Mail to Court - Adversary Proceeding

September 15, 2021

From: The Bankruptcy Noticing Center

Re:     Undeliverable Notice - Adversary Proceeding

In re: Rooks, Jr., Plaintiff
       St. Joseph's College of Maine, Defendant
       Adv. Proc. No. 21-04019, KKS,

The attached document could not be mailed to the notice recipient(s) listed below because the United States Postal Service (USPS) has determined that those addresses in the case mailing list are undeliverable. This notification is being sent for appropriate processing as your court may determine.


Undeliverable Address:
St. Matthew's University (Cayman) Ltd.

Role type/cr id: dft
Reason Undeliverable: INCOMPLETE ADDRESS

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.

1

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF FLORIDA
# TALLAHASSEE DIVISION

IN RE:

JULIAN RODNEY ROOKS, JR.,            CASE NO.: 21-40139-KKS
                                                    CHAPTER: 7

  Debtor.
_____/

JULIAN RODNEY ROOKS, JR.,            ADV. NO.: 21-04019-KKS

     Plaintiff,
v.

ST. JOSEPH'S COLLEGE OF MAINE, et al.,

     Defendants.
_____/

## ORDER DENYING PLAINTIFF'S *AFFIDAVIT AND REQUEST TO ENTER DEFAULT* (ECF NO. 42)

THIS MATTER is before the Court on Plaintiff's *Affidavit and Request to Enter Default* ("Request," ECF No. 42) requesting entry of a Clerk's default against Defendant, St. Joseph's College of Maine ("St. Joseph's College").

Plaintiff commenced the instant adversary proceeding on July 22, 2021 and served St. Joseph's College on July 28, 2021.[1] St. Joseph's

---
[1] ECF No. 1; ECF No. 24.

NJM

College filed a motion to dismiss on August 25, 2021.[2] On August 31, 2021 Plaintiff filed his Request pursuant to Fed. R. Civ. P. 55(a), made applicable by Fed. R. Bankr. P. 7055.

Pursuant to Federal Rule 55(a), when a defendant fails to "*plead or otherwise defend*, and that failure is shown by affidavit or otherwise, the clerk must enter the party's default."[3] Because St. Joseph's College filed a motion to dismiss, entry of a Clerk's default is improper. For the reasons stated, it is

ORDERED: Plaintiff's *Affidavit and Request to Enter Default* (ECF No. 42) is DENIED.

DONE and ORDERED on September 13, 2021.

KAREN K. SPECIE
Chief U. S. Bankruptcy Judge

cc: all interested parties, including

Julian Rodney Rooks, Jr., 3648 Dartford Lane, Tallahassee, Florida 32311

Counsel for St. Joseph's College of Maine, Scot & Kissane, P.A., 2873 Remington Circle, Tallahassee, Florida 32308

St. Joseph's College of Maine, c/o Eric J. Wycoff Cole, 254 Commercial Street, Portland, Maine 04101

---

[2] ECF No. 39.
[3] Fed. R. Civ. P. 55(a) (emphasis added).