UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

IN RE:                                                CASE NO.: 21-40139-KKS
                                                                               CHAPTER: 7

JULIAN RODNEY ROOKS, JR.,

     Debtor.
_____/

JULIAN RODNEY ROOKS, JR.,               ADV. NO.: 21-04019-KKS

     Plaintiff,
v.

ST. JOSEPH'S COLLEGE OF MAINE, et al.,

     Defendants.
_____/

## MOTION FOR ENTRY OF DEFAULT BY CLERK

Plaintiff, Julian Rodney Rooks, Jr., moves this Court for entry of a default against the Defendant, St. Matthew's University Inc. ("St. Matthew's University"), and would show:

1.     Service was made by summons in accordance with Fed. R. Bankr. P. 7004 on the Defendant by personal service of James Paul Trebowski, serving St. Matthew's University Inc., at the address of 12124