High Tech Avenue, Ste. 290, Orlando, Florida, 32817, at 11:00 am on July 28, 2021.

2. The date upon which a responsive pleading was due was August 23, 2021.

3. No extension of time was sought or obtained by the Defendant.

4. Wherefore, Plaintiff seeks entry of a Clerk's default against the Defendant as a result of the failure to respond pursuant to Fed. R. Civ. P. 55(a), made applicable by Fed. R. Bankr. P. 7055.

Dated: September 15, 2021.

RESPECTFULLY SUBMITTED
PLAINTIFF

/s/ *(signature)*
Julian Rodney Rooks Jr.
3648 Dartford Lane
Tallahassee, Florida, 32311
(850) 364-0312
julianrooks@yahoo.com

Service to:
Corey J. Smith
Assistant United States Attorney
111 North Adams Street, 4th Floor
Tallahassee, FL 32301

Trevor G. Hawes
Cole, Scott & Kissane, P.A.
2873 Remington Circle
Tallahassee, FL 32308

2