# RETURN OF SERVICE

State of Florida          County of NORTHERN          UNITED STATES BANKRUPTCY Court

Case Number: 21-40139-KKS

Plaintiffs:
IN RE: JULIAN RODNEY ROOKS, JR.

vs.

Defendant:
ST. JOSEPH'S COLLEGE OF MAINE, ST. MATTHEW'S UNIVERSITY (CAYMAN) LTD., ST. MATTHEW'S UNIVERSITY INC., UNITED STATES DEPARTMENT OF EDUCATION, ET AL.

For:
JULIAN ROOKS, JR.
3648 DARTFORD LANE
TALLAHASSEE, FL 32311

Received by NOLAN PROCESS SERVERS, LLC on the 15th day of September, 2021 at 3:58 pm to be served on **COREY J. SMITH - ASSISTANT UNITED STATES ATTORNEY, 111 NORTH ADAMS STREET, 4TH FLOOR, TALLAHASSEE, FL 32301**.

I, SABRITA THURMAN-NEWBY, do hereby affirm that on the **16th day of September, 2021** at **2:40 pm**, I:

**AUTHORIZED:** served by delivering a true copy of the **MOTION FOR ENTRY OF DEFAULT BY CLERK** with the date and hour of service endorsed thereon by me, to: **MARSHA FRANCIS** as **LEGAL ASSISTANT**, who stated they are authorized to accept service for: **COREY J. SMITH - ASSISTANT UNITED STATES ATTORNEY** at the address of: **111 NORTH ADAMS STREET, 4TH FLOOR, TALLAHASSEE, FL 32301**, and informed said person of the contents therein, in compliance with state statutes.

**Description** of Person Served: Age: 30+, Sex: F, Race/Skin Color: WHITE, Height: 5'6", Weight: 190, Hair: BLONDE, Glasses: N

I certify that I am over the age of 18, have no interest in the above action, and am a Certified Process Server, in good standing, in the judicial circuit in which the process was served. Under penalty of perjury I declare that the facts contained herein are true to the best of my knowledge. NO NOTARY REQUIRED PURSUANT TO F.S. 92.525 (2).

*[signature]*
SABRITA THURMAN-NEWBY
Certified Process Server #236

NOLAN PROCESS SERVERS, LLC
7498 Anglewood Lane
Tallahassee, FL 32309
(850) 562-6058

Our Job Serial Number: MCN-2021012344