UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

In re:                                              Case No. 21-40139-KKS
                                                    Chapter 7
Julian Rodney Rooks Jr., self represented

    Debtor.
_____/

Julian Rodney Rooks Jr. self represented          Adv. No. 21-04019-KKS

    Plaintiff,
v.

St. Joseph's College of Maine,
St. Matthew's University (Cayman) Ltd.,
St. Matthew's University Inc.
United States Department of Education,

    Defendants.
_____/

## NOTICE OF PRIOR OR SIMILAR CASE

This is a notice of a prior or similar case, 16-40025-KKS, filed in this District which includes identical or similar claims between all of the same or related parties.

DATED: 08/18/2021

RESPECTFULLY SUBMITTED
PLAINTIFF
/s/ *Julian Rodney Rooks Jr.*
Julian Rodney Rooks Jr.
3648 Dartford Lane
Tallahassee, Florida 32311

(850) 364-0312

Service to:

St. Joseph's College of Maine
c/o Eric J. Wycoff, Registered Agent
Merril's Wharf
254 Commercial Street
Portland, ME 04101

St. Matthew's University Inc.
c/o Moya, Terry J., Registered Agent
12124 High Tech Ave.
Suite 290
Orlando, FL 32817

U.S. Department of Education
c/o Corey J. Smith, Asst. U.S. Attorney
111 North Adams Street, Ste 4
Tallahassee, FL 32301-7730