## AFFIDAVIT OF SERVICE

| | | |
|---|---|---|
| State of Florida | County of NORTHERN | UNITED STATES BANKRUPTCY Court |

Case Number: 21-40139-KKS

Plaintiffs:
IN RE: JULIAN RODNEY ROOKS, JR.

vs.

Defendant:
ST. JOSEPH'S COLLEGE OF MAINE, ST. MATTHEW'S UNIVERSITY (CAYMAN) LTD., ST. MATTHEW'S UNIVERSITY INC., UNITED STATES DEPARTMENT OF EDUCATION, ET AL.

MCN2021011121

For:
JULIAN ROOKS, JR.
3648 DARTFORD LANE
TALLAHASSEE, FL 32311

Received by Nolan Process Service, LLC on the 20th day of August, 2021 at 4:45 pm to be served on **ST. MATTHEW'S UNIVERSITY, INC. C/O MOYA, TERRY J., REG. AGENT, 12124 HIGH TECH AVENUE, STE. 200, ORLANDO, FL 32817.**

I, JAMES PAUL TREBOWSKI, being duly sworn, depose and say that on the **24th day of August, 2021** at **10:15 am, I:**

served a **CORPORATION** by delivering a true copy of the **NOTICE OF PRIOR OF SIMILAR CASE** with the date and hour of service endorsed thereon by me, to: **JOSE PIERTO** as **STUDENT COUNCIL** for **ST. MATTHEW'S UNIVERSITY, INC.**, at the address of: **12124 HIGH TECH AVENUE, STE. 200, ORLANDO, FL 32817**, and informed said person of the contents therein, in compliance with Florida Statute 48.091

**Description** of Person Served: Age: 30, Sex: M, Race/Skin Color: Hispanic, Height: 5'10", Weight: 165, Hair: Bald, Glasses: Y

I do hereby certify that I have no interest in the above action, that I am over the age of eighteen, and that I am a Certified Process Server in the Judicial Circuit in which it was served. Under penalties of perjury, I declare that I have read the forgoing affidavit and that the facts stated in it are true. No Notary required Pursuant to F.S. 92.525 (2)

Subscribed and sworn to before me on this the 24th day of August, 2021 by the affiant who is personally known to me.

Notary public

DYLAN STEELE
Notary Public
State of Florida
Comm# HH142337
Expires 6/14/2025

JAMES PAUL TREBOWSKI
CPS # 0228

Nolan Process Service, LLC
7498 Anglewood Lane
Tallahassee, FL 32309
(850) 562-6058

Our Job Serial Number: MCN-2021011121

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

In re:                                              Case No. 21-40139-KKS
                                                    Chapter 7
Julian Rodney Rooks Jr., self represented

Debtor.
_____/

Julian Rodney Rooks Jr. self represented           Adv. No. 21-04019-KKS

    Plaintiff,
v.

St. Joseph's College of Maine,
St. Matthew's University (Cayman) Ltd.,
St. Matthew's University Inc.
United States Department of Education,

    Defendants.
_____/

## NOTICE OF PRIOR OR SIMILAR CASE

This is a notice of a prior or similar case, 16-40025-KKS, filed in this District which includes identical or similar claims between all of the same or related parties.

DATED: 08/18/2021

RESPECTFULLY SUBMITTED
PLAINTIFF
/s/ Julian Rodney Rooks Jr.
Julian Rodney Rooks Jr.
3648 Dartford Lane
Tallahassee, Florida 32311