## AFFIDAVIT OF SERVICE

State of Florida                County of NORTHERN            UNITED STATES BANKRUPTCY
                                                              Court

Case Number 21-40139-KKS

Plaintiffs: IN RE: JULIAN RODNEY ROOKS, JR.
vs.
Defendant: ST. JOSEPH'S COLLEGE OF MAINE, ST. MATTHEW'S UNIVERSITY (CAYMAN) LTD., ST. MATTHEW'S UNIVERSITY INC., UNITED STATES DEPARTMENT OF EDUCATION, ET AL.

For: JULIAN ROOKS, JR.

Received by NOLAN PROCESS SERVERS, LLC on the 24th day of August, 2021 at 9:03 am to be served on ST. JOSEPH'S COLLEGE OF MAINE C/O ERIC J. WYCOFF, REGISTERED AGENT, MERRIL'S WHARF, 254 COMMERCIAL STREET, PORTLAND, ME 04101, I, ALAN GOXHAR, being duly sworn, depose and say that on the 25 day of AUGUST, 2021 at 9:00 a.m., executed service by delivering a true copy of the NOTICE OF PRIOR OR SIMILAR CASE in accordance with state statutes in the manner marked below:

( ) PUBLIC AGENCY: By serving _____ as _____ of the within-named agency.

( ) SUBSTITUTE SERVICE: By serving _____ as _____ Person receiving these documents is at least 15 years of age and has been informed of the general nature of the documents

(X) CORPORATE SERVICE: By serving TAIGE GRAHAM as _____ R/A ERIK WYCOFF
AUTHORIZED TO ACCEPT SERVICE

( ) OTHER SERVICE: As described in the Comments below by serving _____ as _____

( ) NON SERVICE: For the reason detailed in the Comments below

COMMENTS: _____

Age 30 Sex M Race WH Height 5'6" Weight 120 Hair BR Glasses Y/N

I certify that I am over the age of 18, have no interest in the above action, and am a Certified Process Server, in good standing, in the judicial circuit in which the process was served. Under penalty of perjury, I declare that the facts contained herein are true to the best of my knowledge. NO NOTARY REQUIRED PURSUANT TO F.S. 92.252 (2)

_____
PROCESS SERVER # PI95/645
Appointed in accordance with State Statutes

Subscribed and Sworn to before me on the 25 day of AUGUST, 2021 by the affiant who is personally known to me.

_____
NOTARY PUBLIC

KRISTINA M. O'BRIEN
Notary Public-Maine
My Commission Expires
February 08, 2028

NOLAN PROCESS SERVERS, LLC
7498 Anglewood Lane
Tallahassee, FL 32309
(850) 562-6058

Our Job Serial Number: 2021011245

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

In re:                                              Case No. 21-40139-KKS
                                                    Chapter 7
Julian Rodney Rooks Jr., self represented

    Debtor.
_____ /

Julian Rodney Rooks Jr. self represented           Adv. No. 21-04019-KKS

    Plaintiff,
v.

St. Joseph's College of Maine,
St. Matthew's University (Cayman) Ltd.,
St. Matthew's University Inc.
United States Department of Education,

    Defendants.

_____ /

## NOTICE OF PRIOR OR SIMILAR CASE

This is a notice of a prior or similar case, 16-40025-KKS, filed in this District which includes identical or similar claims between all of the same or related parties.

DATED: 08/18/2021

RESPECTFULLY SUBMITTED
PLAINTIFF
/s/ *Julian Rodney Rooks Jr.*
Julian Rodney Rooks Jr.
3648 Dartford Lane
Tallahassee, Florida 32311