## RETURN OF SERVICE

**State of Florida**                    **County of NORTHERN**                    UNITED STATES BANKRUPTCY
                                                                                                        Court

Case Number: 21-40139-KKS

Plaintiffs:
**IN RE: JULIAN RODNEY ROOKS, JR.**

vs.

Defendant:
**ST. JOSEPH'S COLLEGE OF MAINE, ST. MATTHEW'S UNIVERSITY
(CAYMAN) LTD., ST. MATTHEW'S UNIVERSITY INC., UNITED STATES
DEPARTMENT OF EDUCATION, ET AL.**

For:
JULIAN ROOKS, JR.
3648 DARTFORD LANE
TALLAHASSEE, FL 32311

Received by NOLAN PROCESS SERVERS, LLC on the 18th day of August, 2021 at 10:32 am to be served on **U.S.
DEPARTMENT OF EDUCATION C/O COREY J. SMITH, ASST. U.S. ATTORNEY, 111 NORTH ADAMS STREET,
STE. 4, TALLAHASSEE, FL 32301-7730.**

I, ZHONTA STAPLETON, do hereby affirm that on the **18th day of August, 2021** at **2:05 pm, I:**

**GOVERNMENT AGENCY:** served by delivering a true copy of the **NOTICE OF PRIOR OF SIMILAR CASE** with the
date and hour of service endorsed thereon by me, to: **GARY MILLIGAN** as **DEPUTY CRIMINAL CHIEF** for **U.S.
DEPARTMENT OF EDUCATION C/O COREY J. SMITH, ASST. U.S. ATTORNEY** at the address of **111 NORTH
ADAMS STREET, STE. 4, TALLAHASSEE, FL 32301-7730** and informed said person of the contents therein, in
compliance with State Statutes.

**Description** of Person Served: Age: 45+, Sex: M, Race/Skin Color: WHITE, Height: 5'11', Weight: 220, Hair:
WHITE, Glasses: Y

I certify that I am over the age of 18, have no interest in the above action, and am a Certified Process Server, in
good standing, in the judicial circuit in which the process was served.  Under penalty of perjury I declare that the
facts contained herein are true to the best of my knowledge.NO NOTARY REQUIRED PURSUANT TO F.S. 92.525
(2).

ZHONTA STAPLETON
Process Server

**NOLAN PROCESS SERVERS, LLC**
**7498 Anglewood Lane**
**Tallahassee, FL 32309**
**(850) 562-6058**

Our Job Serial Number: MCN-2021010989

Copyright © 1992-2021 Database Services, Inc. - Process Server's Toolbox V8.2b

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

In re:                                                    Case No. 21-40139-KKS
                                                          Chapter 7

Julian Rodney Rooks Jr., self represented

        Debtor.
_____ /

Julian Rodney Rooks Jr. self represented        Adv. No. 21-04019-KKS

        Plaintiff,

v.                                               Date: 8/18/14    2:05P
                                                 Time:
St. Joseph's College of Maine,                   is a certified process server in the
St. Matthew's University (Cayman) Ltd.,          Circuit and County Courts in and for the
St. Matthew's University Inc.                    Second Judicial Circuit
United States Department of Education,

        Defendants.

_____ /

### <u>NOTICE OF PRIOR OR SIMILAR CASE</u>

    This is a notice of a prior or similar case, 16-40025-KKS, filed in this

District which includes identical or similar claims between all of the same or

related parties.

                                        RESPECTFULLY SUBMITTED
DATED:08/18/2021                        PLAINTIFF
                                        /s/ Julian Rodney Rooks J,
                                        Julian Rodney Rooks Jr.
                                        3648 Dartford Lane
                                        Tallahassee, Florida 32311

(850) 364-0312

Service to:

St. Joseph's College of Maine
c/o Eric J. Wycoff, Registered Agent
Merril's Wharf
254 Commercial Street
Portland, ME 04101

St. Matthew's University Inc.
c/o Moya, Terry J., Registered Agent
12124 High Tech Ave.
Suite 290
Orlando, FL 32817

U.S. Department of Education
c/o Corey J. Smith, Asst. U.S. Attorney
111 North Adams Street, Ste 4
Tallahassee, FL 32301-7730

2