UNITED STATES BANKRUPTCY COURT
FOR THE NORTHER DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

| | |
|---|---|
| IN RE:<br><br>JULIAN RODNEY ROOKS, JR.,<br><br>    Debtor.<br><br>JULIAN RODNEY ROOKS, JR.,<br><br>    Plaintiff,<br><br>v.<br><br>ST. JOSEPH'S COLLEGE OF MAINE, ST. MATTHEW'S UNIVESITY (CAYMAN) LTD., ST. MATHEW'S UNIVERSITY INC., UNITED STATES DEPARTMENT OF EDUCATION,<br><br>    Defendants. | CASE NO.: 21-40139-KKS<br>Chapter 7<br>Judge Karen K. Specie<br><br><br><br>Adv. Case. No. 21-04019-KKS |

**ORDER GRANTING ON DEFENDANT, ST. JOSEPH'S COLLEGE OF MAINE'S MOTION TO DISMISS ADVERSARY PROCEEDING [ECF 39]**

THIS CASE came on for consideration without a hearing on Defendant, ST. JOSEPH'S COLLEGE OF MAINE'S Motion to Dismiss Adversary Proceeding [ECF 39]. The Court has reviewed the Motion, the supporting exhibits and has been otherwise advised in the Premises.

For this reason, it is

ORDERED: Defendant's Motion to Dismiss Adversary Proceeding [ECF 39] is hereby GRANTED.

DONE AND ORDERED on, this 29th day of September, 2021.

_____
KAREN K. SPECIE
Chief U.S. Bankruptcy Judge

Order prepared by Trevor G. Hawes

Trevor G. Hawes is directed to serve a copy of this Order on interested parties who are non-CM/ECF users and file a proof of service within three (3) business day of entry of the Order.

0342.0282-00/-1