Form ntdeflt

**UNITED STATES BANKRUPTCY COURT**
Northern District of Florida
Tallahassee Division

---

In Re:  Julian Rodney Rooks, Jr.               Bankruptcy Case No.:  21–40139–KKS

---

    Julian Rodney Rooks Jr.                  Adversary Case No.:  21–04019–KKS
    Plaintiff(s)

vs

    St. Matthew's University (Cayman) Ltd. et al.
    Defendant(s)

---

### *ENTRY OF DEFAULT*

    It appears from the record that the following defendant failed to plead or otherwise defend in this case as required by law:

> St. Matthew's University Inc

  Therefore, default is entered against the defendant as authorized by Bankruptcy Rule 7055.

Dated: September 29, 2021                    FOR THE COURT
                                                     Traci E. Abrams, Clerk of Court
                                                     110 E. Park Ave., Ste. 100
                                                     Tallahassee, FL 32301

Service by the Court to:
  All parties in interest