| | |
|---|---|
| **From:** | USBankruptcyCourts@noticingcenter.com |
| **Sent:** | Thursday, September 30, 2021 12:45 PM |
| **To:** | FLNBml_BNC |
| **Subject:** | U.S. Bankruptcy Court, Northern District of Florida - Undeliverable Notice, In re: , Case Number: 21-04019, KKS, Ref: [p-169173492] |
| **Attachments:** | B_P42104019ntdeflt0200.PDF |

**CAUTION - EXTERNAL:**

Notice of Undeliverable Mail to Court - Adversary Proceeding

October 1, 2021

From: The Bankruptcy Noticing Center

Re:    Undeliverable Notice - Adversary Proceeding

In re: Julian Rodney Rooks Jr., Plaintiff
       St. Matthew's University (Cayman) L, Defendant
       Adv. Proc. No. 21-04019, KKS,

The attached document could not be mailed to the notice recipient(s) listed below because the United States Postal Service (USPS) has determined that those addresses in the case mailing list are undeliverable. This notification is being sent for appropriate processing as your court may determine.


Undeliverable Address:
St. Matthew's University (Cayman) Ltd.

Role type/cr id: dft
Reason Undeliverable: INCOMPLETE ADDRESS

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.

Form ntdeflt

**UNITED STATES BANKRUPTCY COURT**
Northern District of Florida
Tallahassee Division

In Re: Julian Rodney Rooks, Jr.                                    Bankruptcy Case No.: 21−40139−KKS

Julian Rodney Rooks Jr.                                            Adversary Case No.: 21−04019−KKS
Plaintiff(s)

vs

St. Matthew's University (Cayman) Ltd. et al.
Defendant(s)

## *ENTRY OF DEFAULT*

It appears from the record that the following defendant failed to plead or otherwise defend in this case as required by law:

St. Matthew's University Inc

Therefore, default is entered against the defendant as authorized by Bankruptcy Rule 7055.

Dated: September 29, 2021                    FOR THE COURT
                                             Traci E. Abrams, Clerk of Court
                                             110 E. Park Ave., Ste. 100
                                             Tallahassee, FL 32301

Service by the Court to:
  All parties in interest