United States Bankruptcy Court

Northern District of Florida

Rooks, Jr.,
    Plaintiff

St. Matthew's University (Cayman) L,
    Defendant

Adv. Proc. No. 21-04019-KKS

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 1129-4 | User: sakinsany | Page 1 of 2 |
| Date Rcvd: Sep 29, 2021 | Form ID: ntdeflt | Total Noticed: 6 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 01, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| intp | | Attorney General of the United States, U.S. Department of Justice, Attn: Dawn E. Johnsen, Acting Asst., 950 Pennsylvania Ave, NW, Washington, DC 20530-0001 |
| pla | + | Julian Rodney Rooks, Jr., 3648 Dartford Lane, Tallahassee, FL 32311-7773 |
| dft | + | St. Matthew's University Inc, c/o Moya, Terry J., as Reg. Agent, 12124 High Tech Avenue, Ste. 290, Orlando, FL 32817-8374 |
| intp | + | United States Attorney, Attn: Civil Process Clerk, Tallahassee Headquarters, 111 North Adams Street, Tallahassee, FL 32301-7736 |
| dft | | United States Department of Education, Attn: Liza Araujo, Executive Director, Office of the General Counsel, 400 Maryland Avenue S.W., Room 6E300, Washington, DC 20202-2111 |

TOTAL: 5

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| intp | + | Email/Text: Sherry.chancellor@yahoo.com | Sep 30 2021 00:04:00 | Sherry F Chancellor, P.A., Attn: Sherry F Chancellor, Esq, Ch 7 Tr, 619 West Chase Street, Pensacola, FL 32502-4711 |

TOTAL: 1

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| dft | | St. Matthew's University (Cayman) Ltd. |

TOTAL: 1 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 01, 2021      Signature:      /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 29, 2021 at the address(es) listed

| District/off: 1129-4 | User: sakinsany | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Sep 29, 2021 | Form ID: ntdeflt | Total Noticed: 6 |

below:

| Name | Email Address |
|---|---|
| Corey Jason Smith | on behalf of Defendant United States Department of Education c.j.smith@usdoj.gov Marsha.S.Francis@usdoj.gov;caseview.ecf@usdoj.gov |
| Trevor G. Hawes | on behalf of Defendant St. Joseph's College of Maine trevor.hawes@csklegal.com kimberly.aceves@csklegal.com;tammy.lewis@csklegal.com |

TOTAL: 2

Form ntdeflt

**UNITED STATES BANKRUPTCY COURT**
Northern District of Florida
Tallahassee Division

In Re:  Julian Rodney Rooks, Jr.                    Bankruptcy Case No.:  21−40139−KKS

vs

Julian Rodney Rooks Jr.                              Adversary Case No.:  21−04019−KKS
Plaintiff(s)

St. Matthew's University (Cayman) Ltd. et al.
Defendant(s)

## *ENTRY OF DEFAULT*

It appears from the record that the following defendant failed to plead or otherwise defend in this case as required by law:

St. Matthew's University Inc

Therefore, default is entered against the defendant as authorized by Bankruptcy Rule 7055.

Dated: September 29, 2021                FOR THE COURT
                                         Traci E. Abrams, Clerk of Court
                                         110 E. Park Ave., Ste. 100
                                         Tallahassee, FL 32301

Service by the Court to:
  All parties in interest