## U. S. DEPARTMENT OF EDUCATION
## SAN FRANCISCO, CALIFORNIA

### CERTIFICATE OF INDEBTEDNESS #1 OF 1

Julian Rodney Rooks, Jr.
Case No. 21-04019
SSN: xxx-xx-0775

I certify that Department of Education records show that the borrower named above is indebted to the United States in the amount stated below as of 08/17/21:

The borrower executed the following notes on or about:
03/19/99:  FFELP Federal Stafford Loan Application and Promissory Note
01/03/99:  FFELP Federal Stafford Loan Application and Promissory Note
07/15/97:  FFELP Federal Stafford Loan Application and Promissory Note
06/29/94:  FFELP Federal Stafford Loan Application and Promissory Note
06/12/93:  FFELP Federal Stafford Loan Application and Promissory Note
06/12/93:  FFELP Federal Supplemental Loan Application and Promissory Note

### FFEL LOANS

| Disbursement Date | Amount | Capitalized Int. | Interest rate | Current Int. | Current Prin. |
|---|---|---|---|---|---|
| 05/28/99-09/01/99 | $ 8,500.00 | $ 4,858.02 | 1.72%V | $ 4,428.60 | $13,358.02 |
| 05/28/99-09/01/99 | $10,000.00 | $ 5,715.35 | 1.72%V | $ 5,210.13 | $15,715.35 |
| 02/19/99 | $ 2,166.00 | $ 1,237.96 | 1.72%V | $ 1,128.54 | $ 3,403.96 |
| 02/19/99 | $ 7,139.00 | $ 4,080.18 | 1.72%V | $ 3,719.49 | $11,219.18 |
| 10/15/97-12/24/97 | $ 8,500.00 | $ 7,996.34 | 2.52%V | $ 6,912.93 | $16,496.34 |
| 10/15/97-12/24/97 | $ 8,600.00 | $ 8,090.43 | 2.52%V | $ 6,994.26 | $16,690.43 |
| 08/11/94 | $10,000.00 | $ 9,407.48 | 3.12%V | $ 8,132.90 | $19,407.48 |
| 08/18/93 | $10,000.00 | $17,583.34 | 3.12%V | $12,126.74 | $27,583.34 |
| 08/17/93 | $ 7,500.58 | $ 7,055.00 | 3.12%V | $ 6,099.70 | $14,555.58 |

Grand Total (C. Interest + C. Principal):          $193,182.97

The FFEL loans were reinsured by the Department of Education under loan guaranty programs authorized under Title IV-B of the Higher Education Act of 1965, as amended, 20 U.S.C. 1071 et seq. (34 CFR. Part 682).

The borrower now owes the unpaid principal of $138,429.68 and unpaid accrued interest of $54,753.29, as of 08/17/21. Records show that $0.00 in payments has been credited to the account. Interest accrues on the principal at the rate of $9.60 a day.

Pursuant to 28 U.S.C. § 1746(2), I certify under penalty of perjury that the foregoing is true and correct.

Executed on: **August 24, 2021**

Cristin Caitlin Bulman
Loan Analyst
Litigation Support

Exhibit 1