FORM nhgnrlp (Rev. 10/20)

# UNITED STATES BANKRUPTCY COURT
Northern District of Florida
Tallahassee Division

---

In Re: Julian Rodney Rooks, Jr.  |  Bankruptcy Case No.: 21–40139–KKS

---

Julian Rodney Rooks Jr.
Plaintiff(s)

Adversary Case No.: 21–04019–KKS

vs

St. Matthew's University (Cayman) Ltd. et al.
Defendant(s)

---

### Notice of Non Evidentiary Hearing via Telephone Conference

PLEASE TAKE NOTICE that a hearing to consider and act upon the following will be held on January 11, 2022, at 11:00 AM, Eastern Time, via CourtCall.

**65** – Motion to Dismiss Adversary Proceeding Filed by Defendant United States Department of Education (Attachments: # 1 Exhibit 1 – Certificate of Indebtedness # 2 Exhibit 2 – Borrower Defense to Repayment Application) (Smith, Corey)

Dated: October 28, 2021

FOR THE COURT
Traci E. Abrams, Clerk of Court
110 E. Park Ave., Ste. 100
Tallahassee, FL 32301

**SERVICE:** Corey Smith shall serve this document pursuant to the applicable Rules and file a certificate of service within three (3) days.

**TELEPHONIC APPEARANCES:** It is the responsibility of each person who wishes to appear by CourtCall to do so by calling (866) 582–6878 <u>not later than 3:00 p.m. one day prior to the hearing</u> to schedule their appearance. In an emergency, you may contact chambers at (850) 521–5031. Failure to timely arrange a CourtCall appearance is NOT an emergency. For further instructions see our website at http://www.flnb.uscourts.gov./sites/default/files/court_resources/telephonic_appearance_procedures.pdf.