## UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF FLORIDA
## TALLAHASSEE DIVISION

IN RE:

**JULIAN RODNEY ROOKS, JR.,**

    Debtor.

**CASE NO.: 21-40139-KKS**
**Chapter 7**
**Judge Karen K. Specie**

**JULIAN RODNEY ROOKS, JR.,**

    **Plaintiff,**

    **Adv. Case No. 21-04019-KKS**

v.

**DEPARTMENT OF EDUCATION,**

    **Defendant.**

## <u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that true and accurate copy of, "Notice of Non Evidentiary Hearing via Telephone Conference" (Doc 66), was sent by first class mail on Tuesday, November 02, 2021, to the following persons/entities:

| | |
|---|---|
| Julian Rodney Rooks, Jr.<br>3648 Dartford Lane<br>Tallahassee, FL 32311 | St. Matthew's University Inc<br>c/o Moya, Terry J., as Reg. Agent<br>12124 High Tech Avenue, Ste. 290<br>Orlando, FL 32817 |

Respectfully submitted,

JASON R. COODY
Acting United States Attorney

*/s/ Corey J. Smith*
Corey J. Smith
Assistant United States Attorney
Florida Bar No. 0120420
111 North Adams Street, 4th Floor
Tallahassee, FL  32301
(850) 942-8430
Fax: (850) 942-8466
c.j.smith@usdoj.gov