## RETURN OF SERVICE

State of Florida           County of NORTHERN           UNITED STATES BANKRUPTCY Court

Case Number: 21-40139-KKS

Plaintiffs:
IN RE: JULIAN RODNEY ROOKS, JR.

vs.

Defendant:
ST. JOSEPH'S COLLEGE OF MAINE, ST. MATTHEW'S UNIVERSITY (CAYMAN) LTD., ST. MATTHEW'S UNIVERSITY INC., UNITED STATES DEPARTMENT OF EDUCATION, ET AL.

For:
JULIAN ROOKS, JR.
3648 DARTFORD LANE
TALLAHASSEE, FL 32311

Received by NOLAN PROCESS SERVERS, LLC on the 29th day of November, 2021 at 4:30 pm to be served on **UNITED STATES ATTORNEY - ATTN: CIVIL PROCESS CLERK, TALLAHASSEE HEADQUARTERS, 111 NORTH ADAMS STREET, TALLAHASSEE, FL 32301**.

I, SABRITA THURMAN-NEWBY, do hereby affirm that on the 30th day of November, 2021 at 11:45 am, I:

AUTHORIZED: served by delivering a true copy of the FINAL JUDGMENT; MOTION REQUESTING ENTRY OF DEFAULT FINAL JUDGMENT; ORDER GRANTING MOTION FOR ENTRY OF DEFAULT FINAL JUDGMENT with the date and hour of service endorsed thereon by me, to: **DORNELL HUNT** as **LEGAL ASSISTANT**, who stated they are authorized to accept service for: **UNITED STATES ATTORNEY - ATTN: CIVIL PROCESS CLERK, TALLAHASSEE HEADQUARTERS** at the address of: **111 NORTH ADAMS STREET, TALLAHASSEE, FL 32301**, and informed said person of the contents therein, in compliance with state statutes.

**Description** of Person Served: Age: 40+, Sex: F, Race/Skin Color: WHITE, Height: 5'3", Weight: 180, Hair: SILVER, Glasses: Y

I certify that I am over the age of 18, have no interest in the above action, and am a Certified Process Server, in good standing, in the judicial circuit in which the process was served. Under penalty of perjury I declare that the facts contained herein are true to the best of my knowledge. NO NOTARY REQUIRED PURSUANT TO F.S. 92.525 (2).

SABRITA THURMAN-NEWBY
Certified Process Server #236

NOLAN PROCESS SERVERS, LLC
7498 Anglewood Lane
Tallahassee, FL 32309
(850) 562-6058

Our Job Serial Number: MCN-2021015952

Copyright © 1992-2021 Database Services, Inc. - Process Server's Toolbox V8.2b

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF FLORIDA
## TALLAHASSEE DIVISION

IN RE:  CASE NO.: 21-40139-KKS
CHAPTER: 7

JULIAN RODNEY ROOKS, JR.,

Debtor.
_____/

JULIAN RODNEY ROOKS, JR.,  ADV. NO.: 21-04019-KKS

Plaintiff,

v.

ST. MATTHEW'S UNIVERSITY INC., et al.,

Defendants.
_____/

Date: 11/30/21   Time: 11:45

SPS CN#19234 is a certified process server in the Circuit and County Courts in and for the Second Judicial Circuit

### FINAL JUDGMENT

This judgment is entered after entry of default against Defendant St. Matthew's University Inc., dated September 29, 2021, (ECF NO. 60) and Order Granting Motion for Entry of Default Final Judgment against the Defendant St. Matthew's University Inc..

Accordingly, it is

NOLAN PROCESS SERVERS, LLC  
7498 Anglewood Lane  
Tallahassee, FL 32309  
Phone: (850) 562-6058  
Fax: (850) 562-9552  
E.I.N. 30-0409761

**INVOICE**

Invoice #MCN-2021015952  
12/1/2021

Original Date: 11/30/2021

JULIAN ROOKS, JR.  
3648 DARTFORD LANE  
TALLAHASSEE, FL 32311

**Case Number: NORTHERN 21-40139-KKS**

Plaintiffs:  
**IN RE: JULIAN RODNEY ROOKS, JR.**

Defendant:  
**ST. JOSEPH'S COLLEGE OF MAINE, ST. MATTHEW'S UNIVERSITY (CAYMAN) LTD., ST. MATTHEW'S UNIVERSITY INC., UNITED STATES DEPARTMENT OF EDUCATION, ET AL.**

Received: 11/29/2021   Served: 11/30/2021 11:45 am  AUTHORIZED  
To be served on: UNITED STATES ATTORNEY - ATTN: CIVIL PROCESS CLERK, TALLAHASSEE HEADQUARTERS

### ITEMIZED LISTING

| Line Item | Quantity | Price | Amount |
|---|---|---|---|
| Service Fee (Local) | 1.00 | 25.00 | 25.00 |
| TOTAL CHARGED: | | | $25.00 |

| | | | |
|---|---|---|---|
| 12/1/2021 | CC **9612 | FINAL PAYMENT | 25.00 |
| **BALANCE DUE:** | | | **$0.00** |

Thank you for your business!

Please enclose a copy of this invoice with your payment.

Copyright © 1992-2021 Database Services, Inc. - Process Server's Toolbox V8.2b

Page 1 / 1