MODIFIED BY THE COURT

December 13, 2021
Date

Karen K. Specie
U.S. Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

| | |
|---|---|
| IN RE:<br><br>JULIAN RODNEY ROOKS, JR.,<br><br>    Debtor. | CASE NO.: 21-40139-KKS<br>Chapter 7<br><br>Judge Karen K. Specie |
| JULIAN RODNEY ROOKS, JR.,<br><br>    Plaintiff,<br><br>v.<br><br>DEPARTMENT OF EDUCATION,<br><br>    Defendant. | Adv. Case No. 21-04019-KKS |

**ORDER GRANTING DEFENDANT DEPARTMENT OF EDUCATION'S MOTION TO DISMISS COMPLAINT (ECF NO. 65 )**

THIS CAUSE came before the Court without hearing upon the United States, on behalf of the Department of Education's Motion to Dismiss Complaint (ECF No. 65).

For the reasons set forth in the Motion to Dismiss Complaint, specifically that

1

the statute of limitations has run and Plaintiff has failed to state a claim on which relief can be granted, it is

ORDERED that the Department of Education's Motion to Dismiss Complaint (ECF No. 65) is GRANTED.

DONE AND ORDERED this __13th__ day of December, 2021.

_____
KAREN K. SPECIE
Chief U.S. Bankruptcy Judge

Attorney Corey J. Smith, AUSA, is directed to serve a copy of this order on interested parties and file a certificate of service within 3 business days of entry of the order.

Prepared by Corey J. Smith, AUSA (Modified in Chambers)