# UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF FLORIDA
# TALLAHASSEE DIVISION

| | |
|---|---|
| IN RE:<br><br>JULIAN RODNEY ROOKS, JR.,<br><br>Debtor. | CASE NO.: 21-40139-KKS<br>Chapter 7<br>Judge Karen K. Specie |
| JULIAN RODNEY ROOKS, JR.,<br><br>Plaintiff,<br><br>v.<br><br>DEPARTMENT OF EDUCATION,<br><br>Defendant. | Adv. Case No. 21-04019-KKS |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that true and accurate copy of, "Order Granting Defendant Department of Education's Motion to Dismiss Complaint," (Doc 70) was sent by first class mail on Tuesday, December 14, 2021, to the following persons/entities:

| | |
|---|---|
| Julian Rodney Rooks, Jr.<br>3648 Dartford Lane<br>Tallahassee, FL 32311 | Sherry F Chancellor, P.A.<br>Attn: Sherry F Chancellor, Esq<br>619 West Chase Street<br>Pensacola, FL 32502 |

| | |
|---|---|
| St. Joseph's College of Maine<br>c/o Eric J. Wycoff, Registered Agent<br>Merrill's Wharf<br>254 Commercial Street<br>Portland, ME 04101 | St. Matthew's University Inc<br>c/o Moya, Terry J., as Reg. Agent<br>12124 High Tech Avenue, Ste. 290<br>Orlando, FL 32817 |

Respectfully submitted,

JASON R. COODY
Acting United States Attorney

*/s/ Corey J. Smith*
Corey J. Smith
Assistant United States Attorney
Florida Bar No. 0120420
111 North Adams Street, 4th Floor
Tallahassee, FL  32301
(850) 942-8430
Fax: (850) 942-8466
c.j.smith@usdoj.gov