FORM nhgnrlp (Rev. 10/20)

**UNITED STATES BANKRUPTCY COURT**
Northern District of Florida
Tallahassee Division

In Re:  Julian Rodney Rooks, Jr.                                    Bankruptcy Case No.: 21–40139–KKS

Julian Rodney Rooks Jr.                                              Adversary Case No.: 21–04019–KKS
Plaintiff(s)

vs

St. Matthew's University (Cayman) Ltd. et al.
Defendant(s)

**Notice of Non Evidentiary Hearing via Telephone Conference**

   PLEASE TAKE NOTICE that a hearing to consider and act upon the following will be held on February 15, 2022, at 11:00 AM, Eastern Time, via CourtCall.

   *68* – Motion Requesting Entry of Default Final Judgment Filed by Plaintiff Julian Rodney Rooks Jr. (Akinsanya, S.)

Dated: December 21, 2021                            FOR THE COURT
                                                    Traci E. Abrams, Clerk of Court
                                                    110 E. Park Ave., Ste. 100
                                                    Tallahassee, FL 32301

**SERVICE:**  Service by the Court pursuant to applicable Rules.

**TELEPHONIC APPEARANCES:** It is the responsibility of each person who wishes to appear by CourtCall to do so by calling (866) 582–6878 <u>not later than 3:00 p.m. one day prior to the hearing</u> to schedule their appearance. In an emergency, you may contact chambers at (850) 521–5031. Failure to timely arrange a CourtCall appearance is NOT an emergency. For further instructions see our website at
http://www.flnb.uscourts.gov./sites/default/files/court_resources/telephonic_appearance_procedures.pdf.