# Elizabeth Bolton

| | |
|---|---|
| **From:** | USBankruptcyCourts@noticingcenter.com |
| **Sent:** | Wednesday, December 22, 2021 11:58 AM |
| **To:** | FLNBml_BNC |
| **Subject:** | U.S. Bankruptcy Court, Northern District of Florida - Undeliverable Notice, In re: , Case Number: 21-04019, KKS, Ref: [p-172184933] |
| **Attachments:** | B_P42104019nhgnrlp0240.PDF |

**CAUTION - EXTERNAL:**

Notice of Undeliverable Mail to Court - Adversary Proceeding

December 23, 2021

From: The Bankruptcy Noticing Center

Re:     Undeliverable Notice - Adversary Proceeding

In re: Julian Rodney Rooks Jr., Plaintiff
       St. Matthew's University (Cayman) L, Defendant
       Adv. Proc. No. 21-04019, KKS,

The attached document could not be mailed to the notice recipient(s) listed below because the United States Postal Service (USPS) has determined that those addresses in the case mailing list are undeliverable. This notification is being sent for appropriate processing as your court may determine.


Undeliverable Address:
St. Matthew's University (Cayman) Ltd.

Role type/cr id: dft
Reason Undeliverable: INCOMPLETE ADDRESS

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.