**Elizabeth Bolton**

| | |
|---|---|
| **From:** | USBankruptcyCourts@noticingcenter.com |
| **Sent:** | Wednesday, December 22, 2021 11:58 AM |
| **To:** | FLNBml_BNC |
| **Subject:** | U.S. Bankruptcy Court, Northern District of Florida - Undeliverable Notice, In re: , Case Number: 21-04019, KKS, Ref: [p-172184933] |
| **Attachments:** | B_P42104019nhgnrlp0240.PDF |

<mark>**CAUTION - EXTERNAL:**</mark>

Notice of Undeliverable Mail to Court - Adversary Proceeding

December 23, 2021

From: The Bankruptcy Noticing Center

Re:    Undeliverable Notice - Adversary Proceeding

In re: Julian Rodney Rooks Jr., Plaintiff
       St. Matthew's University (Cayman) L, Defendant
       Adv. Proc. No. 21-04019, KKS,

The attached document could not be mailed to the notice recipient(s) listed below because the United States Postal Service (USPS) has determined that those addresses in the case mailing list are undeliverable. This notification is being sent for appropriate processing as your court may determine.


Undeliverable Address:
St. Matthew's University (Cayman) Ltd.

Role type/cr id: dft
Reason Undeliverable: INCOMPLETE ADDRESS

<mark>**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.</mark>

FORM nhgnrlp (Rev. 10/20)

**UNITED STATES BANKRUPTCY COURT**
Northern District of Florida
Tallahassee Division

In Re: Julian Rodney Rooks, Jr.                          Bankruptcy Case No.: 21–40139–KKS

Julian Rodney Rooks Jr.
Plaintiff(s)                                             Adversary Case No.: 21–04019–KKS

vs

St. Matthew's University (Cayman) Ltd. et al.
Defendant(s)

**Notice of Non Evidentiary Hearing via Telephone Conference**

   PLEASE TAKE NOTICE that a hearing to consider and act upon the following will be held on February 15, 2022, at 11:00 AM, Eastern Time, via CourtCall.

   *68* – Motion Requesting Entry of Default Final Judgment Filed by Plaintiff Julian Rodney Rooks Jr. (Akinsanya, S.)

Dated: December 21, 2021                          FOR THE COURT
                                                  Traci E. Abrams, Clerk of Court
                                                  110 E. Park Ave., Ste. 100
                                                  Tallahassee, FL 32301

**SERVICE:** Service by the Court pursuant to applicable Rules.

**TELEPHONIC APPEARANCES:** It is the responsibility of each person who wishes to appear by CourtCall to do so by calling (866) 582–6878 <u>not later than 3:00 p.m. one day prior to the hearing</u> to schedule their appearance. In an emergency, you may contact chambers at (850) 521–5031. Failure to timely arrange a CourtCall appearance is NOT an emergency. For further instructions see our website at
http://www.flnb.uscourts.gov./sites/default/files/court_resources/telephonic_appearance_procedures.pdf.