United States Bankruptcy Court

Northern District of Florida

Rooks, Jr.,
    Plaintiff

St. Matthew's University (Cayman) L,
    Defendant

Adv. Proc. No. 21-04019-KKS

# CERTIFICATE OF NOTICE

District/off: 1129-4      User: admin      Page 1 of 1
Date Rcvd: Dec 21, 2021      Form ID: nhgnrlp      Total Noticed: 5

The following symbols are used throughout this certificate:
**Symbol    Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 23, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| intp | | Attorney General of the United States, U.S. Department of Justice, Attn: Dawn E. Johnsen, Acting Asst., 950 Pennsylvania Ave, NW, Washington, DC 20530-0001 |
| pla | + | Julian Rodney Rooks, Jr., 3648 Dartford Lane, Tallahassee, FL 32311-7773 |
| dft | + | St. Matthew's University Inc, c/o Moya, Terry J., as Reg. Agent, 12124 High Tech Avenue, Ste. 290, Orlando, FL 32817-8374 |
| intp | + | United States Attorney, Attn: Civil Process Clerk, Tallahassee Headquarters, 111 North Adams Street, Tallahassee, FL 32301-7736 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| intp | + | Email/Text: Sherry.chancellor@yahoo.com | Dec 21 2021 23:06:00 | Sherry F Chancellor, P.A., Attn: Sherry F Chancellor, Esq, Ch 7 Tr, 619 West Chase Street, Pensacola, FL 32502-4711 |

TOTAL: 1

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| dft | | St. Matthew's University (Cayman) Ltd. |

TOTAL: 1 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 23, 2021      Signature:      /s/Joseph Speetjens

FORM nhgnrlp (Rev. 10/20)

**UNITED STATES BANKRUPTCY COURT**
Northern District of Florida
Tallahassee Division

In Re: Julian Rodney Rooks, Jr.                              Bankruptcy Case No.: 21−40139−KKS

Julian Rodney Rooks Jr.                                       Adversary Case No.: 21−04019−KKS
Plaintiff(s)

vs

St. Matthew's University (Cayman) Ltd. et al.
Defendant(s)

**Notice of Non Evidentiary Hearing via Telephone Conference**

PLEASE TAKE NOTICE that a hearing to consider and act upon the following will be held on February 15, 2022, at 11:00 AM, Eastern Time, via CourtCall.

*68* − Motion Requesting Entry of Default Final Judgment Filed by Plaintiff Julian Rodney Rooks Jr. (Akinsanya, S.)

Dated: December 21, 2021                         FOR THE COURT
                                                 Traci E. Abrams, Clerk of Court
                                                 110 E. Park Ave., Ste. 100
                                                 Tallahassee, FL 32301

**SERVICE:** Service by the Court pursuant to applicable Rules.

**TELEPHONIC APPEARANCES:** It is the responsibility of each person who wishes to appear by CourtCall to do so by calling (866) 582−6878 not later than 3:00 p.m. one day prior to the hearing to schedule their appearance. In an emergency, you may contact chambers at (850) 521−5031. Failure to timely arrange a CourtCall appearance is NOT an emergency. For further instructions see our website at
http://www.flnb.uscourts.gov./sites/default/files/court_resources/telephonic_appearance_procedures.pdf.