United States Bankruptcy Court
Northern District of Florida

Rooks, Jr.,
    Plaintiff

St. Matthew's University (Cayman) L,
    Defendant

Adv. Proc. No. 21-04019-KKS

## CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 1129-4 | User: admin | Page 1 of 1 |
| Date Rcvd: Dec 22, 2021 | Form ID: pdf002 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 24, 2021:**

| Recip ID | Recipient Name and Address |
|---|---|
| pla | + Julian Rodney Rooks, Jr., 3648 Dartford Lane, Tallahassee, FL 32311-7773 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 24, 2021      Signature:      /s/Joseph Speetjens

## Elizabeth Bolton

| | |
|---|---|
| **From:** | USBankruptcyCourts@noticingcenter.com |
| **Sent:** | Wednesday, December 22, 2021 11:58 AM |
| **To:** | FLNBml_BNC |
| **Subject:** | U.S. Bankruptcy Court, Northern District of Florida - Undeliverable Notice, In re: , Case Number: 21-04019, KKS, Ref: [p-172184933] |
| **Attachments:** | B_P42104019nhgnrlp0240.PDF |

**CAUTION - EXTERNAL:**

Notice of Undeliverable Mail to Court - Adversary Proceeding

December 23, 2021

From: The Bankruptcy Noticing Center

Re:    Undeliverable Notice - Adversary Proceeding

In re: Julian Rodney Rooks Jr., Plaintiff
       St. Matthew's University (Cayman) L, Defendant
       Adv. Proc. No. 21-04019, KKS,

The attached document could not be mailed to the notice recipient(s) listed below because the United States Postal Service (USPS) has determined that those addresses in the case mailing list are undeliverable. This notification is being sent for appropriate processing as your court may determine.


Undeliverable Address:
St. Matthew's University (Cayman) Ltd.

Role type/cr id: dft
Reason Undeliverable: INCOMPLETE ADDRESS

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.

FORM nhgnrlp (Rev. 10/20)

**UNITED STATES BANKRUPTCY COURT**
Northern District of Florida
Tallahassee Division

In Re:  Julian Rodney Rooks, Jr.                                        Bankruptcy Case No.:  21−40139−KKS

　　　　Julian Rodney Rooks Jr.                                      Adversary Case No.:  21−04019−KKS
　　　　Plaintiff(s)

vs

　　　　St. Matthew's University (Cayman) Ltd. et al.
　　　　Defendant(s)

**Notice of Non Evidentiary Hearing via Telephone Conference**

　　　PLEASE TAKE NOTICE that a hearing to consider and act upon the following will be held on February 15, 2022, at 11:00 AM, Eastern Time, via CourtCall.

　　　*68 −* Motion Requesting Entry of Default Final Judgment Filed by Plaintiff Julian Rodney Rooks Jr. (Akinsanya, S.)

Dated: December 21, 2021　　　　　　　　　　FOR THE COURT
　　　　　　　　　　　　　　　　　　　　　　　Traci E. Abrams, Clerk of Court
　　　　　　　　　　　　　　　　　　　　　　　110 E. Park Ave., Ste. 100
　　　　　　　　　　　　　　　　　　　　　　　Tallahassee, FL 32301


**SERVICE:**  Service by the Court pursuant to applicable Rules.

**TELEPHONIC APPEARANCES:** It is the responsibility of each person who wishes to appear by CourtCall to do so by calling (866) 582−6878 <u>not later than 3:00 p.m. one day prior to the hearing</u> to schedule their appearance. In an emergency, you may contact chambers at (850) 521−5031. Failure to timely arrange a CourtCall appearance is NOT an emergency. For further instructions see our website at
http://www.flnb.uscourts.gov./sites/default/files/court_resources/telephonic_appearance_procedures.pdf.