Form Summons

# UNITED STATES BANKRUPTCY COURT
Northern District of Florida
Tallahassee Division

---

In Re:  Julian Rodney Rooks, Jr.                     Bankruptcy Case No.:  21–40139–KKS

---

    Julian Rodney Rooks Jr.                           Adversary Case No.:  21–04019–KKS
    Plaintiff(s)

vs

    St. Joseph's College of Maine
    St. Matthew's University (Cayman) Ltd.
    St. Matthew's University Inc
    United States Department of Education
    Defendant(s)

---

### *ALIAS SUMMONS IN AN ADVERSARY PROCEEDING*

    YOU ARE SUMMONED and required to file a motion or answer to the complaint which is attached to this summons with the clerk of the bankruptcy court within 30 days after the date of issuance of this summons, except that the United States and its offices and agencies shall file a motion or answer to the complaint within 35 days.

    Address of the Clerk:

        U.S. Bankruptcy Court
        110 E. Park Ave., Ste. 100
        Tallahassee, FL 32301

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney, or plaintiff if not represented.

    Name and Address of Plaintiff Attorney:

        Julian Rodney Rooks Jr.
        3648 Dartford Lane
        Tallahassee, FL 32311

    If you make a motion, your time to answer is governed by Bankruptcy Rule 7012.

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGMENT BY THE BANKRUPTCY COURT AND JUDGMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**



        Traci E. Abrams
        Clerk of the Bankruptcy Court

Date: February 14, 2022

/s/ Sloane Akinsanya
Deputy Clerk

Electronic issuance of this summons is authorized under F.R.B.P. 7004(a)(2). Authenticity may be verified by accessing the online case file using PACER at www.flnb.uscourts.gov or by visiting the Clerk's Office.

### *CERTIFICATE OF SERVICE*

I, _____ (name), certify that service of this summons and a copy of the complaint was made on _____ by:

__ Mail service: Regular, first class United States mail, postage fully pre–paid, addressed to:




__ Personal service: By leaving the process with the defendant or with an officer or agent of the defendant at:




__ Residence service: By leaving the process with the following adult at:




__ Certified Mail Service on an Insured Depository Institution: By sending the process by certified mail addressed to the following officer or defendant:




__ Publication: The defendant was served as follows: [Describe briefly]:




__ State Law: The defendant was served pursuant to the laws of the State of _____ as follows: [Describe briefly]




If service was made by personal service, by residence service, or pursuant to state law, I further certify that I am, and at all times during the service of process, was not less than 18 years of age and not a party to the matter concerning which service of process was made.

Under penalty of perjury, I declare the foregoing is true and correct.


_____    _____
Date                           Signature

Print Name

_____
Business Address

_____
City, State Zip

_____