**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF FLORIDA**
**TALLAHASSEE DIVISION**

| | |
|---|---|
| In re: | Case No. 4:21-bk-40139-KKS |
| JULIAN RODNEY ROOKS JR., self-represented, | Chapter 7 |
| Debtor. / | |
| JULIAN RODNEY ROOKS JR., self-represented, | Adv. No. 4:21-ap-4019-KKS |
| Plaintiff, | |
| v. | |
| ST. JOSEPH'S COLLEGE OF MAINE, ST. MATTHEW'S UNIVERSITY (CAYMAN) LTD., ST. MATTHEW'S UNIVERSITY INC., AND UNITED STATES DEPARTMENT OF EDUCATION, | |
| Defendants. / | |

## NOTICE OF APPEARANCE AND REQUEST FOR SERVICE

Pursuant to Federal Rule of Bankruptcy Procedure 9010, Dale A. Evans Jr. of Locke Lord LLP enters his appearance as counsel for St. Matthew's University (Cayman) Ltd. and St. Matthew's University, Inc. (collectively "SMU"). As directed by Federal Rule of Bankruptcy Procedure 9010(b) the attorney's name, office address, telephone number and fax number are as follows:

> Dale A. Evans Jr., Esq.
> Locke Lord LLP
> 777 South Flagler Drive
> East Tower, Suite 215
> West Palm Beach, FL 33401
> Phone No.: (561) 833-7700
> Fax No.: (561) 655-8719
> dale.evans@lockelord.com

Pursuant to Federal Rules of Bankruptcy Procedure Rule 2002 and Local Rules 2002-1, SMU requests that the Clerk of this Court and all other parties in interest in this proceeding, provide notice of, and where applicable, service of, all pleadings and papers pertaining to this case.

Please take notice that SMU intends that neither this Notice of Appearance nor any later appearance, pleading, claim, or suit shall: (i) by itself, subject it to the jurisdiction of this Court or waive any objection to the jurisdiction of the Bankruptcy Court; (ii) waive any objection to whether any specific adversary matter or contested proceeding is a core proceeding; (iii) waive its right to have final orders in non-core matters entered only after *de novo* review by a district court judge; (iv) waive its right to have the district court withdraw the reference in any matter subject to mandatory or discretionary withdrawal; (v) waive jurisdiction or any other rights, claims, actions, defenses, setoffs, recoupments or remedies to which it is or may be entitled under agreements, in law or in equity, all of which jurisdiction, rights, claims, actions, defenses, setoffs, recoupments and remedies it expressly reserves; or (vi) or waive any other right possessed by it not expressly included above.

Dated:  March 7, 2022

**LOCKE LORD LLP**
777 South Flagler Drive
Suite 215 – East Tower
West Palm Beach, FL  33401
Telephone:  (561) 833-7700
Facsimile:  (561) 655-8719

By: */s/ Dale A. Evans Jr.*
    Dale A. Evans Jr.
    Florida Bar No. 98496
    dale.evans@lockelord.com

*Attorney for Defendants St. Matthew's University (Cayman) Ltd. and St. Matthew's University, Inc.*

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing Notice of Appearance was served via CM/ECF on all parties having appeared electronically on this 7th day of March 2022.

    */s/ Dale A. Evans Jr.*
    Dale A. Evans Jr.