**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF FLORIDA**
**TALLAHASSEE DIVISION**

In re:                                                                    Case No. 4:21-bk-40139-KKS

JULIAN RODNEY ROOKS JR., self-represented,          Chapter 7

    Debtor.
_____/

JULIAN RODNEY ROOKS JR., self-represented,          Adv. No. 4:21-ap-4019-KKS

    Plaintiff,

v.

ST. JOSEPH'S COLLEGE OF MAINE, ST. MATTHEW'S UNIVERSITY (CAYMAN) LTD., ST. MATTHEW'S UNIVERSITY INC., AND UNITED STATES DEPARTMENT OF EDUCATION,

    Defendants.
_____/

**AMENDED CERTIFICATE OF SERVICE TO**
**NOTICE OF APPEARANCE AND REQUEST FOR SERVICE [D.E. 83]**

    **I HEREBY CERTIFY** that on March 7, 2022 a true and correct copy of Notice of Appearance and Request for Service [D.E. 83] was served via U.S. Mail on:

| | |
|---|---|
| Attorney General of the United States<br>U.S. Department of Justice<br>Attn: Dawn E. Johnsen, Acting Asst.<br>950 Pennsylvania Avenue, NW<br>Washington, DC 20530-0001 | Sherry F Chancellor, P.A.<br>Attn: Sherry F Chancellor, Esq.<br>Ch. 7 Tr.<br>619 West Chase Street<br>Pensacola, FL 32502 |
| Julian Rodney Rooks, Jr.<br>3648 Dartford Lane<br>Tallahassee, FL 32311 | United States Attorney<br>Attn: Civil Process Clerk<br>Tallahassee Headquarters<br>111 North Adams Street<br>Tallahassee, FL 32301 |

                                                  */s/ Dale A. Evans Jr.*
                                                Dale A. Evans Jr.

108671798