UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

| | |
|---|---|
| IN RE<br><br>JULIAN RODNEY ROOKS, JR.<br><br>Debtor.<br><br>JULIAN RODNEY ROOKS, JR.,<br><br>Plaintiff,<br><br>v.<br><br>ST. JOSEPH'S COLLEGE OF MAINE, ST. MATTHEW'S UNIVERSITY (CAYMAN) LTD., ST. MATTHEW'S UNIVERSITY INC.,<br><br>Defendants. | CASE NO.: 21-40139-KKS<br>Chapter 7<br>Judge Karen K. Specie<br><br><br><br>Adv. Case No. 21-04019-KKS |

## **CORPORATE OWNERSHIP STATEMENT**

Pursuant to Bankruptcy Rule 7007.1, St. Matthew's University (Cayman) Ltd. and St. Matthew's University, Inc., parties to the above-captioned adversary proceeding, make the following disclosures:

1. All corporations, other than a governmental unit, that directly or indirectly own ten percent (10%) or more of any class of the corporation's equity interests, are listed below:

St. Matthew's University (Cayman) Ltd. is privately owned by SMU Management (Cayman) Ltd. SMU Management (Cayman) Ltd. is privately owned by St. Matthew's University, Inc. St. Matthew's University, Inc. is privately owned by R3 Education, Inc. R3 Education, Inc. is privately owned by Trinity Bidco LLC. Trinity Bidco LLC is privately owned by Trinity HoldCo, LLC. Trinity HoldCo, LLC is privately owned by Global University Systems.

Date:  March 16, 2022                ST. MATTHEW'S UNIVERSITY (CAYMAN) LTD. AND ST. MATTHEW'S UNIVERSITY, INC.

/s/ *Dale A. Evans Jr.*
Dale A. Evans Jr. (Florida Bar No. 98496)
Locke Lord LLP
777 South Flagler Drive
Suite 215, East Tower
West Palm Beach, FL 33401
T: 561-820-0248
eFax: 561-828-7994
dale.evans@lockelord.com

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 16th day of March 2022, a true and correct copy of the foregoing has been furnished by electronic filing with the Clerk of the court via CM/ECF and served via U.S. Mail on:

| | |
|---|---|
| Attorney General of the United States<br>U.S. Department of Justice<br>Attn: Dawn E. Johnsen, Acting Asst.<br>950 Pennsylvania Avenue, NW<br>Washington, DC 20530-0001 | Sherry F Chancellor, P.A.<br>Attn: Sherry F Chancellor, Esq.<br>Ch. 7 Tr.<br>619 West Chase Street<br>Pensacola, FL 32502 |
| Julian Rodney Rooks, Jr.<br>3648 Dartford Lane<br>Tallahassee, FL 32311 | United States Attorney<br>Attn: Civil Process Clerk<br>Tallahassee Headquarters<br>111 North Adams Street<br>Tallahassee, FL 32301 |

/s/ *Dale A. Evans Jr.*
Dale A. Evans Jr.
Florida Bar Number 98496

109689567