FORM nhgnrlp (Rev. 10/20)

**UNITED STATES BANKRUPTCY COURT**
Northern District of Florida
Tallahassee Division

---

In Re:  Julian Rodney Rooks, Jr.                                      Bankruptcy Case No.:  21–40139–KKS

---

Julian Rodney Rooks Jr.                                                 Adversary Case No.:  21–04019–KKS
Plaintiff(s)

vs

St. Matthew's University (Cayman) Ltd. et al.
Defendant(s)

---

**Notice of Non Evidentiary Hearing via Telephone Conference**

---

    PLEASE TAKE NOTICE that a hearing to consider and act upon the following will be held on June 7, 2022, at 10:30 AM, Eastern Time, via CourtCall.

> *87* – Motion to Dismiss Adversary Proceeding Filed by Defendants St. Matthew's University (Cayman) Ltd., St. Matthew's University Inc (Evans, Dale)

Dated: March 18, 2022                                      FOR THE COURT
                                                                        Traci E. Abrams, Clerk of Court
                                                                       110 E. Park Ave., Ste. 100
                                                                       Tallahassee, FL 32301

**SERVICE:** Dale A. Evans, Jr. shall serve this document pursuant to the applicable Rules and file a certificate of service within three (3) days.

**TELEPHONIC APPEARANCES:** It is the responsibility of each person who wishes to appear by CourtCall to do so by calling (866) 582–6878 <u>not later than 3:00 p.m. one day prior to the hearing</u> to schedule their appearance. In an emergency, you may contact chambers at (850) 521–5031. Failure to timely arrange a CourtCall appearance is NOT an emergency. For further instructions see our website at http://www.flnb.uscourts.gov./sites/default/files/court_resources/telephonic_appearance_procedures.pdf.