**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF FLORIDA**
**TALLAHASSEE DIVISION**

In re:                                                              Case No. 4:21-bk-40139-KKS

JULIAN RODNEY ROOKS JR., self-represented,   Chapter 7

    Debtor.
_____/

JULIAN RODNEY ROOKS JR., self-represented,   Adv. No. 4:21-ap-4019-KKS

    Plaintiff,

v.

ST. JOSEPH'S COLLEGE OF MAINE, ST. MATTHEW'S UNIVERSITY (CAYMAN) LTD., ST. MATTHEW'S UNIVERSITY INC., AND UNITED STATES DEPARTMENT OF EDUCATION,

    Defendants.
_____/

**CERTIFICATE OF SERVICE OF NOTICE**
**OF NON-EVIDENTIARY HEARING (ECF NO. 88)**

I HEREBY CERTIFY that a true and accurate copy of the Court's Notice of Non-Evidentiary Hearing (ECF No. 88) was sent by U.S. First-Class Mail on Friday, March 18, 2022 to the following persons/entities:

| | |
|---|---|
| Attorney General of the United States<br>U.S. Department of Justice<br>Attn: Dawn E. Johnsen, Acting Asst.<br>950 Pennsylvania Avenue, NW<br>Washington, DC 20530-0001 | Sherry F Chancellor, P.A.<br>Attn: Sherry F Chancellor, Esq.<br>Ch. 7 Tr.<br>619 West Chase Street<br>Pensacola, FL 32502 |
| Julian Rodney Rooks, Jr.<br>3648 Dartford Lane<br>Tallahassee, FL 32311 | United States Attorney<br>Attn: Civil Process Clerk<br>Tallahassee Headquarters<br>111 North Adams Street<br>Tallahassee, FL 32301 |

Dated: March 18, 2022

**LOCKE LORD LLP**
777 South Flagler Drive
Suite 215 – East Tower
West Palm Beach, FL 33401
Telephone: (561) 833-7700
Facsimile: (561) 655-8719

By: */s/ Dale A. Evans Jr.*
    Dale A. Evans Jr.
    Florida Bar No. 98496
    dale.evans@lockelord.com

*Attorney for defendants St. Matthew's University (Cayman) Ltd. and St. Matthew's University, Inc.*

110707210