## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF FLORIDA
## TALLAHASSEE DIVISION

IN RE:                                                      CASE NO.: 21-40139-KKS
                                                            CHAPTER: 7

JULIAN RODNEY ROOKS, JR.,

    Debtor.

_____ /

JULIAN RODNEY ROOKS, JR.,                          ADV. NO.: 21-04019-KKS

    Plaintiff,

v.

ST. JOSEPH'S COLLEGE OF MAINE, et al.,

    Defendants.

_____ /

## MOTION FOR ALIAS SUMMONS

On February 14, 2022, the Court issued an Alias Summons (ECF No. 78) for service upon Defendant St. Matthew's University. Service was attempted but unsuccessful and Plaintiff respectfully requests that the Court reissue an Alias Summons.

Dated: March 15, 2022                    RESPECTFULLY SUBMITTED
                                         PLAINTIFF

                                    /s/ *[signature: Julian Rodney Rooks Jr.]*

                                         _____
                                         Julian Rodney Rooks Jr.
                                         3648 Dartford Lane
                                         Tallahassee, Florida, 32311
                                         (850) 364-0312
                                         julianrooks1@protonmail.com

Service to:
Dale  A. Evans Jr., Esq.
Locke Lord LLP
777 South Flagler Drive
East Tower, Suite 215
West Palm Beach, FL 33401

2