## RETURN OF SERVICE

State of Florida    County of NORTHERN    UNITED STATES BANKRUPTCY Court

Case Number: 21-40139-KKS

Plaintiffs: IN RE: JULIAN RODNEY ROOKS, JR.
vs.
Defendant: ST. JOSEPH'S COLLEGE OF MAINE, ST. MATTHEW'S UNIVERSITY (CAYMAN) LTD., ST. MATTHEW'S UNIVERSITY INC., UNITED STATES DEPARTMENT OF EDUCATION, ET AL.

For: JULIAN ROOKS, JR.

Received by NOLAN PROCESS SERVERS, LLC on the 17th day of March, 2022 at 1:17 pm to be served on DALE A. EVANS JR., ESQ. LOCKE LORD LLP, 777 SOUTH FLAGLE DRIVE, EAST TOWER SUITE 215, WEST PALM BEACH, FL 33401. I, Marshall Bishop, do hereby affirm that on the 25 day of March 2022 at 2:05 pm., executed service by delivering a true copy of the MOTION FOR ALIAS SUMMONS in accordance with state statutes in the manner marked below:

( ) INDIVIDUAL SERVICE: Served the within-named person.

(X) SUBSTITUTE SERVICE: By delivering a true copy of the above writs to Tracy Harmon as receptionist. Person receiving documents is at least 15 years of age and has been informed of the general nature of the documents.

( ) POSTED SERVICE: After attempting service on ___/___ at _____ and on ___/___ at _____ to a conspicuous place on the property described herein.

( ) NON SERVICE: For the reason detailed in the Comments below.

Military Status: ( ) Yes or ( ) No  If yes, what branch? _____

Marital Status: ( ) Married or ( ) Single  Name of Spouse _____
COMMENTS: Authorized By Dale A. Evans, Esq. (remote) to accept service after having the document read to him more than once.

Age 50  Sex M (E)  Race W  Height 5'6"  Weight 140  Hair S/P  Glasses Y/N

I certify that I am over the age of 18, have no interest in the above action, and am a Certified Process Server, in good standing, in the judicial circuit in which the process was served. Under penalty of perjury I declare that the facts contained herein are true to the best of my knowledge. NO NOTARY REQUIRED PURSUANT TO F.S. 92.252 (2).

Marshall Bishop
PROCESS SERVER # 0785
Appointed in accordance with State Statutes

NOLAN PROCESS SERVERS, LLC
7498 Anglewood Lane
Tallahassee, FL 32309
(850) 562-6058

Our Job Serial Number: 2022003893

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF FLORIDA**
**TALLAHASSEE DIVISION**

IN RE:  CASE NO.: 21-40139-KKS
CHAPTER: 7

JULIAN RODNEY ROOKS, JR.,

　Debtor.
_____ /

JULIAN RODNEY ROOKS, JR.,  ADV. NO.: 21-04019-KKS

　Plaintiff,
v.

ST. JOSEPH'S COLLEGE OF MAINE, et al.,

　Defendants.
_____ /

## MOTION FOR ALIAS SUMMONS

On February 14, 2022, the Court issued an Alias Summons (ECF No. 78) for service upon Defendant St. Matthew's University. Service was attempted but unsuccessful and Plaintiff respectfully requests that the Court reissue an Alias Summons.