DENIED AS MOOT
April 8, 2022
Date

Karen K. Specie
U.S. Bankruptcy Judge

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF FLORIDA**
**TALLAHASSEE DIVISION**

IN RE:                                                                    CASE NO.: 21-40139-KKS
                                                                              CHAPTER: 7
JULIAN RODNEY ROOKS, JR.,

      Debtor.
_____ /

JULIAN RODNEY ROOKS, JR.,                          ADV. NO.: 21-04019-KKS

      Plaintiff,
v.

ST. JOSEPH'S COLLEGE OF MAINE, et al.,

      Defendants.

_____ /

### **MOTION FOR ALIAS SUMMONS**

On February 14, 2022, the Court issued an Alias Summons (ECF No.

78) for service upon Defendant St. Matthew's University. Service was

attempted but unsuccessful and Plaintiff respectfully requests that the Court

reissue an Alias Summons.

Dated: March 15, 2022                    RESPECTFULLY SUBMITTED
                                         PLAINTIFF

                                         /s/ *[signature]*

                                         _____
                                         Julian Rodney Rooks Jr.
                                         3648 Dartford Lane
                                         Tallahassee, Florida, 32311
                                         (850) 364-0312
                                         julianrooks1@protonmail.com

Service to:
Dale  A. Evans Jr., Esq.
Locke Lord LLP
777 South Flagler Drive
East Tower, Suite 215
West Palm Beach, FL 33401