United States Bankruptcy Court

Northern District of Florida

Rooks, Jr.,
    Plaintiff

St. Matthew's University (Cayman) L,
    Defendant

Adv. Proc. No. 21-04019-KKS

# CERTIFICATE OF NOTICE

| District/off: 1129-4 | User: admin | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Apr 08, 2022 | Form ID: pdf002 | Total Noticed: 5 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 10, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| intp | | Attorney General of the United States, U.S. Department of Justice, Attn: Dawn E. Johnsen, Acting Asst., 950 Pennsylvania Ave, NW, Washington, DC 20530-0001 |
| pla | + | Julian Rodney Rooks, Jr., 3648 Dartford Lane, Tallahassee, FL 32311-7773 |
| dft | + | St. Matthew's University Inc, c/o Moya, Terry J., as Reg. Agent, 12124 High Tech Avenue, Ste. 290, Orlando, FL 32817-8374 |
| intp | + | United States Attorney, Attn: Civil Process Clerk, Tallahassee Headquarters, 111 North Adams Street, Tallahassee, FL 32301-7736 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| intp | + | Email/Text: Sherry.chancellor@yahoo.com | Apr 08 2022 23:31:00 | Sherry F Chancellor, P.A., Attn: Sherry F Chancellor, Esq, Ch 7 Tr, 619 West Chase Street, Pensacola, FL 32502-4711 |

TOTAL: 1

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| dft | | St. Matthew's University (Cayman) Ltd. |

TOTAL: 1 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 10, 2022    Signature:    /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 8, 2022 at the address(es) listed below:

**Name**    **Email Address**

| | | |
|---|---|---|
| District/off: 1129-4 | User: admin | Page 2 of 2 |
| Date Rcvd: Apr 08, 2022 | Form ID: pdf002 | Total Noticed: 5 |

Dale A. Evans, Jr
    on behalf of Defendant St. Matthew's University (Cayman) Ltd. dale.evans@lockelord.com
    tina.sullivan@lockelord.com;autodocket@lockelord.com

Dale A. Evans, Jr
    on behalf of Defendant St. Matthew's University Inc dale.evans@lockelord.com
    tina.sullivan@lockelord.com;autodocket@lockelord.com

TOTAL: 2

Case 21-04019-KKS Doc 90 Filed 04/8/22 Page 1 of 2

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF FLORIDA**
**TALLAHASSEE DIVISION**

> DENIED AS MOOT
> April 8, 2022
> Date
> Karen K. Specie
> U.S. Bankruptcy Judge

IN RE:   CASE NO.: 21-40139-KKS
         CHAPTER: 7

JULIAN RODNEY ROOKS, JR.,

   Debtor.
_____ /

JULIAN RODNEY ROOKS, JR.,   ADV. NO.: 21-04019-KKS

   Plaintiff,
v.

ST. JOSEPH'S COLLEGE OF MAINE, et al.,

   Defendants.
_____ /

## MOTION FOR ALIAS SUMMONS

On February 14, 2022, the Court issued an Alias Summons (ECF No. 78) for service upon Defendant St. Matthew's University. Service was attempted but unsuccessful and Plaintiff respectfully requests that the Court reissue an Alias Summons.

Dated: March 15, 2022               RESPECTFULLY SUBMITTED
                                    PLAINTIFF

/s/ *Julian Rodney Rooks Jr.*

_____
Julian Rodney Rooks Jr.
3648 Dartford Lane
Tallahassee, Florida, 32311
(850) 364-0312
julianrooks1@protonmail.com

Service to:
Dale A. Evans Jr., Esq.
Locke Lord LLP
777 South Flagler Drive
East Tower, Suite 215
West Palm Beach, FL 33401

2