| | |
|---|---|
| **From:** | USBankruptcyCourts@noticingcenter.com |
| **Sent:** | Saturday, April 9, 2022 9:50 AM |
| **To:** | FLNBml_BNC |
| **Subject:** | U.S. Bankruptcy Court, Northern District of Florida - Undeliverable Notice, In re: , Case Number: 21-04019, KKS, Ref: [p-176311326] |
| **Attachments:** | B_P42104019pdf0020304.PDF |
| | |
| **Follow Up Flag:** | Follow up |
| **Flag Status:** | Completed |

**CAUTION - EXTERNAL:**

Notice of Undeliverable Mail to Court - Adversary Proceeding

April 10, 2022

From: The Bankruptcy Noticing Center

Re:    Undeliverable Notice - Adversary Proceeding

In re: Rooks, Jr., Plaintiff
       St. Matthew's University (Cayman) L, Defendant
       Adv. Proc. No. 21-04019, KKS,

The attached document could not be mailed to the notice recipient(s) listed below because the United States Postal Service (USPS) has determined that those addresses in the case mailing list are undeliverable. This notification is being sent for appropriate processing as your court may determine.


Undeliverable Address:
St. Matthew's University (Cayman) Ltd.

Role type/cr id: dft
Reason Undeliverable: INCOMPLETE ADDRESS

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.

DENIED AS MOOT
April 8, 2022
Date
Karen K. Specie
U.S. Bankruptcy Judge

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF FLORIDA
## TALLAHASSEE DIVISION

IN RE:  CASE NO.: 21-40139-KKS
           CHAPTER: 7

JULIAN RODNEY ROOKS, JR.,

   Debtor.

_____ /

JULIAN RODNEY ROOKS, JR.,  ADV. NO.: 21-04019-KKS

   Plaintiff,

v.

ST. JOSEPH'S COLLEGE OF MAINE, et al.,

   Defendants.

_____ /

## MOTION FOR ALIAS SUMMONS

On February 14, 2022, the Court issued an Alias Summons (ECF No. 78) for service upon Defendant St. Matthew's University. Service was attempted but unsuccessful and Plaintiff respectfully requests that the Court reissue an Alias Summons.

Dated: March 15, 2022         RESPECTFULLY SUBMITTED
                              PLAINTIFF

/s/ *[signature]*

Julian Rodney Rooks Jr.
3648 Dartford Lane
Tallahassee, Florida, 32311
(850) 364-0312
julianrooks1@protonmail.com

Service to:
Dale A. Evans Jr., Esq.
Locke Lord LLP
777 South Flagler Drive
East Tower, Suite 215
West Palm Beach, FL 33401

2