United States Bankruptcy Court

Northern District of Florida

Rooks, Jr.,
    Plaintiff

St. Matthew's University (Cayman) L,
    Defendant

Adv. Proc. No. 21-04019-KKS

# CERTIFICATE OF NOTICE

District/off: 1129-4     User: admin     Page 1 of 1
Date Rcvd: Apr 11, 2022     Form ID: pdf002     Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol     Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 13, 2022:**

**Recip ID     Recipient Name and Address**
pla     + Julian Rodney Rooks, Jr., 3648 Dartford Lane, Tallahassee, FL 32311-7773

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 13, 2022     Signature:     /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 11, 2022 at the address(es) listed below:

**Name     Email Address**

Dale A. Evans, Jr
    on behalf of Defendant St. Matthew's University (Cayman) Ltd. dale.evans@lockelord.com
    tina.sullivan@lockelord.com;autodocket@lockelord.com

Dale A. Evans, Jr
    on behalf of Defendant St. Matthew's University Inc dale.evans@lockelord.com
    tina.sullivan@lockelord.com;autodocket@lockelord.com

TOTAL: 2

| | |
|---|---|
| **From:** | USBankruptcyCourts@noticingcenter.com |
| **Sent:** | Saturday, April 9, 2022 9:50 AM |
| **To:** | FLNBml_BNC |
| **Subject:** | U.S. Bankruptcy Court, Northern District of Florida - Undeliverable Notice, In re: , Case Number: 21-04019, KKS, Ref: [p-176311326] |
| **Attachments:** | B_P42104019pdf0020304.PDF |
| | |
| **Follow Up Flag:** | Follow up |
| **Flag Status:** | Completed |

**CAUTION - EXTERNAL:**


Notice of Undeliverable Mail to Court - Adversary Proceeding

April 10, 2022

From: The Bankruptcy Noticing Center

Re:    Undeliverable Notice - Adversary Proceeding

In re: Rooks, Jr., Plaintiff
      St. Matthew's University (Cayman) L, Defendant
      Adv. Proc. No. 21-04019, KKS,

The attached document could not be mailed to the notice recipient(s) listed below because the United States Postal Service (USPS) has determined that those addresses in the case mailing list are undeliverable. This notification is being sent for appropriate processing as your court may determine.


Undeliverable Address:
St. Matthew's University (Cayman) Ltd.

Role type/cr id: dft
Reason Undeliverable: INCOMPLETE ADDRESS

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.

DENIED AS MOOT
April 8, 2022
Date

Karen K. Specie
U.S. Bankruptcy Judge

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF FLORIDA
## TALLAHASSEE DIVISION

IN RE:                                              CASE NO.: 21-40139-KKS
                                                       CHAPTER: 7

JULIAN RODNEY ROOKS, JR.,

    Debtor.

_____ /

JULIAN RODNEY ROOKS, JR.,          ADV. NO.: 21-04019-KKS

    Plaintiff,

v.

ST. JOSEPH'S COLLEGE OF MAINE, et al.,

    Defendants.

_____ /

## **MOTION FOR ALIAS SUMMONS**

On February 14, 2022, the Court issued an Alias Summons (ECF No. 78) for service upon Defendant St. Matthew's University. Service was attempted but unsuccessful and Plaintiff respectfully requests that the Court reissue an Alias Summons.

| | |
|---|---|
| Dated: March 15, 2022 | RESPECTFULLY SUBMITTED<br>PLAINTIFF<br><br>/s/ *Julian Rodney Rooks Jr.*<br><br>_____<br>Julian Rodney Rooks Jr.<br>3648 Dartford Lane<br>Tallahassee, Florida, 32311<br>(850) 364-0312<br>julianrooks1@protonmail.com |

Service to:
Dale A. Evans Jr., Esq.
Locke Lord LLP
777 South Flagler Drive
East Tower, Suite 215
West Palm Beach, FL 33401

2