**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF FLORIDA**
**TALLAHASSEE DIVISION**

| | |
|---|---|
| IN RE: | CASE NO.: 21-40139-KKS |
| | CHAPTER: 7 |
| JULIAN RODNEY ROOKS, JR., | |
|     Debtor. | |
| _____/ | |
| JULIAN RODNEY ROOKS, JR., | ADV. NO.: 21-04019-KKS |
|     Plaintiff, | |
| v. | |
| ST. JOSEPH'S COLLEGE OF MAINE, et al., | |
|     Defendants. | |
| _____/ | |

**PLAINTIFF'S MOTION FOR COURT APPOINTED TRUSTEE**

Plaintiff, Julian Rodney Rooks Jr., pursuant to 11 U.S.C. § 350(b) and the Fed. R. Bankr. P. 510, respectfully requests the Court to appoint a Trustee to insure the efficient administration of the reopened case. Plaintiff will not object to the Trustee first deducting any amount claimed owed by the United States, including costs of recovery, from any potential award or

judgment.

Dated: March 26, 2022         RESPECTFULLY SUBMITTED
                              PLAINTIFF

                              /s/ *[signature]*

                              _____
                              Julian Rodney Rooks Jr.
                              3648 Dartford Lane
                              Tallahassee, Florida, 32311
                              (850) 364-0312
                              julianrooks1@protonmail.com

Service to:
Dale A. Evans Jr., Esq.
Locke Lord LLP
777 South Flagler Drive
East Tower, Suite 215
West Palm Beach, FL 33401