UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

IN RE:                                                           CASE NO.: 21-40139-KKS
                                                                 CHAPTER: 7
JULIAN RODNEY ROOKS, JR.,

    Debtor.
_____ /

JULIAN RODNEY ROOKS, JR.,                                        ADV. NO.: 21-04019-KKS

    Plaintiff,
v.

ST. JOSEPH'S COLLEGE OF MAINE, et al.,

    Defendants.
_____ /

### PLAINTIFF'S MOTION TO REOPEN CHAPTER 7 CASE

Plaintiff, Julian Rodney Rooks Jr., pursuant to 11 U.S.C. § 350(b) and the Fed. R. Bankr. P. Rule 510, respectfully requests that the Court reopen his closed Chapter 7 case No. 21-40139, discharged on 07/29/21, for the duration of this proceeding to accord any potential relief to the debtor and for any other such relief the Court may deem just or proper.

Plaintiff has requested, in a separate motion, the appointment of a

Trustee.

Dated: March 26, 2022                     RESPECTFULLY SUBMITTED
                                          PLAINTIFF

/s/ *Julian Rodney Rooks Jr.*

_____
Julian Rodney Rooks Jr.
3648 Dartford Lane
Tallahassee, Florida, 32311
(850) 364-0312
julianrooks1@protonmail.com

Service to:
Dale A. Evans Jr., Esq.
Locke Lord LLP
777 South Flagler Drive
East Tower, Suite 215
West Palm Beach, FL 33401

2