## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF FLORIDA
## TALLAHASSEE DIVISION

IN RE:                                                      CASE NO.: 21-40139-KKS
                                                            CHAPTER: 7

JULIAN RODNEY ROOKS, JR.,

    Debtor.

_____/

JULIAN RODNEY ROOKS, JR.,                  ADV. NO.: 21-04019-KKS

    Plaintiff,

v.

ST. JOSEPH'S COLLEGE OF MAINE, et al.,

    Defendants.

_____/

### PLAINTIFF'S MOTION SEEKING A DETERMINATION AS TO WHETHER PROCEEDING IS CORE OR NON-CORE

    Plaintiff, Julian Rodney Rooks Jr., pursuant to Local Rule 7008-1, files this motion seeking a determination as to whether the proceeding is core or non-core due to the issue raised by Defendant St. Matthew's University in its Motion to Dismiss Complaint (ECF No. 87).

Dated: March 26, 2022						RESPECTFULLY SUBMITTED
									PLAINTIFF

/s/ *[signature]*

_____
Julian Rodney Rooks Jr.
3648 Dartford Lane
Tallahassee, Florida, 32311
(850) 364-0312
julianrooks1@protonmail.com

Service to:
Dale A. Evans Jr., Esq.
Locke Lord LLP
777 South Flagler Drive
East Tower, Suite 215
West Palm Beach, FL 33401