# RETURN OF SERVICE

UNITED STATES BANKRUPTCY COURT
NORTHERN District of Florida

Case Number: 21-40139-KKS

Plaintiffs: **IN RE: JULIAN RODNEY ROOKS, JR.**
vs.
Defendant: **ST. JOSEPH'S COLLEGE OF MAINE, ST. MATTHEW'S UNIVERSITY (CAYMAN) LTD., ST. MATTHEW'S UNIVERSITY INC., UNITED STATES DEPARTMENT OF EDUCATION, ET AL.**



MCN2022005080

For:
JULIAN ROOKS, JR.
3648 DARTFORD LANE
TALLAHASSEE, FL 32311

Received by NOLAN PROCESS SERVERS, LLC on the 8th day of April, 2022 at 4:21 pm to be served on **DALE A. EVANS JR., ESQUIRE @ LOCKE LORD LLP, 777 SOUTH FLAGLE DRIVE, EAST TOWER, SUITE 215, WEST PALM BEACH, FL 33401**.

I, DENISE V. SUCATO, do hereby affirm that on the **12th day of April, 2022** at **2:25 pm, I:**

served an **AUTHORIZED** entity by delivering a true copy of the **PLAINTIFF'S MEMORANDUM IN OPPOSITION TO DEFENDANT'S MOTION TO DISMISS PROCEEDING; PLAINTIFF'S MOTION TO REOPEN CHAPTER 7 CASE; PLAINTIFF'S MOTION SEEKING A DETERMINATION AS TO WHETHER PROCEEDING IS CORE OR NON-CORE; PLAINTIFF'S MOTION FOR COURT APPOINTED TRUSTEE** with the date and hour of service endorsed thereon by me, to: **TRACY HARMON** as **RECEPTIONIST** at the address of: **777 SOUTH FLAGLE DRIVE, EAST TOWER, SUITE 215, WEST PALM BEACH, FL 33401**, who stated they are authorized to accept service for **DALE A. EVANS JR., ESQUIRE**, and informed said person of the contents therein, in compliance with state statutes.

**Description** of Person Served: Age: 50, Sex: F, Race/Skin Color: WHITE, Height: 5'8", Weight: 155, Hair: BROWN, Glasses: Y

I certify that I am over the age of 18, have no interest in the above action, and am a Certified Process Server, in good standing, in the judicial circuit in which the process was served. Under penalty of perjury, I declare that I have read the foregoing document, and that the facts stated in it are true. NO NOTARY REQUIRED PURSUANT TO F.S. 92.525(2).

**DENISE V. SUCATO**
CPS#574

**NOLAN PROCESS SERVERS, LLC**
**7498 Anglewood Lane**
**Tallahassee, FL 32309**
**(850) 562-6058**

Our Job Serial Number: MCN-2022005080

Copyright © 1992-2022 Database Services, Inc. - Process Server's Toolbox V8.2h