UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

| | |
|---|---|
| IN RE<br><br>JULIAN RODNEY ROOKS, JR.<br><br>      Debtor.<br><br>JULIAN RODNEY ROOKS, JR.,<br><br>      Plaintiff,<br><br>v.<br><br>ST. JOSEPH'S COLLEGE OF MAINE, ST. MATTHEW'S UNIVERSITY (CAYMAN) LTD., ST. MATTHEW'S UNIVERSITY INC.,<br><br>      Defendants. | CASE NO.: 21-40139-KKS<br>Chapter 7<br>Judge Karen K. Specie<br><br><br><br><br>Adv. Case No. 21-04019-KKS |

**ST. MATTHEW'S UNIVERSITY (CAYMAN) LTD. AND ST. MATTHEW'S UNIVERSITY, INC.'S RESPONSE IN OPPOSITION TO PLAINTIFF'S <u>MOTION TO REOPEN CHAPTER 7 CASE</u>**

Defendants St. Matthew's University (Cayman) Ltd. and St. Matthew's University, Inc. (collectively "<u>SMU</u>"), file this response in opposition to *Plaintiff's motion to reopen chapter 7 case* [Doc. No. 98] and state as follows:

Plaintiff Julian Rodney Rooks, Jr. initiated the above-captioned adversary proceeding by filing his *Complaint to Determine Dischargeability of Debt* [Doc. No. 1][1] on July 22, 2021. On March 16, 2022, SMU filed its *Motion to Dismiss Adversary Proceeding* [Doc. No. 87]. The deadline to respond to the Motion to Dismiss lapsed on April 4, 2022. On April 12, 2022, Rooks

---

[1] Docket references herein shall refer to the Adversary Proceeding docket, unless otherwise specified.

served SMU with four different pleadings, including a Motion to Reopen Chapter 7 Case. The Motion to Reopen was filed with the Court on April 18, 2022. The Motion to Reopen requests the Court reopen Case 21-40139, due to receiving a discharge on July 29, 2021.

The Motion to Reopen is moot, and should be denied as such. The Adversary Proceeding remains pending with the Court, and the bankruptcy case remains active. No order closing the case has been entered on the docket, and the case remains open.

WHEREFORE, SMU respectfully requests this court enter an Order (i) denying the Motion to Reopen as moot, and (ii) affording such other relief as the Court deems just and proper.

Dated: April 22, 2022

ST. MATTHEW'S UNIVERSITY (CAYMAN) LTD. AND ST. MATTHEW'S UNIVERSITY, INC.

*/s/ Dale A. Evans, Jr.*
Dale A. Evans Jr. (Florida Bar No. 98496)
Locke Lord LLP
777 South Flagler Drive
Suite 215, East Tower
West Palm Beach, FL 33401
T: 561-820-0248
eFax: 561-828-7994
dale.evans@lockelord.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 22nd day of April 2022, a true and correct copy of the foregoing has been furnished by electronic filing with the Clerk of the court via CM/ECF and served via U.S. Mail on:

| | |
|---|---|
| Attorney General of the United States<br>U.S. Department of Justice<br>Attn: Dawn E. Johnsen, Acting Asst.<br>950 Pennsylvania Avenue, NW<br>Washington, DC 20530-0001 | Sherry F Chancellor, P.A.<br>Attn: Sherry F Chancellor, Esq.<br>Ch. 7 Tr.<br>619 West Chase Street<br>Pensacola, FL 32502 |
| Julian Rodney Rooks, Jr.<br>3648 Dartford Lane<br>Tallahassee, FL 32311 | United States Attorney<br>Attn: Civil Process Clerk<br>Tallahassee Headquarters<br>111 North Adams Street<br>Tallahassee, FL 32301 |

    /s/ *Dale A. Evans Jr.*
    Dale A. Evans Jr.
    Florida Bar Number 98496

126066248