UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

| | |
|---|---|
| IN RE<br><br>JULIAN RODNEY ROOKS, JR.<br><br>        Debtor.<br><br>JULIAN RODNEY ROOKS, JR.,<br><br>        Plaintiff,<br><br>v.<br><br>ST. JOSEPH'S COLLEGE OF MAINE, ST. MATTHEW'S UNIVERSITY (CAYMAN) LTD., ST. MATTHEW'S UNIVERSITY INC.,<br><br>        Defendants. | CASE NO.: 21-40139-KKS<br>Chapter 7<br>Judge Karen K. Specie<br><br><br><br>Adv. Case No. 21-04019-KKS |

**ST. MATTHEW'S UNIVERSITY (CAYMAN) LTD. AND ST. MATTHEW'S UNIVERSITY, INC.'S RESPONSE IN OPPOSITION TO PLAINTIFF'S MOTION SEEKING A DETERMINATION AS TO <u>WHETHER PROCEEDING IS CORE OR NON-CORE</u>**

Defendants St. Matthew's University (Cayman) Ltd. and St. Matthew's University, Inc. (collectively "<u>SMU</u>"), file this response in opposition to *Plaintiff's motion seeking a determination as to whether proceeding is core or non-core* [Doc. No. 100] (the "<u>Determination Motion</u>") and state as follows:

Plaintiff Julian Rodney Rooks, Jr. initiated the above-captioned adversary proceeding by filing his *Complaint to Determine Dischargeability of Debt* [Doc. No. 1][1] on July 22, 2021. On March 16, 2022, SMU filed its *Motion to Dismiss Adversary Proceeding* [Doc. No. 87]. The

---

[1] Docket references herein shall refer to the Adversary Proceeding docket, unless otherwise specified.

deadline to respond to the Motion to Dismiss lapsed on April 4, 2022. On April 12, 2022, Rooks served SMU with four different pleadings, including the Determination Motion. Rooks apparently filed the Determination Motion with the Clerk of Court six days later on April 18, 2022.'

Local Rule 7008-1 requires a movant to seek determination of whether a proceeding is core or non-core within 21 days of service of the pleading raising such issue. N.D. Fla. LBR 7008-1. Accordingly, the Determination Motion is untimely. Moreover, and as discussed in SMU's motion to dismiss, this Court does not have subject matter jurisdiction over Rooks's claims. This proceeding is not a core proceeding because it does not arise in or arise under Title 11 of the Bankruptcy Code. *See* Doc. No. 87, pp. 2-3. Nor is it "related to" a case arising under Title 11 of the Bankruptcy case because it does not affect the administration of the estate or distribution to creditors. *Id.* (citing *Venn v. Kinjite Motors, Inc. (In re WMR Enters., Inc.)*, 163 B.R. 887, 889 (Bankr. N.D. Fla. 1994). Indeed, Rooks has already obtained a discharge in bankruptcy. Thus, Rooks has failed to demonstrate the presence of a core or noncore proceeding.

WHEREFORE, SMU respectfully requests this Court (i) determine there is no subject matter jurisdiction over Rooks's claims, and (ii) afford such other relief as is just and proper.

Dated: April 22, 2022                    ST. MATTHEW'S UNIVERSITY (CAYMAN)
                                         LTD. AND ST. MATTHEW'S UNIVERSITY,
                                         INC.


                                         */s/ Dale A. Evans, Jr.*
                                         Dale A. Evans Jr. (Florida Bar No. 98496)
                                         Locke Lord LLP
                                         777 South Flagler Drive
                                         Suite 215, East Tower
                                         West Palm Beach, FL 33401
                                         T: 561-820-0248
                                         eFax: 561-828-7994
                                         dale.evans@lockelord.com

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 22nd day of April 2022, a true and correct copy of the foregoing has been furnished by electronic filing with the Clerk of the court via CM/ECF and served via U.S. Mail on:

Attorney General of the United States
U.S. Department of Justice
Attn: Dawn E. Johnsen, Acting Asst.
950 Pennsylvania Avenue, NW
Washington, DC 20530-0001

Julian Rodney Rooks, Jr.
3648 Dartford Lane
Tallahassee, FL 32311

Sherry F Chancellor, P.A.
Attn: Sherry F Chancellor, Esq.
Ch. 7 Tr.
619 West Chase Street
Pensacola, FL 32502

United States Attorney
Attn: Civil Process Clerk
Tallahassee Headquarters
111 North Adams Street
Tallahassee, FL 32301

      /s/ *Dale A. Evans Jr.*
      Dale A. Evans Jr.
      Florida Bar Number 98496

126069765