UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

| | |
|---|---|
| IN RE<br><br>JULIAN RODNEY ROOKS, JR.<br><br>Debtor. | CASE NO.: 21-40139-KKS<br>Chapter 7<br>Judge Karen K. Specie |
| JULIAN RODNEY ROOKS, JR.,<br><br>Plaintiff,<br><br>v.<br><br>ST. JOSEPH'S COLLEGE OF MAINE, ST. MATTHEW'S UNIVERSITY (CAYMAN) LTD., ST. MATTHEW'S UNIVERSITY INC.,<br><br>Defendants. | Adv. Case No. 21-04019-KKS |

**ST. MATTHEW'S UNIVERSITY (CAYMAN) LTD.**
**AND ST. MATTHEW'S UNIVERSITY, INC.'S RESPONSE IN**
**OPPOSITION TO PLAINTIFF'S MOTION FOR COURT APPOINTED TRUSTEE**

Defendants St. Matthew's University (Cayman) Ltd. and St. Matthew's University, Inc. (collectively "SMU"), file this response in opposition to Plaintiff's motion for court appointed trustee (the "Trustee Motion") and state as follows:

Plaintiff Julian Rodney Rooks, Jr. initiated the above-captioned adversary proceeding by filing his *Complaint to Determine Dischargeability of Debt* [Doc. No. 1][1] on July 22, 2021.On March 16, 2022, SMU filed its *Motion to Dismiss Adversary Proceeding* [Doc. No. 87] (the "Motion to Dismiss"). The deadline to respond to the Motion to Dismiss lapsed on April 4, 2022.

[1] Docket references herein shall refer to the Adversary Proceeding docket, unless otherwise specified.

On April 12, 2022, Rooks served SMU with four different briefs, including the Trustee Motion. Rooks apparently filed the Trustee Motion with the Clerk of Court six days later on April 18, 2022. The Trustee Motion requests the Court appoint a Trustee pursuant to section 350(b) of the Bankruptcy Code and Federal Rule of Bankruptcy Procedure 5010.[2]

The Trustee Motion is moot, and should be denied as such. The Bankruptcy Code provides that the United States Trustee shall appoint, or creditors shall elect, a trustee in each Chapter 7 case. 11 U.S.C. §§ 701, 702. The Court has previously appointed a Trustee in this case.[3] Although Rooks received a discharge in bankruptcy on July 29, 2021, the court has not closed the bankruptcy case and therefore the Trustee's previous appointment remains in place.

WHEREFORE, SMU respectfully requests this court enter an Order (i) denying the Trustee Motion as moot, and (ii) affording such other relief as the Court deems just and proper.

Dated: April 22, 2022

ST. MATTHEW'S UNIVERSITY (CAYMAN) LTD. AND ST. MATTHEW'S UNIVERSITY, INC.

*/s/ Dale A. Evans, Jr.*

Dale A. Evans Jr. (Florida Bar No. 98496)
Locke Lord LLP
777 South Flagler Drive
Suite 215, East Tower
West Palm Beach, FL 33401
T: 561-820-0248
eFax: 561-828-7994
dale.evans@lockelord.com

---

[2] The Plaintiff cites to Rule 510 in the Trustee Motion. This appears to have been a scrivener's error, as Rule 5010 is the rule of procedure applicable to Section 350.

[3] Contemporaneously herewith, SMU is filing a response to the Plaintiff's Motion to Reopen [Docket No. 98] addressing the open nature of the case.

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 22nd day of April 2022, a true and correct copy of the foregoing has been furnished by electronic filing with the Clerk of the court via CM/ECF and served via U.S. Mail on:

Attorney General of the United States
U.S. Department of Justice
Attn: Dawn E. Johnsen, Acting Asst.
950 Pennsylvania Avenue, NW
Washington, DC 20530-0001

Sherry F Chancellor, P.A.
Attn: Sherry F Chancellor, Esq.
Ch. 7 Tr.
619 West Chase Street
Pensacola, FL 32502

Julian Rodney Rooks, Jr.
3648 Dartford Lane
Tallahassee, FL 32311

United States Attorney
Attn: Civil Process Clerk
Tallahassee Headquarters
111 North Adams Street
Tallahassee, FL 32301

/s/ *Dale A. Evans Jr.*
Dale A. Evans Jr.
Florida Bar Number 98496

126064048