UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

IN RE:

JULIAN RODNEY ROOKS, JR.,               CASE NO.:  21-40139-KKS
                                        CHAPTER: 7

  Debtor.
_____/

JULIAN RODNEY ROOKS, JR.,               ADV. NO.: 21-04019-KKS


    Plaintiff,
v.

ST. MATTHEW'S UNIVERSITY, INC., et al.,



    Defendants.
_____/

## ORDER DENYING *PLAINTIFF'S MOTION TO REOPEN CHAPTER 7 CASE* (ECF NO. 98)

THIS MATTER is before the Court on *Plaintiff's Motion to Reopen Chapter 7 Case* ("Motion," ECF No. 98), requesting this Court to reopen Plaintiff's Chapter 7 bankruptcy case, Case No. 21-40139-KKS. Because Plaintiff did not file the Motion in his bankruptcy case, and because his

NJM

bankruptcy case is not closed, the Motion is due to be denied. For the reasons stated, it is

ORDERED: The Motion (ECF No. 98) is DENIED.

DONE and ORDERED on __April 25, 2022__.

_____
KAREN K. SPECIE
Chief U. S. Bankruptcy Judge

cc: all interested parties, including

Julian Rodney Rooks, Jr.
3648 Dartford Lane
Tallahassee, Florida 32311