| | |
|---|---|
| **From:** | USBankruptcyCourts@noticingcenter.com |
| **Sent:** | Tuesday, April 26, 2022 2:23 PM |
| **To:** | FLNBml_BNC |
| **Subject:** | U.S. Bankruptcy Court, Northern District of Florida - Undeliverable Notice, In re: , Case Number: 21-04019, KKS, Ref: [p-176946437] |
| **Attachments:** | B_P42104019pdf0020350.PDF |

**CAUTION - EXTERNAL:**

Notice of Undeliverable Mail to Court - Adversary Proceeding

April 27, 2022

From: The Bankruptcy Noticing Center

Re:  Undeliverable Notice - Adversary Proceeding

In re: Rooks, Jr., Plaintiff
St. Matthew's University (Cayman) L, Defendant
Adv. Proc. No. 21-04019, KKS,

The attached document could not be mailed to the notice recipient(s) listed below because the United States Postal Service (USPS) has determined that those addresses in the case mailing list are undeliverable. This notification is being sent for appropriate processing as your court may determine.

Undeliverable Address:
St. Matthew's University (Cayman) Ltd.

Role type/cr id: dft
Reason Undeliverable: INCOMPLETE ADDRESS

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

IN RE:

JULIAN RODNEY ROOKS, JR.,             CASE NO.: 21-40139-KKS
                                      CHAPTER: 7

  Debtor.
_____/

JULIAN RODNEY ROOKS, JR.,             ADV. NO.: 21-04019-KKS


     Plaintiff,
 v.

ST. MATTHEW'S UNIVERSITY, INC., et al.,


     Defendants.
_____/

### ORDER DENYING *PLAINTIFF'S MOTION TO REOPEN CHAPTER 7 CASE* (ECF NO. 98)

THIS MATTER is before the Court on *Plaintiff's Motion to Reopen Chapter 7 Case* ("Motion," ECF No. 98), requesting this Court to reopen Plaintiff's Chapter 7 bankruptcy case, Case No. 21-40139-KKS. Because Plaintiff did not file the Motion in his bankruptcy case, and because his

NJM

bankruptcy case is not closed, the Motion is due to be denied. For the reasons stated, it is

ORDERED: The Motion (ECF No. 98) is DENIED.

DONE and ORDERED on April 25, 2022.

KAREN K. SPECIE
Chief U. S. Bankruptcy Judge

cc: all interested parties, including

Julian Rodney Rooks, Jr.
3648 Dartford Lane
Tallahassee, Florida 32311

2