UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

IN RE:

JULIAN RODNEY ROOKS, JR.,            CASE NO.: 21-40139-KKS
                                      CHAPTER: 7

   Debtor.
_____/

JULIAN RODNEY ROOKS, JR.,            ADV. NO.: 21-04019-KKS

     Plaintiff,
v.

ST. MATTHEW'S UNIVERSITY, INC., et al.,

     Defendants.
_____/

### ORDER DENYING *PLAINTIFF'S MOTION FOR COURT APPOINTED TRUSTEE* (ECF NO. 97)

THIS MATTER is before the Court on *Plaintiff's Motion for Court Appointed Trustee* ("Motion," ECF No. 97), requesting this Court to appoint a trustee to Plaintiff's "reopened case."[1] Plaintiff improperly filed the Motion in this adversary proceeding. For that reason alone, the

---

[1] Defendants St. Matthew's University, Inc. and St. Matthew's University (Cayman) Ltd. filed a response in opposition. ECF No. 104.

NJM

Motion is due to be denied.

Regardless, the Chapter 7 Trustee has not been discharged from Plaintiff's administrative Chapter 7 case. For the reasons stated herein, and in the *Order Denying Plaintiff's Motion to Reopen Chapter 7 Case* (ECF No. 105), it is

ORDERED: The Motion (ECF No. 97) is DENIED.

DONE and ORDERED on  April 27, 2022              .

KAREN K. SPECIE
Chief U. S. Bankruptcy Judge

cc: all interested parties, including

Julian Rodney Rooks, Jr.
3648 Dartford Lane
Tallahassee, Florida 32311