United States Bankruptcy Court
Northern District of Florida

Rooks, Jr.,

Plaintiff                                                                    Adv. Proc. No. 21-04019-KKS

St. Matthew's University (Cayman) L,

Defendant

# CERTIFICATE OF NOTICE

District/off: 1129-4                          User: admin                          Page 1 of 1

Date Rcvd: Apr 26, 2022                       Form ID: pdf002                       Total Noticed: 1

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 28, 2022:**

| Recip ID | Recipient Name and Address |
|---|---|
| pla | + Julian Rodney Rooks, Jr., 3648 Dartford Lane, Tallahassee, FL 32311-7773 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 28, 2022                    Signature:         /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 26, 2022 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Dale A. Evans, Jr | |
| | on behalf of Defendant St. Matthew's University (Cayman) Ltd. dale.evans@lockelord.com tina.sullivan@lockelord.com;autodocket@lockelord.com |
| Dale A. Evans, Jr | |
| | on behalf of Defendant St. Matthew's University Inc dale.evans@lockelord.com tina.sullivan@lockelord.com;autodocket@lockelord.com |

TOTAL: 2

| | |
|---|---|
| **From:** | USBankruptcyCourts@noticingcenter.com |
| **Sent:** | Tuesday, April 26, 2022 2:23 PM |
| **To:** | FLNBml_BNC |
| **Subject:** | U.S. Bankruptcy Court, Northern District of Florida - Undeliverable Notice, In re: , Case Number: 21-04019, KKS, Ref: [p-176946437] |
| **Attachments:** | B_P42104019pdf0020350.PDF |

**CAUTION - EXTERNAL:**

Notice of Undeliverable Mail to Court - Adversary Proceeding

April 27, 2022

From: The Bankruptcy Noticing Center

Re:    Undeliverable Notice - Adversary Proceeding

In re: Rooks, Jr., Plaintiff
       St. Matthew's University (Cayman) L, Defendant
       Adv. Proc. No. 21-04019, KKS,

The attached document could not be mailed to the notice recipient(s) listed below because the United States Postal Service (USPS) has determined that those addresses in the case mailing list are undeliverable. This notification is being sent for appropriate processing as your court may determine.

Undeliverable Address:
St. Matthew's University (Cayman) Ltd.

Role type/cr id: dft
Reason Undeliverable: INCOMPLETE ADDRESS

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF FLORIDA
## TALLAHASSEE DIVISION

IN RE:

JULIAN RODNEY ROOKS, JR.,                    CASE NO.: 21-40139-KKS
                                             CHAPTER: 7

   Debtor.
_____/

JULIAN RODNEY ROOKS, JR.,                    ADV. NO.: 21-04019-KKS


    Plaintiff,

 v.

ST. MATTHEW'S UNIVERSITY, INC., et al.,


    Defendants.
_____/

### ORDER DENYING *PLAINTIFF'S MOTION TO REOPEN CHAPTER 7 CASE* (ECF NO. 98)

THIS MATTER is  before the Court on *Plaintiff's Motion to Reopen Chapter 7 Case* ("Motion," ECF No. 98), requesting this Court to reopen Plaintiff's Chapter 7 bankruptcy case, Case No. 21-40139-KKS. Because Plaintiff did not file the Motion in his bankruptcy case, and because his

NJM

bankruptcy case is not closed, the Motion is due to be denied. For the reasons stated, it is

ORDERED: The Motion (ECF No. 98) is DENIED.


DONE and ORDERED on __April 25, 2022__.

KAREN K. SPECIE
Chief U. S. Bankruptcy Judge

cc: all interested parties, including

Julian Rodney Rooks, Jr.
3648 Dartford Lane
Tallahassee, Florida 32311