FORM nhgnrlp (Rev. 10/20)

**UNITED STATES BANKRUPTCY COURT**
Northern District of Florida
Tallahassee Division

---

In Re:  Julian Rodney Rooks, Jr.                    Bankruptcy Case No.:  21–40139–KKS

---

    Julian Rodney Rooks Jr.                          Adversary Case No.:  21–04019–KKS
    Plaintiff(s)

vs

    St. Matthew's University (Cayman) Ltd. et al.
    Defendant(s)

---

### Notice of Non Evidentiary Hearing via Telephone Conference

    PLEASE TAKE NOTICE that a hearing to consider and act upon the following will be held on June 7, 2022, at 10:30 AM, Eastern Time, via CourtCall.

    *100* – Plaintiff's Motion Seeking a Determination as to Whether Proceeding is Core or Non–Core
    Filed by Plaintiff Julian Rodney Rooks Jr. (Akinsanya, S.)

Dated: April 29, 2022                          FOR THE COURT
                                               Traci E. Abrams, Clerk of Court
                                               110 E. Park Ave., Ste. 100
                                               Tallahassee, FL 32301

**SERVICE:**  Service by the Court pursuant to applicable Rules.

**TELEPHONIC APPEARANCES:** It is the responsibility of each person who wishes to appear by CourtCall to do so by calling (866) 582–6878 <u>not later than 3:00 p.m. one day prior to the hearing</u> to schedule their appearance. In an emergency, you may contact chambers at (850) 521–5031. Failure to timely arrange a CourtCall appearance is NOT an emergency. For further instructions see our website at
http://www.flnb.uscourts.gov./sites/default/files/court_resources/telephonic_appearance_procedures.pdf.