United States Bankruptcy Court

Northern District of Florida

Rooks, Jr.,
    Plaintiff

St. Matthew's University (Cayman) L,
    Defendant

Adv. Proc. No. 21-04019-KKS

# CERTIFICATE OF NOTICE

District/off: 1129-4      User: admin      Page 1 of 2
Date Rcvd: Apr 29, 2022      Form ID: nhgnrlp      Total Noticed: 8

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^      Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 01, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| intp | | Attorney General of the United States, U.S. Department of Justice, Attn: Dawn E. Johnsen, Acting Asst., 950 Pennsylvania Ave, NW, Washington, DC 20530-0001 |
| pla | + | Julian Rodney Rooks, Jr., 3648 Dartford Lane, Tallahassee, FL 32311-7773 |
| dft | + | St. Matthew's University (Cayman) Ltd., c/o Locke Lord LLP, 777 South Flagler Drive, Suite 215, East Tower West Palm Beach, FL 33401-6255 |
| dft | + | St. Matthew's University Inc, c/o Moya, Terry J., as Reg. Agent, 12124 High Tech Avenue, Ste. 290, Orlando, FL 32817-8374 |
| intp | + | United States Attorney, Attn: Civil Process Clerk, Tallahassee Headquarters, 111 North Adams Street, Tallahassee, FL 32301-7736 |
| 2437992 | + | St. Matthew's University (Cayman) Ltd., c/o Dale A. Evans Jr., Esq., Locke Lord LLP, 777 S. Flagler Dr. East Tower, Ste. 215, West Palm Beach, FL 33401-6255 |
| 2438130 | + | St. Matthew's University, Inc., c/o Dale A. Evans Jr., Esq., Locke Lord LLP, 777 S. Flagler Dr. East Tower, Ste. 215, West Palm Beach, FL 33401-6255 |

TOTAL: 7

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| intp | ^ | MEBN | Apr 29 2022 23:27:25 | Attorney General of the United States, U.S. Department of Justice, Attn: Dawn E. Johnsen, Acting Asst., 950 Pennsylvania Ave, NW, Washington, DC 20530-0001 |
| intp | + | Email/Text: Sherry.chancellor@yahoo.com | Apr 29 2022 23:30:00 | Sherry F Chancellor, P.A., Attn: Sherry F Chancellor, Esq, Ch 7 Tr, 619 West Chase Street, Pensacola, FL 32502-4711 |

TOTAL: 2

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.
NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

| | | |
|---|---|---|
| District/off: 1129-4 | User: admin | Page 2 of 2 |
| Date Rcvd: Apr 29, 2022 | Form ID: nhgnrlp | Total Noticed: 8 |
| Date: May 01, 2022 | Signature: /s/Gustava Winters | |

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 29, 2022 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Dale A. Evans, Jr | on behalf of Defendant St. Matthew's University Inc dale.evans@lockelord.com tina.sullivan@lockelord.com;autodocket@lockelord.com |
| Dale A. Evans, Jr | on behalf of Defendant St. Matthew's University (Cayman) Ltd. dale.evans@lockelord.com tina.sullivan@lockelord.com;autodocket@lockelord.com |

TOTAL: 2

FORM nhgnrlp (Rev. 10/20)

**UNITED STATES BANKRUPTCY COURT**
Northern District of Florida
Tallahassee Division

| | |
|---|---|
| In Re: Julian Rodney Rooks, Jr. | Bankruptcy Case No.: 21−40139−KKS |
| Julian Rodney Rooks Jr.<br>Plaintiff(s)<br>vs<br>St. Matthew's University (Cayman) Ltd. et al.<br>Defendant(s) | Adversary Case No.: 21−04019−KKS |

**Notice of Non Evidentiary Hearing via Telephone Conference**

    PLEASE TAKE NOTICE that a hearing to consider and act upon the following will be held on June 7, 2022, at 10:30 AM, Eastern Time, via CourtCall.

    *100* − Plaintiff's Motion Seeking a Determination as to Whether Proceeding is Core or Non−Core
    Filed by Plaintiff Julian Rodney Rooks Jr. (Akinsanya, S.)

Dated: April 29, 2022                 FOR THE COURT
                                                Traci E. Abrams, Clerk of Court
                                                110 E. Park Ave., Ste. 100
                                                Tallahassee, FL 32301

**SERVICE:** Service by the Court pursuant to applicable Rules.

**TELEPHONIC APPEARANCES:** It is the responsibility of each person who wishes to appear by CourtCall to do so by calling (866) 582−6878 <u>not later than 3:00 p.m. one day prior to the hearing</u> to schedule their appearance. In an emergency, you may contact chambers at (850) 521−5031. Failure to timely arrange a CourtCall appearance is NOT an emergency. For further instructions see our website at
http://www.flnb.uscourts.gov./sites/default/files/court_resources/telephonic_appearance_procedures.pdf.