UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

IN RE:

JULIAN RODNEY ROOKS, JR.,         CASE NO.: 21-40139-KKS
                                                  CHAPTER: 7

   Debtor.
_____/

JULIAN RODNEY ROOKS, JR.,         ADV. NO.: 21-04019-KKS

     Plaintiff,
v.

ST. MATTHEW'S UNIVERSITY, INC., et al.,

     Defendants.
_____/

## ORDER GRANTING, IN PART, AND DENYING, IN PART, *PLAINTIFF'S MOTION SEEKING A DETERMINATION AS TO WHETHER PROCEEDING IS CORE OR NON-CORE* (ECF NO. 100)

THIS PROCEEDING is before the Court on *Plaintiff's Motion Seeking a Determination as to Whether Proceeding is Core or Non-Core* ("Motion," ECF No. 100) and Defendants St. Matthew's University (Cayman) Ltd.'s and St. Matthew's University, Inc.'s response in opposition.[1]

---

[1] *St. Matthew's University (Cayman) Ltd. and St. Matthew's University, Inc.'s Response in Opposition to Plaintiff's Motion Seeking a Determination as to Whether Proceeding is Core or Non-Core*, ECF No. 103.

NJM

As Defendants point out, the majority, if not all, of the allegations in the Complaint amount to attempts by Plaintiff to assert causes of action against Defendants unrelated to dischargeability of student loans. In fact, the Complaint does not appear to allege the existence of any student loans Plaintiff may still owe to Defendants. For that reason, it is

ORDERED:

1. Plaintiff's Motion (ECF No. 100) is GRANTED, in part, and DENIED, in part, as follows:

    a. A determination whether student loan debt is dischargeable under 11 U.S.C. § 523(a)(8) is a core proceeding.

    b. Any other claims for relief are non-core proceedings.

2. The hearing currently scheduled on June 7, 2022, is CANCELED.

DONE and ORDERED on June 3, 2022.

KAREN K. SPECIE
Chief U. S. Bankruptcy Judge

cc: all interested parties, including

Julian Rodney Rooks, Jr.
3648 Dartford Lane
Tallahassee, Florida 32311