United States Bankruptcy Court

Northern District of Florida

Rooks, Jr.,
    Plaintiff

St. Matthew's University (Cayman) L,
    Defendant

Adv. Proc. No. 21-04019-KKS

# CERTIFICATE OF NOTICE

| District/off: 1129-4 | User: admin | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Jun 03, 2022 | Form ID: pdf002 | Total Noticed: 6 |

The following symbols are used throughout this certificate:
**Symbol**    **Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^     Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 05, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| intp | | Attorney General of the United States, U.S. Department of Justice, Attn: Dawn E. Johnsen, Acting Asst., 950 Pennsylvania Ave, NW, Washington, DC 20530-0001 |
| pla | + | Julian Rodney Rooks, Jr., 3648 Dartford Lane, Tallahassee, FL 32311-7773 |
| dft | + | St. Matthew's University (Cayman) Ltd., c/o Locke Lord LLP, 777 South Flagler Drive, Suite 215, East Tower West Palm Beach, FL 33401-6255 |
| dft | + | St. Matthew's University Inc, c/o Moya, Terry J., as Reg. Agent, 12124 High Tech Avenue, Ste. 290, Orlando, FL 32817-8374 |
| intp | + | United States Attorney, Attn: Civil Process Clerk, Tallahassee Headquarters, 111 North Adams Street, Tallahassee, FL 32301-7736 |

TOTAL: 5

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| intp | ^ | MEBN | Jun 03 2022 23:32:26 | Attorney General of the United States, U.S. Department of Justice, Attn: Dawn E. Johnsen, Acting Asst., 950 Pennsylvania Ave, NW, Washington, DC 20530-0001 |
| intp | + | Email/Text: Sherry.chancellor@yahoo.com | Jun 03 2022 23:37:00 | Sherry F Chancellor, P.A., Attn: Sherry F Chancellor, Esq, Ch 7 Tr, 619 West Chase Street, Pensacola, FL 32502-4711 |

TOTAL: 2

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| | *+ | Julian Rodney Rooks, Jr., 3648 Dartford Lane, Tallahassee, FL 32311-7773 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 05, 2022        Signature:    /s/Gustava Winters

| District/off: 1129-4 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Jun 03, 2022 | Form ID: pdf002 | Total Noticed: 6 |

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 3, 2022 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Dale A. Evans, Jr | on behalf of Defendant St. Matthew's University (Cayman) Ltd. dale.evans@lockelord.com tina.sullivan@lockelord.com;autodocket@lockelord.com |
| Dale A. Evans, Jr | on behalf of Defendant St. Matthew's University Inc dale.evans@lockelord.com tina.sullivan@lockelord.com;autodocket@lockelord.com |

TOTAL: 2

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF FLORIDA**
**TALLAHASSEE DIVISION**

IN RE:

JULIAN RODNEY ROOKS, JR.,            CASE NO.: 21-40139-KKS
                                                                  CHAPTER: 7

     Debtor.
_____/

JULIAN RODNEY ROOKS, JR.,            ADV. NO.: 21-04019-KKS

     Plaintiff,
v.

ST. MATTHEW'S UNIVERSITY, INC., et al.,

     Defendants.
_____/

**ORDER GRANTING, IN PART, AND DENYING, IN PART,**
***PLAINTIFF'S MOTION SEEKING A DETERMINATION AS TO***
***WHETHER PROCEEDING IS CORE OR NON-CORE*** **(ECF NO. 100)**

THIS PROCEEDING is before the Court on *Plaintiff's Motion Seeking a Determination as to Whether Proceeding is Core or Non-Core* ("Motion," ECF No. 100) and Defendants St. Matthew's University (Cayman) Ltd.'s and St. Matthew's University, Inc.'s response in opposition.[1]

---

[1] *St. Matthew's University (Cayman) Ltd. and St. Matthew's University, Inc.'s Response in Opposition to Plaintiff's Motion Seeking a Determination as to Whether Proceeding is Core or Non-Core*, ECF No. 103.

NJM

As Defendants point out, the majority, if not all, of the allegations in the Complaint amount to attempts by Plaintiff to assert causes of action against Defendants unrelated to dischargeability of student loans. In fact, the Complaint does not appear to allege the existence of any student loans Plaintiff may still owe to Defendants. For that reason, it is

ORDERED:

1. Plaintiff's Motion (ECF No. 100) is GRANTED, in part, and DENIED, in part, as follows:

    a. A determination whether student loan debt is dischargeable under 11 U.S.C. § 523(a)(8) is a core proceeding.

    b. Any other claims for relief are non-core proceedings.

2. The hearing currently scheduled on June 7, 2022, is CANCELED.

DONE and ORDERED on June 3, 2022.

KAREN K. SPECIE
Chief U. S. Bankruptcy Judge

cc: all interested parties, including

Julian Rodney Rooks, Jr.
3648 Dartford Lane
Tallahassee, Florida 32311