## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF FLORIDA
## TALLAHASSEE DIVISION

IN RE:

JULIAN RODNEY ROOKS, JR.,                     CASE NO.: 21-40139-KKS
                                              CHAPTER: 7

   Debtor.
_____/

JULIAN RODNEY ROOKS, JR.,                     ADV. NO.: 21-04019-KKS

     Plaintiff,

v.

ST. MATTHEW'S UNIVERSITY, INC., et al.,

     Defendants.
_____/

### ORDER SUPPLEMENTING *ORDER GRANTING MOTION OF DEFENDANTS ST. MATTHEW'S UNIVERSITY (CAYMAN) LTD. AND ST. MATTHEW'S UNIVERSITY, INC. TO DISMISS COMPLAINT (ECF NO. 87)* (ECF NO. 117)

On June 10, 2022, the Court entered an order granting the motion of Defendants, St. Matthew's University (Cayman) Ltd. and St. Matthew's University, Inc. (collectively "SMU"), to dismiss the

NJM

Complaint.[1] That Order provides, in part, that once the Court "finalized its reconsideration of the order dismissing this proceeding as to" Defendant, U.S. Department of Education, the Court will give Plaintiff additional time within which to file an amended complaint.[2]

The Court finalized its reconsideration of the order dismissing this proceeding as to the U.S. Department of Education, and on June 14, 2022, entered its *Order Clarifying and Modifying Order Granting Motion to Dismiss Complaint (ECF NO. 65) (ECF No. 70)* (ECF No. 119).

Accordingly, it is

ORDERED:

1. If Plaintiff claims to owe educational loan debt to SMU, Plaintiff has through and including July 8, 2022, to file an amended complaint seeking a determination of dischargeability of debt as to SMU pursuant to 11 U.S.C. § 523(a)(8).

2. The relief granted by this Order shall not be construed to waive any defenses SMU may have to any claim Plaintiff may file

---

[1] *Order Granting Motion of Defendants St. Matthew's University (Cayman) Ltd. and St. Matthew's University, Inc. to Dismiss Complaint (ECF No. 87)*, ECF No. 117.

[2] *Id.* at pp. 12–13.

seeking relief under 11 U.S.C. § 523(a)(8), or any grounds SMU may raise seeking dismissal of such an amended complaint.

3. If Plaintiff files a timely amended complaint pursuant to the terms of this Order, SMU shall have twenty (20) days from the date of service on it of any such amended complaint within which to file and serve a response.

DONE and ORDERED on June 15, 2022           .

KAREN K. SPECIE
Chief U. S. Bankruptcy Judge

cc: all interested parties, including

Julian Rodney Rooks, Jr.
3648 Dartford Lane
Tallahassee, Florida 32311