United States Bankruptcy Court

Northern District of Florida

Rooks, Jr.,
    Plaintiff

St. Matthew's University (Cayman) L,
    Defendant

Adv. Proc. No. 21-04019-KKS

# CERTIFICATE OF NOTICE

| District/off: 1129-4 | User: admin | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Jun 15, 2022 | Form ID: pdf002 | Total Noticed: 6 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 17, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| intp | | Attorney General of the United States, U.S. Department of Justice, Attn: Dawn E. Johnsen, Acting Asst., 950 Pennsylvania Ave, NW, Washington, DC 20530-0001 |
| pla | + | Julian Rodney Rooks, Jr., 3648 Dartford Lane, Tallahassee, FL 32311-7773 |
| dft | + | St. Matthew's University (Cayman) Ltd., c/o Locke Lord LLP, 777 South Flagler Drive, Suite 215, East Tower West Palm Beach, FL 33401-6255 |
| dft | + | St. Matthew's University Inc, c/o Moya, Terry J., as Reg. Agent, 12124 High Tech Avenue, Ste. 290, Orlando, FL 32817-8374 |
| intp | + | United States Attorney, Attn: Civil Process Clerk, Tallahassee Headquarters, 111 North Adams Street, Tallahassee, FL 32301-7736 |

TOTAL: 5

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| intp | ^ | MEBN | Jun 15 2022 23:48:52 | Attorney General of the United States, U.S. Department of Justice, Attn: Dawn E. Johnsen, Acting Asst., 950 Pennsylvania Ave, NW, Washington, DC 20530-0001 |
| intp | + | Email/Text: Sherry.chancellor@yahoo.com | Jun 15 2022 23:53:00 | Sherry F Chancellor, P.A., Attn: Sherry F Chancellor, Esq, Ch 7 Tr, 619 West Chase Street, Pensacola, FL 32502-4711 |

TOTAL: 2

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| | *+ | Julian Rodney Rooks, Jr., 3648 Dartford Lane, Tallahassee, FL 32311-7773 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 17, 2022      Signature:      /s/Gustava Winters

District/off: 1129-4 | User: admin | Page 2 of 2
Date Rcvd: Jun 15, 2022 | Form ID: pdf002 | Total Noticed: 6

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 15, 2022 at the address(es) listed below:**

| Name | Email Address |
| --- | --- |
| Dale A. Evans, Jr | on behalf of Defendant St. Matthew's University (Cayman) Ltd. dale.evans@lockelord.com tina.sullivan@lockelord.com;autodocket@lockelord.com |
| Dale A. Evans, Jr | on behalf of Defendant St. Matthew's University Inc dale.evans@lockelord.com tina.sullivan@lockelord.com;autodocket@lockelord.com |

TOTAL: 2

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

IN RE:

JULIAN RODNEY ROOKS, JR.,           CASE NO.: 21-40139-KKS
                                                     CHAPTER: 7

  Debtor.
_____/

JULIAN RODNEY ROOKS, JR.,           ADV. NO.: 21-04019-KKS

    Plaintiff,
v.

ST. MATTHEW'S UNIVERSITY, INC., et al.,

    Defendants.
_____/

### ORDER SUPPLEMENTING *ORDER GRANTING MOTION OF DEFENDANTS ST. MATTHEW'S UNIVERSITY (CAYMAN) LTD. AND ST. MATTHEW'S UNIVERSITY, INC. TO DISMISS COMPLAINT (ECF NO. 87)* (ECF NO. 117)

On June 10, 2022, the Court entered an order granting the motion of Defendants, St. Matthew's University (Cayman) Ltd. and St. Matthew's University, Inc. (collectively "SMU"), to dismiss the

NJM

Complaint.[1] That Order provides, in part, that once the Court "finalized its reconsideration of the order dismissing this proceeding as to" Defendant, U.S. Department of Education, the Court will give Plaintiff additional time within which to file an amended complaint.[2]

The Court finalized its reconsideration of the order dismissing this proceeding as to the U.S. Department of Education, and on June 14, 2022, entered its *Order Clarifying and Modifying Order Granting Motion to Dismiss Complaint (ECF NO. 65) (ECF No. 70)* (ECF No. 119).

Accordingly, it is

ORDERED:

1. If Plaintiff claims to owe educational loan debt to SMU, Plaintiff has through and including July 8, 2022, to file an amended complaint seeking a determination of dischargeability of debt as to SMU pursuant to 11 U.S.C. § 523(a)(8).

2. The relief granted by this Order shall not be construed to waive any defenses SMU may have to any claim Plaintiff may file

---

[1] *Order Granting Motion of Defendants St. Matthew's University (Cayman) Ltd. and St. Matthew's University, Inc. to Dismiss Complaint (ECF No. 87)*, ECF No. 117.
[2] *Id.* at pp. 12–13.

seeking relief under 11 U.S.C. § 523(a)(8), or any grounds SMU may raise seeking dismissal of such an amended complaint.

3. If Plaintiff files a timely amended complaint pursuant to the terms of this Order, SMU shall have twenty (20) days from the date of service on it of any such amended complaint within which to file and serve a response.

DONE and ORDERED on June 15, 2022            .

KAREN K. SPECIE
Chief U. S. Bankruptcy Judge

cc: all interested parties, including

Julian Rodney Rooks, Jr.
3648 Dartford Lane
Tallahassee, Florida 32311